| Attorney or Party Name, Address, Telephone & FAX Numbers, State Bar Number & Email Address | FOR COURT USE ONLY |
|---|---|
| SCOTT TALKOV, State Bar No. 264676<br>CHRISTOPHER M. KIERNAN, State Bar No. 319804<br>TALKOV LAW CORP.<br>2900 Adams St Ste C225<br>Riverside, CA 92504<br>(951) 888-3300<br>scott@talkovlaw.com<br>chris@talkovlaw.com<br><br>☐ *Debtor appearing without attorney*<br>☒ *Attorney for Debtor* | |

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION** | |

| In re:<br><br>Rosa A. Fridman<br><br><br><br>Debtor(s). | CASE NUMBER: 8:21-bk-10513-ES<br><br>CHAPTER: 7 |
|---|---|
| | **DEBTOR'S NOTICE OF MOTION AND MOTION TO AVOID LIEN UNDER 11 U.S.C. § 522(f) (REAL PROPERTY)** |
| | [No hearing required unless requested under LBR 9013-1(o)] |

| **Creditor Name:** |
|---|
| Karl Avetoom and Beach Crest Villas Owners Association (Potential Partial Assignee) |

**TO THE CREDITOR, ATTORNEY FOR CREDITOR AND OTHER INTERESTED PARTIES:**

1. **NOTICE IS HEREBY GIVEN** that Debtor moves this court for an order, pursuant to LBR 9013-1(o) upon notice of opportunity to request a hearing (*i.e.*, without a hearing unless requested), avoiding a lien on the grounds set forth below.

2. **Deadline for Opposition Papers:**
   Pursuant to LBR 9013-1(o), any party opposing the motion may file and serve a written opposition and request a hearing on this motion.  If you fail to file a written response within 14 days of the date of service of this notice of motion and motion, plus an additional 3 days unless this notice of motion and motion was served by personal delivery or posting as described in Federal Rules of Civil Procedure 5(b)(2)(A)-(B), the court may treat such failure as a waiver of your right to oppose this motion and may grant the requested relief.

---

| *"Bankruptcy Code" and "11 U.S.C." refer to the United States Bankruptcy Code, Title 11 of the United States Code.*<br>*"FRBP" refers to the Federal Rules of Bankruptcy Procedure.  "LBR" and "LBRs" refer to the Local Bankruptcy Rule(s) of this court.* |
|---|

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2017*                    Page 1                    **F 4003-2.1.AVOID.LIEN.RP.MOTION**

3. **Type of Case:**

a. ☒ A voluntary petition under Chapter  ☒ 7  ☐ 11  ☐ 12  ☐ 13 was filed on: _02/26/2021_

b. ☐ An involuntary petition under Chapter  ☐ 7  ☐ 11 was filed on: _____

   ☐ An order of relief under Chapter  ☐ 7  ☐ 11 was entered on: _____

c. ☐ An order of conversion to Chapter  ☐ 7  ☐ 11  ☐ 12  ☐ 13 was entered on: _____

d. ☐ Other:

4. **Procedural Status:**

a. ☒ Name of Trustee appointed (if any): _Thomas H Casey_

b. ☐ Name of Attorney for Trustee (if any): _____

5. Debtor claims an exemption in the subject real property under:

a. ☒ California Code of Civil Procedure § _704.730(a)_   (Homestead):  Exemption amount claimed on
   schedules:  $ _600,000.00_

b. ☐ California Code of Civil Procedure § _____ Exemption amount claimed on
   schedules:  $ _____

c. ☐ Other statute (specify): _____

6. Debtor's entitlement to an exemption is impaired by a judicial lien, the details of the lien are as follows:

a. Date of entry of judgment (specify): _____
b. Case name (specify): See Attachment A _____
c. Name of court: Orange County Superior Court
d. Docket number (specify): ___See Att. A___
e. Date (specify): _____ and place (specify) See Att. A _____
   of recordation of lien
f. Recorder's instrument number (specify): See Att. A _____

7. The property claimed to be exempt is as follows:

a. Street address, city, county and state, where located,  (specify): 68.3% Interest in Personal Residence at 16542
   Blackbeard Lane #304, Huntington Beach, Orange Co., CA 92649 (Fair Market Value of Entire Prop. $337,687)

b. Legal description (specify): See Attachment B _____

   _____  ☒ See attached page

8. Debtor acquired the property claimed as exempt on the following date (specify): _05/21/2013_

9. Debtor alleges that the fair market value of the property claimed exempt is: $ _230,640.22_

10. The subject property is encumbered with the following liens (list mortgages and other liens in order of priority and place
    an "X" as to the lien to be avoided by this motion):

| Name of Lienholder | "X" | Date Lien Recorded | Original Lien Amount | Current Lien Amount | Date of Current Lien |
|---|---|---|---|---|---|
| None | ☐ |  | $ | $ |  |
|  | ☐ |  | $ | $ |  |
|  | ☐ |  | $ | $ |  |
|  | ☐ |  | $ | $ |  |

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

11. Debtor attaches copies of the following documents in support of the motion (as appropriate):

    a. ☒ Schedule C to bankruptcy petition listing all exemptions claimed by Debtor

    b. ☐ Appraisal of the property

    c. ☐ Documents showing current balance due as to the liens specified in paragraph 11 above

    d. ☒ Recorded Abstract of Judgment

    e. ☒ Recorded Declaration of Homestead (Homestead Exemption)

    f. ☒ Declaration(s)

    g. ☒ Other (*specify*):
        Preliminary Title Report dated 01/25/2021, MLS Comparable Properties in Complex, Grant Deed dated
        5/6/2013; Grant Deed dated 10/23/2013, Redfin Estimate, Zillow Estimate, Death Certificate of Moisey Fridman

12. Total number of attached pages of supporting documentation: __88__

13. Debtor declares under penalty of perjury under the laws of the United States of America that the foregoing is true and correct [28 U.S.C. § 1746(1) and (2)].

WHEREFORE, Debtor requests that this court issue an order avoiding Creditor's lien in the form of the **Attachment** to this motion.

Executed on (date): __03/02/2021__

                                    Signature of Debtor

                                    Rosa Fridman
                                    Printed name of Debtor

Date: __03/02/2021__

                                    /s/ Scott Talkov
                                    Signature of Attorney for Debtor

                                    Scott Talkov
                                    Printed name of Attorney for Debtor

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2017*                                   Page 3                          **F 4003-2.1.AVOID.LIEN.RP.MOTION**

# ATTACHMENT TO MOTION/ORDER
# (11 U.S.C. § 522(f): AVOIDANCE OF REAL PROPERTY JUDICIAL LIENS)

This court makes the following findings of fact and conclusions of law:

1. **Creditor Lienholder/Servicer:** Karl Avetoom and Beach Crest Villas Owners Association (Potential Assignee) .

2. **Subject Lien:** Date and place of recordation of lien (*specify*): Orange County Recorder's Office - See attached

   recording dates and recorder's instrument numbers (See Attachment A)

   Recorder's instrument number or document recording number: (See Attachment A) .

3. **Collateral:** Street address, city, county and state, where located, legal description and/or map/book/page number, including county of recording:
   16542 Blackbeard Lane Unit 304, Huntington Beach, Orange County, California 92649 (See Attachment B) .
   ☐ See attached page.

4. **Secured Claim Amount**
   a. Value of Collateral: ……………………………………………………………………… $_____230,640.22
   b. Amounts of Senior Liens (reducing equity in the property to which the subject lien can attach):
      (1) First lien: ……………………………………………… ($_____0.00)
      (2) Second lien: …………………………………………… ($_____0.00)
      (3) Third lien: ……………………………………………… ($_____0.00)
      (4) Additional senior liens (*attach list*): ………………… ($_____0.00)
   c. Amount of Debtor's exemption(s): ………………………………… ($____600,000.00)
   d. Subtotal: ……………………………………………………………………………… ($____600,000.00)
   e. Secured Claim Amount (negative results should be listed as -$0-): $_____0.00
   Unless otherwise ordered, any allowed claim in excess of this Secured Claim Amount is to be treated as a nonpriority unsecured claim and is to be paid pro rata with all other nonpriority unsecured claims (in Chapter 13 cases, Class 5A of the Plan).

5. **Lien avoidance:** Debtor's request to avoid the Subject Lien is granted as follows. The fixing of the Subject Lien impairs an exemption to which Debtor would otherwise be entitled under 11 U.S.C. § 522(b). The Subject Lien is not a judicial lien that secures a debt of a kind that is specified in 11 U.S.C. § 523(a)(5) (domestic support obligations). The Subject Lien is void and unenforceable except to the extent of the Secured Claim Amount, if any, listed in paragraph 4.e. above.

☐ See attached page(s) for more liens/provisions.

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2017*                            Page 4                        **F 4003-2.1.AVOID.LIEN.RP.MOTION**

# **Attachment A**

6.　　Debtor's entitlement to an exemption is impaired by a judicial lien, the details of the lien are as follows:

| | | |
|---|---|---|
| a. | Date of Entry of judgment: November 18, 2011 | |
| b. | Case name: Karl Avetoom v. Moisey Fridman and Rosa Fridman | |
| c. | Name of Court: Orange County Superior Court | |
| d. | Docket number: 30-2010-00345490 | |
| e. | Date and place of recordation of lien: 11/18/2011 in Orange County | |
| f. | Recorder's instrument number: 2011000590354 | |
| (Prelim Exception #14) | | |

| | | |
|---|---|---|
| a. | Date of Entry of judgment: November 18, 2011 | |
| b. | Case name: Karl Avetoom v. Moisey Fridman and Rosa Fridman | |
| c. | Name of Court: Orange County Superior Court | |
| d. | Docket number: 30-2010-00345490 | |
| e. | Date and place of recordation of lien: 01/17/2012 in Orange County | |
| f. | Recorder's instrument number: 2012000023845 | |
| (Prelim Exception #15) | | |

| | | |
|---|---|---|
| a. | Date of Entry of judgment: 08/13/2014 | |
| b. | Case name: Karl Avetoom v. Moisey Fridman and Rosa Fridman | |
| c. | Name of Court: Orange County Superior Court | |
| d. | Docket number: 30-2010-00345490 | |
| e. | Date and place of recordation of lien: 09/30/2014 in Orange County | |
| f. | Recorder's instrument number: 2014000398135 | |
| (Prelim Exception #17) | | |

| | | |
|---|---|---|
| a. | Date of Entry of judgment: November 18, 2011 | |
| b. | Case name: Karl Avetoom v. Moisey Fridman and Rosa Fridman | |
| c. | Name of Court: Orange County Superior Court | |
| d. | Docket number: 30-2010-00345490 | |
| e. | Date and place of recordation of lien: 03/11/2015 in Orange County | |
| f. | Recorder's instrument number: 2015000126500 | |
| (Prelim Exception #15 - Amendment) | | |

| | | |
|---|---|---|
| a. | Date of Entry of judgment: March 6, 2015 | |
| b. | Case name: Karl Avetoom v. Moisey Fridman and Rosa Fridman | |
| c. | Name of Court: Orange County Superior Court | |
| d. | Docket number: 30-2010-00345490 | |
| e. | Date and place of recordation of lien: 03/11/2015 in Orange County | |
| f. | Recorder's instrument number: 2015000126507 | |
| (Prelim Exception #18) | | |

# **Attachment A- Continued**

|  |  |
|---|---|
| a. | Date of Entry of Judgment: August 13, 2020 |
| b. | Case name: Karl Avetoom v. Robert Risbrough, et al. |
| c. | Name of Court: Orange County Superior Court |
| d. | Docket number: 30-2015-00820760 |
| e. | Date and place of recordation of lien: 11/19/2020 in Orange County |
| f. | Recorder's instrument number: 2020000673156 |
| (Prelim Exception #21) | |
| a. | Date of Entry of Judgment: October 6, 2020 |
| b. | Case name: Karl Avetoom v. Robert Risbrough, et al. |
| c. | Name of Court: Orange County Superior Court |
| d. | Docket number: 30-2015-00820760 |
| e. | Date and place of recordation of lien: 11/19/2020 in Orange County |
| f. | Recorder's instrument number: 2020000673157 |
| (Prelim Exception #22) | |

# **Attachment B**

## **LEGAL DESCRIPTION**

THE LAND REFERRED TO HEREIN BELOW IS SITUATED HUNTINGTON BEACH, IN THE COUNTY OF ORANGE, STATE OF CALIFORNIA, AND IS DESCRIBED AS FOLLOWS:

A CONDOMINIUM, as defined in Sections 783 and 4125 of the California Civil Code, as to a leasehold set forth in that certain Memorandum of Sublease and Grant Deed of Improvements dated May 14, 1981, executed by Harbour Vista, a California limited partnership, as the sublessor, and Michael Caruso and Cristina Caruso, husband and wife as joint tenants, as sublessee, and recorded May 22, 1981, in Book 14070, Page 1729, of Official Records and by First Amendment to Memorandum of Sublease, recorded October 19, 1995, as Instrument No. 19950463381, of Official Records for the term, upon and subject to all of the provisions contained therein.

A Condominium comprised of:

Parcel 1:

Unit 10 in Building 2, on Lots A, B, C and Lot 1 of Tract No. 10658, in the City of Huntington Beach, County of Orange, State of California, as shown and described in the Condominium Plan ("Plan") recorded August 21, 1980, in Book 13710, Page 1889, et seq., Official Records of Orange County, California.

Parcel 2:

An undivided 1/120th interest as a tenant in common in a subleasehold estate in and to all of the real property, including, without limitation, the Common Areas defined in the Declaration of Covenants, Conditions and Restrictions and Reservation of Easements for Harbour Vista Condominiums, recorded August 22, 1980, in Book 13713, Page 1046, of Official Records ("Declaration"), of Lots A, B, C and Lot 1 of Tract No. 10658, in the City of Huntington Beach, County of Orange, State of California, as shown on a map recorded in Book 466, Pages 37 and 38 of Miscellaneous Maps, in the Office of the County Recorder of said County.

Except therefrom Units 1 through 20, inclusive in Buildings I through VI, inclusive on Lots A, B, C and Lot 1 of Tract No. 10658, as shown on the Plan.

Except further therefrom, all improvements and appurtenances located or to be located on said Lots A, B, C and Lot 1 of Tract No. 10658.

Also excepting therefrom, all minerals, oil, gas, petroleum, other hydrocarbon substances and all underground water in or under or which may be produced from said Lot which underlie a plane parallel to and 500 feet below the present surface of said Lot for the purposes of prospecting for, the exploration, development, production, extraction and taking of said minerals, oil, gas, petroleum, other hydrocarbon substances and water from said Lot by means of mines, wells, derricks or other equipment from surface locations on adjoining or neighboring land or lying

outside of the above described Lot, it being understood that the owner of such minerals, oil, gas, petroleum, other hydrocarbon substances and water, as set forth above, shall have no right to enter upon the surface or any portion thereof above said plane parallel to and 500 feet below the present surface of the said Lot for any purpose whatsoever.

Parcel 3:
Non-exclusive easements for access, ingress, egress, use, enjoyment, drainage, encroachment, support, maintenance, repairs, and for other purposes, all as shown in the Plan and as described in the Declaration.

Parcel 4:

Exclusive easements appurtenant to Parcels 1 and 2 described above, for use and occupancy for patios and decks to and over those portions of Lots A, B, C and Lot 1 of Tract No. 10658, defined as Restricted Common Areas in the Declaration as described and assigned in the Plan.

II. Improvements:

Parcel 5:

An undivided 1/120th fee simple interest in all the improvements and appurtenances located on Lots A, B, C and Lot 1 of Tract No. 10658, in the City of Huntington Beach, County of Orange, State of California, as shown on a map recorded in Book 466, Pages 37 and 38 of Miscellaneous Maps, in the Office of the County Recorder of said County ("Improvements").

Parcel 6:

Nonexclusive easements for access, ingress, use, enjoyment, drainage, encroachment, support, maintenance, repairs, and for other purposes, all shown in the Plan, and as described in the Declaration, to the extend such easements are located on the improvements.

Parcel 7:

Exclusive easements appurtenant to Parcel 5 above, for use and occupancy for patios and decks, in, to and over those portions of Lots A, B, C and Lot 1 of Tract No. 10658, defined as Restricted Common Areas in the Declaration, as described and assigned in the Plan, to the extent such easements are located on the improvements.

APN: 937-71-030

---

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Rosa A Fridman |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | Central District of California |
| Case number (If known) | |

☐ Check if this is an
amended filing

---

Official Form 106C

# Schedule C: The Property You Claim as Exempt    4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: 16542 Blackbeard Lane<br><br>Line from *Schedule A/B*: 1.1 | $ 230,640.22 | ☑ $ 600,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Cal. Civ. Proc. Code § 704.730 (a)(2) |
| Brief description: Other - Pride- Victory Series 9 Medical Disability Scooter<br><br>Line from *Schedule A/B*: 14 | $ 1,500.00 | ☑ $ 1,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Cal. Civ. Proc. Code § 704.050 |
| Brief description: Wells Fargo (Closed) (Checking)<br><br>Line from *Schedule A/B*: 17.1 | $ 0.00 | ☑ $ 2,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Cal. Civ. Proc. Code § 704.080(b)(4) |

3. **Are you claiming a homestead exemption of more than $170,350?**
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☐ No
   ☑ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☑ No
      ☐ Yes

Debtor    Rosa A Fridman    Case number (if known) _____
        First Name    Middle Name    Last Name

| **Part 2:** | Additional Page | | | |
| --- | --- | --- | --- | --- |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own Copy the value from Schedule A/B | Amount of the exemption you claim Check only one box for each exemption | Specific laws that allow exemption |
| --- | --- | --- | --- |
| First Bank (Checking) | | | Cal. Civ. Proc. Code § 704.080(b)(4) |
| Brief description: | $ 100.00 | ☑ $ 2,000.00 | |
| Line from *Schedule A/B*: 17.2 | | ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: | $_____ | ☐ $_____ | |
| Line from *Schedule A/B*: | | ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: | $_____ | ☐ $_____ | |
| Line from *Schedule A/B*: | | ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: | $_____ | ☐ $_____ | |
| Line from *Schedule A/B*: | | ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: | $_____ | ☐ $_____ | |
| Line from *Schedule A/B*: | | ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: | $_____ | ☐ $_____ | |
| Line from *Schedule A/B*: | | ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: | $_____ | ☐ $_____ | |
| Line from *Schedule A/B*: | | ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: | $_____ | ☐ $_____ | |
| Line from *Schedule A/B*: | | ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: | $_____ | ☐ $_____ | |
| Line from *Schedule A/B*: | | ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: | $_____ | ☐ $_____ | |
| Line from *Schedule A/B*: | | ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: | $_____ | ☐ $_____ | |
| Line from *Schedule A/B*: | | ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: | $_____ | ☐ $_____ | |
| Line from *Schedule A/B*: | | ☐ 100% of fair market value, up to any applicable statutory limit | |



Ticor Title - IE
4210 Riverwalk Parkway, Suite 200 Riverside, CA
92505

# Title Report

4210 Riverwalk Parkway, Suite 200 Riverside, CA
92505

Title Officer:
Email:
Phone No.:
File No.: 00781076

Property Address: 16542 BLACKBEARD LANE #304, HUNTINGTON BEACH, CA 92649

## Introducing Ticor Title LiveLOOK

LiveLOOK title document delivery system is designed to provide 24/7 real-time access to all information related to a title insurance transaction.

Access title reports, exception documents, an easy-to-use summary page, and more, at your fingertips and your convenience.

[To view your new Ticor Title LiveLOOK report, Click Here](#)



**Effortless, Efficient, Compliant, and Accessible**

 **TICOR TITLE**™

4210 Riverwalk Parkway, Suite 200
Riverside, CA 92505
Phone:  (951) 509-0211

---

### TRANSMITTAL

**MAIL TO:**
**Talkov Law**
**Alex Theory**
**2900 Adams St. Ste C225**
**Riverside, CA 92504**

Attn:  **Alex Theory**
Your Ref:

TITLE OFFICER:  Sal Alvarez                          PHONE:  (951) 343-3805
ORDER NO.:  00781076-993-IET-SAD                 EMAIL:  teamsal@ticortitle.com
DATE:  January 22, 2021   5:45 PM                    FAX:  (951) 509-5824

**PROPERTY ADDRESS:**  16542 BLACKBEARD LANE #304, HUNTINGTON BEACH, CA 92649

**BUYER/BORROWER:**

---

Enclosed please find your Policy of Title Insurance.

