| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Donald W. Reid - SBN 281743<br>LAW OFFICE OF DONALD W. REID<br>PO Box 2227<br>Fallbrook, CA 92088<br>(951) 777-2460<br>don@donreidlaw.com | |
| ☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Karl Avetoom | |

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br><br>ROSA FRIDMAN<br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 8:21-bk-10513-ES |
|---|---|
| | CHAPTER: 7 |
| | **NOTICE OF MOTION FOR:**<br>MOTION TO DISMISS BANKRUPTCY CASE PURSUANT TO 11 U.S.C. § 707 WITH 180 DAY BAR TO REFILING<br><br><br>(*Specify name of Motion*) |
| | DATE: 04/15/2021<br>TIME: 10:30 am<br>COURTROOM: 5A<br>PLACE: 411 W. Fourth Street<br>　　　　Santa Ana, CA 92701<br>**SEE ATTACHED SUPPLEMENTAL NOTICE** |

1. TO (*specify name*): Rosa Fridman, Office of the U.S. Trustee, Chapter 7 Trustee, and All Creditors

2. NOTICE IS HEREBY GIVEN that on the following date and time and in the indicated courtroom, Movant in the above-captioned matter will move this court for an Order granting the relief sought as set forth in the Motion and accompanying supporting documents served and filed herewith. Said Motion is based upon the grounds set forth in the attached Motion and accompanying documents.

3. **Your rights may be affected**. You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult one.)

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*　　　　　　　　　　　　　　　　　　Page 1　　　　　　　　　　　　　　**F 9013-1.1.HEARING.NOTICE**

4. **Deadline for Opposition Papers:** This Motion is being heard on regular notice pursuant to LBR 9013-1. If you wish to oppose this Motion, you must file a written response with the court and serve a copy of it upon the Movant or Movant's attorney at the address set forth above no less than fourteen (14) days prior to the above hearing date. If you fail to file a written response to this Motion within such time period, the court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

5. **Hearing Date Obtained Pursuant to Judge's Self-Calendaring Procedure:** The undersigned hereby verifies that the above hearing date and time were available for this type of Motion according to the judge's self-calendaring procedures.

Date:  03/23/2021

LAW OFFICE OF DONALD W. REID
Printed name of law firm

/s/Donald W. Reid
Signature

Donald W. Reid
Printed name of attorney

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    F 9013-1.1.HEARING.NOTICE

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Donald W. Reid – SBN 281743<br>LAW OFFICE OF DONALD W. REID<br>PO Box 2227<br>Fallbrook, CA 92088<br>(951) 777-2460<br>don@donreidlaw.com<br><br>☒ *Attorney for Movant*<br>☐ *Movant appearing without an attorney* | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| In re:<br><br>ROSA FRIDMAN<br><br><br><br>Debtor(s) | CASE NO.: 8:21-bk-10513-ES<br>CHAPTER: 7<br><br>**SUPPLEMENTAL NOTICE OF HEARING TO BE HELD REMOTELY USING ZOOMGOV AUDIO AND VIDEO**<br><br>HEARING DATE:    April 15, 2021<br>HEARING TIME:    10:30 a.m. |
|---|---|

**Movant:** Karl Avetoom

1. The Movant has filed the following written notice or other pleading ("Notice") advising of a hearing to be held in the above-captioned case, on the date and time indicated above, before the Honorable Erithe A. Smith, United States Bankruptcy Judge *(insert name of pleading and, if available, docket number)*:

   > **MOTION TO DISMISS BANKRUPTCY CASE PURSUANT TO 11 U.S.C. § 707 WITH 180 DAY BAR TO REFILING**

2. **Please be advised that because of the COVID-19 pandemic, the Court will conduct the hearing using ZoomGov audio and video technology**. Information on how to participate in the hearing using ZoomGov is provided on the following page of this notice.

3. Hearing participants and members of the public may participate in and/or observe the hearing using ZoomGov, free of charge.

4. Individuals may connect by ZoomGov audio and video using a personal computer (equipped with camera, microphone and speaker), or a handheld mobile device with an integrated camera, microphone and speaker (such as an iPhone, iPad, Android phone or Android tablet). The connection can be initiated by entering the "Meeting URL" into a web browser on any of these devices, provided the device is connected to the Internet. Individuals connecting in this manner will be prompted for the Meeting ID and Password shown below.

