| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Donald W. Reid - SBN 281743<br>LAW OFFICE OF DONALD W. REID<br>PO Box 2227<br>Fallbrook, CA 90288<br>(951) 777-2460<br>don@donreidlaw.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Karl Avetoom | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br><br>ROSA FRIDMAN<br><br><br><br><br>Debtor(s). | CASE NO.: 8:21-bk-10513-ES<br><br>CHAPTER: 7<br><br>**NOTICE OF OPPOSITION AND REQUEST FOR A HEARING** |
|---|---|

1. TO (*specify name*): Rosa Fridman

2. NOTICE IS HEREBY GIVEN that Karl Avetoom,
   a party in interest, hereby opposes the following request (*specify that which is opposed*):
   Motion to Avoid Liens Under 11 U.S.C. 522(f) [Doc. 13]

3. This opposition is based upon the following grounds (*specify grounds*):
   1. Section 522(f) only avoids the "fixing" of a judgment lien. It cannot be used to avoid a lien unless the debtor had an interest in the property before the lien attached. Farrey v. Sanderfoot, 500 U.S. 291, 296-97 (1991). Title Exceptions 14 & 15 cannot be avoided because they were recorded before debtor obtained her property interest.
   2. This LAM is a collateral attack on a consensual lien arising from a settlement of fraudulent transfer action. Avetoom incorporates by reference the arguments set forth in his Motion to Dismiss Bankruptcy Case [Doc. 14]. The bankruptcy case should be dismissed for cause and/or bad faith under 11 U.S.C. 707(b)(1) or (2), respectively.
   3. The LAM was filed on 3/9/21 yet the proof of service indicates it was mailed on 3/6/21. The LAM was not received by Avetoom until 3/19/21 after debtor's counsel re-served the motion by UPS. Avetoom reserves his rights to file a more thorough opposition not later than 14 days before the noticed hearing on the LAM.

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012    Page 1    F 9013-1.3.OPPOSITION.REQ.HEARING

4. Attached hereto are the following documents in support of this opposition which are admissible under the Federal Rules of Evidence (*specify declarations and exhibits by name or description*):

5. ☐ *(Optional)* Attached hereto is a Memorandum of Points and Authorities upon which opposing party will rely.

6. Total number of attached pages of supporting documentation: _____

Any reply to this opposition must be filed with the court and served on this opposing party not later than 7 days prior to the hearing on the motion.

WHEREFORE, the undersigned prays that this court deny the subject request and set this matter for a hearing.

Date:  03/23/2021

Respectfully submitted,

LAW OFFICE OF DONALD W. REID
Printed name of law firm

/s/Donald W. Reid
Signature

Donald W. Reid
Printed name

Attorney for:  Karl Avetoom

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                        Page 2                       F 9013-1.3.OPPOSITION.REQ.HEARING

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

PO Box 2227, Fallbrook, CA 92088

A true and correct copy of the foregoing document entitled: **Notice of Opposition and Request for a Hearing** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _03/23/2021_, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Thomas H Casey (TR) msilva@tomcaseylaw.com, thc@trustesolutions.net
Scott Talkov scott@talkovlaw.com, talkovlaw@ecf.courtdrive.com
United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 03/23/2021 | Donald W. Reid | /s/Donald W. Reid |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 3    **F 9013-1.3.OPPOSITION.REQ.HEARING**