SCOTT TALKOV, State Bar No. 264676
CHRISTOPHER M. KIERNAN, State Bar No. 319804
FERDEZA ZEKIRI, State Bar No. 335507
**TALKOV LAW CORP.**
2900 Adams St Ste C225
Riverside, CA 92504
Telephone: (951) 888-3300
Email: scott@talkovlaw.com
       chris@talkovlaw.com
       ferdeza@talkovlaw.com

Attorneys for Debtor Rosa A. Fridman

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT FO CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>ROSA A. FRIDMAN<br><br>Debtor. | CASE NO. 8:21-bk-10513-ES<br><br>**DEBTOR'S ERRATA TO THE MOTION TO AVOID LIEN UNDER 11 U.S.C. § 522(f); LODGMENT OF RECORDED HOMESTEAD DECLARATION**<br><br>(Unlimited Civil Complaint – Amount Demanded Exceeds $25,000)<br><br><u>Hearing on Motion to Avoid Lien</u><br>Date:         April 15, 2021<br>Time:        10:30 am<br>Courtroom: 5A |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Debtor Rosa A. Fridman ("Debtor") hereby submits this errata to the Motion to Avoid Lien Under 11 U.S.C. § 522(f) filed on March 9, 2021 [Dckt. No. 13] (the "Motion") in the above-captioned action, to correct an inadvertent filing error. Specifically, the Motion mistakenly omitted the recorded homestead declaration and included an unrecorded and incorrect copy of the homestead declaration [Dckt. No. 13, Pages 67-69].

Accordingly, Debtor hereby lodges the following to the Motion:

1.     A true and correct copy of the homestead declaration of Moisey O. Fridman and Rosa A. Fridman declaring homestead of the real property describes as 16542 Blackbeard Ln #304, Huntington Beach, CA 92649, dated May 23, 2013, in the Official Records of Orange County as Instrument No. 2013000313820, and referenced as Recorded Declaration of Homestead in the Motion, is attached hereto.

DATED: March 24, 2021            **TALKOV LAW CORP.**

By: *Scott Talkov*

SCOTT TALKOV
CHRISTOPHER M. KIERNAN
FERDEZA ZEKIRI
Attorneys for Debtor Rosa A. Fridman

**TALKOV LAW**
2900 ADAMS ST STE C225
RIVERSIDE, CA 92504
TELEPHONE (951) 888-3300

Recording Requested by:

MOISEY O. FRIDMAN
and
ROSA A. FRIDMAN

When recorded mail to:

M. FRIDMAN
16542 BLACKBEARD LN.
#304
HUNTINGTON BEACH,
CA 92649

Recorded in Official Records, Orange County
Hugh Nguyen, Clerk-Recorder

18.00
*$R0005887378$*
2013000313820 1:47 pm 05/23/13
217 414 D04 F13   4
0.00 0.00 0.00 0.00 9.00 0.00 0.00 0.00

SPACE ABOVE THIS LINE FOR RECORDER USE ONLY

# HOMESTEAD DECLARATION
## CCP §704.930

APN#: 937-71-030

**1. Name(s) of Declared Homestead owners:** MOISEY O. FRIDMAN AND ROSA A. FRIDMAN, HUSBAND AND WIFE, do hereby claim a Declared Homestead in the following real property located in:

the City of HUNTINGTON BEACH, County of ORANGE, State of California,

more commonly known as: 16542 BLACKBEARD LN. #304

*(Insert Common Street Address Above)*

and more particularly described as follows:

LEGAL DESCRIPTION ATTACHED HERETO AND MADE A PART HEREOF AS EXHIBIT "A" (two pages)

*(Insert Property Legal Description Above)*

**2.** The Declared Homestead is the principal dwelling of the Declared Homestead Owner(s) listed above or such person(s) spouse.

**3.** The Declared Homestead Owner(s) listed above, or such person(s) spouse, resides in the Declared Homestead on the date this Homestead Declaration is recorded.

**4.** The facts stated in this Homestead Declaration are known to be true as of the personal knowledge of the person(s) below executing and acknowledging this Homestead Declaration.

