THOMAS H. CASEY, TRUSTEE (State Bar No. 138264)
22342 Avenida Empresa, Suite 245
Rancho Santa Marg, CA 92688
Telephone:     (949) 766-8787
Facsimile:     (949) 766-9896

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

| In Re: | Case No.: 21-10513-SC |
|---|---|
| ROSA A FRIDMAN | Chapter 7 |
| | NOTICE OF CONTINUED MEETING OF CREDITORS AND APPEARANCE OF DEBTOR [11 USC 341(a)] |
| Debtor. | |

COUNSEL: SCOTT TALKOV
TO THE ABOVE NAMED DEBTOR:

You are hereby notified that the Meeting of Creditors pursuant to Title 11 U.S.C. Section 341(a) in the above-entitled matter was continued to 04/26/2021 at 10:00 AM, for the reason set forth below. Because of developing issues with the COVID-19 virus and the national declaration of emergency by the President of the United States, §341 Meeting of Creditors will be conducted telephonically. Conference Line: 1-866-915-2046, Participant Code: 5508970#. Please contact the Trustee for further instructions.

You failed to appear telephonically at the 341(a) meeting previously scheduled in your matter. You are further notified that in the event you do not appear telephonically, a motion to dismiss your case may be filed by the trustee.

Rosa A Fridman
16542 Blackbeard Ln Unit 304
Huntington Beach, CA 92649-3439

Scott Talkov
2900 Adams St Ste C225
Riverside, CA 92504

Dated:    April 6, 2021                    /s/ THOMAS H. CASEY
                                           THOMAS H. CASEY, TRUSTEE

I certify that I served the within notice on the above debtor and the debtor attorney, and interested parties on April 6, 2021.

/s/ MARISSA SILVA
MARISSA SILVA