Victor Balakin
101 N. Ocean Drive, Suite 132
Hollywood, FL 33019
(954) 218-3789
Balakinvictor879@gmail.com



FILED
APR 12 2021
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA

In re:

Rosa Fridman

Debtor

Bankruptcy Case#   8-21-bk-10513-es

Chapter 7

Hon:  Eritha Smith (ES)

OBJECTION TO CASE AND DECLARATION SUPPORTING MOTION TO DISMISS BANKRUPTCY CASE AND LIEN AVOIDANCE MOTION

### DECLARATION OF VICTOR BALAKIN

I, Victor Balakin, hereby declare,

    I am making this declaration in support of dismissing this bankruptcy and opposing motion for lien removal. I make this declaration based my own knowledge and if called to testify I would be able to testify under oath. I object to these motions on Rule 4003-2.

    I am also requesting the court to dismiss this bankruptcy because I gave a hard money loan to the Fridmans in 2019 which they now told me they will not repay me because they intended to file bankruptcy since April 2019. I have tried to contact their attorney and not had any returned call. I have used Recap and see many motions that I was not notified of. I am objecting due to no service being made on me and I am owed money I should have a say. There

Declaration Supporting Dismissal     1     Victor Balakin
751 Carolina Avenue
Fort Lauderdale, Fl 33312
(954) 218-3789

1  is a motion to avoid liens and I was not told or served with. If they are trying to avoid liens
2  especially mine I want to be heard. I am objecting by rule 4003=2.
3       In February 2019 I gave a hard money loan to Rosa Fridman and her son that they
4  promised would be used to settle a lawsuit against Rosa Fridman's trust. I am owed $250,000 on
5  a note that gave me security interest in Rosa Fridman's home in Huntington beach owned by her
6  trust, this note prepared by an attorney. Initial payments in cash were mailed to me by Rosa
7  Fridman and her son but have now stopped. I have not been paid in six months.
8       I asked for proof that my hard money loan was used to settle the lawsuit against the Rosa
9  trust and their attorneys but in the last few months my communications have been ignored.
10      Rosa Fridman and her sons told me that I will not get repaid because the mother intended
11 to file bankruptcy since April 2019 so no one is getting paid. I was told in 2019 and guaranteed
12 they would be able to pay me first because of bankruptcy. Now it appears I will not get paid at
13 all. They have told me now this was planned and I cannot do anything about this because of their
14 attorney will sue me. When the fridmans and I were talking about securing my loan I was
15 promised that the Fridmans would use her condo as security and I was provided a deed as
16 security made by their attorney. This now looks like a scam also. I am writing to the trustee and
17 court to let them know my extreme concern that the debtors, Alex and his mom Rosa, borrowed
18 money with no intention of repaying me and filed bankruptcy to avoid paying. I was told by Rosa
19 and both of her sons they had bluffed their way out of a lawsuit in 2019 by promising to settle
20 but did never intended to honor the settlement because it was not signed by Rosa Fridman.
21      I do not know if this is fraud or extortion but I am faced with asking for my money back in
22 bankruptcy or getting sued. The Fridmans are not responding. I gave a loan and now it turns out
23 they never intended on repaying me like everyone else they owe money to. In 2019 I was given a
24 court order by a bankruptcy judge that says they do not owe any more debts to people. I now
25 checked and it appears the order isn't real.
26      Because of their lies, I now have to hire an attorney and sue to get my money back after
27 being lied do for over a year.
28

Declaration Supporting Dismissal                2                        Victor Balakin
                                                                         751 Carolina Avenue
                                                                         Fort Lauderdale, Fl 33312
                                                                         (954) 218-3789

1     In my opinion they should have to repay their debts or whatever they have taken and not
2 be allowed to run up debts with no intention of paying because filing bankruprtcy was a planned
3 way for them not to pay people.
4   I can be contacted by phone at the number below or address below.
5
6 I state and declare under penalty of penalty of perjury under law of the United Stated that the
7 above statement of facts is true and correct.
8
9
10 Signed April 9, 2021 in Fort Lauderdale, Florida
11
12 By: _____
13       Victor Balakin
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document entitled: OBJECTION TO CASE AND DECLARATION SUPPORTING MOTION TO DISMISS BANKRUPTCY CASE AND LIEN AVOIDANCE MOTION will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On April 7, 2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Tom casey msilva@tomcaseylaw.com, Scott Talkov scott@talkovlaw.com, Donald W Reid don@donreidlaw.com

**2. SERVED BY UNITED STATES MAIL**:
On April 9, 2021 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) April 6, 2021, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 7, 2021 | Sean Garber | *(signed)* |
|---|---|---|
| Date | Printed Name | Signature |