ORIGINAL

**FILED**
APR 20 2021
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

ORDER No. _____

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

### TRANSCRIPT ORDER FORM

CHAPTER 7

APPEAL? ☐ Yes ☐ No

APPEAL No. _____ (if known)

(File this form on the related case docket)

Ordering Party's Name: **Karl Avetoom**           Attorney Bar# _____

Law Firm: _____

Mailing Address: **1100 Rutland Road # 9**

**Newport Beach, CA 92660**

Person to Contact (If Judge-ordered: Transcriber to contact Procurement**): **Karl Avetoom**

Telephone: (**949**) **929-4787**    E-mail: **kia002@att.net**

Bankruptcy Case #: **8:21-bk-10513-ES**    Adversary Proceeding #/MP #: _____

Date of Hearing (complete a SEPARATE form for EACH hearing date): **4/15/2021**  Time: **10:30 am**

Debtor: **Rosa Fridman**

Adversary Proceeding Name: _____ vs. _____

Hearing Judge: **E. Smith**                Courtroom #: **SA 5A**

**TRANSCRIBER**: **Exceptional Reporting**    **ALTERNATE**: **Ben Hyatt**

(Select from the Court-approved list of Transcription Service Providers. This provider will contact you regarding payment)

**341(a) MEETING OF CREDITORS:** The Meeting of Creditors is recorded by the Trustee. **DO NOT USE THIS FORM.** For *341(a) Recording Request Procedures*, visit the U.S. Trustee website www.justice.gov/ust/r16

**Transcript Type:**  NOTE: The Court is not responsible for determining if a hearing has been previously transcribed. Check the case docket to determine if a filed transcript already exists or is being transcribed before filing this form.

**Copy of Existing Transcript:** Contact the transcriber directly for a copy.

☐ Ordinary (30 days)   ☒ 3 Days          ☒ Entire Hearing
☐ 14 Days              ☐ Daily (24 hours) ☐ Ruling/Opinion of Judge only
☐ 7 Days                                   ☐ Testimony of Witness _____
                                           ☐ Other* _____ (name of witness)

*Special Instructions: **#20 on the calendar for 4 15 2021 10:30 AM & #21 (HEARD TOGETHER)**

**Transcript due dates** are computed from the date the deposit is received by the Transcriber. The cost of a transcript varies for each type. See *Transcript Ordering Instructions*, **Transcript Costs/Forms of Payment**.

### TO BE COMPLETED BY THE COURT

☐ **Judge Ordered Transcript****: Clerk must **docket this form**; CM/ECF will automatically notify Procurement.

Date Request Filed: _____  Date Sent to Transcriber: _____  By ☐ FDS ☐ Mail ☐ Messenger

Digital Recording (or Analog Tape Recording)
(Tape #:___)Time Start (Index #):_____Time End (Index #):_____Time Start:_____Time End:_____

(Tape #:___)Time Start (Index #):_____Time End (Index #):_____Time Start:_____Time End:_____

Court Recorder: _____  Division: _____  Processed by: _____

****TRANSCRIBER INSTRUCTIONS**

**Judge-ordered transcripts:** email price quote & invoice to procurement@cacb.uscourts.gov. Provide quote *prior* to transcribing.

*Rev. November 2018. This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.*

ORIGINAL

FILED
APR 20 2021
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: ___ Deputy Clerk

ORDER No. _____

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

### TRANSCRIPT ORDER FORM

CHAPTER 7

APPEAL? ☐ Yes ☒ No
APPEAL No. _____ (if known)

(File this form on the related case docket)

Ordering Party's Name: **Karl Avetoom**   Attorney Bar# _____

Law Firm: _____

Mailing Address: **1100 Rutland Road # 9**
**Newport Beach, CA 92660**

Person to Contact (If Judge-ordered: Transcriber to contact Procurement**): **Karl Avetoom**

Telephone: (**949**) **929-4787**   E-mail: **kia002@att.net**

Bankruptcy Case #: **8:21-bk-10513-ES**   Adversary Proceeding #/MP #: _____

Date of Hearing (complete a SEPARATE form for EACH hearing date): **4/15/2021**   Time: **10:30 am**

Debtor: **Rosa Fridman**

Adversary Proceeding Name: _____ vs. _____

Hearing Judge: **E. Smith**   Courtroom #: **SA 5A**

TRANSCRIBER: **Exceptional Reporting**   ALTERNATE: **Ben Hyatt**

(Select from the Court-approved list of Transcription Service Providers. This provider will contact you regarding payment)

**341(a) MEETING OF CREDITORS:** The Meeting of Creditors is recorded by the Trustee. **DO NOT USE THIS FORM**. For *341(a) Recording Request Procedures*, visit the U.S. Trustee website www.justice.gov/ust/r16

**Transcript Type:**   NOTE: The Court is not responsible for determining if a hearing has been previously transcribed. Check the case docket to determine if a filed transcript already exists or is being transcribed before filing this form.
**Copy of Existing Transcript:** Contact the transcriber directly for a copy.

☐ Ordinary (30 days)   ☒ 3 Days   ☒ Entire Hearing
☐ 14 Days   ☐ Daily (24 hours)   ☐ Ruling/Opinion of Judge only
☐ 7 Days   ☐ Testimony of Witness _____
   ☐ Other* _____ (name of witness)

*Special Instructions: **#21 on the calendar for 4 15 2021 10:30 AM**

**Transcript due dates** are computed from the date the deposit is received by the Transcriber. The cost of a transcript varies for each type. See *Transcript Ordering Instructions*, **Transcript Costs/Forms of Payment**.

## TO BE COMPLETED BY THE COURT

☐ **Judge Ordered Transcript**: Clerk must **docket this form**; CM/ECF will automatically notify Procurement.

Date Request Filed: _____ Date Sent to Transcriber: _____ By ☐ FDS ☐ Mail ☐ Messenger

Digital Recording (or Analog Tape Recording)
(Tape #: ___) Time Start (Index #): _____ Time End (Index #): _____ Time Start: _____ Time End: _____

(Tape #: ___) Time Start (Index #): _____ Time End (Index #): _____ Time Start: _____ Time End: _____

Court Recorder: _____ Division: _____ Processed by: _____

### **TRANSCRIBER INSTRUCTIONS

**Judge-ordered transcripts:** email price quote & invoice to procurement@cacb.uscourts.gov. Provide quote prior to transcribing.

*Rev. November 2018. This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.*