1   SCOTT TALKOV, State Bar No. 264676
2   TALKOV LAW CORP.
    2900 Adams St Ste C225
3   Riverside, California 92504
    Telephone: (951) 888-3300
4   Email: scott@talkovlaw.com

5

6   Counsel for Debtor Rosa Fridman



**FILED & ENTERED**

**APR 28 2021**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY duarte    DEPUTY CLERK**

7                   UNITED STATES BANKRUPTCY COURT

8                   CENTRAL DISTRICT OF CALIFORNIA

9                       SANTA ANA DIVISION

10

11

12  In re                                Case No. 8:21-bk-10513-ES

13  ROSA A. FRIDMAN,                     Chapter 7

14  Debtor.

15                                       **ORDER GRANTING DEBTOR'S**
                                         **MOTION TO AVOID LIEN UNDER 11**
16                                       **U.S.C. § 522(f) (REAL PROPERTY)**

17
                                         **Hearing on Motion to Avoid Lien:**
18                                       Date:        April 15, 2021
                                         Time:        10:30 a.m.
19                                       Courtroom:   5A
20                                                    411 West Fourth Street,
                                                      Santa Ana, CA 92701
21

22          On April 15, 2021, at 10:30 a.m., this matter came before the Court on the *Debtor's Motion to*

23  *Avoid Lien Under 11 U.S.C. § 522(f) (REAL PROPERTY)* [Dkt. No. 13] (the "Motion") filed by

24  Debtor Rosa M. Fridman (the "Debtor").

25          The Court having reviewed the Motion, *the Notice of Opposition and Request for a Hearing*

26  (the "Notice of Opposition") [Dkt. No. 16], *the Opposition to Debtor Rosa Fridman's Motion to Avoid*

27  *Liens Pursuant to 11 U.S.C. § 522(f)* (the "Opposition") [Dkt. No. 22], *the Objection and Opposition*

28

**ORDER GRANTING DEBTOR'S MOTION TO AVOID LIEN UNDER 11 U.S.C. § 522(f) (REAL PROPERTY)**

TALKOV LAW
2900 ADAMS ST STE C225
RIVERSIDE, CALIFORNIA 92504
PHONE (951) 888-3300

**TALKOV LAW**
2900 ADAMS ST STE C225
RIVERSIDE, CALIFORNIA 92504
PHONE (951) 888-3300

1 *by Lien Holder Attorney Charles L. Murray III to Debtor's Motion to Avoid Liens, Supporting*

2 *Declaration of Attorney Charles L. Murray III* (the "Murray Opposition") [Dkt. No. 25]; *the Debtor's*

3 *Reply to Opposition to Motion to Avoid Lien Under 11 U.S.C. 522(f); Declaration of Rosa Fridman;*

4 *Declaration of Scott Talkov* (the "Reply") [Dkt. No. 27], *the Objection to Case and Declaration*

5 *Supporting Motion to Dismiss Bankruptcy Case and Lien Avoidance Motion* (the "Balakin

6 Opposition") [Dkt. No. 30], *and the Creditor Karl Avetoom's Evidentiary Objections to Debtor Rosa*

7 *Fridman's Lien Avoidance Motion* (the "Evidentiary Objections") [Dkt. No. 33]; and the Court having

8 considered the Motion, the Notice of Opposition, the Opposition, the Murray Opposition, the Reply,

9 the Balakin Opposition, and the Evidentiary Objections, and all pleadings and papers filed in

10 connection with the Motion; and it appearing that the relief requested in the Motion is in the best

11 interests of the Debtor's estate, its creditors, and all other parties in interest, and for good cause

12 appearing,

**IT IS HEREBY ORDERED THAT:**

14    1.    The Motion is GRANTED;

15    2.    The seven (7) judgment liens identified in Exhibit A hereto recorded in Orange County

16 in favor of creditor Karl Avetoom comprising of Title Exception Nos. 14, 15 (Part 1), 15 (Part 2), 17,

17 18, 21, and 22 as listed on Schedule B of Dkt. No. 13 (the "Avetoom Liens") are AVOIDED and no

18 longer encumber Debtor's condominium located at 16542 Blackbeard Lane #304, Huntington Beach,

19 CA 92649, Orange County Assessor's Parcel Number: 937-71-030;

20    3.    In accordance with 11 U.S.C. 522(c), the "property exempted under [11 U.S.C. 522(f)]

21 is not liable during or after the case for any debt of the debtor that arose … before the commencement

22 of the case" such that the exempted property at 16542 Blackbeard Lane #304, Huntington Beach, CA

23 92649, APN: 937-71-030 is not liable during or after the instant bankruptcy case for any debt of

24 Debtor Rosa Fridman which arose before the petition date of February 26, 2021 in the instant case.

25 / / /

26 / / /

27

28

**ORDER GRANTING DEBTOR'S MOTION TO AVOID LIEN UNDER 11 U.S.C. § 522(f) (REAL PROPERTY)**

1    Specifically, the property located at 16542 Blackbeard Lane #304, Huntington Beach, CA 92649,

2    APN: 937-71-030 is not liable during or after the case for any wrongs committed by the Debtor Rosa

3    Fridman before the February 26, 2021 petition date in the instant case as alleged in Orange County

4    Superior Court Case No. 30-2010-00345490 and Orange County Superior Court Case No. 30-2015-

5    00820760.

6                                                    # # #

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23    Date: April 28, 2021

24                                                    Erithe Smith
                                                      United States Bankruptcy Judge
25

26

27

28

TALKOV LAW
2900 ADAMS ST STE C225
RIVERSIDE, CALIFORNIA 92504
PHONE (951) 888-3300

-3-
**ORDER GRANTING DEBTOR'S MOTION TO AVOID LIEN UNDER 11 U.S.C. § 522(f) (REAL PROPERTY)**

## Exhibit A – Liens Avoided by Bankruptcy Court Order

Re: 16542 Blackbeard Lane #304, Huntington Beach, CA 92649

| Preliminary Exception No. | Judgment Entry Date | Judgment Recording Date | Official Records of Orange County Instrument Number | Court | Case |
|---|---|---|---|---|---|
| "Exception 14" | 11/18/11 | 11/18/11 | 2011-000590354 | OC Superior Court | *Avetoom v. Mosey and Rosa Fridman* (30-2010-00345490) ("2010 IIED Action") |
| "Exception 15" | 11/18/11 | 1/17/12 | 2012-000023845 | Same | 2010 IIED Action |
| "Exception 17" | 8/13/14 | 9/30/14 | 2014-000398135 | Same | 2010 IIED Action |
| "Exception 15-Amendment" | 11/18/11 | 3/11/15 | 2015-000126500 | Same | 2010 IIED Action |
| "Exception 18" | 3/6/15 | 3/11/15 | 2015-000126507 | Same | 2010 IIED Action |
| "Exception 21" | 8/13/20 | 11/19/20 | 2020-000673156 | Same | *Avetoom v. Risbrough, et al.* (30-2015-00820760) ("2015 Fraudulent Transfer Action") |
| "Exception 22" | 10/6/20 | 11/19/20 | 2020-000673157 | Same | 2015 Fraudulent Transfer Action |

**TALKOV LAW**
2900 ADAMS ST STE C225
RIVERSIDE, CALIFORNIA 92504
PHONE (951) 888-3300

**ORDER GRANTING DEBTOR'S MOTION TO AVOID LIEN UNDER 11 U.S.C. § 522(f) (REAL PROPERTY)**