Karl Avetoom, In Pro Per
1100 Rutland Road # 9
Newport Beach, CA 92660
(949) 929-4787
kia002@att.net

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>Rosa Fridman,<br><br>Debtor | Main Case No:  8:21-bk-10513-ES<br><br>Chapter 7<br><br>**Hon. Erithe A. Smith**<br><br>**PLAINTIFF'S DECLARATION OF NON-RECEIPT OF OPPOSITION TO MOTION FOR RELIEF FROM STAY**<br><br>Date:     May 6, 2021<br>Time:    10:00 A.M.<br>Place:   Courtroom "5A"<br>            411 West Fourth Street<br>            Santa Ana, CA<br>***Related to Doc. 31*** |

**DECLARATION OF MOVING PARTY KARL AVETOOM**

I, Karl Avetoom, hereby declare as follows:

1. I am the Moving party for Creditor's Motion for Relief from Stay-Action In Non Bankruptcy Forum (Doc. 31) ("Motion"). I have personal knowledge of the following facts and if called upon to testify under oath, I could and would do so competently to the following facts.

2. I have not received service any of opposition or objection to my Motion (Doc 31) as of April 28, 2021.

1

DECLARATION OF NON-RECEIPT OF OPPOSITION TO MOTION FOR RELIEF FROM STAY-NON BANKRUPTCY FORUM.

3. I request this Court grant my Motion for relief from stay, and/or find that the § 362 stay does not apply to the California Superior Court's contempt proceedings for Debtor's violation of two pre-petition discovery orders.

4. The purpose of these Contempt proceedings is to defend the State Court's honor who issued valid discovery orders prior to the Debtor filing for bankruptcy. The Contempt proceedings are not compensatory in nature relative to collecting on any underlying judgment. Meaning the Contempt proceedings do not seek money in furtherance of collection. The Contempt proceedings are to establish a willful violation of <u>two</u> prepetition State Court valid discovery Orders by the Debtor in accord with <u>David v. Hooker, Ltd.</u> (9th Cir. 1977) 560 F.2d 412 and its progeny.

5. I am aware that a statutory award of attorney fees for successful prosecution of the Contempt proceeding may not be subject to execution against property of the Debtor while the Stay is pending.

6. One count of Contempt is for refusing orders to produce the Debtor's entire Trust in the State Court ordered examinations.

7. The second count of Contempt is for the Debtor's refusal to comply with the State Court's Order instructing Debtor to provide discovery responses that are code compliant within 10 days from date of the order.

8. Debtor's ongoing refusal to provide financial discovery has resulted in numerous contempt judgments against Debtor in State Court.

9. The State Court previously informed me that the bankruptcy stay does not affect the State Court's authority to hold a contempt trial for a willful violation of the State Court's Order. I then informed the State Court I would seek a formal order for relief from the Stay first from this Court.

I declare under penalty of perjury under the laws of the United States, that the foregoing is true and correct.

Executed April 28, 2021 in Newport Beach, CA    By:    _____
Karl Avetoom
Movant, In Pro Per

2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

OPR 7451 Warner Ave #E191 Huntington Bch, CA 92647 Reg'd Process Server # 3050

A true and correct copy of the foregoing document entitled **PLAINTIFF'S DECLARATION OF NON-RECEIPT OF OPPOSITION TO MOTION FOR RELIEF FROM STAY**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) April 26, 2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

• Thomas H Casey (TR) msilva@tomcaseylaw.com, thc@trustesolutions.net

• Charles L Murray cmurray@cm3law.com, cm3esquire@gmail.com

• Thomas H Casey (TR) msilva@tomcaseylaw.com, thc@trustesolutions.net

• Charles L Murray cmurray@cm3law.com, cm3esquire@gmail.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) April 6, 2021, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 28, 2021 | Sal W. Hanna | /s/ Sal W. Hanna |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**