United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 21-10513-ES |
| Rosa A Fridman | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 1 of 1 |
| Date Rcvd: Apr 28, 2021 | Form ID: pdf042 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Rosa A Fridman, 16542 Blackbeard Ln Unit 304, Huntington Beach, CA 92649-3439 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2021                    Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 28, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles L Murray, III | on behalf of Creditor CHARLES L MURRAY cmurray@cm3law.com cm3esquire@gmail.com |
| Michael J Hauser | on behalf of U.S. Trustee United States Trustee (SA) michael.hauser@usdoj.gov |
| Scott Talkov | on behalf of Debtor Rosa A Fridman scott@talkovlaw.com talkovlaw@ecf.courtdrive.com |
| Thomas H Casey (TR) | msilva@tomcaseylaw.com thc@trustesolutions.net |
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |

TOTAL: 5

SCOTT TALKOV, State Bar No. 264676
TALKOV LAW CORP.
2900 Adams St Ste C225
Riverside, California 92504
Telephone: (951) 888-3300
Email: scott@talkovlaw.com

Counsel for Debtor Rosa Fridman

**FILED & ENTERED**

APR 28 2021

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** duarte    **DEPUTY CLERK**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re<br><br>ROSA A. FRIDMAN,<br><br>Debtor. | Case No. 8:21-bk-10513-ES<br><br>Chapter 7<br><br>**ORDER GRANTING DEBTOR'S MOTION TO AVOID LIEN UNDER 11 U.S.C. § 522(f) (REAL PROPERTY)**<br><br>**Hearing on Motion to Avoid Lien:**<br>Date:         April 15, 2021<br>Time:        10:30 a.m.<br>Courtroom: 5A<br>                  411 West Fourth Street,<br>                  Santa Ana, CA 92701 |

On April 15, 2021, at 10:30 a.m., this matter came before the Court on the *Debtor's Motion to Avoid Lien Under 11 U.S.C. § 522(f) (REAL PROPERTY)* [Dkt. No. 13] (the "Motion") filed by Debtor Rosa M. Fridman (the "Debtor").

The Court having reviewed the Motion, *the Notice of Opposition and Request for a Hearing* (the "Notice of Opposition") [Dkt. No. 16], *the Opposition to Debtor Rosa Fridman's Motion to Avoid Liens Pursuant to 11 U.S.C. § 522(f)* (the "Opposition") [Dkt. No. 22], *the Objection and Opposition*

-1-
**ORDER GRANTING DEBTOR'S MOTION TO AVOID LIEN UNDER 11 U.S.C. § 522(f) (REAL PROPERTY)**

TALKOV LAW
2900 ADAMS ST STE C225
RIVERSIDE, CALIFORNIA 92504
PHONE (951) 888-3300

*by Lien Holder Attorney Charles L. Murray III to Debtor's Motion to Avoid Liens, Supporting Declaration of Attorney Charles L. Murray III* (the "Murray Opposition") [Dkt. No. 25]; *the Debtor's Reply to Opposition to Motion to Avoid Lien Under 11 U.S.C. 522(f); Declaration of Rosa Fridman; Declaration of Scott Talkov* (the "Reply") [Dkt. No. 27], *the Objection to Case and Declaration Supporting Motion to Dismiss Bankruptcy Case and Lien Avoidance Motion* (the "Balakin Opposition") [Dkt. No. 30], *and the Creditor Karl Avetoom's Evidentiary Objections to Debtor Rosa Fridman's Lien Avoidance Motion* (the "Evidentiary Objections") [Dkt. No. 33]; and the Court having considered the Motion, the Notice of Opposition, the Opposition, the Murray Opposition, the Reply, the Balakin Opposition, and the Evidentiary Objections, and all pleadings and papers filed in connection with the Motion; and it appearing that the relief requested in the Motion is in the best interests of the Debtor's estate, its creditors, and all other parties in interest, and for good cause appearing,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED;

2. The seven (7) judgment liens identified in Exhibit A hereto recorded in Orange County in favor of creditor Karl Avetoom comprising of Title Exception Nos. 14, 15 (Part 1), 15 (Part 2), 17, 18, 21, and 22 as listed on Schedule B of Dkt. No. 13 (the "Avetoom Liens") are AVOIDED and no longer encumber Debtor's condominium located at 16542 Blackbeard Lane #304, Huntington Beach, CA 92649, Orange County Assessor's Parcel Number: 937-71-030;

3. In accordance with 11 U.S.C. 522(c), the "property exempted under [11 U.S.C. 522(f)] is not liable during or after the case for any debt of the debtor that arose … before the commencement of the case" such that the exempted property at 16542 Blackbeard Lane #304, Huntington Beach, CA 92649, APN: 937-71-030 is not liable during or after the instant bankruptcy case for any debt of Debtor Rosa Fridman which arose before the petition date of February 26, 2021 in the instant case.

/ / /

/ / /

**ORDER GRANTING DEBTOR'S MOTION TO AVOID LIEN UNDER 11 U.S.C. § 522(f) (REAL PROPERTY)**

Specifically, the property located at 16542 Blackbeard Lane #304, Huntington Beach, CA 92649, APN: 937-71-030 is not liable during or after the case for any wrongs committed by the Debtor Rosa Fridman before the February 26, 2021 petition date in the instant case as alleged in Orange County Superior Court Case No. 30-2010-00345490 and Orange County Superior Court Case No. 30-2015-00820760.

### # # #

Date: April 28, 2021

Erithe Smith
United States Bankruptcy Judge

**ORDER GRANTING DEBTOR'S MOTION TO AVOID LIEN UNDER 11 U.S.C. § 522(f) (REAL PROPERTY)**

TALKOV LAW
2900 ADAMS ST STE C225
RIVERSIDE, CALIFORNIA 92504
PHONE (951) 888-3300

**Exhibit A – Liens Avoided by Bankruptcy Court Order**

Re: 16542 Blackbeard Lane #304, Huntington Beach, CA 92649

| Preliminary Exception No. | Judgment Entry Date | Judgment Recording Date | Official Records of Orange County Instrument Number | Court | Case |
|---|---|---|---|---|---|
| "Exception 14" | 11/18/11 | 11/18/11 | 2011-000590354 | OC Superior Court | *Avetoom v. Mosey and Rosa Fridman* (30-2010-00345490) ("2010 IIED Action") |
| "Exception 15" | 11/18/11 | 1/17/12 | 2012-000023845 | Same | 2010 IIED Action |
| "Exception 17" | 8/13/14 | 9/30/14 | 2014-000398135 | Same | 2010 IIED Action |
| "Exception 15-Amendment" | 11/18/11 | 3/11/15 | 2015-000126500 | Same | 2010 IIED Action |
| "Exception 18" | 3/6/15 | 3/11/15 | 2015-000126507 | Same | 2010 IIED Action |
| "Exception 21" | 8/13/20 | 11/19/20 | 2020-000673156 | Same | *Avetoom v. Risbrough, et al.* (30-2015-00820760) ("2015 Fraudulent Transfer Action") |
| "Exception 22" | 10/6/20 | 11/19/20 | 2020-000673157 | Same | 2015 Fraudulent Transfer Action |