ORIGINAL

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Karl Avetoom<br>1100 Rutland Road #9<br>Newport Beach, CA 92660<br>(949) 929-4787<br>kia002@att.net<br><br>[X] Individual appearing without attorney<br>[ ] Attorney for: | FOR COURT USE ONLY<br><br>FILED<br>MAY 11 2021<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY:  ___  Deputy Clerk |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION** ||
| In re:<br><br>Rosa Fridman<br><br><br><br>Debtor(s). | CASE NO.:8:21-bk-10513-ES<br><br>ADVERSARY NO.:<br>(*if applicable*)<br><br>CHAPTER: 7 |
| Plaintiff(s) (*if applicable*).<br>vs.<br><br><br><br>Defendant(s) (*if applicable*). | **NOTICE OF APPEAL<br>AND STATEMENT OF ELECTION** |

**Part 1: Identify the appellant(s)**

1. Name(s) of appellant(s):  Karl Avetoom

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

For appeals in an adversary proceeding.
[ ] Plaintiff
[ ] Defendant
[ ] Other (*describe*):

For appeals in a bankruptcy case and not in an adversary proceeding.
[ ] Debtor
[X] Creditor
[ ] Trustee
[ ] Other (*describe*):

---

December 2018                                                                 Page 1                                                           Official Form 417A

**Part 2: Identify the subject of this appeal**

1. Describe the judgment, order, or decree appealed from:
   ORDER GRANTING DEBTOR'S MOTION TO AVOID LIEN UNDER 11 U.S.C. § 522(f) (REAL PROPERTY) [Doc 45]

2. The date the judgment, order, or decree was entered: 04/28/2021

**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (*attach additional pages if necessary*):

1. Party: Rosa Fridman

   Attorney:

   SCOTT TALKOV, State Bar No. 264676
   TALKOV LAW CORP.
   2900 Adams St Ste C225
   Riverside, California 92504
   Telephone: (951) 888-3300
   Email: scott@talkovlaw.com

2. Party: Karl T. Anderson, Chapter 7 Trustee

   Attorney:

   Melissa Davis Lowe
   Shulman Bastian Friedman & Bui LLP
   100 Spectrum Ctr Dr Ste 600
   Irvine, CA 92618
   949-340-3400

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☐ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Part 5: Sign below**

_____    Date: 05/03/2021
Signature of attorney for appellant(s) (or appellant(s)
if not represented by an attorney)

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

**[Note to inmate filers:** If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

OPR 7451 Warner Ave #E191 Huntington Bch, CA 92647 Reg'd Process Server # 3050

A true and correct copy of the foregoing document entitled: **NOTICE OF APPEAL AND STATEMENT OF ELECTION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 05/10/2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Karl T Anderson (TR) 2edansie@gmail.com, kanderson@ecf.axosfs.com; Michael J Hauser michael.hauser@usdoj.gov
Melissa Davis Lowe mlowe@shulmanbastian.com, avernon@shulmanbastian.com;  Charles L Murray cmurray@cm3law.com, cm3esquire@gmail.com;  Scott Talkov scott@talkovlaw.com, talkovlaw@ecf.courtdrive.com;
United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 05/11/2021, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Victor Balakin
101 N Ocean Dr Ste 132
Hollywood, CA 33019        Also sent to Hollywood, Florida (Zip code appears to be Florida Zip code).

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 5/11/2021 | Sal W. Hanna | /s/ Sal W. Hanna |
|---|---|---|
| Date | Printed Name | Signature |

SCOTT TALKOV, State Bar No. 264676
TALKOV LAW CORP.
2900 Adams St Ste C225
Riverside, California 92504
Telephone: (951) 888-3300
Email: scott@talkovlaw.com

**FILED & ENTERED**

**APR 28 2021**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY duarte    DEPUTY CLERK

Counsel for Debtor Rosa Fridman

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

In re

ROSA A. FRIDMAN,

Debtor.

Case No. 8:21-bk-10513-ES

Chapter 7

**ORDER GRANTING DEBTOR'S MOTION TO AVOID LIEN UNDER 11 U.S.C. § 522(f) (REAL PROPERTY)**

**Hearing on Motion to Avoid Lien:**
Date:        April 15, 2021
Time:       10:30 a.m.
Courtroom: 5A
                411 West Fourth Street,
                Santa Ana, CA 92701

On April 15, 2021, at 10:30 a.m., this matter came before the Court on the *Debtor's Motion to Avoid Lien Under 11 U.S.C. § 522(f) (REAL PROPERTY)* [Dkt. No. 13] (the "Motion") filed by Debtor Rosa M. Fridman (the "Debtor").

