Certificate Number: 14912-CAC-DE-035707180

Bankruptcy Case Number: 21-10513



14912-CAC-DE-035707180

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 25, 2021, at 8:37 o'clock PM EDT, Rosa Fridman completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Central District of California.

Date:  May 26, 2021                By:    /s/Jai Bhatt

                                   Name:  Jai Bhatt

                                   Title: Counselor