United States Bankruptcy Court
Central District of California

In re:  
Rosa A Fridman  
    Debtor

Case No. 21-10513-ES  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0973-8     User: admin     Page 1 of 1  
Date Rcvd: Jun 15, 2021     Form ID: pdf042     Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 17, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Rosa A Fridman, 16542 Blackbeard Ln Unit 304, Huntington Beach, CA 92649-3439 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2021      Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles L Murray, III | on behalf of Creditor CHARLES L MURRAY cmurray@cm3law.com cm3esquire@gmail.com |
| Karl T Anderson (TR) | 2edansie@gmail.com kanderson@ecf.axosfs.com |
| Melissa Davis Lowe | on behalf of Trustee Karl T Anderson (TR) mlowe@shulmanbastian.com avernon@shulmanbastian.com |
| Michael J Hauser | on behalf of U.S. Trustee United States Trustee (SA) michael.hauser@usdoj.gov |
| Scott Talkov | on behalf of Debtor Rosa A Fridman scott@talkovlaw.com talkovlaw@ecf.courtdrive.com |
| Scott Talkov | on behalf of Interested Party Courtesy NEF scott@talkovlaw.com talkovlaw@ecf.courtdrive.com |
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |

TOTAL: 7

Leonard M. Shulman – Bar No. 126349
Melissa Davis Lowe – Bar No. 245521
**SHULMAN BASTIAN FRIEDMAN & BUI LLP**
100 Spectrum Center Drive, Suite 600
Irvine, California 92618
Telephone:    (949) 340-3400
Facsimile:    (949) 340-3000
E-mail:    lshulman@shulmanbastian.com;
            mlowe@shulmanbastian.com

Proposed Attorneys for Karl T. Anderson,
Chapter 7 Trustee

**FILED & ENTERED**

**JUN 15 2021**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** duarte    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>**ROSA M. FRIDMAN,**<br><br>Debtor. | Case No. 8:21-bk-10513-ES<br><br>Chapter 7<br><br>**ORDER GRANTING APPLICATION AND AUTHORIZING THE TRUSTEE TO EMPLOY SHULMAN BASTIAN FRIEDMAN & BUI LLP AS GENERAL COUNSEL**<br><br>[No Hearing Set Pursuant to Local Bankruptcy Rule 2014-1(b)] |

The Court having read and considered the *Chapter 7 Trustee's Application to Employ Shulman Bastian Friedman & Bui LLP as General Counsel; Declaration of Leonard M. Shulman in Support Thereof* ("Application") (docket number 11), filed by Karl T. Anderson ("Trustee"), the Chapter 7 trustee for the bankruptcy estate ("Estate") of Rosa M. Fridman ("Debtor"), and it appearing from the *Declaration That No Party Requested a Hearing on Motion* filed concurrently herewith that proper notice of the Application has been given, no objections have been filed, and good cause having been shown, it is hereby

**ORDERED** as follows:

1.    The Application is granted in its entirety.

///

///

1

Order#1335214#dc97835a-565d-4497-899e-2ca59ffb8206

6371-000\EXP. 62

SHULMAN BASTIAN
FRIEDMAN & BUI LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

2. The Court finds that Shulman Bastian Friedman & Bui LLP ("Firm") is a "disinterested person" as defined by Bankruptcy Code Section 101(14), and that the Firm holds no interest adverse to the Debtor or the Estate.

3. The Trustee is authorized, pursuant to Bankruptcy Code Sections 327 and 330 and Federal Rule of Bankruptcy Procedure 2014(a), to employ the Firm to represent the Trustee in the Debtor's bankruptcy case as general counsel, effective as of April 27, 2021, with compensation in such amount as the Court may hereafter allow in accordance with law, on the terms set forth in the Application.

4. Compensation to be received hereafter by the Firm is subject to approval by the Court, upon appropriate application and hearing.

5. The Trustee is authorized to sign any all other documents and to take such actions as are necessary to carry out the provisions of this Order.

### #

Date: June 15, 2021

Erithe Smith
United States Bankruptcy Judge

SHULMAN BASTIAN
FRIEDMAN & BUI LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

2

Order#1335214#dc97835a-565d-4497-899e-2ca59ffb8206
6371-000\EXP. 62