| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>SCOTT TALKOV, State Bar No. 264676<br>TALKOV LAW CORP.<br>2900 Adams St Ste C225<br>Riverside, California 92504<br>Telephone: (951) 888-3300<br>Email: scott@talkovlaw.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for Debtor*  Rosa Fridman | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br>ROSA A. FRIDMAN<br><br><br>Debtor(s) | CASE NO.: 8:21-bk-10513-ES<br>CHAPTER: 7<br><br>**SUMMARY OF AMENDED SCHEDULES,**<br>**MASTER MAILING LIST,**<br>**AND/OR STATEMENTS**<br>**[LBR 1007-1(c)]** |
|---|---|

A filing fee is required to amend Schedules D or E/F (see Abbreviated Fee Schedule on the Court's website www.cacb.uscourts.gov). A supplemental master mailing list (do not repeat any creditors on the original) is required as an attachment if creditors are being added to the Schedule D or E/F.
Are one or more creditors being added?  ☐ Yes  ☒ No

The following schedules, master mailing list or statements (check all that apply) are being amended:

☒ Schedule A/B  ☐ Schedule C  ☒ Schedule D  ☐ Schedule E/F  ☐ Schedule G
☐ Schedule H  ☐ Schedule I  ☐ Schedule J  ☐ Schedule J-2  ☐ Statement of Financial Affairs
☐ Statement About Your Social Security Numbers  ☐ Statement of Intention  ☐ Master Mailing List
☐ Other (*specify*) _____

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and or statements are true and correct.

Date: 08/19/2021                              _____
                                              Debtor 1 Signature

                                              _____
                                              Debtor 2 (Joint Debtor) Signature (if applicable)

**NOTE**: It is the responsibility of the Debtor, or the Debtor's attorney, to serve copies of all amendments on all creditors listed in this Summary of Amended Schedules, Master Mailing List, and/or Statements, and to complete and file the attached Proof of Service of Document.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California

*December 2015*    Page 1    F 1007-1.1.AMENDED.SUMMARY

**Fill in this information to identify your case and this filing:**

Debtor 1: Rosa A Fridman

Debtor 2 (Spouse, if filing):

United States Bankruptcy Court for the: Central District of California

Case number (if know): 8:21-bk-10513

☑ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**
   - ☑ No. Go to Part 2
   - ☐ Yes. Where is the property?

### Part 2: Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**
   - ☑ No
   - ☐ Yes

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories
   - ☑ No
   - ☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here............................................................................➤ $0.00

### Part 3: Describe Your Personal and Household Items

**Do you own or have any legal or equitable interest in any of the following?**

**Current value of the portion you own?** Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   - ☑ No
   - ☐ Yes. Describe...

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   - ☐ No
   - ☑ Yes. Describe...

   Home Phone (land line)
   Mobile Phone (no camera)       $ 190.00
   LG Tablet (no camera)

8. **Collectibles of value**

    *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

    ☑ No
    ☐ Yes. Describe...

9. **Equipment for sports and hobbies**

    *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

    ☑ No
    ☐ Yes. Describe...

10. **Firearms**

    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

    ☑ No
    ☐ Yes. Describe...

11. **Clothes**

    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☑ No
    ☐ Yes. Describe...

12. **Jewelry**

    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

    ☑ No
    ☐ Yes. Describe...

13. **Non-farm animals**

    *Examples:* Dogs, cats, birds, horses

    ☑ No
    ☐ Yes. Describe...

14. **Any other personal and household items you did not already list, including any health aids you did not list**

    ☑ No
    ☐ Yes. Give specific information...

15. **Add the dollar value of the portion you own for all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here**................................................................................................➤   $190.00

## Part 4:   Describe Your Financial Assets

**Do you own or have any legal or equitable interest in any of the following?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

16. **Cash**

    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

    ☑ No
    ☐ Yes................................................................................................................  Cash ........................... $ _____

17. **Deposits of money**

    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses and other similar institutions. If you have multiple accounts with the same institution, list each.

    ☑ No
    ☐ Yes..................

18. **Bonds, mutual funds, or publicly traded stocks**

    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

    ☑ No
    ☐ Yes..................

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

    ☑ No
    ☐ Yes. Give specific information about them..........

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

    Negotiable instruments include personal checks, cashiers' checks, promissory notes, and money orders.
    Non-negotiable instruments are those you cannot transfer to someone by signing or delivering them.

    ☑ No
    ☐ Yes. Give specific information about them..........

21. **Retirement or pension accounts**

    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

    ☑ No
    ☐ Yes. List each account separately

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

    ☑ No
    ☐ Yes.....................

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

    ☑ No
    ☐ Yes.....................

