United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 21-10513-ES |
| Rosa A Fridman | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 15, 2022 | Form ID: pdf042 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 17, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Rosa A Fridman, 16542 Blackbeard Ln Unit 304, Huntington Beach, CA 92649-3439 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 17, 2022        Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 15, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles L Murray, III | on behalf of Creditor CHARLES L MURRAY cmurray@cm3law.com cm3esquire@gmail.com |
| Karl T Anderson (TR) | 2edansie@gmail.com kanderson@ecf.axosfs.com |
| Melissa Davis Lowe | on behalf of Trustee Karl T Anderson (TR) mlowe@shulmanbastian.com avernon@shulmanbastian.com |
| Michael J Hauser | on behalf of U.S. Trustee United States Trustee (SA) michael.hauser@usdoj.gov |
| Scott Talkov | on behalf of Debtor Rosa A Fridman scott@talkovlaw.com talkovlaw@ecf.courtdrive.com |
| Scott Talkov | on behalf of Defendant Rosa Fridman scott@talkovlaw.com talkovlaw@ecf.courtdrive.com |
| Scott Talkov | on behalf of Interested Party Courtesy NEF scott@talkovlaw.com talkovlaw@ecf.courtdrive.com |
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |

District/off: 0973-8                                     User: admin                                          Page 2 of 2
Date Rcvd: Feb 15, 2022                          Form ID: pdf042                                  Total Noticed: 1
TOTAL: 8

Karl Avetoom
1100 Rutland Road # 9
Newport Beach, CA 92660
(949) 929-4787
Email kia002@att.net

Creditor and Plaintiff, In Pro Per

**FILED & ENTERED**

**FEB 15 2022**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** duarte    **DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>Rosa Fridman<br><br>            Debtor | Case No:    8:21-bk-10513-ES<br><br>Hon: Erithe A. Smith<br><br>Chapter 7<br><br>**ORDER ON CONTINUED HEARING AND SERVICE OF PROCESS** |

**TO DEFENDANT ROSA FRIDMAN AND HER ATTORNEY OF RECORD, AND TO ALL OTHER INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:**

On February 10, 2022 at 2:00 p.m. in the above entitled court, Creditor Karl Avetoom's Objection and Affirmative Defenses to Debtor Rosa Fridman's homestead exemption [Doc. 93] came about for continued hearing. The Court, Hon. Erithe A. Smith presiding, after reviewing the documents on file, and Creditor's request to continue the hearing based upon non-service of Debtor's Opposition, ordered as follows:

1. The hearing on Creditor Karl Avetoom's Objection to Debtor's Homestead Exemption is hereby continued to **February 24, 2022 at 2:00 p.m.**, and

2. Any reply pleading Mr. Karl Avetoom must be filed and served by **February 17, 2022**.

3. Debtor must serve <u>all</u> pleadings on Mr. Karl Avetoom by express or overnight mail with a copy of the tracking number attached to the proof of service.

IT IS SO ORDERED.

Date: February 15, 2022

Erithe Smith
United States Bankruptcy Judge

ORDER ON CONTINUED HEARING AND SERVICE