| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Karl Avetoom<br>1100 Rutland Road #9<br>Newport Beach, CA 92660<br>(949) 929-4787<br>eMail: kia002@att.net<br><br>☒ Individual *appearing without an attorney*<br>☐ *Attorney for:* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| In re:<br><br>Rosa Fridman<br><br><br><br><br><br>Debtor(s) | CASE NO.: 8:21-bk-10513-ES<br>CHAPTER: 7<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1]):<br>Motion For An Order Dismissing Rosa Fridman's Bankruptcy Case Pursuant To 11 U.S.C. Section 707, Bar To Refiling 11 U.S.C. Section 349 And Vacating The Court's Lien Avoidance Order [Doc. 91] |
|---|---|

PLEASE TAKE NOTE that the order titled *ORDER ON PLAINTIFF KARL AVETOOM'S MOTION FOR AN ORDER DISMISSING ROSA FRIDMAN'S BANKRUPTCY CASE PURSUANT TO 11 U.S.C. SECTION 707, BAR TO REFILING 11 U.S.C. SECTION 349 AND VACATING THE COURT'S LIEN AVOIDANCE ORDER*
was lodged on (*date*) March 9, 2022 and is attached. This order relates to the motion which is docket number 91.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                    Page 1                    **F 9021-1.2.BK.NOTICE.LODGMENT**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

OPR 7451 Warner Ave #E191 Huntington Beach, CA 92647 Reg'd Process Server # 3050

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) September 22, 2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Karl T Anderson (TR) 2edansie@gmail.com, kanderson@ecf.axosfs.com
Michael J Hauser michael.hauser@usdoj.gov
Melissa Davis Lowe mlowe@shulmanbastian.com, avernon@shulmanbastian.com
Charles L Murray cmurray@cm3law.com, cm3esquire@gmail.com
Scott Talkov scott@talkovlaw.com, talkovlaw@ecf.courtdrive.com
United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) March 9, 2022, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 9, 2022 | Sal W. Hanna | *[signature]* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012          Page 2          F 9021-1.2.BK.NOTICE.LODGMENT

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0973-8<br>Case 8:21-bk-10513-ES<br>Central District of California<br>Santa Ana<br>Thu Sep 30 12:27:18 PDT 2021 | Santa Ana Division<br>411 West Fourth Street, Suite 2030,<br>Santa Ana, CA 92701-4500 | Beach Crest Villas Homeowners Association<br>1100 Rutland Rd<br>Newport Beach, CA 92660-4607 |
| D. Michael Bush<br>2575 McCabe Way<br>Suite 260<br>Irvine, CA 92614-4298 | Darling Risbrough<br>19200 Von Karman<br>Suite 750<br>Irvine, CA 92612-8519 | FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 |
| I.C. System, Inc<br>Po Box 64378<br>Saint Paul, MN 55164-0378 | John Daniel Ott<br>3020 Old Ranch Pkwy<br>Ste 300<br>Seal Beach, CA 90740-2751 | Karl Avetoom<br>1100 Rutland Road<br>Newport Beach, CA 92660-4607 |
| Law Office of John D. Ott, APC<br>3020 Old Ranch Parkway<br>Suite 300<br>3020 Old Ranch Parkway, Suite 300<br>Seal Beach, CA 90740-2751 | Law Offices of Mokri & Associates<br>1851 E 1st Street<br>Suite 840<br>Santa Ana, CA 92705-4053 | The Fridman Family Trust Established on Apri |
| United States Trustee (SA)<br>411 W Fourth St., Suite 7160<br>Santa Ana, CA 92701-4500 | Victor Balakin<br>101 N Ocean Dr Ste 132<br>Hollywood, CA 93019 | CHARLES L MURRAY<br>8605 Santa Monica Blvd, PMB 82716<br>West Hollywood, CA 90026 United States 90069- |
| Karl Avetoom<br>1100 Rutland Rd #9<br>Newport Beach, CA 92660-4601 | Karl T Anderson (TR)<br>340 South Farrell Drive, Suite A210<br>Palm Springs, CA 92262-7932 | Rosa A Fridman<br>16542 Blackbeard Ln Unit 304<br>Huntington Beach, CA 92649-3439 |
| Scott Talkov<br>Talkov Law<br>2900 Adams St Ste C225<br>Riverside, CA 92504-4385 | Victor Balakin<br>101 N Ocean Dr Ste 132<br>Hollywood, CA 33019-1796 | End of Label Matrix<br>Mailable recipients    19<br>Bypassed recipients    0<br>Total                  19 |

