Karl Avetoom
1100 Rutland Road # 9
Newport Beach, CA 92660
(949) 929-4787
Email kia002@att.net

Creditor and Plaintiff, In Pro Per

**FILED** MAR 23 2022
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: Deputy Clerk

**ENTERED** MAR 28 2022
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: Deputy Clerk

**LODGED** MAR 9 2022
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: Deputy Clerk

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

In re:

Rosa Fridman

           Debtor

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No:    8:21-bk-10513-ES

Hon: Erithe A. Smith

Chapter 7

**ORDER ON PLAINTIFF KARL AVETOOM'S MOTION FOR AN ORDER DISMISSING ROSA FRIDMAN'S BANKRUPTCY CASE PURSUANT TO 11 U.S.C. SECTION 707, BAR TO REFILING 11 U.S.C. SECTION 349 AND VACATING THE COURT'S LIEN AVOIDANCE ORDER**

**TO DEFENDANT ROSA FRIDMAN AND HER ATTORNEY OF RECORD, AND TO ALL OTHER INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:**

    On October 21, 2021 at 10:30 a.m. in the above entitled court, Creditor Karl Avetoom's Motion For An Order Dismissing Rosa Fridman's Bankruptcy Case Pursuant to 11 U.S.C. § 707, Bar To Refiling 11 U.S.C. § 349 And Vacating This Court's Lien Avoidance Order ("Motion") [Doc. 91] came about for regularly scheduled hearing. The Court, Hon. Erithe A. Smith presiding, after reviewing the moving papers, the opposition and reply on file, and after hearing oral argument, the Court agreed to modify its tentative ruling. On February 24, 2022 the Court, after discussion with the

parties, modified its tentative ruling of October 21, 2021 as its final order (attached hereto as Exhibit "1"). The Court thus ordered as follows:

    The Court hereby DENIES Creditor's Motion.

    IT IS SO ORDERED.

IT IS SO ORDERED.

DATED: 3/23/22

U. S. BANKRUPTCY JUDGE

EXHIBIT "1"

*TENTATIVE RULING*

# United States Bankruptcy Court
## Central District of California
Santa Ana
Judge Erithe Smith, Presiding
Courtroom 5A Calendar

| | |
|---|---|
| **Thursday, October 21, 2021** | **Hearing Room  5A** |

### 10:30 AM
**8:21-10513    Rosa A Fridman                                                                    Chapter 7**

#14.00    Hearing RE: Plaintiff Karl Avetoom's Motion for an Order Dismissing Rosa Fridman's Bankruptcy Case Pursuant to 11 U.S.C. Section 707, Bar to Refiling 11 U.S.C. Section 349 and Vacating the Court's Lien, Avoidance Order

Docket    91

**Courtroom Deputy:**

- NONE LISTED -

**Tentative Ruling:**

**October 21, 2021**

Deny the Motion. However, Debtor will be required to take a second credit counseling course by or before November 30, 2021.

<u>Basis for Tentative Ruling</u>:

The court is not persuaded that Movant has met his burder of proof that this case should be dismissed. The court has reviewed Movant's evidence in detail and finds it wholly unconvincing. Furthermore, the may exercise its discretion not dismiss this eight-month old case on the basis of an alleged failure to attend pre-filing credit counseling. Indeed, even if Debtor did not attend the pre-filing counseling, the failure to do so is not jurisdictional, dismissal of the case is not mandatory and the court has discretion to fashion a reasonable remedy. See *In re Manalad*, 360 B.R. 288 (Bankr. C.D.Cal. 2007). As the court noted in *Manalad* " because the consequences of dismissal are so significant, Congress would *308 have mandated dismissal as a remedy for non-compliance with the Credit Counseling Requirements as it did in other" situations if it intended dismissal to be the only available remedy."

Out of an abundance of caution, the court will order Debtor to complete a credit counseling course by or before November 30, 2021.

**United States Bankruptcy Court**
**Central District of California**
Santa Ana
Judge Erithe Smith, Presiding
Courtroom 5A Calendar

**Thursday, October 21, 2021**                                                                 Hearing Room    5A

10:30 AM
**CONT...**    **Rosa A Fridman**                                                              Chapter 7

| Party Information |
|---|

**Debtor(s):**

Rosa A Fridman                              Represented By
                                            Scott Talkov

**Trustee(s):**

Karl T Anderson (TR)                        Represented By
                                            Melissa Davis Lowe