

[ Print ]  [ Save As... ]  [ Reset ]

ORDER No. _____

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

### TRANSCRIPT ORDER FORM

CHAPTER **7.00**

APPEAL? ☒ Yes ☐ No
APPEAL No. **22-1076** (if known)

(File this form on the related case docket)

Ordering Party's Name: **Karl Avetoom**   Attorney Bar# _____

Law Firm: _____

Mailing Address: **1100 Rutland Road # 9 Newport Beach, CA 92660**

Person to Contact (**If Judge-ordered: Transcriber to contact Procurement\*\***): _____
Telephone: (**949**) **929-4787**   E-mail: **kia002@att.net**
Bankruptcy Case #: **8:21-bk-10513-ES**   Adversary Proceeding #/MP #: _____
Date of Hearing (**complete a SEPARATE form for EACH hearing date**): **10/21/2021**   Time: **10:30 a.m.**
Debtor: **Rosa Fridman**
Adversary Proceeding Name: _____ vs. _____
Hearing Judge: **E. Smith**   Courtroom #: **SA 5A**
**TRANSCRIBER:** **Exceptional Reporting**   **ALTERNATE:** **eScribers**
(Select from the Court-approved list of Transcription Service Providers. This provider will contact you regarding payment)

**341(a) MEETING OF CREDITORS:** The Meeting of Creditors is recorded by the Trustee. **DO NOT USE THIS FORM**. For *341(a) Recording Request Procedures*, visit the U.S. Trustee website www.justice.gov/ust/r16

**Transcript Type:**

**NOTE:** The Court is not responsible for determining if a hearing has been previously transcribed. Check the case docket to determine if a filed transcript already exists or is being transcribed before filing this form.

**Copy of Existing Transcript:** Contact the transcriber directly for a copy.

☒ Ordinary (30 days)   ☐ 3 Days   ☒ Entire Hearing
☐ 14 Days   ☐ Daily (24 hours)   ☐ Ruling/Opinion of Judge only
☐ 7 Days   ☐ Testimony of Witness _____
☐ Other* _____ (name of witness)

*Special Instructions: _____

**Transcript due dates** are computed from the date the deposit is received by the Transcriber. The cost of a transcript varies for each type. See *Transcript Ordering Instructions*, **Transcript Costs/Forms of Payment**.

### TO BE COMPLETED BY THE COURT

☐ **Judge Ordered Transcript\*\*:** Clerk must **docket this form**; CM/ECF will automatically notify Procurement.
Date Request Filed: _____   Date Sent to Transcriber: _____   By ☐ FDS ☐ Mail ☐ Messenger
Digital Recording (or Analog Tape Recording)
(Tape #: ___) Time Start (Index #): ___ Time End (Index #): ___ Time Start: ___ Time End: ___
(Tape #: ___) Time Start (Index #): ___ Time End (Index #): ___ Time Start: ___ Time End: ___
Court Recorder: _____   Division: _____   Processed by: _____

### **TRANSCRIBER INSTRUCTIONS

**Judge-ordered transcripts:** email price quote & invoice to procurement@cacb.uscourts.gov. Provide quote prior to transcribing.

*Rev. November 2018. This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.*