Thank you – we appreciate your business!

**Chicago Title Insurance Company**

GUARANTEE NO.:  CA-FAIN-IMP-72G28-1-21-00781076

# CLTA GUARANTEE FACE PAGE

SUBJECT TO THE EXCLUSIONS FROM COVERAGE, AND THE GUARANTEE CONDITIONS ATTACHED HERETO AND MADE A PART OF THIS GUARANTEE,

## CHICAGO TITLE INSURANCE COMPANY
*a corporation, herein called the Company*

## GUARANTEES
the Assured named in Schedule A of this Guarantee

against loss or damage not exceeding the Amount of Liability stated in Schedule A sustained by the Assured by reason of any incorrectness in the Assurances set forth in Schedule A.

**Chicago Title Insurance Company**

**Ticor Title Company of California**
4210 Riverwalk Parkway, Suite 200
Riverside, CA 92505
Phone:  (951) 509-0211 • Fax:  (951) 509-5824
Email:  teamsal@ticortitle.com
Countersigned:

By: _____
    Authorized Signature

By: ~~~~~~~~~
ATTEST                                    President

~~~~~~~~~
Secretary

---

CLTA Guarantee Face Page (06-05-14)                                    Page 1

© **California Land Title Association. All rights reserved.**
The use of this Form is restricted to CLTA subscribers in good standing as of the date of use. All other uses are prohibited. Reprinted under license or express permission from the California Land Title Association.

Order No.  00781076-993-IET-SAD                           Guarantee No. CA-FAIN-IMP-72G28-1-21-00781076

# GUARANTEE EXCLUSIONS AND CONDITIONS (06-05-14)

## EXCLUSIONS FROM COVERAGE

Except as expressly provided by the assurances in Schedule A, the Company assumes no liability for loss or damage by reason of the following:

(a)   Defects, liens, encumbrances, adverse claims or other matters affecting the title to any property beyond the lines of the Land.

(b)   Defects, liens, encumbrances, adverse claims or other matters, whether or not shown by the Public Records (1) that are created, suffered, assumed or agreed to by one or more of the Assureds; or (2) that result in no loss to the Assured.

(c)   Defects, liens, encumbrances, adverse claims or other matters not shown by the Public Records.

(d)   The identity of any party shown or referred to in any of the schedules of this Guarantee.

(e)   The validity, legal effect or priority of any matter shown or referred to in any of the schedules of this Guarantee.

(f)   (1) Taxes or assessments of any taxing authority that levies taxes or assessments on real property; or, (2) proceedings by a public agency which may result in taxes or assessments, or notices of such proceedings, whether or not the matters excluded under (1) or (2) are shown by the records of the taxing authority or by the Public Records.

(g)   (1) Unpatented mining claims; (2) reservations or exceptions in patents or in Acts authorizing the issuance thereof; (3) water rights, claims or title to water, whether or not the matters excluded under (1), (2) or (3) are shown by the Public Records.

## GUARANTEE CONDITIONS

**1.   Definition of Terms.**

The following terms when used in the Guarantee mean:

(a)   the "Assured": the party or parties named as the Assured in Schedule A, or on a supplemental writing executed by the Company.

(b)   "Land": the Land described or referred to in Schedule A, and improvements affixed thereto which by law constitute real property. The term "Land" does not include any property beyond the lines of the area described or referred to in Schedule A, nor any right, title, interest, estate or easement in abutting streets, roads, avenues, alleys, lanes, ways or waterways.

(c)   "Mortgage": mortgage, deed of trust, trust deed, or other security instrument.

(d)   "Public Records": those records established under California statutes at Date of Guarantee for the purpose of imparting constructive notice of matters relating to real property to purchasers for value and without knowledge.

(e)   "Date of Guarantee": the Date of Guarantee set forth in Schedule A.

(f)   "Amount of Liability": the Amount of Liability as stated in Schedule A.

**2.   Notice of Claim to be Given by Assured.**

The Assured shall notify the Company promptly in writing in case knowledge shall come to the Assured of any assertion of facts, or claim of title or interest that is contrary to the assurances set forth in Schedule A and that might cause loss or damage for which the Company may be liable under this Guarantee. If prompt notice shall not be given to the Company, then all liability of the Company shall terminate with regard to the matter or matters for which prompt notice is required; provided, however, that failure to notify the Company shall in no case prejudice the rights of the Assured under this Guarantee unless the Company shall be prejudiced by the failure and then only to the extent of the prejudice.

**3.   No Duty to Defend or Prosecute.**

The Company shall have no duty to defend or prosecute any action or proceeding to which the Assured is a party, notwithstanding the nature of any allegation in such action or proceeding.

**4.   Company's Option to Defend or Prosecute Actions; Duty of Assured to Cooperate.**

Even though the Company has no duty to defend or prosecute as set forth in Paragraph 3 above:

(a)   The Company shall have the right, at its sole option and cost, to institute and prosecute any action or proceeding, interpose a defense, as limited in Paragraph 4 (b), or to do any other act which in its opinion may be necessary or desirable to establish the correctness of the assurances set forth in Schedule A or to prevent or reduce loss or damage to the Assured. The Company may take any appropriate action under the terms of this Guarantee, whether or not it shall be liable hereunder, and shall not thereby concede liability or waive any provision of this Guarantee. If the Company shall exercise its rights under this paragraph, it shall do so diligently.

(b)   If the Company elects to exercise its options as stated in Paragraph 4(a) the Company shall have the right to select counsel of its choice (subject to the right of the Assured to object for reasonable cause) to represent the Assured and shall not be liable for and will not pay the fees of any other counsel, nor will the Company pay any fees, costs or expenses incurred by an Assured in the defense of those causes of action which allege matters not covered by this Guarantee.

(c)   Whenever the Company shall have brought an action or interposed a defense as permitted by the provisions of this Guarantee, the Company may pursue any litigation to final determination by a court of competent jurisdiction and expressly reserves the right, in its sole discretion, to appeal from an adverse judgment or order.

(d)   In all cases where this Guarantee permits the Company to prosecute or provide for the defense of any action or proceeding, the Assured shall secure to the Company the right to so prosecute or provide for the defense of any action or proceeding, and all appeals therein, and permit the Company to use, at its option, the name of the Assured for this purpose. Whenever requested by the Company, the Assured, at the Company's expense, shall give the Company all reasonable aid in any action or proceeding, securing evidence, obtaining witnesses, prosecuting or defending the action or lawful act which in the opinion of the Company may be necessary or desirable to establish the correctness of the assurances set forth in Schedule A or to prevent or reduce loss or damage to the Assured. If the Company is prejudiced by the failure of the Assured to furnish the required cooperation, the Company's obligations to the Assured under the Guarantee shall terminate.

**5.   Proof of Loss or Damage.**

(a)   In the event the Company is unable to determine the amount of loss or damage, the Company may, at its option, require as a condition of payment that the Assured furnish a signed proof of loss. The proof of loss must describe the defect, lien, encumbrance, or other matter that constitutes the basis of loss or damage and shall state, to the extent possible, the basis of calculating the amount of the loss or damage.

(b)   In addition, the Assured may reasonably be required to submit to examination under oath by any authorized representative of the Company and shall produce for examination, inspection and copying, at such reasonable times and places as may be designated by any authorized representative of the Company, all records, books, ledgers, checks, correspondence and memoranda, whether bearing a date before or after Date of Guarantee, which reasonably pertain to the loss or damage. Further, if requested by any authorized representative of the Company, the Assured shall grant its permission, in writing, for any authorized representative of the Company to examine, inspect and copy all records, books, ledgers, checks, correspondence and memoranda in the custody or control of a third party, which reasonably pertain to the loss or damage. All information designated as confidential by the Assured provided to the Company pursuant to this paragraph shall not be disclosed to others unless, in the reasonable judgment of the Company, it is necessary in the administration of the claim. Failure of the Assured to submit for examination under oath, produce other reasonably requested

**© California Land Title Association. All rights reserved.**
The use of this Form is restricted to CLTA subscribers in good standing as of the date of use. All other uses are prohibited. Reprinted under license or express permission from the California Land Title Association.

information or grant permission to secure reasonably necessary information from third parties as required in the above paragraph, unless prohibited by law or governmental regulation, shall terminate any liability of the Company under this Guarantee to the Assured for that claim.

**6.    Options to Pay or Otherwise Settle Claims: Termination of Liability.**

In case of a claim under this Guarantee, the Company shall have the following additional options:

(a)    To pay or tender payment of the Amount of Liability together with any costs, attorneys' fees, and expenses incurred by the Assured that were authorized by the Company up to the time of payment or tender of payment and that the Company is obligated to pay.

(b)    To pay or otherwise settle with the Assured any claim assured against under this Guarantee. In addition, the Company will pay any costs, attorneys' fees, and expenses incurred by the Assured that were authorized by the Company up to the time of payment or tender of payment and that that the Company is obligated to pay; or

(c)    To pay or otherwise settle with other parties for the loss or damage provided for under this Guarantee, together with any costs, attorneys' fees, and expenses incurred by the Assured that were authorized by the Company up to the time of payment and that the Company is obligated to pay.

Upon the exercise by the Company of either of the options provided for in 6 (a), (b) or (c) of this paragraph the Company's obligations to the Assured under this Guarantee for the claimed loss or damage, other than the payments required to be made, shall terminate, including any duty to continue any and all litigation initiated by the Company pursuant to Paragraph 4.

**7.    Limitation of Liability.**

(a)    This Guarantee is a contract of Indemnity against actual monetary loss or damage sustained or incurred by the Assured claimant who has suffered loss or damage by reason of reliance upon the assurances set forth in Schedule A and only to the extent herein described, and subject to the Exclusions From Coverage of this Guarantee.

(b)    If the Company, or the Assured under the direction of the Company at the Company's expense, removes the alleged defect, lien or, encumbrance or cures any other matter assured against by this Guarantee in a reasonably diligent manner by any method, including litigation and the completion of any appeals therefrom, it shall have fully performed its obligations with respect to that matter and shall not be liable for any loss or damage caused thereby.

(c)    In the event of any litigation by the Company or with the Company's consent, the Company shall have no liability for loss or damage until there has been a final determination by a court of competent jurisdiction, and disposition of all appeals therefrom.

(d)    The Company shall not be liable for loss or damage to the Assured for liability voluntarily assumed by the Assured in settling any claim or suit without the prior written consent of the Company.

**8.    Reduction of Liability or Termination of Liability.**

All payments under this Guarantee, except payments made for costs, attorneys' fees and expenses pursuant to Paragraph 4 shall reduce the Amount of Liability under this Guarantee pro tanto.

**9.    Payment of Loss.**

(a)    No payment shall be made without producing this Guarantee for endorsement of the payment unless the Guarantee has been lost or destroyed, in which case proof of loss or destruction shall be furnished to the satisfaction of the Company.

(b)    When liability and the extent of loss or damage has been definitely fixed in accordance with these Conditions, the loss or damage shall be payable within thirty (30) days thereafter.

**10.    Subrogation Upon Payment or Settlement.**

Whenever the Company shall have settled and paid a claim under this Guarantee, all right of subrogation shall vest in the Company unaffected by any act of the Assured.

The Company shall be subrogated to and be entitled to all rights and remedies which the Assured would have had against any person or

property in respect to the claim had this Guarantee not been issued. If requested by the Company, the Assured shall transfer to the Company all rights and remedies against any person or property necessary in order to perfect this right of subrogation. The Assured shall permit the Company to sue, compromise or settle in the name of the Assured and to use the name of the Assured in any transaction or litigation involving these rights or remedies.

If a payment on account of a claim does not fully cover the loss of the Assured the Company shall be subrogated to all rights and remedies of the Assured after the Assured shall have recovered its principal, interest, and costs of collection.

**11.    Arbitration.**

Either the Company or the Assured may demand that the claim or controversy shall be submitted to arbitration pursuant to the Title Insurance Arbitration Rules of the American Land Title Association ("Rules"). Except as provided in the Rules, there shall be no joinder or consolidation with claims or controversies of other persons. Arbitrable matters may include, but are not limited to, any controversy or claim between the Company and the Assured arising out of or relating to this Guarantee, any service of the Company in connection with its issuance or the breach of a Guarantee provision, or to any other controversy or claim arising out of the transaction giving rise to this Guarantee. All arbitrable matters when the amount of liability is $2,000,000 or less shall be arbitrated at the option of either the Company or the Assured. All arbitrable matters when the amount of liability is in excess of $2,000,000 shall be arbitrated only when agreed to by both the Company and the Assured. Arbitration pursuant to this Guarantee and under the Rules shall be binding upon the parties. Judgment upon the award rendered by the Arbitrator(s) may be entered in any court of competent jurisdiction.

**12.    Liability Limited to This Guarantee; Guarantee Entire Contract.**

(a)    This Guarantee together with all endorsements, if any, attached hereto by the Company is the entire Guarantee and contract between the Assured and the Company. In interpreting any provision of this Guarantee, this Guarantee shall be construed as a whole.

(b)    Any claim of loss or damage, whether or not based on negligence, or any action asserting such claim, shall be restricted to this Guarantee.

(c)    No amendment of or endorsement to this Guarantee can be made except by a writing endorsed hereon or attached hereto signed by either the President, a Vice President, the Secretary, an Assistant Secretary, or validating officer or authorized signatory of the Company.

**13.    Severability**

In the event any provision of this Guarantee, in whole or in part, is held invalid or unenforceable under applicable law, the Guarantee shall be deemed not to include that provision or such part held to be invalid, but all other provisions shall remain in full force and effect.

**14.    Choice of Law; Forum**

(a)    Choice of Law: The Assured acknowledges the Company has underwritten the risks covered by this Guarantee and determined the premium charged therefor in reliance upon the law affecting interests in real property and applicable to the interpretation, rights, remedies, or enforcement of Guaranties of the jurisdiction where the Land is located.

Therefore, the court or an arbitrator shall apply the law of the jurisdiction where the Land is located to determine the validity of claims that are adverse to the Assured and to interpret and enforce the terms of this Guarantee. In neither case shall the court or arbitrator apply its conflicts of law principles to determine the applicable law.

(b)    Choice of Forum: Any litigation or other proceeding brought by the Assured against the Company must be filed only in a state or federal court within the United States of America or its territories having appropriate jurisdiction.

**15.    Notices, Where Sent.**

All notices required to be given the Company and any statement in writing required to be furnished the Company shall include the number of this Guarantee and shall be addressed to the Company at Chicago Title Insurance Company, Attn: Claims Department, P.O. Box 45023, Jacksonville, FL 32232-5023.

---

**© California Land Title Association. All rights reserved.**
The use of this Form is restricted to CLTA subscribers in good standing as of the date of use. All other uses are prohibited. Reprinted under license or express permission from the California Land Title Association.

# CONDITION OF TITLE GUARANTEE

## SCHEDULE A

Order No.:  **00781076-993-IET-SAD**

Guarantee No.:  **CA-FAIN-IMP-72G28-1-21-00781076**                        Amount of Liability:  **$5,000.00**

Date of Guarantee:  **January 6, 2021 at**                                                    Fee:  **$500.00**

1.      Name of Assured:

   **Talkov Law**

2.      The estate or interest in the Land which is covered by this Guarantee is:

   **A CONDOMINIUM, as defined in Sections 783 and 4125 of the California Civil Code, as to a leasehold set forth in that certain Memorandum of Sublease and Grant Deed of Improvements dated May 14, 1981, executed by Harbour Vista, a California limited partnership, as the sublessor, and Michael Caruso and Cristina Caruso, husband and wife as joint tenants, as sublessee, and recorded May 22, 1981, in Book 14070, Page 1729, of Official Records and by First Amendment to Memorandum of Sublease, recorded October 19, 1995, as Instrument No. 19950463381, of Official Records for the term, upon and subject to all of the provisions contained therein.**

3.      The Land referred to in this Guarantee is described as follows:

   **See Exhibit A attached hereto and made a part hereof.**

4.      ASSURANCES:

   According to the Public Records as of the Date of Guarantee,

   a.      Title to the estate or interest in the Land is vested in:

      **Moisey O. Fridman and Rosa A. Fridman, Trustees of The Fridman Family Trust u/d/t April 14, 2000, as to an undivided 68.3% interest and Alex Fridman, a single man, as to an undivided 31.7% interest, all as tenants in common, subject to proceedings pending in the bankruptcy court where a petition for relief was filed.**

      | | |
      |---|---|
      | **Name of Debtor:** | **Moisey Fridman and Rosa Fridman** |
      | **Date of Filing:** | **February 10, 2012** |
      | **U.S. District Court:** | **Central District of California (Santa Ana)** |
      | **Case No:** | **8:12-bk-11721-ES** |

   b.      Title to the estate or interest is subject to defects, liens or encumbrances shown in Schedule B which are not necessarily shown in the order of their priority.

**© California Land Title Association. All rights reserved.**
The use of this Form is restricted to CLTA subscribers in good standing as of the date of use. All other uses are prohibited. Reprinted under license or express permission from the California Land Title Association.

# EXHIBIT A

# LEGAL DESCRIPTION

THE LAND REFERRED TO HEREIN BELOW IS SITUATED  HUNTINGTON BEACH, IN THE COUNTY OF ORANGE, STATE OF CALIFORNIA, AND IS DESCRIBED AS FOLLOWS:

A Condominium comprised of:

Parcel 1:

Unit 10 in Building 2, on Lots A, B, C and Lot 1 of Tract No. 10658, in the City of Huntington Beach, County of Orange, State of California, as shown and described in the Condominium Plan ("Plan") recorded August 21, 1980, in Book 13710, Page 1889, et seq., Official Records of Orange County, California.

Parcel 2:

An undivided 1/120th interest as a tenant in common in a subleasehold estate in and to all of the real property, including, without limitation, the Common Areas defined in the Declaration of Covenants, Conditions and Restrictions and Reservation of Easements for Harbour Vista Condominiums, recorded August 22, 1980, in Book 13713, Page 1046, of Official Records ("Declaration"), of Lots A, B, C and Lot 1 of Tract No. 10658, in the City of Huntington Beach, County of Orange, State of California, as shown on a map recorded in Book 466, Pages 37 and 38 of Miscellaneous Maps, in the Office of the County Recorder of said County.

Except therefrom Units 1 through 20, inclusive in Buildings I through VI, inclusive on Lots A, B, C and Lot 1 of Tract No. 10658, as shown on the Plan.

Except further therefrom, all improvements and appurtenances located or to be located on said Lots A, B, C and Lot 1 of Tract No. 10658.

Also excepting therefrom, all minerals, oil, gas, petroleum, other hydrocarbon substances and all underground water in or under or which may be produced from said Lot which underlie a plane parallel to and 500 feet below the present surface of said Lot for the purposes of prospecting for, the exploration, development, production, extraction and taking of said minerals, oil, gas, petroleum, other hydrocarbon substances and water from said Lot by means of mines, wells, derricks or other equipment from surface locations on adjoining or neighboring land or lying outside of the above described Lot, it being understood that the owner of such minerals, oil, gas, petroleum, other hydrocarbon substances and water, as set forth above, shall have no right to enter upon the surface or any portion thereof above said plane parallel to and 500 feet below the present surface of the said Lot for any purpose whatsoever.