5. Individuals also may connect to the hearing by telephone only, using the telephone number provided below. Individuals connecting in this manner also will be prompted for the Meeting ID and Password.

6. Neither a Zoom nor a ZoomGov account is necessary to participate in or observe the hearing, and no pre-registration is required.

7. The audio portion of the hearing will be recorded electronically by the Court and constitute its official record.

8. All persons are strictly prohibited from making any other recording of court proceedings, whether by video, audio, "screenshot," or otherwise. Violation of this prohibition may result in the imposition of monetary and non-monetary sanctions.

9. The following is the unique ZoomGov connection information for the above-referenced hearing:

    Meeting URL:    https://cacb.zoomgov.com/j/1607310868
    Meeting ID:     160 731 0868
    Password:       073715
    Telephone:      1 (669) 254 5252 or 1 (646) 828 7666

10. More information on using ZoomGov to participate in this hearing is available on the Court's website at the following web address: https://www.cacb.uscourts.gov/news/zoom-video-hearing-guide-participants

Date: March 23, 2021

LAW OFFICE OF DONALD W. REID

Printed name of law firm (if applicable)

/s/Donald W. Reid

Printed name of individual Movant or attorney for Movant

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: PO Box 2227, Fallbrook, CA 92088

A true and correct copy of the foregoing document entitled: **NOTICE OF MOTION FOR** (*specify name of motion*) MOTION TO DISMISS BANKRUPTCY CASE PURSUANT TO 11 U.S.C. § 707 WITH 180 DAY BAR TO REFILING DECLARATION OF KARL AVETOOM IN SUPPORT THEREOF
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 03/23/2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Thomas H Casey (TR) msilva@tomcaseylaw.com, thc@trustesolutions.net
Scott Talkov scott@talkovlaw.com, talkovlaw@ecf.courtdrive.com
United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 03/23/2021, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Erithe Smith, 411 W. Fourth Street, Suite 5040, Santa Ana, CA 92701
Office of the U.S. Trustee, 411 W. Fourth Street, Suite 7160, Santa Ana, CA 92701
Rosa Fridman, 16542 Blackbeard Ln, Unit 304, Huntington Beach, CA 92649

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 03/23/2021 | Donald W. Reid | /s/Donald W. Reid |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*     Page 3     **F 9013-1.1.HEARING.NOTICE**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0973-8<br>Case 8:21-bk-10513-ES<br>Central District of California<br>Santa Ana<br>Tue Mar 23 19:19:35 PDT 2021 | Santa Ana Division<br>411 West Fourth Street, Suite 2030,<br>Santa Ana, CA 92701-4500 | Beach Crest Villas Homeowners Association<br>1100 Rutland Rd<br>Newport Beach, CA 92660-4607 |
| D. Michael Bush<br>2575 McCabe Way<br>Suite 260<br>Irvine, CA 92614-4298 | Darling Risbrough<br>19200 Von Karman<br>Suite 750<br>Irvine, CA 92612-8519 | I.C. System, Inc<br>Po Box 64378<br>Saint Paul, MN 55164-0378 |
| John Daniel Ott<br>3020 Old Ranch Pkwy<br>Ste 300<br>Seal Beach, CA 90740-2751 | Karl Avetoom<br>1100 Rutland Road<br>Newport Beach, CA 92660-4607 | Law Offices of Mokri & Associates<br>1851 E 1st Street<br>Suite 840<br>Santa Ana, CA 92705-4053 |
| The Fridman Family Trust Established on Apri | United States Trustee (SA)<br>411 W Fourth St., Suite 7160<br>Santa Ana, CA 92701-4500 | Rosa A Fridman<br>16542 Blackbeard Ln Unit 304<br>Huntington Beach, CA 92649-3439 |
| Scott Talkov<br>Talkov Law<br>2900 Adams St Ste C225<br>Riverside, CA 92504-4385 | Thomas H Casey (TR)<br>22342 Avenida Empresa, Suite 245<br>Rancho Santa Margarita, CA 92688-2141 | End of Label Matrix<br>Mailable recipients   13<br>Bypassed recipients   0<br>Total   13 |