Dated: MAY 23, 2013

_____
(Signature of Declared Homestead Owner or Spouse)

MOISEY O. FRIDMAN
(Printed Name of Declared Homestead Owner or Spouse)

_____
(Signature of Declared Homestead Owner of Spouse)

ROSA A. FRIDMAN
(Printed Name of Declared Homestead Owner or Spouse)

## CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

STATE OF CALIFORNIA      )
                         )
COUNTY OF __Orange__     )

On __May 2ᵈ, 2013__, before me, __Guadalupe Cardenas__, a Notary
      (Date)                    (Notary Name)
Public in and for said State, personally appeared __Moisey O. Fridman & Rosa A. Fridman__
personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s) or the entity upon behalf of which the person(s) acted, executed the instrument).

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing is true and correct.

WITNESS MY HAND AND OFFICIAL SEAL

_____
Notary Public

[SEAL: GUADALUPE CARDENAS
Commission # 1962350
Notary Public - California
Orange County
My Comm. Expires Dec 2, 2015]

---

OPTIONAL: DESCRIPTION OF ATTACHED DOCUMENT

Title of Document:          Homestead Declaration

Date of Document:           _____

Number of Pages:            _____

Capacities Claimed by Signers:   Individual

EXHIBIT A

THE LAND REFERRED TO HEREIN IS SITUATED IN THE COUNTY OF ORANGE, STATE OF CALIFORNIA, AND IS DESCRIBED AS FOLLOWS:

A Leasehold Estate created by that certain sublease dated May 14, 1981 sublease, executed by Harbour Vista, A California Limited Partnership, as lessor, and recorded May 22, 1981 in Book 14070, Page 1729, of Official Records.

A CONDOMINIUM COMPRISED OF:

PARCEL 1:

UNIT 10 IN BUILDING 2, ON LOTS A, B, C AND LOT 1 OF TRACT NO. 10658, IN THE CITY OF HUNTINGTON BEACH, COUNTY OF ORANGE, STATE OF CALIFORNIA, AS SHOWN AND DESCRIBED IN THE CONDOMINIUM PLAN ("PLAN") RECORDED IN BOOK 13710, PAGE 1889, ET SEQ., OFFICIAL RECORDS OF ORANGE COUNTY, CALIFORNIA.

PARCEL 2:

AN UNDIVIDED 1/120TH INTEREST AS A TENANT IN COMMON IN A SUBLEASEHOLD ESTATE IN AND TO ALL OF THE REAL PROPERTY, INCLUDING, WITHOUT LIMITATION, THE COMMON AREAS DEFINED IN THE DECLARATION OF LOTS A, B, C AND LOT 1 OF TRACT NO. 10658, IN THE CITY OF HUNTINGTON BEACH, COUNTY OF ORANGE, STATE OF CALIFORNIA, AS SHOWN ON A MAP RECORDED IN BOOK 466 PAGES 37 AND 38 OF MISCELLANEOUS MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

EXCEPT THEREFROM, UNITS 1 THROUGH 20 INCLUSIVE IN BUILDINGS I THROUGH IV INCLUSIVE ON LOTS A, B, C AND LOT 1 OF TRACT NO. 10658, AS SHOWN ON THE PLAN.

EXCEPT FURTHER THEREFROM, ALL IMPROVEMENTS AND APPURTENANCES LOCATED OR TO BE LOCATED ON SAID LOTS A, B, C AND LOT 1 OF TRACT NO. 10658.

EXCEPT THEREFROM ALL OIL, GAS, MINERALS, OTHER HYDROCARBON SUBSTANCES AND UNDERGROUND WATER LYING BELOW A DEPTH OF 500 FEET, BUT WITH NO RIGHT OF SURFACE ENTRY, AS PROVIDED IN DEEDS OF RECORD.

PARCEL 3;

NON-EXCLUSIVE EASEMENTS FOR ACCESS, INGRESS, EGRESS, USE, ENJOYMENT, DRAINAGE, ENCROACHMENT, SUPPORT, MAINTENANCE, REPAIRS, AND FOR OTHER PURPOSES, ALL AS SHOWN IN THE PLAN AND AS DESCRIBED IN THE DECLARATION.

PARCEL 4:

EXCLUSIVE EASEMENTS APPURTENANT TO PARCELS NO. 1 AND NO. 2 DESCRIBED ABOVE, FOR USE AND OCCUPANCY FOR PATIOS AND DECKS, TO AND OVER THOSE PORTIONS OF LOTS A, B, C AND LOT 1 OF TRACT 10658, DEFINED AS RESTRICTED COMMON AREAS IN THE DECLARATION AS DESCRIBED AND ASSIGNED IN THE PLAN.