The Court having reviewed the Motion, *the Notice of Opposition and Request for a Hearing* (the "Notice of Opposition") [Dkt. No. 16], *the Opposition to Debtor Rosa Fridman's Motion to Avoid Liens Pursuant to 11 U.S.C. § 522(f)* (the "Opposition") [Dkt. No. 22], *the Objection and Opposition*

-1-

**ORDER GRANTING DEBTOR'S MOTION TO AVOID LIEN UNDER 11 U.S.C. § 522(f) (REAL PROPERTY)**

1  *by Lien Holder Attorney Charles L. Murray III to Debtor's Motion to Avoid Liens, Supporting*
2  *Declaration of Attorney Charles L. Murray III* (the "Murray Opposition") [Dkt. No. 25]; *the Debtor's*
3  *Reply to Opposition to Motion to Avoid Lien Under 11 U.S.C. 522(f); Declaration of Rosa Fridman;*
4  *Declaration of Scott Talkov* (the "Reply") [Dkt. No. 27], *the Objection to Case and Declaration*
5  *Supporting Motion to Dismiss Bankruptcy Case and Lien Avoidance Motion* (the "Balakin
6  Opposition") [Dkt. No. 30], *and the Creditor Karl Avetoom's Evidentiary Objections to Debtor Rosa*
7  *Fridman's Lien Avoidance Motion* (the "Evidentiary Objections") [Dkt. No. 33]; and the Court having
8  considered the Motion, the Notice of Opposition, the Opposition, the Murray Opposition, the Reply,
9  the Balakin Opposition, and the Evidentiary Objections, and all pleadings and papers filed in
10  connection with the Motion; and it appearing that the relief requested in the Motion is in the best
11  interests of the Debtor's estate, its creditors, and all other parties in interest, and for good cause
12  appearing,
13  **IT IS HEREBY ORDERED THAT:**
14  1.    The Motion is GRANTED;
15  2.    The seven (7) judgment liens identified in Exhibit A hereto recorded in Orange County
16  in favor of creditor Karl Avetoom comprising of Title Exception Nos. 14, 15 (Part 1), 15 (Part 2), 17,
17  18, 21, and 22 as listed on Schedule B of Dkt. No. 13 (the "Avetoom Liens") are AVOIDED and no
18  longer encumber Debtor's condominium located at 16542 Blackbeard Lane #304, Huntington Beach,
19  CA 92649, Orange County Assessor's Parcel Number: 937-71-030;
20  3.    In accordance with 11 U.S.C. 522(c), the "property exempted under [11 U.S.C. 522(f)]
21  is not liable during or after the case for any debt of the debtor that arose … before the commencement
22  of the case" such that the exempted property at 16542 Blackbeard Lane #304, Huntington Beach, CA
23  92649, APN: 937-71-030 is not liable during or after the instant bankruptcy case for any debt of
24  Debtor Rosa Fridman which arose before the petition date of February 26, 2021 in the instant case.
25  / / /
26  / / /
27
28

TALKOV LAW
2900 ADAMS ST STE C225
RIVERSIDE, CALIFORNIA 92504
PHONE (951) 888-3300

ORDER GRANTING DEBTOR'S MOTION TO AVOID LIEN UNDER 11 U.S.C. § 522(f) (REAL PROPERTY)

Specifically, the property located at 16542 Blackbeard Lane #304, Huntington Beach, CA 92649, APN: 937-71-030 is not liable during or after the case for any wrongs committed by the Debtor Rosa Fridman before the February 26, 2021 petition date in the instant case as alleged in Orange County Superior Court Case No. 30-2010-00345490 and Orange County Superior Court Case No. 30-2015-00820760.

### #

Date: April 28, 2021

*Erithe A. Smith*
Erithe Smith
United States Bankruptcy Judge

-3-
ORDER GRANTING DEBTOR'S MOTION TO AVOID LIEN UNDER 11 U.S.C. § 522(f) (REAL PROPERTY)

# Exhibit A – Liens Avoided by Bankruptcy Court Order

Re: 16542 Blackbeard Lane #304, Huntington Beach, CA 92649

| Preliminary Exception No. | Judgment Entry Date | Judgment Recording Date | Official Records of Orange County Instrument Number | Court | Case |
|---|---|---|---|---|---|
| "Exception 14" | 11/18/11 | 11/18/11 | 2011-000590354 | OC Superior Court | Avetoom v. Mosey and Rosa Fridman (30-2010-00345490) ("2010 IIED Action") |
| "Exception 15" | 11/18/11 | 1/17/12 | 2012-000023845 | Same | 2010 IIED Action |
| "Exception 17" | 8/13/14 | 9/30/14 | 2014-000398135 | Same | 2010 IIED Action |
| "Exception 15-Amendment" | 11/18/11 | 3/11/15 | 2015-000126500 | Same | 2010 IIED Action |
| "Exception 18" | 3/6/15 | 3/11/15 | 2015-000126507 | Same | 2010 IIED Action |
| "Exception 21" | 8/13/20 | 11/19/20 | 2020-000673156 | Same | Avetoom v. Risbrough, et al. (30-2015-00820760) ("2015 Fraudulent Transfer Action") |
| "Exception 22" | 10/6/20 | 11/19/20 | 2020-000673157 | Same | 2015 Fraudulent Transfer Action |