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

    ☑ No
    ☐ Yes.....................

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

    ☑ No
    ☐ Yes. Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**

    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

    ☑ No
    ☐ Yes. Give specific information about them...

27. **Licenses, franchises, and other general intangibles**

    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

    ☑ No
    ☐ Yes. Give specific information about them...

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**

    ☑ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years...

    Federal:  $ 0.00
    State:    $ 0.00
    Local:    $ 0.00

29. **Family support**

    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

    ☑ No
    ☐ Yes. Give specific information....

30. **Other amounts someone owes you**

    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

    ☒ No
    ☐ Yes. Give specific information....

31. **Interests in insurance policies**

    ☒ No
    ☐ Yes. Name the insurance company of each policy and list its value....

32. **Any interest in property that is due you from someone who has died**

    ☒ No
    ☐ Yes. Give specific information....

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

    ☒ No
    ☐ Yes. Give specific information....

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

    ☐ No
    ☒ Yes. Give specific information....

    Alleged Claims Against Robert Risbrough, Darling & Risbrough and Margaret Elder as Asserted by Attorney Brad Mokri in 2019. Claims were not pursued. Claims may be barred by statute of limitations. Despite apparent lack of merit, Scheduled for disclosure purposes based on repeated questions related thereto by Creditor Karl Avetoom, J.D. See Avetoom vs. Fridman Adversary (2021), Adv. Doc. 9, Page 222.

    $ Unknown

35. **Any financial assets you did not already list**

    ☒ No
    ☐ Yes. Give specific information...

36. **Add the dollar value of the portion you own for all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**..........► $0.00

**Part 5:** Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**

    ☒ No. Go to Part 6.
    ☐ Yes. Go to line 38.

**Part 6:** Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

    ☒ No. Go to Part 7.
    ☐ Yes. Go to line 47.

**Part 7:** Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**

    *Examples:* Season tickets, country club membership

    ☒ No
    ☐ Yes. Give specific information...

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ..................► $0.00

## Part 8: List the Totals of Each Part of this Form

55. **Part 1: Total real estate, line 2** ........................................................................................➤    $ 0.00

56. **Part 2: Total vehicles, line 5**                          $ 0.00
57. **Part 3: Total personal and household items, line 15**   $ 190.00
58. **Part 4: Total financial assets, line 36**               $ 0.00
59. **Part 5: Total business-related property, line 45**      $ 0.00
60. **Part 6: Total farm- and fishing-related property, line 52**  $ 0.00
61. **Part 7: Total other property not listed, line 54**    + $ 0.00

62. **Total personal property. Add lines 56 through 61** ...................   $ 190.00    Copy personal property total ➤    + $ 190.00

63. **Total of all property on Schedule A/B. Add line 55 + line 62**    $ 190.00

**Fill in this information to identify your case:**

Debtor 1: Rosa A Fridman
First Name    Middle Name    Last Name

Debtor 2 (Spouse, if filing):
First Name    Middle Name    Last Name

United States Bankruptcy Court for the: Central District of California

Case number (if know): 8:21-bk-10513

☑ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.** If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>**Amount of claim** Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion** If any |
|---|---|---|---|

**2.1**

Karl Avetoom
Creditor's Name
1100 Rutland Road #9
Number    Street
Newport Beach    CA    92660
City    State    ZIP Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Date debt was incurred** _____

**Describe the property that secures the claim:**    $ 8,525.50    $ 337,687.00    $ 0.00

16542 Blackbeard Lane Unit 304, Huntington Beach, CA 92649 - $337,687.00 Judgment Superior Court of California for the County of Orange Case No. 30-2010-00345490 Recorded Doc No. 2015000126507

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☑ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Last 4 digits of account number**

| 2.2 | | Describe the property that secures the claim: | $ 5,432.97 | $ 337,687.00 | $ 0.00 |
|---|---|---|---|---|---|

**Karl Avetoom**
Creditor's Name
**1100 Rutland Road #9**
Number　Street
**Newport Beach　CA　　92660**
City　　　　　State　ZIP Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Date debt was incurred** _____

16542 Blackbeard Lane Unit 304, Huntington Beach, CA 92649 - $337,687.00 Judgment Superior Court of California for the County of Orange Case No. 30-2010-00345490 Recorded Doc No. 2014000398135

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☑ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Last 4 digits of account number**

| 2.3 | | Describe the property that secures the claim: | $ 6,852.33 | $ 337,687.00 | $ 0.00 |
|---|---|---|---|---|---|

**Karl Avetoom**
Creditor's Name
**1100 Rutland Road #9**
Number　Street
**Newport Beach　CA　　92660**
City　　　　　State　ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Date debt was incurred** _____