Karl Avetoom
1100 Rutland Road # 9
Newport Beach, CA 92660
(949) 929-4787
Email kia002@att.net

Creditor and Plaintiff, In Pro Per

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>Rosa Fridman<br><br>　　　　Debtor | Case No:　8:21-bk-10513-ES<br><br>Hon: Erithe A. Smith<br><br>Chapter 7<br><br>**ORDER ON PLAINTIFF KARL AVETOOM'S MOTION FOR AN ORDER DISMISSING ROSA FRIDMAN'S BANKRUPTCY CASE PURSUANT TO 11 U.S.C. SECTION 707, BAR TO REFILING 11 U.S.C. SECTION 349 AND VACATING THE COURT'S LIEN AVOIDANCE ORDER** |

**TO DEFENDANT ROSA FRIDMAN AND HER ATTORNEY OF RECORD, AND TO ALL OTHER INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:**

On October 21, 2021 at 10:30 a.m. in the above entitled court, Creditor Karl Avetoom's Motion For An Order Dismissing Rosa Fridman's Bankruptcy Case Pursuant to 11 U.S.C. § 707, Bar To Refiling 11 U.S.C. § 349 And Vacating This Court's Lien Avoidance Order ("Motion") [Doc. 91] came about for regularly scheduled hearing.  The Court, Hon. Erithe A. Smith presiding, after reviewing the moving papers, the opposition and reply on file, and after hearing oral argument, the Court agreed to modify its tentative ruling. On February 24, 2022 the Court, after discussion with the

1

1 | parties, modified its tentative ruling of October 21, 2021 as its final order (attached hereto as Exhibit
2 | "1"). The Court thus ordered as follows:
3 |
4 |     The Court hereby DENIES Creditor's Motion.
5 |
6 |         IT IS SO ORDERED.
7 |
8 |
9 |
10 |
11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |

EXHIBIT "1"

*TENTATIVE RULING*

# United States Bankruptcy Court
# Central District of California

Santa Ana

Judge Erithe Smith, Presiding

Courtroom 5A Calendar

---

**Thursday, October 21, 2021**                                                       **Hearing Room    5A**

---

10:30 AM
**8:21-10513    Rosa A Fridman**                                                                  **Chapter 7**

#14.00    Hearing RE: Plaintiff Karl Avetoom's Motion for an Order Dismissing Rosa Fridman's Bankruptcy Case Pursuant to 11 U.S.C. Section 707, Bar to Refiling 11 U.S.C. Section 349 and Vacating the Court's Lien, Avoidance Order

Docket    91

**Courtroom Deputy:**

- NONE LISTED -

**Tentative Ruling:**

**October 21, 2021**

Deny the Motion.  However, Debtor will be required to take a second credit counseling course by or before November 30, 2021.

Basis for Tentative Ruling:

The court is not persuaded that Movant has met his burder of proof that this case should be dismissed. The court has reviewed Movant's evidence in detail and finds it wholly unconvincing.  Furthermore, the may exercise its discretion not dismiss this eight-month old case on the basis of an alleged failure to attend pre-filing credit counseling.  Indeed, even if Debtor did not attend the pre-filing counseling, the failure to do so is not jurisdictional, dismissal of the case is not mandatory and the court has discretion to fashion a reasonable remedy.  See *In re Manalad*, 360 B.R. 288 (Bankr. C.D.Cal. 2007). As the court noted in *Manalad* " because the consequences of dismissal are so significant, Congress would *308 have mandated dismissal as a remedy for non-compliance with the Credit Counseling Requirements as it did in other" situations if it intended dismissal to be the only available remedy."

Out of an abundance of caution, the court will order Debtor to complete a credit counseling course by or before November 30, 2021.

# United States Bankruptcy Court
# Central District of California
Santa Ana
Judge Erithe Smith, Presiding
Courtroom 5A Calendar

**Thursday, October 21, 2021**                                                                                           **Hearing Room        5A**

<u>10:30 AM</u>
**CONT...        Rosa A Fridman**                                                                                                        **Chapter 7**

| Party Information |
|---|

**Debtor(s):**

   Rosa A Fridman                                           Represented By
                                                          Scott Talkov

**Trustee(s):**

   Karl T Anderson (TR)                                    Represented By
                                                          Melissa Davis Lowe