Parcel 3:

Non-exclusive easements for access, ingress, egress, use, enjoyment, drainage, encroachment, support, maintenance, repairs, and for other purposes, all as shown in the Plan and as described in the Declaration.

Parcel 4:

Exclusive easements appurtenant to Parcels 1 and 2 described above, for use and occupancy for patios and decks to and over those portions of Lots A, B, C and Lot 1 of Tract No. 10658, defined as Restricted Common Areas in the Declaration as described and assigned in the Plan.

II.  Improvements:

© California Land Title Association. All rights reserved.
The use of this Form is restricted to CLTA subscribers in good standing as of the date of use. All other uses are prohibited. Reprinted under license or express permission from the California Land Title Association.

Order No.  00781076-993-IET-SAD                                      Policy No. CA-FAIN-IMP-72G28-1-21-00781076

# EXHIBIT A
## (Continued)

Parcel 5:

An undivided 1/120$^{th}$ fee simple interest in all the improvements and appurtenances located on Lots A, B, C and Lot 1 of Tract No. 10658, in the City of Huntington Beach, County of Orange, State of California, as shown on a map recorded in Book 466, Pages 37 and 38 of Miscellaneous Maps, in the Office of the County Recorder of said County ("Improvements").

Parcel 6:

Nonexclusive easements for access, ingress, use, enjoyment, drainage, encroachment, support, maintenance, repairs, and for other purposes, all shown in the Plan, and as described in the Declaration, to the extend such easements are located on the improvements.

Parcel 7:

Exclusive easements appurtenant to Parcel 5 above, for use and occupancy for patios and decks, in, to and over those portions of Lots A, B, C and Lot 1 of Tract No. 10658, defined as Restricted Common Areas in the Declaration, as described and assigned in the Plan, to the extent such easements are located on the improvements.

APN:  937-71-030

72G28 CLTA Guarantee Form No. 28 (06-05-14)                                                          Page 6
Condition of Title Guarantee

© **California Land Title Association. All rights reserved.**
The use of this Form is restricted to CLTA subscribers in good standing as of the date of use. All other uses are prohibited. Reprinted under license or express permission from the California Land Title Association.

Order No.  00781076-993-IET-SAD                                    Policy No. CA-FAIN-IMP-72G28-1-21-00781076

# SCHEDULE B

1.      Property taxes, which are a lien not yet due and payable, including any assessments collected with taxes to be levied for the fiscal year 2021 - 2022.

2.      Property taxes, including any personal property taxes and any assessments collected with taxes, are as follows:

Tax Identification No.:          937-71-030
Fiscal Year:                     2020-2021
1st Installment:                 $1,531.17, Paid
2nd Installment:                 $1,531.17, Open (Delinquent after April 10)
Penalty and Cost:                $176.11
Homeowners Exemption:            $7,000.00
Code Area:                       04-007

3.      Prior to the issuance of any Title insurance, the County Tax collector must be contacted for the amount(s) of unsecured possessory interest taxes and any other charges due thereunder.

4.      Any liens or other assessments, bonds, or special district liens including without limitation, Community Facility Districts, that arise by reason of any local, City, Municipal or County Project or Special District.

5.      The lien of supplemental or escaped assessments of property taxes, if any, made pursuant to the provisions of Chapter 3.5 (commencing with Section 75) or Part 2, Chapter 3, Articles 3 and 4, respectively, of the Revenue and Taxation Code of the State of California as a result of the transfer of title to the vestee named in Schedule A or as a result of changes in ownership or new construction occurring prior to Date of Policy.

6.      An unrecorded lease with certain terms, covenants, conditions and provisions set forth therein as disclosed by the document

Entitled:              Memorandum of Lease
Lessor:                Jessie M. Duc, a widow, Eugene Duc, a married man and Charlotte Kirchen, a
                       single woman
Lessee:                Frank Woolsey and Charles Hermanson
Recording Date:        August 08, 1979
Recording No:          Book 13261, Page 1473, of Official Records

The present ownership of the leasehold created by said lease and other matters affecting the interest of the lessee are not shown herein.

Memorandum of Addendum to Lease

Recording Date:        October 24, 1979
Recording No:          Book 13366, Page 1033, of Official Records

© California Land Title Association. All rights reserved.
The use of this Form is restricted to CLTA subscribers in good standing as of the date of use. All other uses are prohibited. Reprinted under license or express permission from the California Land Title Association.

Order No.  00781076-993-IET-SAD                                              Policy No. CA-FAIN-IMP-72G28-1-21-00781076

## SCHEDULE B
### (Continued)

Notice of Extension of Ground Lease

Recording Date:        May 16, 1994
Recording No:          94-0335069, of Official Records

and Recording Date:    March 23, 1995
and Recording No:      95-0116929, of Official Records

Memorandum of Third Amendment to Ground Leases

Recording Date:        January 07, 2013
Recording No:          2013000010352, of Official Records

7.    Matters contained in that certain document

Entitled:        Ground Lessor's Estoppel Statement
Dated:           October 22, 1979
Executed by:     Jessie M. Duc, Eugene Duc and Charlotte Kirchen
Recording Date:  October 24, 1979
Recording No:    Book 13366, Page 1024, of Official Records

Reference is hereby made to said document for full particulars.

8.    All easements, offers and dedications as shown on the official map

Tract of:        Tract No. 10658

9.    The ownership of said Land does not include rights of access to or from the street, highway, or freeway abutting said Land, such rights having been relinquished by said map/plat

Affects:         Heil Avenue and Green Street
Recording Date:  December 27, 1979
Recording No:    Book 466, Page 37, of Miscellaneous Maps

Said Land, however, abuts on a public thoroughfare, other than the one referred to above, over which the rights of vehicular access have not been relinquished.

© California Land Title Association. All rights reserved.
The use of this Form is restricted to CLTA subscribers in good standing as of the date of use. All other uses are prohibited. Reprinted under license or express permission from the California Land Title Association.

Order No.  00781076-993-IET-SAD                                    Policy No. CA-FAIN-IMP-72G28-1-21-00781076

## SCHEDULE B
### (Continued)

10.    The matters set forth in the document shown  below which, among other things, contains or provides for: certain easements; liens and the subordination thereof; provisions relating to partition; restrictions on severability of component parts; and covenants, conditions and restrictions but omitting any covenants or restrictions, if any, including, but not limited to those based upon race, color, religion, sex, gender, gender identity, gender expression, sexual orientation, marital status, national origin, ancestry, familial status, source of income, disability, veteran or military status, genetic information, medical condition, citizenship, primary language, and immigration status, as set forth in applicable state or federal laws, except to the extent that said covenant or restriction is permitted by applicable law.

    Entitled:           Declaration of Covenants, Conditions and Restrictions and Reservation of Easements for Harbour Vista Condominiums
    Recording Date:    August 22, 1980
    Recording No:    Book 13713, Page 1046, of Official Records

    Said covenants, conditions and restrictions provide that a violation thereof shall not defeat the lien of any mortgage or deed of trust made in good faith and for value.

    Said instrument also provides for the levy of assessments, the lien of which is stated to be subordinate to the lien of certain mortgages or deeds of trust made in good faith and for value.

11.    Non-exclusive easements over and through the common area for ingress, egress, public utility, enjoyment, support and repair of the common area and each unit, as provided in the above mentioned declaration and as disclosed by various deeds of record.

    Affects:           Common Area

12.    An unrecorded sublease with certain terms, covenants, conditions and provisions set forth therein as disclosed by the document

    Entitled:           Memorandum of Sublease
    Sublessor:        Frank Woolsey and Charles L. Hermansen
    Sublessor:        Harbour Vista, a California limited partnership
    Recording Date:    May 07, 1981
    Recording No:    Book 14049, Page 1199, of Official Records

    The present ownership of the leasehold created by said lease and other matters affecting the interest of the lessee are not shown herein.

13.    Easement(s) for the purpose(s) shown below and rights incidental thereto as reserved in a document;

    Reserved by:      Harbour Vista, a California limited partnership
    Purpose:          access, ingress, egress, encroachment, support, maintenance, drainage, use, enjoyment, repairs, use and occupancy for patios and decks, utility and public services, community antenna television system, and for other purposes
    Recording Date:    May 22, 1981
    Recording No:    Book 14070, Page 1729, of Official Records
    Affects:           said land more particularly described therein

© California Land Title Association. All rights reserved.
The use of this Form is restricted to CLTA subscribers in good standing as of the date of use. All other uses are prohibited. Reprinted under license or express permission from the California Land Title Association.

Order No.  00781076-993-IET-SAD

Policy No. CA-FAIN-IMP-72G28-1-21-00781076

## SCHEDULE B
### (Continued)

14.     The terms and conditions of a Judgment

|                 |                                            |
|-----------------|--------------------------------------------|
| Court:          | Superior                                   |
| Case No:        | 30-2010-00345490                           |
| Date entered:   | November 02, 2011                          |
| County:         | Orange                                     |
| Plaintiff:      | Karl Avetoom                               |
| Defendant:      | Moisey Fridman and Rosa Fridman, as individuals |
| Recording Date: | November 18, 2011                          |
| Recording No.:  | 2011000590354, of Official Records         |

15.     An abstract of judgment for the amount shown below and any other amounts due:

|                 |                                    |
|-----------------|------------------------------------|
| Amount:         | $1,000,000.00                      |
| Debtor:         | Moisey Fridman and Rosa Fridman    |
| Creditor:       | Karl Avetoom                       |
| Date entered:   | November 18, 2011                  |
| County:         | Orange                             |
| Court:          | Superior                           |
| Case No.:       | 30-2010-00345490                   |
| Recording Date: | January 17, 2012                   |
| Recording No:   | 2012000023845, of Official Records |

Said judgment was amended by a document

|                 |                                    |
|-----------------|------------------------------------|
| Recording Date: | March 11, 2015                     |
| Recording No:   | 2015000126500, of Official Records |

16.     A homestead declaration

|                 |                                                    |
|-----------------|----------------------------------------------------|
| Executed by:    | Moisey O. Fridman and Rosa A. Fridman, husband and wife |
| Dated:          | May 23, 2013                                       |
| Recording Date: | May 23, 2013                                       |
| Recording No:   | 2013000313820, of Official Records                 |

17.     An abstract of judgment for the amount shown below and any other amounts due:

|                 |                                    |
|-----------------|------------------------------------|
| Amount:         | $5,432.97                          |
| Debtor:         | Moisey Fridman and Rosa Fridman    |
| Creditor:       | Karl Avetoom                       |
| Date entered:   | August 13, 2014                    |
| County:         | Orange                             |
| Court:          | Superior                           |
| Case No.:       | 30-2010-00345490                   |
| Recording Date: | September 30, 2014                 |
| Recording No:   | 2014000398135, of Official Records |

© **California Land Title Association. All rights reserved.**
The use of this Form is restricted to CLTA subscribers in good standing as of the date of use. All other uses are prohibited. Reprinted under
license or express permission from the California Land Title Association.

Order No.  00781076-993-IET-SAD

Policy No. CA-FAIN-IMP-72G28-1-21-00781076

# SCHEDULE B
## (Continued)

18.    An abstract of judgment for the amount shown below and any other amounts due:

| | |
|---|---|
| Amount: | $8,525.50 |
| Debtor: | Moisey Fridman and Rosa Fridman |
| Creditor: | Karl Avetoom |
| Date entered: | March 06, 2015 |
| County: | Orange |
| Court: | Superior |
| Case No.: | 30-2010-00345490 |
| Recording Date: | March 11, 2015 |
| Recording No: | 2015000126507, of Official Records |

19.    A pending court action as disclosed by a recorded notice:

| | |
|---|---|
| Plaintiff: | Karl Anderson, Chapter 7 Trustee |
| Defendant: | Alex Friedman and Val Fridman |
| Debtors: | Moisey Fridman and Rosa Fridman |
| County: | Orange |
| Court: | United States Bankruptcy Court Central District of California Santa Ana Division |
| Case No.: | 8:14-ap-01038-ES |
| Nature of Action: | real property claim |
| Recording Date: | March 31, 2015 |
| Recording No: | 2015000165130, of Official Records |

20.    An abstract of judgment for the amount shown below and any other amounts due:

| | |
|---|---|
| Amount: | $140.00 |
| Debtor: | Alex Fridman |
| Creditor: | Karl Avetoom |
| Date entered: | March 22, 2019 |
| County: | Orange |
| Court: | Superior |
| Case No.: | 30-2017-00964245 |
| Recording Date: | May 23, 2019 |
| Recording No: | 2019000176947, of Official Records |

21.    The terms and conditions of a Judgment

| | |
|---|---|
| Court: | Superior |
| Case No: | 30-2015-00820760 |
| Date entered: | August 13, 2020 |
| County: | Orange |
| Plaintiff: | Karl Avetoom, an individual |
| Defendant: | Rosa Fridman, an individual, and Rosa Fridman as Trustee for The Fridman Family Trust established on April 14, 2000 |
| Recording Date: | November 19, 2020 |
| Recording No.: | 2020000673156, of Official Records |

72G28 CLTA Guarantee Form No. 28 (06-05-14)
Condition of Title Guarantee

Page 11

© **California Land Title Association. All rights reserved.**
The use of this Form is restricted to CLTA subscribers in good standing as of the date of use. All other uses are prohibited. Reprinted under
license or express permission from the California Land Title Association.

Order No.  00781076-993-IET-SAD

Policy No. CA-FAIN-IMP-72G28-1-21-00781076

## SCHEDULE B
### (Continued)

22.    An abstract of judgment for the amount shown below and any other amounts due:

Amount:            $6,852.33
Debtor:            Rosa Fridman and Rosa Fridman, as Trustee for The Fridman Family Trust established on April 14, 2000
Creditor:          Karl Avetoom
Date entered:      October 06, 2020
County:            Orange
Court:             Superior
Case No.:          30-2015-00820760
Recording Date:    November 19, 2020
Recording No:      2020000673157, of Official Records

---

72G28 CLTA Guarantee Form No. 28 (06-05-14)                                        Page 12
Condition of Title Guarantee

**© California Land Title Association. All rights reserved.**
The use of this Form is restricted to CLTA subscribers in good standing as of the date of use. All other uses are prohibited. Reprinted under license or express permission from the California Land Title Association.

# Preliminary Title Report Exception No. 14

90

**PLEASE COMPLETE THIS INFORMATION**

RECORDING REQUESTED BY:

KARL    AVEtoom

AND WHEN RECORDED MAIL TO:

KARL    AVEtoom

1100 RutLAND RD #9

Newport Beach, CA 92660

Recorded in Official Records, Orange County
Tom Daly, Clerk-Recorder
|||||||||||||||||||||||||||||||||||||||||||||||||||||| 33.00

2011000590354 3:49 pm 11/18/11
90 416 J02    10
0.00 0.00 0.00 0.00 27.00 0.00 0.00 0.00

THIS SPACE FOR RECORDER'S USE ONLY

TITLE OF DOCUMENT:    JUDGment

π
10p
cf

THIS PAGE ADDED TO PROVIDE ADEQUATE SPACE FOR RECORDING INFORMATION
(Additional recording fee applies)

.059-TITLE PAGE (R7/95)



1  Charles Murray, III.  SBN: 195053
   523 West Sixth Street, Suite 707
2  Los Angeles, California 90014
3  T.213.627.5983
   F.213.627.6051
4
   Attorney for Plaintiff
5

6

7

8              SUPERIOR COURT OF THE STATE OF CALIFORNIA

9          FOR THE COUNTY OF ORANGE-HARBOR JUSTICE CENTER

10
   KARL AVETOOM,                    ) Case No: 30-2010-00345490
11                                  )
            Plaintiff,              ) Assigned to:
12                                  )
       vs.                          ) HON. JUDGE KAREN L. ROBINSON
13                                  ) Dept: H12
                                    )
14                                  )
   MOISEY FRIDMAN and ROSA          ) [PLAINTIFF'S PROPOSED] JUDGMENT
15                                  )
   FRIDMANS, as individuals, and    )
16                                  )
   DOES 1-50,                       )
17                                  )
            Defendants              )
18 _____ )

19

20      This cause came on regularly for trial on October 18, 2011 in

21 department H12, the Honorable Karen L. Robinson, Judge, presiding.

22 Plaintiff Karl Avetoom appeared by Charles L. Murray III of the Law

23 Offices of Charles L. Murray III, his attorney.  Defendants Moisey

24 and Rosa Fridman appeared by D. Michael Bush of the Law Office of D.

25 Michael Bush, their attorney.

26      The trial was bifurcated. The first phase of the trial

27 consisted of the liability issues on the complaint; the second phase

28 would consist of punitive damages.  A jury of twelve persons was

                              - 1 -

                    [PLAINTIFF'S PROPOSED] JUDGMENT

1    regularly impaneled and sworn to try the action.

2          **FIRST PHASE OF THE TRIAL-PLAINTIFF'S SPECIAL VERDICT**

3                        **[MOISEY FRIDMAN]**

4          After hearing the evidence, arguments of counsel, and

5    instructions of the Court, and the following questions as stipulated

6    to by the parties, the jury deliberated and unanimously returned the

7    special verdict on the first phase-complaint, of the trial that

8    stated:

9

10   "We answer the questions submitted to us as follows:

11       1. Was Moisey Fridman's conduct outrageous?

12

13       __X__ Yes _____ No

14

15       If your answer to question 1 is yes, then answer question 2.

16       If you answered no, stop here, answer no further questions,

17       and have the presiding juror sign and date this form.

18

19       2. Did Moisey Fridman intend to cause Karl Avetoom

20       emotional distress?

21              or

22       Did Moisey Fridman act with reckless disregard of the

23       probability that Karl Avetoom would suffer emotional

24       distress, knowing that Karl Avetoom was present when the

25       conduct occurred?

26

27       __X__ Yes _____ No

28

- 2 -

[PLAINTIFF'S PROPOSED] JUDGMENT

1    If your answer to question 2 is yes, then answer question 3.

2    If you answered no, stop here, answer no further questions,

3    and have the presiding juror sign and date this form.

4

5      3. Did Karl Avetoom suffer severe emotional distress?

6

7      __X__ Yes _____ No

8

9    If your answer to question 3 is yes, then answer question 4.

10   If you answered no, stop here, answer no further questions,

11   and have the presiding juror sign and date this form.

12

13     4. Was Moisey Fridman's conduct a substantial factor in

14   causing Karl Avetoom's severe emotional distress?

15

16     __X__ Yes _____ No

17   If your answer to question 4 is yes, then answer question 5.

18   If you answered no, stop here, answer no further questions,

19   and have the presiding juror sign and date this form.

20

21     5. What are Karl Avetoom's damages?

22

23   [a] Past non-economic loss: Emotional distress includes suffering,
     anguish, fright, horror, nervousness, grief, anxiety, worry, shock,
24   humiliation, and shame:............................... $ 200,000.00

25

26   [b] Future non-economic loss: Emotional distress includes
     suffering, anguish, fright, horror, nervousness, grief, anxiety,
27   worry, shock, humiliation, and shame:................. $ 100,000.00

28

- 3 -

1    ........................................ **TOTAL** $300,000.00

2

3    6. Did Defendant Rosa Fridman engage in a Conspiracy with

4    Defendant Moisey Fridman?

5

6                                 Or

7    Did Rosa Fridman aide and abet Moisey Fridman to cause Karl

8    Avetoom intentional infliction of emotional distress?

9

10    __X__ Yes _____ No

11

12  Please proceed to question #7

13

14    7.    Did Defendant Moisey Fridman engage in conduct, by clear

15    and convincing evidence, with either "malice", "oppression", or

16    "fraud"?

17    __X__ Yes _____ No

18

19

20   Signed: /s/

21

22   Presiding Juror"

23

24    **FIRST PHASE OF THE TRIAL-PLAINTIFF'S SPECIAL VERDICT**

25                  **[ROSA FRIDMAN]**

26    After hearing the evidence, arguments of counsel, and

27  instructions of the Court, and the following questions as stipulated

28  to by the parties, the jury deliberated and unanimously returned the

- 4 -

[PLAINTIFF'S PROPOSED] JUDGMENT

1   special verdict on the first phase-complaint, of the trial that

2   stated:

3   "We answer the questions submitted to us as follows:

4       1. Was Rosa Fridman's conduct outrageous?

5

6       __X__ Yes _____ No

7

8   If your answer to question 1 is yes, then answer question 2.

9   If you answered no, stop here, answer no further questions,

10  and have the presiding juror sign and date this form.

11

12      2. Did Rosa Fridman intend to cause Karl Avetoom emotional

13  distress?

14          or

15  Did Rosa Fridman act with reckless disregard of the

16  probability that Karl Avetoom would suffer emotional

17  distress, knowing that Karl Avetoom was present when the

18  conduct occurred?

19

20      __X__ Yes _____ No

21

22  If your answer to question 2 is yes, then answer question 3.

23  If you answered no, stop here, answer no further questions,

24  and have the presiding juror sign and date this form.

25

26      3. Did Karl Avetoom suffer severe emotional distress?

27

28      __X__ Yes _____ No

- 5 -

[PLAINTIFF'S PROPOSED] JUDGMENT

If your answer to question 3 is yes, then answer question 4.

If you answered no, stop here, answer no further questions,

and have the presiding juror sign and date this form.

4. Was Rosa Fridman's conduct a substantial factor in

causing Karl Avetoom's severe emotional distress?

__X__ Yes _____ No

If your answer to question 4 is yes, then answer question 5.

If you answered no, stop here, answer no further questions,

and have the presiding juror sign and date this form.

5. What are Karl Avetoom's damages?

[a] Past non-economic loss: Emotional distress includes suffering, anguish, fright, horror, nervousness, grief, anxiety, worry, shock, humiliation, and shame:............................. $ 200,000.00

[b] Future non-economic loss: Emotional distress includes suffering, anguish, fright, horror, nervousness, grief, anxiety, worry, shock, humiliation, and shame:................. $ 100,00.00

.................................... **TOTAL** $300,000.00

6. Did Defendant Moisey Fridman engage in a Conspiracy with

Defendant Rosa Fridman?

Or

Did Moisey Fridman aide and abet Rosa Fridman to cause Karl

- 6 -

1     Avetoom intentional infliction of emotional distress?

2

3        __X__ Yes _____ No

4

5  Please proceed to question #7

6       7.   Did Defendant Rosa Fridman engage in conduct, by clear and

7       convincing evidence, with either "malice", "oppression", or

8       "fraud"?

9        __X__ Yes _____ No

10

11  Signed: /s/

12  Presiding Juror"

13

14           **SECOND PHASE OF THE TRIAL-SPECIAL VERDICT:**

15             **PUNITIVE DAMAGES AGAINST MOISEY FRIDMAN**

16     After hearing the evidence, arguments of counsel, and

17  instructions of the Court, the jury deliberated and unanimously

18  returned a special verdict on the second phase of the trial-punitive

19  damages, awarding:

20     $200,000.00 in punitive damages against Moisey Fridman.

21

22           **SECOND PHASE OF THE TRIAL-SPECIAL VERDICT:**

23             **PUNITIVE DAMAGES AGAINST ROSA FRIDMAN**

24     After hearing the evidence, arguments of counsel, and

25  instructions of the Court, the jury deliberated and unanimously

26  returned a special verdict on the second phase of the trial-punitive

27  damages, awarding:

28     $200,000.00 in punitive damages against Rosa Fridman.

- 7 -

[PLAINTIFF'S PROPOSED] JUDGMENT

1    **NOW, THEREFORE, IT IS ADJUDGED, ORDERED AND DECREED** that

2    judgment be entered in favor of the plaintiff Karl Avetoom and

3    against defendants Moisey Fridman and Rosa Fridman on the complaint,

4    as follows:

5        The Court orders judgment against Moisey Fridman as follows:

6    $300,000.00 non-economic damage for intentional infliction of

7    emotional distress, and $200,000.00 in punitive damages by a finding

8    of clear and convincing evidence of malice, oppression or fraud

9    causing intentional infliction of emotional distress.

10       The Court orders judgment against Rosa Fridman as follows:

11   $300,000.00 non-economic damage for intentional infliction of

12   emotional distress, and $200,000.00 in punitive damages by a finding

13   of clear and convincing evidence of malice, oppression or fraud

14   causing intentional infliction of emotional distress.

15

16       The entire judgment against defendant Moisey Fridman is

17   $500,000.00;($300,000.00 is joint and several with defendant Rosa

18   Fridman for compensatory damages).

19       The entire judgment against defendant Rosa Fridman is

20   $500,000.00;($300,000.00 is joint and several with defendant Moisey

21   Fridman for compensatory damages).

22

23       All sums awarded hereunder will bear interest at the legal rate

24   of 10% per annum from the date the judgment is entered until

25   paid.

26

27   Dated:    11·18·11                    Karen D Robinson

28                                   Hon. Karen L. Robinson
                                     Judge of the Superior Court

                                     - 8 -

                    [PLAINTIFF'S PROPOSED] JUDGMENT

I hereby certify the foregoing instrument consisting of _2_ page(s)
is a true and correct copy of the original on file in this court

**NOV 1 8 2011**

ATTEST (DATE)_____
ALAN CARLSON, EXECUTIVE OFFICER AND CLERK OF THE
SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE

BY _____ DEPUTY

## Preliminary Title Report Exception No. 15 (Part 1)

90

**EJ-001**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, address, State Bar number, and telephone number):* Recording requested by and return to: | Recorded in Official Records, Orange County Tom Daly, Clerk-Recorder |
|---|---|

CHARLES L. MURRAY III, SBN. 195053
PACIFIC MUTUAL BUILDING
523 WEST SIXTH STREET, STE. 707
LOS ANGELES, CALIFORNIA 90014
T.213.627.5983

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ 56.00

2012000023845 11:37 am 01/17/12
90 416 A03   11
0.00 0.00 0.00 0.00 30.00 20.00 0.00 0.00

[✓] ATTORNEY FOR   [✓] JUDGMENT CREDITOR   [ ] ASSIGNEE OF RECORD

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  ORANGE
STREET ADDRESS: 700 CIVIC CENTER DRIVE WEST
MAILING ADDRESS: 700 CIVIC CENTER DRIVE WEST
CITY AND ZIP CODE: SANTA ANA, CALIFORNIA 92701
BRANCH NAME: CENTRAL JUSTICE CENTER

*FOR RECORDER'S USE ONLY*

PLAINTIFF: KARL AVETOOM

DEFENDANT: MOISEY FRIDMAN & ROSA FRIDMAN

CASE NUMBER:
30-2010-00345490

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**   [ ] Amended

*FOR COURT USE ONLY*

Π
ΙΙρ
2D
2cf

1. The  [✓] judgment creditor  [ ] assignee of record
applies for an abstract of judgment and represents the following:
a. Judgment debtor's

    Name and last known address

    MOISEY FRIDMAN
    1100 RUTLAND ROAD, UNIT #7
    NEWPORT BEACH, CALIFORNIA 92660

b. Driver's license no. [last 4 digits] and state:   [✓] Unknown
c. Social security no. [last 4 digits]:   [✓] Unknown
d. Summons or notice of entry of sister-state judgment was personally served or
mailed to *(name and address):* 1100 RUTLAND ROAD, UNIT #7 NEWPORT BEACH, CALIFORNIA 92660

2. [✓] Information on additional judgment
debtors is shown on page 2.

3. Judgment creditor *(name and address):*
KARL AVETOOM, 1100 RUTLAND ROAD,
UNIT #9, NEWPORT BEACH, CA 92660

Date: 18 NOV. 2011
CHARLES L. MURRAY III

(TYPE OR PRINT NAME)

4. [ ] Information on additional judgment
creditors is shown on page 2.

5. [ ] Original abstract recorded in this county:
a. Date:
b. Instrument No.:

▶                    _____
(SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
$ $1,000,000.00

7. All judgment creditors and debtors are listed on this abstract.

8. a. Judgment entered on *(date):* 18 NOV. 2011
b. Renewal entered on *(date):*

9. [ ] This judgment is an installment judgment.

[SEAL]

ALAN CARLSON

This abstract issued on *(date):*

**JAN 1 3 2012**

10. [ ] An [ ] execution lien [ ] attachment lien
is endorsed on the judgment as follows:
a. Amount: $
b. In favor of *(name and address):*

11. A stay of enforcement has
a. [ ] not been ordered by the court.
b. [✓] been ordered by the court effective until
*(date):* January 23, 2012

12. a. [X] I certify that this is a true and correct abstract of
the judgment entered in this action.
b. [✓] A certified copy of the judgment is attached.

Clerk, by _____ Deputy
BARBARA EDDY

**ABSTRACT OF JUDGMENT—CIVIL
AND SMALL CLAIMS**

Page 1 of 2
Code of Civil Procedure, §§ 488.480,
674, 700.190

[ ] ORIGINAL

| PLAINTIFF: KARL AVETOOM | CASE NUMBER |
|---|---|
| DEFENDANT: MOISEY FRIDMAN & ROSA FRIDMAN | 30-2010-00345490 |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address)*:

14. Judgment creditor *(name and address)*:

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16.   Name and last known address

ROSA FRIDMAN
1100 RUTLAND ROAD, UNIT #7
NEWPORT BEACH, CALIFORNIA  92660

Driver's license no. [last 4 digits]
and state:                                    ☒ Unknown

Social security no. [last 4 digits]:          ☒ Unknown

Summons was personally served at or mailed to *(address)*:
1100 RUTLAND ROAD, UNIT #7
NEWPORT BEACH, CALIFORNIA  92660

17.   Name and last known address

Driver's license no. [last 4 digits]
and state:                                    ☐ Unknown

Social security no. [last 4 digits]:          ☐ Unknown

Summons was personally served at or mailed to *(address)*:

18.   Name and last known address

Driver's license no. [last 4 digits]
and state:                                    ☐ Unknown

Social security no. [last 4 digits]:          ☐ Unknown

Summons was personally served at or mailed to *(address)*:

19.   Name and last known address

Driver's license no. [last 4 digits]
and state:                                    ☐ Unknown

Social security no. [last 4 digits]:          ☐ Unknown

Summons was personally served at or mailed to *(address)*:

20. ☐ Continued on Attachment 20.

EJ-001 [Rev. January 1, 2008]

**ABSTRACT OF JUDGMENT—CIVIL
AND SMALL CLAIMS**

Page 2 of 2

1  Charles Murray, III.  SBN: 195053
    523 West Sixth Street, Suite 707
2  Los Angeles, California 90014
3  T.213.627.5983
    F.213.627.6051
4
    Attorney for Plaintiff
5

6

7

8              SUPERIOR COURT OF THE STATE OF CALIFORNIA

9         FOR THE COUNTY OF ORANGE-HARBOR JUSTICE CENTER

10

11  KARL AVETOOM,           ) Case No: 30-2010-00345490
                   )
12         Plaintiff,   ) *Assigned to:*
                   )
13      vs.            ) *HON*. JUDGE KAREN L. ROBINSON
                   ) *Dept:* H12
14                   )
  MOISEY FRIDMAN and ROSA  ) [PLAINTIFF'S PROPOSED] JUDGMENT
15
  FRIDMANS, as individuals, and  )
16                   )
  DOES 1-50,         )
17                   )
        Defendants     )
18

19

20      This cause came on regularly for trial on October 18, 2011 in

21  department H12, the Honorable Karen L. Robinson, Judge, presiding.

22  Plaintiff Karl Avetoom appeared by Charles L. Murray III of the Law

23  Offices of Charles L. Murray III, his attorney.  Defendants Moisey

24  and Rosa Fridman appeared by D. Michael Bush of the Law Office of D.

25  Michael Bush, their attorney.

26      The trial was bifurcated. The first phase of the trial

27  consisted of the liability issues on the complaint; the second phase

28  would consist of punitive damages.  A jury of twelve persons was

<div align="center">- 1 -</div>

<div align="center">[PLAINTIFF'S PROPOSED] JUDGMENT</div>

1  regularly impaneled and sworn to try the action.

2  **FIRST PHASE OF THE TRIAL-PLAINTIFF'S SPECIAL VERDICT**

3  **[MOISEY FRIDMAN]**

4  After hearing the evidence, arguments of counsel, and

5  instructions of the Court, and the following questions as stipulated

6  to by the parties, the jury deliberated and unanimously returned the

7  special verdict on the first phase-complaint, of the trial that

8  stated:

9

10  "We answer the questions submitted to us as follows:

11  1. Was Moisey Fridman's conduct outrageous?

12

13  __X__ Yes _____ No

14

15  If your answer to question 1 is yes, then answer question 2.

16  If you answered no, stop here, answer no further questions,

17  and have the presiding juror sign and date this form.

18

19  2. Did Moisey Fridman intend to cause Karl Avetoom

20  emotional distress?

21         or

22  Did Moisey Fridman act with reckless disregard of the

23  probability that Karl Avetoom would suffer emotional

24  distress, knowing that Karl Avetoom was present when the

25  conduct occurred?

26

27  __X__ Yes _____ No

28

- 2 -

[PLAINTIFF'S PROPOSED] JUDGMENT

1    If your answer to question 2 is yes, then answer question 3.

2    If you answered no, stop here, answer no further questions,

3    and have the presiding juror sign and date this form.

4

5    3. Did Karl Avetoom suffer severe emotional distress?

6

7    __X__ Yes _____ No

8

9    If your answer to question 3 is yes, then answer question 4.

10   If you answered no, stop here, answer no further questions,

11   and have the presiding juror sign and date this form.

12

13   4. Was Moisey Fridman's conduct a substantial factor in

14   causing Karl Avetoom's severe emotional distress?

15

16   __X__ Yes _____ No

17   If your answer to question 4 is yes, then answer question 5.

18   If you answered no, stop here, answer no further questions,

19   and have the presiding juror sign and date this form.

20

21   5. What are Karl Avetoom's damages?

22

23   [a] Past non-economic loss: Emotional distress includes suffering,
anguish, fright, horror, nervousness, grief, anxiety, worry, shock,

24   humiliation, and shame:.............................. $ 200,000.00

25

26   [b] Future non-economic loss: Emotional distress includes
suffering, anguish, fright, horror, nervousness, grief, anxiety,

27   worry, shock, humiliation, and shame:................ $ 100,000.00

28

- 3 -

[PLAINTIFF'S PROPOSED] JUDGMENT

1        .......................................... **TOTAL** $300,000.00

2

3        6. Did Defendant Rosa Fridman engage in a Conspiracy with

4        Defendant Moisey Fridman?

5

6                              Or

7        Did Rosa Fridman aide and abet Moisey Fridman to cause Karl

8        Avetoom intentional infliction of emotional distress?

9

10           __X__ Yes _____ No

11

12   Please proceed to question #7

13

14        7.   Did Defendant Moisey Fridman engage in conduct, by clear

15        and convincing evidence, with either "malice", "oppression", or

16        "fraud"?

17           __X__ Yes _____ No

18

19

20   Signed: /s/

21

22   Presiding Juror"

23

24        **FIRST PHASE OF THE TRIAL-PLAINTIFF'S SPECIAL VERDICT**

25                    **[ROSA FRIDMAN]**

26        After hearing the evidence, arguments of counsel, and

27   instructions of the Court, and the following questions as stipulated

28   to by the parties, the jury deliberated and unanimously returned the

                            - 4 -

                   [PLAINTIFF'S PROPOSED] JUDGMENT

1  special verdict on the first phase-complaint, of the trial that

2  stated:

3  "We answer the questions submitted to us as follows:

4      1. Was Rosa Fridman's conduct outrageous?

5

6      __X__ Yes _____ No

7

8  If your answer to question 1 is yes, then answer question 2.

9  If you answered no, stop here, answer no further questions,

10 and have the presiding juror sign and date this form.

11

12     2. Did Rosa Fridman intend to cause Karl Avetoom emotional

13 distress?

14         or

15 Did Rosa Fridman act with reckless disregard of the

16 probability that Karl Avetoom would suffer emotional

17 distress, knowing that Karl Avetoom was present when the

18 conduct occurred?

19

20     __X__ Yes _____ No

21

22 If your answer to question 2 is yes, then answer question 3.

23 If you answered no, stop here, answer no further questions,

24 and have the presiding juror sign and date this form.

25

26     3. Did Karl Avetoom suffer severe emotional distress?

27

28     __X__ Yes _____ No

- 5 -

[PLAINTIFF'S PROPOSED] JUDGMENT

If your answer to question 3 is yes, then answer question 4.
If you answered no, stop here, answer no further questions,
and have the presiding juror sign and date this form.

4. Was Rosa Fridman's conduct a substantial factor in
causing Karl Avetoom's severe emotional distress?

__X__ Yes _____ No

If your answer to question 4 is yes, then answer question 5.
If you answered no, stop here, answer no further questions,
and have the presiding juror sign and date this form.

5. What are Karl Avetoom's damages?

[a] Past non-economic loss: Emotional distress includes suffering,
anguish, fright, horror, nervousness, grief, anxiety, worry, shock,
humiliation, and shame:............................ $ 200,000.00

[b] Future non-economic loss: Emotional distress includes
suffering, anguish, fright, horror, nervousness, grief, anxiety,
worry, shock, humiliation, and shame:................ $ 100,00.00

..................................... **TOTAL** $300,000.00

6. Did Defendant Moisey Fridman engage in a Conspiracy with
Defendant Rosa Fridman?

Or

Did Moisey Fridman aide and abet Rosa Fridman to cause Karl

- 6 -

[PLAINTIFF'S PROPOSED] JUDGMENT

1       Avetoom intentional infliction of emotional distress?

2

3       __X__ Yes _____ No

4

5   Please proceed to question #7

6       7.   Did Defendant Rosa Fridman engage in conduct, by clear and

7       convincing evidence, with either "malice", "oppression", or

8       "fraud"?

9       __X__ Yes _____ No

10

11  Signed: /s/

12  Presiding Juror"

13

14  **SECOND PHASE OF THE TRIAL-SPECIAL VERDICT:**

15  **PUNITIVE DAMAGES AGAINST MOISEY FRIDMAN**

16      After hearing the evidence, arguments of counsel, and

17  instructions of the Court, the jury deliberated and unanimously

18  returned a special verdict on the second phase of the trial-punitive

19  damages, awarding:

20      $200,000.00 in punitive damages against Moisey Fridman.

21

22  **SECOND PHASE OF THE TRIAL-SPECIAL VERDICT:**

23  **PUNITIVE DAMAGES AGAINST ROSA FRIDMAN**

24      After hearing the evidence, arguments of counsel, and

25  instructions of the Court, the jury deliberated and unanimously

26  returned a special verdict on the second phase of the trial-punitive

27  damages, awarding:

28      $200,000.00 in punitive damages against Rosa Fridman.

- 7 -

1    **NOW, THEREFORE, IT IS ADJUDGED, ORDERED AND DECREED** that

2  judgment be entered in favor of the plaintiff Karl Avetoom and

3  against defendants Moisey Fridman and Rosa Fridman on the complaint,

4  as follows:

5      The Court orders judgment against Moisey Fridman as follows:

6  $300,000.00 non-economic damage for intentional infliction of

7  emotional distress, and $200,000.00 in punitive damages by a finding

8  of clear and convincing evidence of malice, oppression or fraud

9  causing intentional infliction of emotional distress.

10     The Court orders judgment against Rosa Fridman as follows:

11  $300,000.00 non-economic damage for intentional infliction of

12  emotional distress, and $200,000.00 in punitive damages by a finding

13  of clear and convincing evidence of malice, oppression or fraud

14  causing intentional infliction of emotional distress.

15

16     The entire judgment against defendant Moisey Fridman is

     $500,000.00; ($300,000.00 is joint and several with defendant Rosa
17
     Fridman for compensatory damages).
18

19     The entire judgment against defendant Rosa Fridman is

20  $500,000.00; ($300,000.00 is joint and several with defendant Moisey

21  Fridman for compensatory damages).

22

23     All sums awarded hereunder will bear interest at the legal rate

24  of 10% per annum from the date ▬▬▬ judgment is entered until

     paid.
25

26

27  Dated:  *11·18·11*                     *Karen D Robinson*

28                                    Hon. Karen L. Robinson
                                     Judge of the Superior Court

                                        - 8 -

                        [PLAINTIFF'S PROPOSED] JUDGMENT

I hereby certify the foregoing instrument consisting of ___ page(s)
is a true and correct copy of the original ___ is in this court

**NOV 1 8 2011**

ATTEST. (DATE)_____
ALAN CARLSON  EXECUTIVE OFFICER AND CLERK OF THE
SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE

BY _____    DEPUTY

<u>Preliminary Title Report Exception No. 15 (Part 2)</u>

P5

EJ-001

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, address, and State Bar number):
After recording, return to:
Karl Avetoom
1100 Rutland Road # 9
Newport Beach, CA 92660

TEL NO.: 949.929.4787      FAX NO. (optional):
E-MAIL ADDRESS (Optional): kia002@att.net

☐ ATTORNEY     ☑ JUDGMENT     ☐ ASSIGNEE
FOR              CREDITOR         OF RECORD

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Orange
STREET ADDRESS:  700 Civic Center Drive West
MAILING ADDRESS:  700 Civic Center Drive West
CITY AND ZIP CODE:  Santa Ana, CA 92701
BRANCH NAME:  Central Justice Center

**Recorded in Official Records, Orange County**
**Hugh Nguyen, Clerk-Recorder**

|||||||||| 32.00
* S R 0 0 0 7 3 5 4 5 8 2 $ *
**2015000126500** 1:58 pm 03/11/15
105 414 A03 F13   2
0.00 0.00 0.00 0.00 3.00 20.00 0.00 0.00

FOR RECORDER'S USE ONLY

PLAINTIFF:  Karl Avetoom

DEFENDANT:  Moisey Fridman and Rosa Fridman

CASE NUMBER:
30-2010-00345490

**ABSTRACT OF JUDGMENT—CIVIL**
**AND SMALL CLAIMS**      ☑ Amended

FOR COURT USE ONLY

**Pursuant to California Government Code § 68150(f), the Clerk of the Court hereby certifies this document accurately reflects the official court record. The electronic signature and seal on this document have the same validity and legal force and effect as an original clerk's signature and court seal. California Government Code § 68150(g).**

π
2p
2d
rr
α

1. The ☑ judgment creditor  ☐ assignee of record
   applies for an abstract of judgment and represents the following:
   a.  Judgment debtor's
       Name and last known address

   ┌─────────────────────────────────────┐
   │ MOISEY FRIDMAN                      │
   │ 16542 BLACKBEARD LN 304             │
   │ HUNTINGTON BEACH, CA 92649-3439     │
   └─────────────────────────────────────┘

   b.  Driver's license no. [last 4 digits] and state:          ☑ Unknown
   c.  Social security no. [last 4 digits]:   5550               ☐ Unknown
   d.  Summons or notice of entry of sister-state judgment was personally served or mailed to (name and address):
       Moisey Fridman and Rosa Fridman  1100 Rutland Road # 7, Newport Beach, CA 92660

2. ☑ Information on additional judgment debtors is
   shown on page 2.
3. Judgment creditor (name and address):
   Karl Avetoom
   1100 Rutland Road # 9
   Newport Beach, CA 92660
Date:  3/5/2015
Karl Avetoom
_____
        (TYPE OR PRINT NAME)