II. IMPROVEMENTS:

PARCEL NO. 1:

AN UNDIVIDED 1/120TH FEE SIMPLE INTEREST IN ALL THE IMPROVEMENTS AND APPURTENANCES LOCATED ON LOTS A, B, C AND LOT 1 OF TRACT NO. 10658, IN THE CITY OF HUNTINGTON BEACH, COUNTY OF ORANGE, STATE OF CALIFORNIA, AS SHOWN ON A MAP RECORDED IN BOOK 466 PAGES 37 AND 38 OF MISCELLANEOUS MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY. ("IMPROVEMENTS").

PARCEL NO. 2:

NONEXCLUSIVE EASEMENTS FOR ACCESS, INGRESS, USE, ENJOYMENT, DRAINAGE, ENCROACHMENT, SUPPORT, MAINTENANCE, REPAIRS, AND FOR OTHER PURPOSES, ALL SHOWN IN THE PLAN, AND AS DESCRIBED IN THE DECLARATION, TO THE EXTENT SUCH EASEMENTS ARE LOCATED ON THE IMPROVEMENTS.

PARCEL NO. 3

EXCLUSIVE EASEMENTS APPURTENANT TO PARCEL NO. 1 ABOVE, FOR USE AND OCCUPANCY FOR PATIOS AND DECKS, IN, TO AND OVER THOSE PORTIONS OF LOTS A, B, C AND LOT 1 OF TRACT NO. 10658, DEFINED AS RESTRICTED COMMON AREAS IN THE DECLARATION, AS DESCRIBED AND ASSIGNED IN THE PLAN, TO THE EXTENT SUCH EASEMENTS ARE LOCATED ON THE IMPROVEMENTS.

ASSESSOR'S PARCEL NUMBER: 937-71-030

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
2900 Adams Street, Suite C-225, Riverside, CA 92504

A true and correct copy of the foregoing document entitled (*specify*): **DEBTOR'S ERRATA TO THE MOTION TO AVOID LIEN UNDER 11 U.S.C. § 522(f); LODGMENT OF RECORDED HOMESTEAD DECLARATION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) March 24, 2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
Thomas H Casey (TR)    msilva@tomcaseylaw.com, thc@trustesolutions.net
Donald W Reid    don@donreidlaw.com, ecf@donreidlaw.com
United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) March 24, 2021, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Erithe Smith, 411 West Fourth Street, Suite 5040, Santa Ana, CA 92701

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 24, 2021 | Leilani Caspillo | /s/ Leilani Caspillo |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**

```
Label Matrix for local noticing          Santa Ana Division                      Beach Crest Villas Homeowners Association
0973-8                                    411 West Fourth Street, Suite 2030,    1100 Rutland Rd
Case 8:21-bk-10513-ES                     Santa Ana, CA 92701-4500               Newport Beach, CA 92660-4607
Central District of California
Santa Ana
Wed Mar 24 14:21:34 PDT 2021

D. Michael Bush                           Darling Risbrough                      I.C. System, Inc
2575 McCabe Way                           19200 Von Karman                       Po Box 64378
Suite 260                                 Suite 750                              Saint Paul, MN 55164-0378
Irvine, CA 92614-4298                     Irvine, CA 92612-8519


John Daniel Ott                           Karl Avetoom                           Law Offices of Mokri & Associates
3020 Old Ranch Pkwy                       1100 Rutland Road                      1851 E 1st Street
Ste 300                                   Newport Beach, CA 92660-4607           Suite 840
Seal Beach, CA 90740-2751                                                        Santa Ana, CA 92705-4053


The Fridman Family Trust Established on Apri   United States Trustee (SA)        Karl Avetoom
                                               411 W Fourth St., Suite 7160      1100 Rutland Rd #9
                                               Santa Ana, CA 92701-4500          Newport Beach, CA 92660-4601


Rosa A Fridman                            Scott Talkov                           Thomas H Casey (TR)
16542 Blackbeard Ln Unit 304              Talkov Law                             22342 Avenida Empresa, Suite 245
Huntington Beach, CA 92649-3439           2900 Adams St Ste C225                 Rancho Santa Margarita, CA 92688-2141
                                          Riverside, CA 92504-4385



End of Label Matrix
Mailable recipients    14
Bypassed recipients     0
Total                  14
```