16542 Blackbeard Lane Unit 304, Huntington Beach, CA 92649 - $337,687.00 Judgment Superior Court of California for the County of Orange Case No. 30-2015-00820760 Recorded Doc No. 2020000673157

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☑ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Last 4 digits of account number**

| 2.4 | | Describe the property that secures the claim: | $ Unknown | $ 337,687.00 | $ Unknown |
|---|---|---|---|---|---|

**Karl Avetoom**
Creditor's Name
**1100 Rutland Road #9**
Number　Street
**Newport Beach　CA　　92660**
City　　　　　State　ZIP Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Date debt was incurred** _____

16542 Blackbeard Lane Unit 304, Huntington Beach, CA 92649 - $337,687.00 Judgment Superior Court of California for the County of Orange Case No. 30-2010-00345490 Recorded Doc No. 2012000023845 $1,000,000 face value of judgment listed as $0 as Debtor contends that the 2011 judgment was Waived/Amended/Novated by 2020 Judgment.

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☑ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Last 4 digits of account number**

### 2.5

**Karl Avetoom**
Creditor's Name
**1100 Rutland Road #9**
Number    Street
**Newport Beach CA    92660**
City        State    ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Date debt was incurred** _____

**Describe the property that secures the claim:** $ 650,000.00    $ 337,687.00    $ 312,313.00

16542 Blackbeard Lane Unit 304, Huntington Beach, CA 92649 - $337,687.00 Judgment Superior Court of California for the County of Orange Case No. 30-2015-00820760 Doc No. 2020000673156. Balance on 2020 judgment listed as face value on the 2011 judgment. Debtor contends that the 2011 judgment was Waived/Amended/Novated by 2020 Judgment.

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☒ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Last 4 digits of account number**

### 2.6

**Karl Avetoom**
Creditor's Name
**1100 Rutland Road #9**
Number    Street
**Newport Beach CA    92660**
City        State    ZIP Code

**Who owes the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Date debt was incurred** _____

**Describe the property that secures the claim:** $ Unknown    $ 337,687.00    $ Unknown

16542 Blackbeard Lane Unit 304, Huntington Beach, CA 92649 - $337,687.00 Judgment Superior Court of California for the County of Orange Case No. 30-2010-00345490 Recorded Doc No. 2015000126500 $650,000 face value of judgment listed as $0 as Debtor contends that the 2011 judgment was Waived/Amended/Novated by 2020 Judgment.

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☒ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Last 4 digits of account number**

### 2.7

**Karl Avetoom**
Creditor's Name
**1100 Rutland Road #9**
Number    Street
**Newport Beach CA    92660**
City        State    ZIP Code

**Who owes the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Date debt was incurred** _____

**Describe the property that secures the claim:** $ Unknown    $ 337,687.00    $ Unknown

16542 Blackbeard Lane Unit 304, Huntington Beach, CA 92649 - $337,687.00 Judgment Superior Court of California for the County of Orange Case No. 30-2010-00345490 Recorded Doc No. 2011000590354 $1,000,000 face value of judgment listed as $0 as Debtor contends that the 2011 judgment was Waived/Amended/Novated by 2020 Judgment.

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☒ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Last 4 digits of account number**

Add the dollar value of your entries in Column A on this page. Write that number here:    **$ 670,810.80**

### Part 2: List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection

Debtor  Rosa A Friedman
First Name   Middle Name   Last Name

Case 8:21-bk-10513-ES    Doc 90    Filed 08/19/21    Entered 08/19/21 16:43:58    Desc
                    Main Document         Page 10 of 11

Case number (if known) 8:21-bk-10513

AMENDED

agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
2900 Adams St., Ste C225, Riverside, CA 92504

A true and correct copy of the foregoing document entitled (*specify*): **SUMMARY OF AMENDED SCHEDULES, MASTER MAILING LIST, AND/OR STATEMENTS [LBR 1007-1(c)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 08/19/2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Karl T Anderson (TR)    2edansie@gmail.com, kanderson@ecf.axosfs.com
Michael J Hauser    michael.hauser@usdoj.gov
Melissa Davis Lowe    mlowe@shulmanbastian.com, avernon@shulmanbastian.com
Charles L Murray    cmurray@cm3law.com, cm3esquire@gmail.com
Scott Talkov    scott@talkovlaw.com, talkovlaw@ecf.courtdrive.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) 08/19/2021, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Karl Avetoom
1100 Rutland Rd #9
Newport Beach, CA 92660-4607

Victor Balakin
101 N Ocean Dr Ste 132
Hollywood, CA 33019

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 08/19/2021 | Leilani Caspillo | /s/Leilani Caspillo |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California

December 2015    Page 2    F 1007-1.1.AMENDED.SUMMARY