4. ☑ Information on additional judgment creditors is
   shown on page 2.
5. ☑ Original abstract recorded in this county:
   a.  Date: 1/17/2012
   b.  Instrument No.: 2012000023845

   ▶  _____
        (SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
   $ 650,000.00
7. All judgment creditors and debtors are listed on this abstract.
8. a.  Judgment entered on (date): 11/18/2011
   b.  Renewal entered on (date):

9. ☐ This judgment is an installment judgment.

This abstract issued on (date):
03/11/15

10. ☐ An ☐ execution lien  ☐ attachment lien
    is endorsed on the judgment as follows:
    a.  Amount: $
    b.  In favor of (name and address):

11. A stay of enforcement has
    a. ☐ not been ordered by the court.
    b. ☑ been ordered by the court effective until
       (date): 1/23/2012
12. a. ☑ I certify that this is a true and correct abstract of
       the judgment entered in this action.
    b. ☐ A certified copy of the judgment is attached.

Alan Carlson, Clerk of the Court                    Joseph Tran
_____ Clerk, by _____, Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. July 1, 2014]

**ABSTRACT OF JUDGMENT—CIVIL**
**AND SMALL CLAIMS**

Page 1 of 2
Code of Civil Procedure, §§ 488.480,
674, 700.190

| PLAINTIFF: | Karl Avetoom | COURT CASE NO.: |
|---|---|---|
| DEFENDANT: | Moisey Fridman and Rosa Fridman | 30-2010-00345490 |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address):*
    Beach Crest Villas Homeowners Association
    (Partial Assignee)
    1100 Rutland Road
    Newport Beach, CA 92660

14. Judgment creditor *(name and address):*

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16.    Name and last known address
   ROSA FRIDMAN
   16542 BLACKBEARD LN 304
   HUNTINGTON BEACH, CA 92649-3439

Driver's license no. [last 4 digits] and state:    ☒ Unknown

Social security no. [last 4 digits]:   2772   ☐ Unknown

Summons was personally served at or mailed to *(address):*

17.    Name and last known address

Driver's license no. [last 4 digits] and state:    ☐ Unknown

Social security no. [last 4 digits]:    ☐ Unknown

Summons was personally served at or mailed to *(address):*

18.    Name and last known address

Driver's license no. [last 4 digits] and state:    ☐ Unknown

Social security no. [last 4 digits]:    ☐ Unknown

Summons was personally served at or mailed to *(address):*

19.    Name and last known address

Driver's license no. [last 4 digits] and state:    ☐ Unknown

Social security no. [last 4 digits]:    ☐ Unknown

Summons was personally served at or mailed to *(address):*

20. ☐ Continued on Attachment 20.

| EJ-001 [Rev. July 1, 2014] | **ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS** | Page 2 of 2 |
|---|---|---|

Save this form

<u>Preliminary Title Report Exception No. 17</u>

**EJ-001**

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, address, and State Bar number):
After recording, return to:
Karl Avetoom
1100 Rutland Road # 9
Newport Beach, CA 92660

TEL NO. (949)929-4787    FAX NO. (optional):
E-MAIL ADDRESS (Optional):
[ ] ATTORNEY FOR   [ ] JUDGMENT CREDITOR   [✔] ASSIGNEE OF RECORD

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Orange
STREET ADDRESS: 700 Civic Center Drive West
MAILING ADDRESS: 700 Civic Center Drive West
CITY AND ZIP CODE: Santa Ana, CA 92701
BRANCH NAME: Central Justice Center

Recorded in Official Records, Orange County
Hugh Nguyen, Clerk-Recorder

*$R0007002089$*   32.00
2014000398135 4:15 pm 09/30/14
42 416 A03 F13   2
0.00 0.00 0.00 0.00 3.00 20.00 0.00 0.00

FOR RECORDER'S USE ONLY

PLAINTIFF: Karl Avetoom
DEFENDANT: Moisey Fridman and Rosa Fridman

CASE NUMBER:
30-2010-00345490

### ABSTRACT OF JUDGMENT—CIVIL
### AND SMALL CLAIMS          [ ] Amended

Pursuant to California Government Code § 68150(f), the Clerk of the Court hereby certifies this document accurately reflects the official court record. The electronic signature and seal on this document have the same validity and legal force and effect as an original clerk's signature and court seal. California Government Code § 68150(g).

1. The [ ] judgment creditor   [✔] assignee of record applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
        Name and last known address

   ```
   MOISEY FRIDMAN
   16542 BLACKBEARD LN 304
   HUNTINGTON BEACH, CA 92649-3439
   ```

   b. Driver's license no. [last 4 digits] and state:        [✔] Unknown
   c. Social security no. [last 4 digits]:  5550               [ ] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to (name and address):

   MOISEY FRIDMAN 16542 BLACKBEARD LN 304  HUNTINGTON BEACH, CA 92649-3439

2. [✔] Information on additional judgment debtors is shown on page 2.
3. Judgment creditor (name and address):
   KARL AVETOOM
   1100 Rutland Road # 9
   Newport Beach, CA 92660
   Date: 9/29/2014
   Karl Avetoom
   _____
   (TYPE OR PRINT NAME)

4. [ ] Information on additional judgment creditors is shown on page 2.
5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:
   ► _Karl Avetoom_
   (SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
   $ 5,432.97

7. All judgment creditors and debtors are listed on this abstract.

8. a.  Judgment entered on (date): 8/13/2014
   b.  Renewal entered on (date):

9. [ ] This judgment is an installment judgment.

[SEAL]

This abstract issued on (date):
9-30-14
Alan Carlson, Clerk of the Court   Clerk, by

10. [ ] An [ ] execution lien [ ] attachment lien is endorsed on the judgment as follows:
    a.  Amount: $
    b.  In favor of (name and address):

11. A stay of enforcement has
    a. [✔] not been ordered by the court.
    b. [ ] been ordered by the court effective until (date):

12. a. [✔] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.

_Kosal Thach_              , Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. July 1, 2014]

**ABSTRACT OF JUDGMENT—CIVIL
AND SMALL CLAIMS**        Kosal Thach

Page 1 of 2
Code of Civil Procedure, §§ 488.480, 674, 700.190

| PLAINTIFF: Karl Avetoom | COURT CASE NO. |
|---|---|
| DEFENDANT: Moisey Fridman and Rosa Fridman | 30-2010-00345490 |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address):*

14. Judgment creditor *(name and address):*

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16. ___    Name and last known address

ROSA FRIDMAN
16542 BLACKBEARD LN 304
HUNTINGTON BEACH, CA 92649-3439

Driver's license no. [last 4 digits] and state:
☑ Unknown

Social security no. [last 4 digits]:  2772    ☐ Unknown

Summons was personally served at or mailed to *(address):*
16542 BLACKBEARD LN 304
HUNTINGTON BEACH, CA 92649-3439

17. ___    Name and last known address

Driver's license no. [last 4 digits] and state:
☐ Unknown

Social security no. [last 4 digits]:    ☐ Unknown

Summons was personally served at or mailed to *(address):*

18. ___    Name and last known address

Driver's license no. [last 4 digits] and state:
☐ Unknown

Social security no. [last 4 digits]:    ☐ Unknown

Summons was personally served at or mailed to *(address):*

19. ___    Name and last known address

Driver's license no. [last 4 digits] and state:
☐ Unknown

Social security no. [last 4 digits]:    ☐ Unknown

Summons was personally served at or mailed to *(address):*

20. ☐ Continued on Attachment 20.

---

EJ-001 [Rev. July 1, 2014]

**ABSTRACT OF JUDGMENT—CIVIL
AND SMALL CLAIMS**

Page 2 of 2

For your protection and privacy, please press the Clear
This Form button after you have printed the form.    **Print this form**    Save this form

<u>Preliminary Title Report Exception No. 18</u>

105

**EJ-001**

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, address, and State Bar number):*
After recording, return to:
Karl Avetoom
1100 Rutland Road # 9
Newport Beach, CA 92660

TEL NO.: 949.929.4787    FAX NO. *(optional):*
E-MAIL ADDRESS *(Optional):* kia002@att.net

☐ ATTORNEY  ☒ JUDGMENT  ☒ ASSIGNEE
FOR              CREDITOR        OF RECORD

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Orange
STREET ADDRESS:  700 Civic Center Drive West
MAILING ADDRESS:  700 Civic Center Drive West
CITY AND ZIP CODE:  Santa Ana, CA 92701
BRANCH NAME:  Central Justice Center

**Recorded in Official Records, Orange County**
**Hugh Nguyen, Clerk-Recorder**

‖‖‖‖‖‖‖‖‖‖ 32.00
* S R 0 0 0 7 3 5 4 5 9 0 $ *
**2015000126507 1:59 pm 03/11/15**
105 414 A03 F13   2
0.00 0.00 0.00 0.00 3.00 20.00 0.00 0.00

FOR RECORDER'S USE ONLY

PLAINTIFF:  Karl Avetoom

DEFENDANT:  Moisey Fridman and Rosa Fridman

**ABSTRACT OF JUDGMENT—CIVIL**
**AND SMALL CLAIMS**          ☐ Amended

CASE NUMBER:
30-2010-00345490

FOR COURT USE ONLY

Pursuant to California Government
Code § 68150(f), the Clerk of the
Court hereby certifies this document
accurately reflects the official court
record. The electronic signature and
seal on this document have the
same validity and legal force and
effect as an original clerk's
signature and court seal. California
Government Code § 68150(g).

1. The ☒ judgment creditor    ☒ assignee of record
   applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
       Name and last known address

   | MOISEY FRIDMAN |
   | 16542 BLACKBEARD LN 304 |
   | HUNTINGTON BEACH, CA 92649-3439 |

   b. Driver's license no. [last 4 digits] and state:        ☒ Unknown
   c. Social security no. [last 4 digits]:   5550              ☐ Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address):*

      Moisey Fridman 16542 BLACKBEARD LN #304 HUNTINGTON BEACH, CA 92649-3439

2. ☒ Information on additional judgment debtors is
   shown on page 2.
3. Judgment creditor *(name and address):*
   Karl Avetoom
   1100 Rutland Road # 9
   Newport Beach, CA 92660
   Date: 3/10/2015
   Karl Avetoom
   _____
   (TYPE OR PRINT NAME)

4. ☐ Information on additional judgment creditors is
   shown on page 2.
5. ☐ Original abstract recorded in this county:
   a. Date:
   b. Instrument No.: ►

   (SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
   $ 8,525.50

7. All judgment creditors and debtors are listed on this abstract.

8. a. Judgment entered on *(date)*: 3/6/2015
   b. Renewal entered on *(date)*:

9. ☐ This judgment is an installment judgment.

[SEAL]

This abstract issued on *(date)*:
03/11/15

10. ☐ An ☐ execution lien ☐ attachment lien
    is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of *(name and address):*

11. A stay of enforcement has
    a. ☒ not been ordered by the court.
    b. ☐ been ordered by the court effective until
       *(date):*

12. a. ☒ I certify that this is a true and correct abstract of
       the judgment entered in this action.
    b. ☐ A certified copy of the judgment is attached.

Alan Carlson, Clerk of the Court          Joseph Tran
_____ Clerk, by _____, Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. July 1, 2014]

**ABSTRACT OF JUDGMENT—CIVIL**
**AND SMALL CLAIMS**

Page 1 of 2
Code of Civil Procedure, §§ 488.480,
674, 700.190

| PLAINTIFF: | Karl Avetoom | COURT CASE NO.: |
|---|---|---|
| DEFENDANT: | Moisey Fridman and Rosa Fridman | 30-2010-00345490 |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address):*

14. Judgment creditor *(name and address):*

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16. _____ Name and last known address

ROSA FRIDMAN
16542 BLACKBEARD LN # 304
HUNTINGTON BEACH, CA 92649-3439

Driver's license no. [last 4 digits] and state:   ☑ Unknown

Social security no. [last 4 digits]:   2772   ☐ Unknown

Summons was personally served at or mailed to *(address):*

17. _____ Name and last known address

Driver's license no. [last 4 digits] and state:   ☐ Unknown

Social security no. [last 4 digits]:   ☐ Unknown

Summons was personally served at or mailed to *(address):*

18. _____ Name and last known address

Driver's license no. [last 4 digits] and state:   ☐ Unknown

Social security no. [last 4 digits]:   ☐ Unknown

Summons was personally served at or mailed to *(address):*

19. _____ Name and last known address

Driver's license no. [last 4 digits] and state:   ☐ Unknown

Social security no. [last 4 digits]:   ☐ Unknown

Summons was personally served at or mailed to *(address):*

20. ☐ Continued on Attachment 20.

 **Save this form**

## Preliminary Title Report Exception No. 21

**RECORDING REQUESTED BY:**

Karl Avetoom

**AND WHEN RECORDED MAIL TO:**

1100 Rutland Rd #9

Newport Beach CA 92660

Recorded in Official Records, Orange County
Hugh Nguyen, Clerk-Recorder

100.00

* $ R 0 0 1 2 2 6 2 8 9 4 $ *

2020000673156 2:49 pm 11/19/20

320 RW1A J02   6

0.00 0.00 0.00 0.00 15.00 0.00 0.000.0075.00 3.00

*THIS SPACE IS FOR RECORDERS USE ONLY*

Judgment
_____

(Please fill in document title(s) on this line)

**THIS PAGE ADDED TO PROVIDE ADEQUATE SPACE FOR RECORDING INFORMATION**
(ADDITIONAL RECORDING FEE APPLIES)

Electronically Received by Superior Court of California, County of Orange, 07/22/2020 10:50:00 PM.
30-2015-00820760-CU-FR-NJC - ROA # 483 - DAVID H. YAMASAKI, Clerk of the Court By Anh Dang, Deputy Clerk.

**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER

**AUG 1 3 2020**

DAVID H. YAMASAKI, Clerk of the Court

BY_____DEPUTY

IT
SP
SB
FF

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF ORANGE-CENTRAL JUSTICE CENTER

| | |
|---|---|
| KARL AVETOOM, an individual<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT RISBROUGH, an individual;<br>DARLING & RISBROUGH, LLP, a<br>California Limited Liability Partnership;<br>ROSA FRIDMAN, an individual, and ROSA<br>FRIDMAN as Trustee for The Fridman<br>Family Trust Established On April 14, 2000;<br>and DOES 1-20, inclusive<br>Defendants | Case No: 30-2015-00820760<br>Assigned for Trial to:<br><br>HON. JUDGE THEODORE HOWARD<br>Dept: C-18<br><br>[PROPOSED] JUDGMENT |

**IT IS HEREBY STIPULATED AND AGREED UPON** between Plaintiff Karl Avetoom and

Defendant Rosa Fridman, as an individual and in her capacity as Trustee for The Fridman

Family Trust Established On April 14, 2000, (collectively "the Parties")(Rosa Fridman is also

known as "Rosa A. Fridman as Trustee to The Fridman Family Trust u/d/t April 14, 2000")

that on July 9, 2019 before the Court that Judgment be entered in favor of Karl Avetoom and

against Rosa Fridman as an individual and as Trustee for The Fridman Family Trust

Established On April 14, 2000, as follows:

    1.    Rosa Fridman stipulates that the judgment in *Avetoom v. Arce, Fridman* Orange

County Superior Court Case No. 30-2010-00345490 is valid against her both individually and

as Trustee for The Fridman Family Trust Established On April 14, 2000.

[PROPOSED] JUDGMENT

1     2.     Rosa Fridman hereby represents that 68.3% of the property commonly known as

2 16542 Blackbeard Lane, # 304, Huntington Beach, CA 92649 (APN 937-71-030)("the

3 Property") is owned by Rosa A. Fridman as Trustee for The Fridman Family Trust under

4 Declaration of Trust for The Fridman Family Trust Established On April 14, 2000.

5     3.     Rosa Fridman further represents that the only asset in The Fridman Family Trust

6 Established On April 14, 2000 ("the Trust") is her 68.3% interest in the Property commonly

7 known as 16542 Blackbeard Lane, # 304, Huntington Beach, CA 92649 (APN 937-71-030).

8     4.     Rosa Fridman further represents 68.3% ownership interest of the Property is held

9 under the Declaration of Trust as follows: "MOISEY O. FRIDMAN AND ROSA A.

10 FRIDMAN, as Trustees for The Fridman Family Trust u/d/t April 14, 2000" as provided in the

11 declaration of Trust for The Fridman Family Trust Established On April 14, 2000. Under the

12 terms of the Trust, after the passing of MOISEY O. FRIDMAN in 2015, ROSA A. FRIDMAN

13 as Trustee for The Fridman Family Trust Established On April 14, 2000 possesses 68.3%

14 ownership of the Property as the surviving spouse.

15     5.     The remaining interest in the Property is owned by ALEX FRIDMAN, a single

16 man.

17     6.     The parties hereby stipulate that ALEX FRIDMAN'S interest in the Property is

18 not affected by this Judgment.

19     7.     The Parties agree to waive any and all claims, known or unknown, between them

20 and waive the protection of Civil Code § 1542.

21     8.     The Parties agree to not file any action against each other, or family of each

22 other.

23     9.     The Parties stipulate that the Court shall retain jurisdiction to enforce this

24 Settlement pursuant to Code of Civil Procedure Section 664.6.

25     10.     The Parties represent that they each have the authority to enter into the

26 Settlement in all capacities.

27     11.     The Parties stipulate that all claims in this action against Rosa Fridman, as an

28 individual and as Trustee for The Fridman Family Trust Established April 14, 2000 are hereby

<div align="center">2</div>

<div align="center">[PROPOSED] JUDGMENT</div>

1    DISMISSED with prejudice upon execution of this Judgment by the Court.

2

3    **IT IS HEREBY ORDERED, ADJUDGED AND DECREED IN ACCORD WITH THE**

4    **ABOVE.**

5

6

7

8    Dated: _August 13, 2020_          By: _Theodore Howard_

9                                Hon. Theodore Howard

10                              Judge of the Superior Court

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

[PROPOSED] JUDGMENT

1

**PROOF OF SERVICE**
2
**STATE OF CALIFORNIA**
**COUNTY OF ORANGE**
3

I, Sal Hanna, am employed in the County of Orange, State of California. I am over eighteen years of
4

age, and not a party to this action; my business address is 7451 Warner Ave #E191 Huntington Beach,
5

CA 92647 714-794-2779. Orange County Registered Process Server ID # 3050
6

7
On July 22, 2020, I served the following document:

8
**[PROPOSED] JUDGMENT**

9
on the following parties in the associated manner:
10

11
**[X] ELECTRONIC SERVICE.**

12
I am a resident and employed in the county where the service occurred. I caused to be served on the

13
following parties by ELECTRONIC service a copy of the above document, pursuant to the California

14
Rules of Court, to the respective address.

15

16
Brad Mokri, Esq.
MOKRI & ASSOCIATES
17
*(Attorneys for Defendants Rosa Fridman, and Rosa Fridman as Trustee of The Fridman Family Trust)*

18
1851 East 1st Street
Suite 840, Santa Ana, CA 92705
19
*electronic service address: bmokri@mokrilaw.com*

20

21
I declare under penalty of perjury, pursuant to the laws of the State of California that the foregoing is

22
true and correct.
23

24
Executed November 22, 2020 in Huntington Beach, CA.
25

26
                                        */s/ Sal W. Hanna*

27
                          By:  _____
                                        Sal Hanna
28

1

PROOF OF SERVICE



I hereby certify the foregoing instrument consisting of 4 page(s)
is a true and correct copy of the original on file in this court.

ATTEST: (DATE) 11/9/2020
DAVID H. YAMASAKI, EXECUTIVE OFFICER AND CLERK OF THE
SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE

BY_____ DEPUTY
Heather Archambault

## Preliminary Title Report Exception No. 22

Change Document Filed by Superior Court of California, County of Orange, 11/09/2020 ... [illegible] ... 370
30-2015-00820760-CU-PK-LN3C3-ROA # 502- DAVID H. YAMASAKI, Clerk of the Court 03/09/24 ... 22-52 ... Deputy Clerk.
Main Document     Page 65 of 95

**EJ-001**

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, address, and State Bar number):*
After recording, return to:

Karl Avetoom
1100 Rutland Road #9
Newport Beach, CA 92660

TEL NO.: 949.929.4787   FAX NO. (optional):
E-MAIL ADDRESS (Optional): kia002@att.net

☐ ATTORNEY FOR   ☒ JUDGMENT CREDITOR   ☐ ASSIGNEE OF RECORD

**Recorded in Official Records, Orange County**
**Hugh Nguyen, Clerk-Recorder**

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ 108.00

* $ R 0 0 1 2 2 6 2 9 0 6 $ *
2020000673157 2:49 pm 11/19/20
320 RW1A A03   2
0.00 0.00 0.00 0.00 3.00 20.00 0.000.0075.00 3.00

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Orange
STREET ADDRESS: 700 Civic Center Drive West
MAILING ADDRESS: 700 Civic Center Drive West
CITY AND ZIP CODE: Santa Ana     92701
BRANCH NAME: Central Justice Center

FOR RECORDER'S USE ONLY

PLAINTIFF: Avetoom
DEFENDANT: Risbrough, et al

CASE NUMBER: 30-2015-00820760

IT
ZP
SB
FF
ZD

| ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS | ☐ Amended |
|---|---|

FOR COURT USE ONLY

Pursuant to California Government Code § 68150(f), the Clerk of the Court hereby certifies that this document accurately reflects the official court record. The electronic signature and seal on this document have the same validity and legal force and effect as an original clerk's signature and court seal. California Government Code § 68150(g).

1. The ☒ judgment creditor ☐ assignee of record applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address

   ROSA FRIDMAN
   16542 BLACKBEARD LANE #304
   HUNTINGTON BEACH, CA 92649

   b. Driver's license no. [last 4 digits] and state:   ☒ Unknown
   c. Social security no. [last 4 digits]: 2772   ☐ Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address):*
      ROSA FRIDMAN 16542 BLACKBEARD LANE #304 HUNTINGTON BEACH, CA 92649

2. ☒ Information on additional judgment debtors is shown on page 2.

3. Judgment creditor *(name and address):*
   KARL AVETOOM
   1100 RUTLAND ROAD # 9
   NEWPORT BEACH, CA 92660

Date: OCTOBER 16, 2020

       KARL AVETOOM
       (TYPE OR PRINT NAME)

4. ☐ Information on additional judgment creditors is shown on page 2.

5. ☐ Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

► _____
   (SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
   $ 6,852.33

7. All judgment creditors and debtors are listed on this abstract.

8. a. Judgment entered on *(date):* OCTOBER 6, 2020
   b. Renewal entered on *(date):*

9. ☐ This judgment is an installment judgment.

[SEAL]
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE

David H. Yamasaki, Clerk of the Court

This abstract issued on *(date):*
11/05/2020

10. ☐ An ☐ execution lien ☐ attachment lien is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of *(name and address):*

11. A stay of enforcement has
    a. ☒ not been ordered by the court.
    b. ☐ been ordered by the court effective until *(date):*

12. a. ☒ I certify that this is a true and correct abstract of the judgment entered in this action.
    b. ☐ A certified copy of the judgment is attached.

Clerk, by   A. Gill   , Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. July 1, 2014]

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**

CEB
www.ceb.com

Page 1 of 2
Code of Civil Procedure, §§ 488.480, 674, 700.190

| PLAINTIFF: Avetoom | COURT CASE NO.: |
|---|---|
| DEFENDANT: Risbrough, et al | 30-2015-00820760 |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address):*

14. Judgment creditor *(name and address):*

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16.         Name and last known address

```
ROSA FRIDMAN as Trustee for The Fridman
Family Trust Established On April 14, 2000
,16542 BLACKBEARD LANE #304
HUNTINGTON BEACH, CA 92649
```

Driver's license no. [last 4 digits] and state:
☒ Unknown

Social security no. [last 4 digits]: 2772    ☐ Unknown

Summons was personally served at or mailed to *(address):*

**ROSA FRIDMAN as Trustee for The
Fridman Family Trust Established
On April 14, 2000
16542   BLACKBEARD   LANE   #304
HUNTINGTON BEACH, CA 92649**

17.         Name and last known address

Driver's license no. [last 4 digits] and state:
☐ Unknown

Social security no. [last 4 digits]:    ☐ Unknown

Summons was personally served at or mailed to *(address):*

18.         Name and last known address

Driver's license no. [last 4 digits] and state:
☐ Unknown

Social security no. [last 4 digits]:    ☐ Unknown

Summons was personally served at or mailed to *(address):*

19.         Name and last known address

Driver's license no. [last 4 digits] and state:
☐ Unknown

Social security no. [last 4 digits]:    ☐ Unknown

Summons was personally served at or mailed to *(address):*

20. ☐ Continued on Attachment 20.

**ABSTRACT OF JUDGMENT—CIVIL
AND SMALL CLAIMS**

CEB
www.ceb.com

Print this Form

Recording Requested by :

MOISEY O. FRIDMAN
and
ROSA A. FRIDMAN

When recorded mail to:

M. FRIDMAN
16542 BLACKBEARD LN.
#304
HUNTINGTON BEACH,
CA 92649

# HOMESTEAD DECLARATION
CCP §704.930

SPACE ABOVE THIS LINE FOR RECORDER USE ONLY

APN#: 937-71-030

**1. Name(s) of Declared Homestead owners:** MOISEY O. FRIDMAN

AND ROSA A. FRIDMAN, HUSBAND AND WIFE , do hereby claim a Declared
Homestead in the following real property located in:

the City of HUNTINGTON BEACH, County of ORANGE , State of California,

more commonly known as: 16542 BLACKBEARD LN. #304

(Insert Common Street Address Above)

and more particularly described as follows:

LEGAL DESCRIPTION ATTACHED HERETO AND MADE A PART
HEREOF AS EXHIBIT "A" (two pages)

(Insert Property Legal Description Above)

**2. The Declared Homestead is the principal dwelling of the Declared Homestead Owner(s) listed above or such person(s) spouse.**

**3. The Declared Homestead Owner(s) listed above, or such person(s) spouse, resides in the Declared Homestead on the date this Homestead Declaration is recorded.**

**4. The facts stated in this Homestead Declaration are known to be true as of the personal knowledge of the person(s) below executing and acknowledging this Homestead Declaration.**

Dated: MAY 23, 2013

'Signature of Declared Homestead Owner or Spouse)

MOISEY O. FRIDMAN
Printed Name of Declared Homestead Owner or Spouse)

(Signature of Declared Homestead Owner of Spouse)

ROSA A. FRIDMAN
(Printed Name of Declared Homestead Owner or Spouse)

## CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

STATE OF CALIFORNIA                                    )
                                                       )
COUNTY OF _____*Orange*_____                           )
                                                       )
On _*May 29, 2013*_, before me, _*Guadalupe Cardenas*_, a Notary
   (Date)                           (Notary Name)
Public in and for said State, personally appeared _*Moisey O. Fridman & Rosa A. Fridman*_,
personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s)
whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they
executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the
instrument the person(s) or the entity upon behalf of which the person(s) acted, executed the
instrument).

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing is
true and correct.

WITNESS MY HAND AND OFFICIAL SEAL

_____

Notary Public

GUADALUPE CARDENAS
Commission # 1962350
Notary Public - California
Orange County
My Comm. Expires Dec 2, 2015

---

OPTIONAL: DESCRIPTION OF ATTACHED DOCUMENT

Title of Document:              Homestead Declaration

Date of Document:              _____

Number of Pages:               _____

Capacities Claimed by Signers:  Individual

Recording requested by:

And when recorded, mail to:

APN:

APN is the Assessor's Parcel
Number. This should be on
your Deed, or you can get it
from the Assessor's Office.

For recorder's use

## HOMESTEAD DECLARATION – SPOUSES AS DECLARED OWNERS

We, _____ [Insert Full Legal Name] _____ and

_____ [Insert Full Legal Name] _____ , do hereby certify and declare as follows:

1.  We are husband and wife.

2.  We declare that we are joint owners of the following property located in the City of _ [Insert City Name]_,

    County of _____ [Insert County Name] _____ , State of California, commonly

    known as: _____ [Insert Street Address] _____ ,

    and more particularly described as follows:

    [Insert Legal Description of Property such as:

    "Lot 817 of Tract 14079, as per map recorded in Book 891, Pages 17-21

    of Maps, in the Office of the County Recorder of Sacramento County."]

    This language can be found on your Deed.

3.  We claim this property and the dwelling thereon as a homestead on behalf of both of us.

4.  This property is our principal dwelling and we actually reside on this property on the date that this Homestead Declaration

    is recorded.

5.  We own the following interest in the above-declared homestead: _____ [The persons' name(s),

    followed by: a single man, an unmarried man, a married man as His

    Sole & Separate Property, Community Property, Joint Tenancy,

    Tenancy in Common, etc..]    This language can be found on your Deed.

The facts as stated in this Homestead Declaration are known to be true as of our own personal knowledge

Dated _____

_____
(SIGNATURE)

STATE OF CALIFORNIA          )
COUNTY OF _____ ) ss.

On _____, 20____, before me,
_____, personally appeared
_____, who proved to me on
the basis of satisfactory evidence to be the person(s) whose
name(s) is/are  subscribed to the within instrument and
acknowledged to me that he/she/they executed the same in
his/her/their authorized capacity(ies), and that by his/her/their
signature(s) on the instrument the person(s), or the entity upon
behalf of which the person(s) acted, executed the instrument. I
certify under PENALTY OF PERJURY under the laws of the State
of California that the foregoing paragraph is true and correct.
WITNESS my hand and official seal.

NOTARY SEAL

SCOTT TALKOV, State Bar No. 264676
CHRISTOPHER M. KIERNAN, State Bar No. 319804
TALKOV LAW CORP.
2900 Adams St Ste C225
Riverside, California 92504
Telephone: (951) 888-3300
Email: scott@talkovlaw.com
        chris@talkovlaw.com

Counsel for Debtor Rosa Fridman

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>ROSA FRIDMAN,<br><br>       Debtor. | Case No. 8:21-bk-10513-ES<br><br>**DECLARATION OF SCOTT TALKOV RE: BROKER PRICE OPINION OF DEBTOR'S INTEREST IN 16542 BLACKBEARD LANE #304, HUNTINGTON BEACH, ORANGE CO., CA 92649** |

## DECLARATION OF SCOTT TALKOV

I, Scott Talkov, declare:

1.      I am an attorney duly licensed to practice in all courts of the State of California and the President of Talkov Law Corp., attorneys filing a Petition under 11 U.S. Code Chapter 7 for Debtor Rosa Fridman (the "Debtor"). The facts set forth herein are of my own personal knowledge and if sworn I could and would testify competently thereto.

2.      I am also a Real Estate Broker licensed by the State of California, Department of Real Estate as License No. 01943252. Attached hereto is a true and correct copy of my Real Estate Broker License information from the Department of Real Estate website.

TALKOV LAW
2900 ADAMS ST STE C225
RIVERSIDE, CALIFORNIA 92504
PHONE (951) 888-3300

**TALKOV LAW**
2900 ADAMS ST STE C225
RIVERSIDE, CALIFORNIA 92504
PHONE (951) 888-3300

3.      On or about February 15, 2021, I conducted a comparative market analysis for the property located at 16542 Blackbeard Lane #304, Huntington Beach, Orange Co., CA 92649, Assessor's Parcel Number: 937-71-030 (the "Property").

4.      On or about February 15, 2021, I confirmed through the Multiple Listing Service (the "MLS") that the Property is a two-bedroom, two-bathroom condominium in the Harbor Vista Community (the "Community"), with an area of about 1,166 square feet.

5.      Attached hereto is a true and correct copy of a list taken from the MLS of seven properties within the Community that were sold between June 2020 to February 15, 2021 (the "Comparable Properties").

6.      On or about February 15, 2021, I, based on my knowledge, experience, and adjustments made by the Comparable Properties have concluded the market value of the entirety of the Property to be $337,687.

7.      Accordingly, I have concluded that the Property, without encumbrances, particularly the Debtor's 68.3% interest therein, is well below the $600,000 homestead exemption for a debtor's residence in Orange County under California Code of Civil Procedure § 704.730(a).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on March 2, 2021 at Riverside, California.

*Scott Talkov*
_____
Scott Talkov

**DECLARATION OF SCOTT TALKOV RE: BROKER PRICE OPINION OF DEBTOR'S INTEREST IN 16542 BLACKBEARD LANE #304, HUNTINGTON BEACH, ORANGE CO., CA 92649**

STATE OF CALIFORNIA
**DEPARTMENT OF REAL ESTATE**

In reviewing a licensee◊s information, please be aware that license discipline information may have been removed from a licensee◊s record pursuant to Business & Professions Code Section 10083.2 (c). However, discipline information may
be available from the California Department of Real Estate upon submittal of a request, or by calling, the Department◊s public information line at 1-877-373-4542.
The license information shown below represents public information. It will not reflect pending licensing changes which are being reviewed for subsequent updating. Although the business and mailing addresses of real estate licensees are
included, this information is not intended for mass mailing purposes.
Some historical disciplinary action documents may not be in compliance with certain accessibility functions. For assistance with these documents, please contact the Department's Licensing Flag Section.

License information taken from records of the Department of Real Estate on 2/18/2021 9:44:35 AM

| | |
|---|---|
| **License Type:** | BROKER |
| **Name:** | Talkov, Scott |
| **Mailing Address:** | 2900 ADAMS ST STE C225 RIVERSIDE, CA 92504 |
| **License ID:** | 01943252 |
| **Expiration Date:** | 06/11/22 |
| **License Status:** | LICENSED |
| **Broker License Issued:** | 06/12/14 |
| **Former Name(s):** | NO FORMER NAMES |
| **Main Office:** | 2900 ADAMS ST STE C225 RIVERSIDE, CA 92504 |
| **DBA** | NO CURRENT DBAS |
| **Branches:** | NO CURRENT BRANCHES |
| **Affiliated Licensed Corporation(s):** | NO CURRENT AFFILIATED CORPORATIONS |
| **Comment:** | NO DISCIPLINARY ACTION |
| | NO OTHER PUBLIC COMMENTS |
| | >>>> Public information request complete <<<< |

**SCOTT TALKOV**
realestate@talkovlaw.com
Office: 951-888-3300
State Lic: 01943252

## Agent 1 Line

| Listing ID | S | St# St Name | L/C Price | Date | Br/Ba | Sqft | DOM/CDOM | Sub Type | City | Area | SLC | $/Sqft | YrBuilt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PW20241066 | S | 16542 Blackbeard LN #201 | $389,000⬇ | 01/20/21 | 3/2,0,0,0 | 1272/A | 34/34 | CONDO/A | HB | 17 | STD | $305.82 | 1980/ASF |
| OC20122474 | S | 4861 Lago DR #304 | $268,000⬇ | 12/22/20 | 1/1,0,0,0 | 843/A | 100/100 | CONDO/A | HB | 17 | STD | $317.91 | 1980/ASF |
| OC20212339 | S | 4791 Lago DR #103 | $380,000 | 12/04/20 | 3/2,0,0,0 | 1272/A | 10/10 | CONDO/A | HB | 17 | STD | $298.74 | 1980/PUE |
| RS20042550 | S | 16512 Blackbeard LN #205 | $295,000⬇ | 10/29/20 | 1/1,0,0,0 | 843/A | 142/142 | CONDO/A | HB | 17 | STD | $349.94 | 1980/ASF |
| OC20122061 | S | 4831 Lago DR #305 | $320,000⬇ | 10/13/20 | 2/2,0,0,0 | 1166/A | 66/115 | CONDO/A | HB | 17 | STD | $274.44 | 1980/ASF |
| PW20078211 | S | 4791 Lago DR #105 | $220,000⬇ | 07/28/20 | 1/1,0,0,0 | 843/A | 59/59 | CONDO/A | HB | 17 | STD | $260.97 | 1980/ASF |
| OC20082801 | S | 4831 Lago DR #104 | $340,000⬇ | 06/17/20 | 2/2,0,0,0 | 1166/A | 8/8 | CONDO/A | HB | 17 | STD | $291.60 | 1980/ASF |

**Search Criteria**
Property Type is 'Residential'
Standard Status is one of 'Coming Soon', 'Active', 'Act Under Contract', 'Pending'
Standard Status is 'Closed'
Contract Status Change Date is 02/15/2021 to 02/16/2020
Latitude, Longitude is around 33.72, -118.04
Selected 7 of 7 results.

**SCOTT TALKOV**
realestate@talkovlaw.com
Office: 951-888-3300
State Lic: 01943252

## Multi Map



---



**16542 Blackbeard LN # 201, Huntington Beach 92649**

| Listing ID: | SOLD PRICE: | STATUS: | BDS: | BTH: | ENDING DATE: | 01/20/2021 |
| PW20241066 | $389,000 | Closed | 3 | 2 | SQFT: 1272 | LOT SF: 0 | SLC: STD |

---



**4861 Lago DR # 304, Huntington Beach 92649**

| Listing ID: | SOLD PRICE: | STATUS: | BDS: | BTH: | ENDING DATE: | 12/22/2020 |
| OC20122474 | $268,000 | Closed | 1 | 1 | SQFT: 843 | LOT SF: 0 | SLC: STD |

---



**4791 Lago DR # 103, Huntington Beach 92649**

| Listing ID: | SOLD PRICE: | STATUS: | BDS: | BTH: | ENDING DATE: | 12/04/2020 |
| OC20212339 | $380,000 | Closed | 3 | 2 | SQFT: 1272 | LOT SF: 0 | SLC: STD |

---



**16512 Blackbeard LN # 205, Huntington Beach 92649**

| Listing ID: | SOLD PRICE: | STATUS: | BDS: | BTH: | ENDING DATE: | 10/29/2020 |
| RS20042550 | $295,000 | Closed | 1 | 1 | SQFT: 843 | LOT SF: 0 | SLC: STD |

---



**4831 Lago DR # 305, Huntington Beach 92649**

| Listing ID: | SOLD PRICE: | STATUS: | BDS: | BTH: | ENDING DATE: | 10/13/2020 |
| OC20122061 | $320,000 | Closed | 2 | 2 | SQFT: 1166 | LOT SF: 1,166 | SLC: STD |

---



**4791 Lago DR # 105, Huntington Beach 92649**

| Listing ID: | SOLD PRICE: | STATUS: | BDS: | BTH: | ENDING DATE: | 07/28/2020 |
| PW20078211 | $220,000 | Closed | 1 | 1 | SQFT: 843 | LOT SF: 0 | SLC: STD |

---

**4831 Lago DR # 104, Huntington Beach 92649**

| Listing ID: | SOLD PRICE: | STATUS: | BDS: | BTH: | ENDING DATE: | 06/17/2020 |
| OC20082801 | $340,000 | Closed | 2 | 2 | SQFT: 1166 | LOT SF: | SLC: STD |

---

**Search Criteria**
    Property Type is 'Residential'
    Standard Status is one of 'Coming Soon', 'Active', 'Act Under Contract', 'Pending'
    Standard Status is 'Closed'
    Contract Status Change Date is 02/15/2021 to 02/16/2020
    Latitude, Longitude is around 33.72, -118.04
    Selected 7 of 7 results.



REDFIN

City, Address, School, ...    🔍    1-844-759-7732    Buy ▾    Sell ▾    Mortgage ▾    Real Estate Agents    Feed 🔴11    Log In    Sign Up

← Search    **Overview**    Redfin Estimate    Public Facts    Listing Details    Sale & Tax History    Schools    Neighborhood    Similar Homes



OFF MARKET



Street View

**16542 Blackbeard Ln #304**, Huntington Beach, CA 92649

**$344,337**    **2** Beds    **2** Baths    **1,166** Sq Ft
Redfin Estimate

Off Market
This home last sold for $187,000 on May 21, 2013.

---

## Redfin Estimate

Edit Home Facts to improve accuracy.

Create an Owner Estimate

**$344,337**    Track This Estimate

+$157K since sold in 2013    1 year    **5 years**



Redfin Estimate based on recent home sales. ⓘ





### Is this your home?

Claim this home to track its value and nearby sales activity

**I'm the owner**

Get a Redfin Home Sales Advisor's opinion on your home's value and the state of the Huntington Beach market.

Estimated Sale Price
**$328,000 - $362,000**

Request a free analysis

OR

Schedule selling consultation



16551 Grunion Ln #202    Beds | Baths | Sq. F...



Map data ©2021 Google

## Homeowner Tools

**Edit home facts**
Review property details and add renovations.

**Manage photos**
Update home photos or make them private.

**Create an Owner Estimate**
Select recent home sales to estimate your home's value.

**View Owner Dashboard**
Track your estimate and nearby sale activity.

## Sale Proceeds



Home Sale Price ⓘ

$344,337

Outstanding Mortgage ⓘ

$126,000

|  | Selling with Traditional Agent | Selling with Redfin Agent |
|---|---|---|
| Your Total Sale Proceeds | $197,257 | **+$1,708** $198,965 |
| Seller Agent Commission | 2.5% ($8,608) | $6,900 |

Compare Agent Services  ⌄

Show Taxes and Fees  ⌄

Get $1,708 More Selling Your Home with a Redfin Agent

Schedule Selling Consultation

## Cost of home ownership

## $883 per month

30 year fixed, 3.51% interest  ⓘ                    Customize calculations

- ● Mortgage payment                                          $665
- ● Property taxes                                            $183
- ● HOA dues                                                   Add
- ● Homeowners' insurance                                      $34
- ● Utilities & Maintenance                                    Add

## Rental Estimate for 16542 Blackbeard Ln #304

Edit Home Facts to improve accuracy.

## $2,694 - $3,218 / mo

| Market trends for Orange County | $2,345 / mo | -6.2% |
| Condo, 2 beds | Median rent | Since Feb 2020 |

Rental estimate based on recent rentals.  ⓘ

## About This Home

Seeing is believing! This amazing Harbor Vista top-floor condo is a perfect starter home, a great vacation property, or for people wanting to downsize! The entrance greats you with all new tile flooring and continues throughout this spacious home. Inside you will find two bedrooms and two

Continue reading ⌄

16542 Blackbeard Ln #304, Huntington Beach, CA 92649 | MLS# OC13049196 | Redfin

Listed by Rob Magnotta · DRE #01804676 · First Team Real Estate

Redfin last checked: <u>4 minutes ago</u> | Last updated May 22, 2013 · Source: CRMLS

Bought with Sabrina Shaft · DRE #01276779 · ReMax of North Orange County

**Price Insights**

| | | | |
|---|---|---|---|
| <u>Redfin Estimate</u> | $344,337 | Price/Sq.Ft. | $295 |
| <u>Buyer's Brokerage Commission</u> | 2.5% | | |

**Home Facts**

| | | | |
|---|---|---|---|
| Status | <u>Closed Sale</u> | Property Type | Condominium |
| HOA Dues | $432/month | Year Built | 1980 |
| Community | 17 - Northwest Huntington Beach | Lot Size | 1,000 Sq. Ft. |
| MLS# | OC13049196 | | |

## Location

Map Nearby Homes For Sale      Expand Map  |  Street View  |  Directions

## Public Facts for 16542 Blackbeard Ln #304

     ✎ Edit Facts

| | | | |
|---|---|---|---|
| Beds | 2 | Style | Condo/Co-op |
| Baths | 2 | Year Built | 1980 |
| Sq. Ft. | 1,166 | Year Renovated | 1980 |
| Stories | 1 | County | Orange County |
| Lot Size | — | APN | 93771030 |

Home facts updated by county records on Jan 17, 2021.

## Property Details for 16542 Blackbeard Ln #304

| Interior Features | |
|---|---|
| **Bathroom Information** | **Heating Information** |
| • # of Baths (Full): 2 | • Central Furnace |
| | • Has Heating |

**Cooling Information**
- Central
- Has Cooling

**Room Information**
- Living Room

**Fireplace Information**
- Living Room
- Has Fireplace

**Interior Features**
- Entry Level: 3
- Levels: One
- Spa Features: Association
- Has Spa

### Parking / Garage, Exterior Features, Multi-Unit Information, Homeowners Association

**Parking / Garage Information**
- # of Garage Spaces: 1
- Assigned
- Has Parking
- # of Parking Spaces: 2

**Exterior Features**
- Pool Features: Association
- Has Pool

**Multi-Unit Information**
- # of Units In Community: 100

**Homeowners Association**
- Is Part of Association
- Monthly
- Association Fee: $432
- Association Amenities: Pool

### School / Neighborhood

**Neighborhood Information**
- Urban

**School Information**
- High School District: Huntington Beach Union High

### Utilities, Taxes / Assessments, Lease / Rent Details, Location Details

**Utilities Information**
- Electricity Available, Sewer Available
- Water Source: District/Public

**Assesments Information**
- Assessments: Unknown

**Lease / Rental Details**
- Land Lease Amount: $2,520
- Land Lease

**Location Information**
- Latitude: 33.72174800
- Longitude: -118.04486800
- Other Subdivision Name: Harbour Vista (HARV)
- Directions: North on Bolsa Chica to Heil. Left on Heil. Left on Green. Right at gate
- Subdivision Name: Harbour Vista (HARV)

### Property / Lot Details

**Lot Information**
- Lot Size Source: Estimated
- Lot Features: Landscaped

**Property Information**
- Total # of Units: 100
- Common Walls: 2+ common walls
- Living Area Source: Assessor's Data

**Parcel Number:** 93771030
- Attached Property
- Total # of Stories: 3
- Has View
- Year Built Source: Assessor

### Listing Information

**Buyer's Brokerage Compensation** ⓘ
- 2.5%

Property information provided by CRMLS when last listed in 2013. This data may not match public records. Learn more.

## Sale & Tax History for 16542 Blackbeard Ln #304

**Sale History**      Tax History

**Today**

| May 21, 2013 | Sold (Public Records) | $185,000 (0.2%/yr) |
| Date | Public Records | Price |

**May, 2013**

| May 22, 2013 | Sold (MLS) (Closed) | $187,000 |
| Date | CRMLS #OC13049196 | Price |
| May 21, 2013 | Pending | — |
| Date | CRMLS #OC13049196 | Price |
| May 1, 2013 | Pending (Backup Offers Accepted) | — |
| Date | #OC13049196 | Price |

RECORDING REQUESTED BY
LAWYERS TITLE

Recorded in Official Records, Orange County
Hugh Nguyen, Clerk-Recorder

12.00

* $ R 0 0 0 5 8 8 0 5 1 2 $ *

2013000308409 4:30 pm 05/21/13
117 Sec2 G02   3 04
101.75 101.75 0.00 0.00 6.00 0.00 0.00 0.00

RECORDING REQUESTED BY:
~~EscrowQuick, Inc.~~
*MAIL TAX STATEMENT TO*
AND WHEN RECORDED MAIL TO:

Rosa Fridman
1100 Rutland Road
Newport Beach, CA 92660

Order No. 213251617
Escrow No. 13-1731-LT
Parcel No. 937-71-030

SPACE ABOVE THIS LINE FOR RECORDER'S USE

# GRANT DEED

THE UNDERSIGNED HEREBY DECLARES THAT DOCUMENTARY TRANSFER TAX IS $203.50 and CITY $

☒ computed on full value of property conveyed, or
☐ computed on full value less liens or encumbrances remaining at the time of sale.
☐ unincorporated area:     ☒ **Huntington Beach**, and

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,
**Harry William White, Jr. and Gwendolyn Kay White, Trustees of the Harry William White Jr. and Gwendolyn Kay White 1992 Trust executed October 18, 1992**

hereby GRANTS to: Moisey Fridman and Rosa Fridman, Husband and Wife as to an
undivided 68.3% interest and Alex Fridman, a Single Man as to an undivided
31.7% interest, all as Tenants in Common
the following described real property in the County of **Orange**, State of California:
LEGAL DESCRIPTION ATTACHED HERETO AND MADE A PART HEREOF AS EXHIBIT "A"

Date   5/6/2013

Harry William White, Jr. and Gwendolyn Kay
White, Trustees of the Harry William White Jr. and
Gwendolyn Kay White 1992 Trust executed October
18, 1992

By: Harry William White, Jr., Trustee

By: Gwendolyn Kay White, Trustee

STATE OF CALIFORNIA                    }
                                       }S.S.
COUNTY OF  LOS ANGELES                 }

On  MAY 06, 2013                , before me,  CAROLINE P. JIMENEZ, NOTARY PUBLIC  ,
personally appeared **Harry William White, Jr. and Gwendolyn Kay White, Trustees of the Harry William White Jr. and Gwendolyn Kay White 1992 Trust executed October 18, 1992** who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) ~~is~~/are subscribed to the within instrument and acknowledged to me that ~~he/she~~/they executed the same in ~~his/her~~/their authorized capacity(ies), and that by ~~his/her~~/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature  Caroline P. Jimenez              (Seal)

CAROLINE P. JIMENEZ
Commission # 1941989
Notary Public - California
Los Angeles County
My Comm. Expires Jun 24, 2015

EXHIBIT  A

THE LAND REFERRED TO HEREIN IS SITUATED IN THE COUNTY OF ORANGE, STATE OF CALIFORNIA, AND IS DESCRIBED AS FOLLOWS:

A Leasehold Estate created by that certain sublease dated May 14, 1981 sublease, executed by Harbour Vista, A California Limited Partnership, as lessor, and recorded May 22, 1981 in Book 14070, Page 1729, of Official Records.

A CONDOMINIUM COMPRISED OF:

PARCEL 1:

UNIT 10 IN BUILDING 2, ON LOTS A, B, C AND LOT 1 OF TRACT NO. 10658, IN THE CITY OF HUNTINGTON BEACH, COUNTY OF ORANGE, STATE OF CALIFORNIA, AS SHOWN AND DESCRIBED IN THE CONDOMINIUM PLAN ("PLAN") RECORDED IN BOOK 13710, PAGE 1889, ET SEQ., OFFICIAL RECORDS OF ORANGE COUNTY, CALIFORNIA.

PARCEL 2:

AN UNDIVIDED 1/120TH INTEREST AS A TENANT IN COMMON IN A SUBLEASEHOLD ESTATE IN AND TO ALL OF THE REAL PROPERTY, INCLUDING, WITHOUT LIMITATION, THE COMMON AREAS DEFINED IN THE DECLARATION OF LOTS A, B, C AND LOT 1 OF TRACT NO. 10658, IN THE CITY OF HUNTINGTON BEACH, COUNTY OF ORANGE, STATE OF CALIFORNIA, AS SHOWN ON A MAP RECORDED IN BOOK 466 PAGES 37 AND 38 OF MISCELLANEOUS MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

EXCEPT THEREFROM, UNITS 1 THROUGH 20 INCLUSIVE IN BUILDINGS I THROUGH IV INCLUSIVE ON LOTS A, B, C AND LOT 1 OF TRACT NO. 10658, AS SHOWN ON THE PLAN.

EXCEPT FURTHER THEREFROM, ALL IMPROVEMENTS AND APPURTENANCES LOCATED OR TO BE LOCATED ON SAID LOTS A, B, C AND LOT 1 OF TRACT NO. 10658.

EXCEPT THEREFROM ALL OIL, GAS, MINERALS, OTHER HYDROCARBON SUBSTANCES AND UNDERGROUND WATER LYING BELOW A DEPTH OF 500 FEET, BUT WITH NO RIGHT OF SURFACE ENTRY, AS PROVIDED IN DEEDS OF RECORD.

PARCEL 3;

NON-EXCLUSIVE EASEMENTS FOR ACCESS, INGRESS, EGRESS, USE, ENJOYMENT, DRAINAGE, ENCROACHMENT, SUPPORT, MAINTENANCE, REPAIRS, AND FOR OTHER PURPOSES, ALL AS SHOWN IN THE PLAN AND AS DESCRIBED IN THE DECLARATION.

PARCEL 4:

EXCLUSIVE EASEMENTS APPURTENANT TO PARCELS NO. 1 AND NO. 2 DESCRIBED ABOVE, FOR USE AND OCCUPANCY FOR PATIOS AND DECKS, TO AND OVER THOSE PORTIONS OF LOTS A, B, C AND LOT 1 OF TRACT 10658, DEFINED AS RESTRICTED COMMON AREAS IN THE DECLARATION AS DESCRIBED AND ASSIGNED IN THE PLAN.

II. IMPROVEMENTS:

PARCEL NO. 1:

AN UNDIVIDED 1/120TH FEE SIMPLE INTEREST IN ALL THE IMPROVEMENTS AND APPURTENANCES LOCATED ON LOTS A, B, C AND LOT 1 OF TRACT NO. 10658, IN THE CITY OF HUNTINGTON BEACH, COUNTY OF ORANGE, STATE OF CALIFORNIA, AS SHOWN ON A MAP RECORDED IN BOOK 466 PAGES 37 AND 38 OF MISCELLANEOUS MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY. ("IMPROVEMENTS").

PARCEL NO. 2:

NONEXCLUSIVE EASEMENTS FOR ACCESS, INGRESS, USE, ENJOYMENT, DRAINAGE, ENCROACHMENT, SUPPORT, MAINTENANCE, REPAIRS, AND FOR OTHER PURPOSES, ALL SHOWN IN THE PLAN, AND AS DESCRIBED IN THE DECLARATION, TO THE EXTENT SUCH EASEMENTS ARE LOCATED ON THE IMPROVEMENTS.

PARCEL NO. 3

EXCLUSIVE EASEMENTS APPURTENANT TO PARCEL NO. 1 ABOVE, FOR USE AND OCCUPANCY FOR PATIOS AND DECKS, IN, TO AND OVER THOSE PORTIONS OF LOTS A, B, C AND LOT 1 OF TRACT NO. 10658, DEFINED AS RESTRICTED COMMON AREAS IN THE DECLARATION, AS DESCRIBED AND ASSIGNED IN THE PLAN, TO THE EXTENT SUCH EASEMENTS ARE LOCATED ON THE IMPROVEMENTS.

ASSESSOR'S PARCEL NUMBER: 937-71-030

Recording Requested By:
HESS-VERDON & ASSOCIATES, PLC

When Recorded Mail To:
HESS-VERDON & ASSOCIATES, PLC
620 Newport Center Drive, Suite 1030
Newport Beach, CA 92660

Mail Tax Statements To:
Moisey O. Fridman and Rosa A. Fridman,
Trustees
P.O. Box 10611
Costa Mesa, CA 92627

**Recorded in Official Records, Orange County
Hugh Nguyen, Clerk-Recorder**

12.00

**\* S R 0 0 0 6 4 0 9 9 1 0 S \***

**2013000709838 3:43 pm 12/26/13**

**62 417 G02 F13    2**

**0.00 0.00 0.00 0.00 3.00 0.00 0.00 0.00**

A.P.N. 937-71-030

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## GRANT DEED

THE UNDERSIGNED GRANTOR(S) DECLARE(S)

**"This conveyance transfers the grantor's interest into his or her revocable living trust, R & T 11930."**

DOCUMENTARY TRANSFER TAX IS $____-0-____

☐ COMPUTED ON FULL VALUE OF PROPERTY CONVEYED, OR
COMPUTED ON FULL VALUE LESS VALUE OF LIENS OR
ENCUMBRANCES REMAINING at time of sale

☐ unincorporated area  ☐ city of La Habra

SIGNATURE OF DECLARANT OR AGENT- FIRM NAME

**FOR NO VALUABLE CONSIDERATION,**

MOISEY FRIDMAN and ROSA FRIDMAN, Husband and Wife as to an undivided 68.3% interest.

**HEREBY GRANT to** MOISEY O. FRIDMAN and ROSA A. FRIDMAN, Trustees of THE FRIDMAN
FAMILY TRUST u/d/t April 14, 2000, the following described real property in the County of ORANGE,
State of CALIFORNIA:

See Exhibit "A" attached hereto and made a part hereof.

Commonly Known As: 16542 Blackbeard Lane #304, Huntington Beach, CA 92649

Dated: _10/23/2013_

MOISEY FRIDMAN

ROSA FRIDMAN

STATE OF CALIFORNIA        )
COUNTY OF ORANGE        )ss.

ON _10/23/13_____, 2013, before me, _Sarah Milisa Boster_____, Notary Public, personally
appeared MOISEY FRIDMAN and ROSA FRIDMAN, who proved to me on the basis of satisfactory evidence to be the persons
whose names are subscribed to the within instrument and acknowledged that they executed the same in their authorized capacity, and
that by their signatures on the instrument the person or entity upon behalf of which the person acted, executed the instrument. I certify
UNDER PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal

Signature

SARAH MELISA BOSTER
Commission # 2015360
Notary Public - California
Orange County
My Comm. Expires Mar 26, 2017

EXHIBIT A

THE LAND REFERRED TO HEREIN IS SITUATED IN THE COUNTY OF ORANGE, STATE OF CALIFORNIA, AND IS DESCRIBED AS FOLLOWS:

A Leasehold Estate created by that certain sublease dated May 14, 1981 sublease, executed by Harbour Vista, A California Limited Partnership, as lessor, and recorded May 22, 1981 in Book 14070, Page 1729, of Official Records.

A CONDOMINIUM COMPRISED OF:

PARCEL 1:

UNIT 10 IN BUILDING 2, ON LOTS A, B, C AND LOT 1 OF TRACT NO. 10658, IN THE CITY OF HUNTINGTON BEACH, COUNTY OF ORANGE, STATE OF CALIFORNIA, AS SHOWN AND DESCRIBED IN THE CONDOMINIUM PLAN ("PLAN") RECORDED IN BOOK 13710, PAGE 1889, ET SEQ., OFFICIAL RECORDS OF ORANGE COUNTY, CALIFORNIA.

PARCEL 2:

AN UNDIVIDED 1/120TH INTEREST AS A TENANT IN COMMON IN A SUBLEASEHOLD ESTATE IN AND TO ALL OF THE REAL PROPERTY, INCLUDING, WITHOUT LIMITATION, THE COMMON AREAS DEFINED IN THE DECLARATION OF LOTS A, B, C AND LOT 1 OF TRACT NO. 10658, IN THE CITY OF HUNTINGTON BEACH, COUNTY OF ORANGE, STATE OF CALIFORNIA, AS SHOWN ON A MAP RECORDED IN BOOK 466 PAGES 37 AND 38 OF MISCELLANEOUS MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

EXCEPT THEREFROM, UNITS 1 THROUGH 20 INCLUSIVE IN BUILDINGS I THROUGH IV INCLUSIVE ON LOTS A, B, C AND LOT 1 OF TRACT NO. 10658, AS SHOWN ON THE PLAN.

EXCEPT FURTHER THEREFROM, ALL IMPROVEMENTS AND APPURTENANCES LOCATED OR TO BE LOCATED ON SAID LOTS A, B, C AND LOT 1 OF TRACT NO. 10658.

EXCEPT THEREFROM ALL OIL, GAS, MINERALS, OTHER HYDROCARBON SUBSTANCES AND UNDERGROUND WATER LYING BELOW A DEPTH OF 500 FEET, BUT WITH NO RIGHT OF SURFACE ENTRY, AS PROVIDED IN DEEDS OF RECORD.

PARCEL 3:

NON-EXCLUSIVE EASEMENTS FOR ACCESS, INGRESS, EGRESS, USE, ENJOYMENT, DRAINAGE, ENCROACHMENT, SUPPORT, MAINTENANCE, REPAIRS, AND FOR OTHER PURPOSES, ALL AS SHOWN IN THE PLAN AND AS DESCRIBED IN THE DECLARATION.

PARCEL 4:

EXCLUSIVE EASEMENTS APPURTENANT TO PARCELS NO. 1 AND NO. 2 DESCRIBED ABOVE, FOR USE AND OCCUPANCY FOR PATIOS AND DECKS, TO AND OVER THOSE PORTIONS OF LOTS A, B, C AND LOT 1 OF TRACT 10658, DEFINED AS RESTRICTED COMMON AREAS IN THE DECLARATION AS DESCRIBED AND ASSIGNED IN THE PLAN.

II. IMPROVEMENTS:

PARCEL NO. 1:

AN UNDIVIDED 1/120TH FEE SIMPLE INTEREST IN ALL THE IMPROVEMENTS AND APPURTENANCES LOCATED ON LOTS A, B, C AND LOT 1 OF TRACT NO. 10658, IN THE CITY OF HUNTINGTON BEACH, COUNTY OF ORANGE, STATE OF CALIFORNIA, AS SHOWN ON A MAP RECORDED IN BOOK 466 PAGES 37 AND 38 OF MISCELLANEOUS MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY. ("IMPROVEMENTS").

PARCEL NO. 2:

NONEXCLUSIVE EASEMENTS FOR ACCESS, INGRESS, USE, ENJOYMENT, DRAINAGE, ENCROACHMENT, SUPPORT, MAINTENANCE, REPAIRS, AND FOR OTHER PURPOSES, ALL SHOWN IN THE PLAN, AND AS DESCRIBED IN THE DECLARATION, TO THE EXTENT SUCH EASEMENTS ARE LOCATED ON THE IMPROVEMENTS.

PARCEL NO. 3

EXCLUSIVE EASEMENTS APPURTENANT TO PARCEL NO. 1 ABOVE, FOR USE AND OCCUPANCY FOR PATIOS AND DECKS, IN, TO AND OVER THOSE PORTIONS OF LOTS A, B, C AND LOT 1 OF TRACT NO. 10658, DEFINED AS RESTRICTED COMMON AREAS IN THE DECLARATION, AS DESCRIBED AND ASSIGNED IN THE PLAN, TO THE EXTENT SUCH EASEMENTS ARE LOCATED ON THE IMPROVEMENTS.

ASSESSOR'S PARCEL NUMBER: 937-71-030

# COUNTY OF ORANGE
## HEALTH CARE AGENCY
### 1200 N. MAIN STREET, SUITE 100-A
### SANTA ANA, CA 92701

**CERTIFICATE OF DEATH**

3052015158676 — STATE FILE NUMBER

3201530012185 — LOCAL REGISTRATION NUMBER

USE BLACK INK ONLY · NO ERASURES, WHITEOUTS OR ALTERATIONS

| Field | Value |
|---|---|
| 1. NAME OF DECEDENT—FIRST (Given) | MOISEY |
| 2. MIDDLE | OVSEY |
| 3. LAST (Family) | FRIDMAN |
| AKA, ALSO KNOWN AS – HOWM NA MLA (FIRST, MIDDLE, LAST) | |
| 4. DATE OF BIRTH mm/dd/ccyy | 05/25/1931 |
| 5. AGE Yrs. | 84 |
| 6. SEX | M |
| 8. BIRTH STATE/FOREIGN COUNTRY | UKRAINE |
| 10. SOCIAL SECURITY NUMBER | 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 |
| 11. EVER IN U.S. ARMED FORCES? | NO X |
| 12. MARITAL STATUS/SRDP at time of Death | MARRIED |
| 7. DATE OF DEATH mm/dd/ccyy | 08/14/2015 |
| 8. HOUR 24 Hours | 2218 |
| 13. EDUCATION – Highest Level/Degree | DOCTORATE |
| 14/15. WAS DECEDENT HISPANIC/LATINO/A/SPANISH? | NO X |
| 16. DECEDENT'S RACE | WHITE |
| 17. USUAL OCCUPATION – Type of work for most of life. DO NOT USE RETIRED | ENGINEER |
| 18. KIND OF BUSINESS OR INDUSTRY | POWER PLANTS |
| 19. YEARS IN OCCUPATION | 50 |
| 20. DECEDENT'S RESIDENCE (Street and number, or location) | 16542 BLACKBEARD LN #304 |
| 21. CITY | HUNTINGTON BEACH |
| 22. COUNTY/PROVINCE | ORANGE |
| 23. ZIP CODE | 92649 |
| 24. YEARS IN COUNTY | 30 |
| 25. STATE/FOREIGN COUNTRY | CA |
| 26. INFORMANT'S NAME, RELATIONSHIP | DEBORAH FRIDMAN, DAUGHTER IN LAW |
| 27. INFORMANT'S MAILING ADDRESS | 18274 SANTOS TEFANA CIRCLE, FOUNTAIN VALLEY, CA 92708 |
| 28. NAME OF SURVIVING SPOUSE/SRDP—FIRST | ROSA |
| 29. MIDDLE | |
| 30. LAST (BIRTH NAME) | KAFTANOVA |
| 31. NAME OF FATHER/PARENT—FIRST | OVSEY |
| 32. MIDDLE | |
| 33. LAST | FRIDMAN |
| 34. BIRTH STATE | UKRAINE |
| 35. NAME OF MOTHER/PARENT—FIRST | NACHAMA |
| 36. MIDDLE | |
| 37. LAST (BIRTH NAME) | UNKNOWN |
| 38. BIRTH STATE | UKRAINE |
| 39. DISPOSITION DATE mm/dd/ccyy | 08/17/2015 |
| 40. PLACE OF FINAL DISPOSITION | PACIFIC VIEW MEMORIAL PARK, 3500 PACIFIC VIEW DR, CORONA DEL MAR, CA 92625 |
| 41. TYPE OF DISPOSITION(S) | BU |
| 42. SIGNATURE OF EMBALMER | NOT EMBALMED |
| 43. LICENSE NUMBER | |
| 44. NAME OF FUNERAL ESTABLISHMENT | ADVANTAGE FUNERAL AND CREMATION SERVICES |
| 45. LICENSE NUMBER | FD545 |
| 46. SIGNATURE OF LOCAL REGISTRAR | ERIC C. HANDLER, M.D |
| 47. DATE mm/dd/ccyy | 08/17/2015 |

| PLACE OF DEATH | |
|---|---|
| 101. PLACE OF DEATH | HUNTINGTON BEACH HOSPITAL |
| 102. IF HOSPITAL, SPECIFY ONE | IP X |
| 103A. COUNTY | ORANGE |
| 103B. FACILITY ADDRESS OR LOCATION WHERE FOUND | 17772 BEACH BLVD |
| 104. CITY | HUNTINGTON BEACH |

| CAUSE OF DEATH | |
|---|---|
| 107. CAUSE OF DEATH | |
| IMMEDIATE CAUSE (Final disease or condition resulting in death) (A) | CARDIAC ARREST |
| Sequentially list conditions (B) | CONGESTIVE HEART FAILURE |
| | Time Interval Between Onset and Death |
| (A) | MINS |
| (B) | DAYS |
| 108. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE | NONE |
| 110. WAS OPERATION PERFORMED FOR ANY CONDITION IN ITEM 107 OR 111? | NO |

| CERTIFICATION | |
|---|---|
| 114. I CERTIFY THAT TO THE BEST OF MY KNOWLEDGE DEATH OCCURRED | Disease Attended Since mm/dd/ccyy 03/09/2015 — Deceased Last Seen Alive 08/12/2015 |
| 115. SIGNATURE AND TITLE OF CERTIFIER | IMMANUEL HAUSIG D.O. |
| 116. LICENSE NUMBER | 20A11913 |
| 117. DATE mm/dd/ccyy | 08/17/2015 |
| 118. TYPE ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS, ZIP CODE | IMMANUEL HAUSIG D.O 7877 CENTER AVE SUITE 100, HUNTINGTON BEACH, CA 92647 |
| 119. I CERTIFY THAT IN MY OPINION DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED. MANNER OF DEATH | Natural |

STATE REGISTRAR: A _ B _ C _ D _ E _

*01000100301407D*

CENSUS TRACT — FAX AUTH.#

---

## CERTIFIED COPY OF VITAL RECORDS

*003675856*

**STATE OF CALIFORNIA**
**COUNTY OF ORANGE** } SS

DATE ISSUED **AUG 18 2015**

This is a true and exact reproduction of the document officially
registered and placed on file in the office of the VITAL RECORDS
SECTION, ORANGE COUNTY HEALTH CARE AGENCY.



ERIC G. HANDLER, M.D
HEALTH OFFICER
ORANGE COUNTY, CALIFORNIA

This copy not valid unless prepared on engraved border displaying seal and signature of Registrar.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

 2900 Adams Street, Suite C225, Riverside, CA 92504

A true and correct copy of the foregoing document entitled: **DEBTOR'S NOTICE OF MOTION AND MOTION TO AVOID LIEN UNDER 11 U.S.C. § 522(f) (REAL PROPERTY)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)   03/09/2021   , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Thomas H Casey (TR)    msilva@tomcaseylaw.com, thc@trustesolutions.net
Scott Talkov    scott@talkovlaw.com, talkovlaw@ecf.courtdrive.com
United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*)  03/05/2021    , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) *03/09/2021*, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Karl Avetoom - Email - kia002@att.net

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 03/09/2021 | Leilani Caspillo | /s/ Leilani Caspillo |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**SERVED BY UNITED STATES MAIL, CERTIFIED MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
*(Attached page to Proof of Service of Document-please include any additional or alternative addresses and attach additional pages if needed)*
*(Certified Mail required for service on a national bank.)*

| 1st lienholder *(name and address)*<br><br>Karl Avetoom<br>1100 Rutland Road #9<br>Newport Beach, CA 92660-4607 | Address from:<br>☐ Proof of claim ☐ Secretary of State<br>☐ FDIC website ☒ Other *(specify)*:<br><br>Judgment recorded 11/19/2020 as Orange County Instrument No. 2020-000673157 | Delivery Method<br>☐ United States mail<br>☒ Certified mail –<br>  Tracking # See Att.<br>☐ Overnight mail –<br>  Tracking #<br>  Carrier Name: _____ |
| 1st lienholder *(name)* and Agent for Service of Process *(name and address)*<br><br>(None - Judgment Creditor Pro Per) | Address from:<br>☐ Proof of claim ☐ Secretary of State<br>☐ FDIC website ☐ Other *(specify)*: | Delivery Method<br>☐ United States mail<br>☐ Certified mail –<br>  Tracking #<br>☐ Overnight mail –<br>  Tracking #<br>  Carrier Name: _____ |
| 1st lienholder *(name)* and Servicing Agent *(name and address)*<br><br>(None - Judgment Creditor Pro Per) | Address from:<br>☐ Proof of claim ☐ Secretary of State<br>☐ FDIC website ☐ Other *(specify)*: | Delivery Method<br>☐ United States mail<br>☐ Certified mail –<br>  Tracking #<br>☐ Overnight mail –<br>  Tracking #<br>  Carrier Name: _____ |

| 2nd lienholder *(name and address)*<br><br>Beach Crest Villas Owners Association, 1100 Rutland Rd<br>Newport Beach, CA 92660 | Address from:<br>☐ Proof of claim ☒ Secretary of State<br>☐ FDIC website ☐ Other *(specify)*:<br><br>California Secretary of State Entity No. C0869513 | Delivery Method<br>☐ United States mail<br>☒ Certified mail –<br>  Tracking # See Att.<br>☐ Overnight mail –<br>  Tracking #<br>  Carrier Name: _____ |
| 2nd lienholder *(name)* and Agent for Service of Process *(name and address)*<br><br>Beach Crest Villas Owners Association, Attn: William Marshall Gabriel, Agent for Service, 1100 Rutland Rd #8, Newport Beach, CA 92660 | Address from:<br>☐ Proof of claim ☒ Secretary of State<br>☐ FDIC website ☐ Other *(specify)*:<br><br>California Secretary of State Entity No. C0869513 | Delivery Method<br>☐ United States mail<br>☒ Certified mail –<br>  Tracking # See Att.<br>☐ Overnight mail –<br>  Tracking # _____<br>  Carrier Name: _____ |
| 2nd lienholder *(name)* and Servicing Agent *(name and address)*<br><br>(None) | Address from:<br>☐ Proof of claim ☐ Secretary of State<br>☐ FDIC website ☐ Other *(specify)*: | Delivery Method<br>☐ United States mail<br>☐ Certified mail –<br>  Tracking #<br>☐ Overnight mail –<br>  Tracking #<br>  Carrier Name: _____ |

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2017*                      Page 6                      **F 4003-2.1.AVOID.LIEN.RP.MOTION**

| 3rd lienholder (name and address)<br><br>    [None] | Address from:<br>☐ Proof of claim<br>☐ FDIC website | Delivery Method<br>☐ United States mail<br>☐ Certified mail –<br>    Tracking # _____<br>☐ Overnight mail –<br>    Tracking # _____<br>    Carrier Name: _____ |
| --- | --- | --- |
| 3rd lienholder (name) and Agent for Service of Process (name and address) | Address from:<br>☐ Proof of claim ☐ Secretary of State<br>☐ FDIC website ☐ Other (specify): | Delivery Method<br>☐ United States mail<br>☐ Certified mail –<br>    Tracking # _____<br>☐ Overnight mail –<br>    Tracking # _____<br>    Carrier Name: _____<br>    _____ |
| 3rd lienholder (name) and Servicing Agent (name and address) | Address from:<br>☐ Proof of claim ☐ Secretary of State<br>☐ FDIC website ☐ Other (specify): | Delivery Method<br>☐ United States mail<br>☐ Certified mail –<br>    Tracking # _____<br>☐ Overnight mail –<br>    Tracking # _____<br>    Carrier Name: _____<br>    _____ |

| Alternative/additional address<br>(name and address) | Address from:<br>☐ Proof of claim ☐ Secretary of State<br>☐ FDIC website ☐ Other (specify): | Delivery Method<br>☐ United States mail<br>☐ Certified mail –<br>    Tracking # _____<br>☐ Overnight mail –<br>    Tracking # _____<br>    Carrier Name: _____<br>    _____ |
| --- | --- | --- |
| Alternative/additional address<br>(name and address) | Address from:<br>☐ Proof of claim ☐ Secretary of State<br>☐ FDIC website ☐ Other (specify): | Delivery Method<br>☐ United States mail<br>☐ Certified mail –<br>    Tracking # _____<br>☐ Overnight mail –<br>    Tracking # _____<br>    Carrier Name: _____<br>    _____ |

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

Label Matrix for local noticing
0973-8
Case 8:21-bk-10513-ES
Central District of California
Santa Ana
Tue Mar  2 15:27:12 PST 2021

Employment Development Dept
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

Franchise Tax Board
Bankruptcy Section MS: A-340
P.O. Box 2952
Sacramento, CA 95812-2952

Santa Ana Division
411 West Fourth Street, Suite 2030,
Santa Ana, CA 92701-4500

Beach Crest Villas Homeowners Association
1100 Rutland Rd
Newport Beach, CA 92660-4607

D. Michael Bush
2575 McCabe Way
Suite 260
Irvine, CA 92614-4298

Darling Risbrough
19200 Von Karman
Suite 750
Irvine, CA 92612-8519

I.C. System, Inc
Po Box 64378
Saint Paul, MN 55164-0378

John Daniel Ott
3020 Old Ranch Pkwy
Ste 300
Seal Beach, CA 90740-2751

Karl Avetoom
1100 Rutland Road
Newport Beach, CA 92660-4607

Law Offices of Mokri & Associates
1851 E 1st Street
Suite 840
Santa Ana, CA 92705-4053

The Fridman Family Trust Established on Apri

United States Trustee (SA)
411 W Fourth St., Suite 7160
Santa Ana, CA 92701-4500

Rosa A Fridman
16542 Blackbeard Ln Unit 304
Huntington Beach, CA 92649-3439

Scott Talkov
Talkov Law
2900 Adams St Ste C225
Riverside, CA 92504-4385

Thomas H Casey (TR)
22342 Avenida Empresa, Suite 245
Rancho Santa Margarita, CA 92688-2141

End of Label Matrix
Mailable recipients    15
Bypassed recipients     0
Total                  15

 **Gmail**

Scott Talkov <scott@talkovlaw.com>

---

## In re Rosa Fridman - Debtor's Notice of Motion and Motion to Avoid Lien 522(f)

**Scott Talkov** <scott@talkovlaw.com>                                Tue, Mar 9, 2021 at 9:29 AM
To: kia002@att.net
Cc: Leilani Caspillo <assistant@talkovlaw.com>
Bcc: Alex Theory <theory411@gmail.com>

Mr. Avetoom,

Attached you will find the Debtor's Notice of Motion and Motion to Avoid Lien 522(f) being filed today in the Chapter 7 case of In re Rosa Fridman, which includes a certificate of service showing that this was also mailed to you by USPS Certified Mail.

Best Regards,



**Scott Talkov** | Attorney, Talkov Law

**e:** scott@talkovlaw.com | **w:** www.talkovlaw.com
**p:** (951) 888-3300

---

📄 **Debtor's Notice of Motion and Motion to Avoid Lien 522(f) - In re Rosa Fridman.pdf**
12392K



## Certificate of Service
## Declaration of Mailing

**CaseMail ID:** `CM-23259-0282.01`
**On Behalf of:**

Talkov Law
2900 Adams St Ste
C225Riverside, CA 92504

**On  March 06, 2021**

A copy of the following documents were deposited for delivery by
`the United Stated Postal Service, via Certified Mail ERR / w signature,`

Postage prepaid, with sufficient postage thereon to the following recipients.

```
Karl Avetoom
1100 Rutland Rd Apt 9
Newport Beach
CA
92660-4601
```

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

Dated:  `03/06/2021 12:00 AM`

/ S / Joe L.Ruiz
VerTrius, Corp.
d/b/a CaseMail
16192 Coastal HWY
Lewes, DE 19958

| PROOF OF POSTAGE PAID: |
| --- |
|  |

| PROOF OF POSTAGE PAID: |
| --- |
|  |

| PROOF OF MAILING: |
| --- |
| USPS® verified acceptance of the attached documents with sufficient postage paid and were mailed on the date listed below: |
| `03/06/2021` |

| CONTENT VERIFICATION: |
| --- |
| CaseMail ID: |
| **CM-23259-0282.01** |

**Copyright 2019 by VerTrius Corp** All Rights Reserved



## Certificate of Service
## Declaration of Mailing

**CaseMail ID:** CM-23259-0282.02
**On Behalf of:**

Talkov Law
2900 Adams St Ste
C225Riverside, CA 92504

**On  March 06, 2021**

A copy of the following documents were deposited for delivery by
**the United Stated Postal Service, via Certified Mail ERR / w signature,**

Postage prepaid, with sufficient postage thereon to the following recipients.

Beach Crest Villas Owners Association
1100 Rutland Rd
Newport Beach
CA
92660-4607

 The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

Dated:  03/06/2021 12:00 AM

/ S / Joe L.Ruiz
VerTrius, Corp.
d/b/a CaseMail
16192 Coastal HWY
Lewes, DE 19958

| PROOF OF POSTAGE PAID: |
| --- |
|  |

| PROOF OF POSTAGE PAID: |
| --- |
|  |

| PROOF OF MAILING: |
| --- |
| USPS® verified acceptance of the attached documents with sufficient postage paid and were mailed on the date listed below: |
| 03/06/2021 |

| CONTENT VERIFICATION: |
| --- |
| CaseMail ID: |
| CM-23259-0282.02 |

**Copyright 2019 by VerTrius Corp** All Rights Reserved



## Certificate of Service
## Declaration of Mailing

**CaseMail ID:** `CM-23259-0282.03`
**On Behalf of:**

Talkov Law
2900 Adams St Ste
C225Riverside, CA 92504

**On   March 06, 2021**

A copy of the following documents were deposited for delivery by
`the United Stated Postal Service, via Certified Mail ERR / w signature,`

Postage prepaid, with sufficient postage thereon to the following recipients.

```
Beach Crest Villas Owners Association
Attn: William Marshall Gabriel, Agent
for Service
1100 Rutland Rd Apt 8
Newport Beach
CA
92660-4601
```

 The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

Dated:  `03/06/2021 12:00 AM`

/ S / Joe L.Ruiz
VerTrius, Corp.
d/b/a CaseMail
16192 Coastal HWY
Lewes, DE 19958

PROOF OF POSTAGE PAID:



PROOF OF POSTAGE PAID:



PROOF OF MAILING:

USPS® verified acceptance of the attached documents with sufficient postage paid and were mailed on the date listed below:

`03/06/2021`

CONTENT VERIFICATION:

CaseMail ID:

**CM-23259-0282.03**

**Copyright 2019 by VerTrius Corp** All Rights Reserved