Karl Avetoom
1100 Rutland Road # 9
Newport Beach, CA 92660
(949) 929-4787
Email kia002@att.net

Creditor and Plaintiff, In Pro Per

**FILED & ENTERED**

MAY 24 2022

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY duarte    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>Rosa Fridman<br><br>                  Debtor | Case No:    8:21-bk-10513-ES<br><br>Hon:  Erithe A. Smith<br><br>Chapter 7<br><br>**ORDER ON PLAINTIFF KARL AVETOOM'S OBJECTION TO DEBTOR ROSA FRIDMAN'S CLAIMED HOMESTEAD EXEMPTION AND MOTION TO DISMISS.** |

**TO DEFENDANT ROSA FRIDMAN AND HER ATTORNEY OF RECORD, AND TO ALL OTHER INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:**

     On October 14, 2021 at 2:00 p.m. in the above entitled court, Creditor Karl Avetoom's Notice of and Objection to Rosa Fridman's ("Debtor") Claimed Homestead Exemption [Doc. 93] came about for continued hearing.

     The Court, Hon. Erithe A. Smith presiding, after reviewing the moving papers, the opposition and reply on file, and after hearing oral argument, the Court provisionally overrules Creditor Karl Avetoom's ("Creditor") objections subject to Creditor filing a motion to dismiss Debtor's bankruptcy

to be heard by the Court on or before August 18, 2022.

**IT IS HEREBY ORDERED, DECREED AND ADJUDGED**

1. The Court provisionally OVERRULES Creditor Karl Avetoom's objections to Debtor's claimed homestead exemption;

2. The Court's ruling provisionally overruling Creditor Karl Avetoom's objections to Debtor's claimed homestead exemption shall be held in abeyance until August 18, 2022 at 2:00 p.m. at Courtroom 5A, 411 W. Fourth Street Santa Ana, CA 92701 or until a determination has been made on any subsequent motion to dismiss the within bankruptcy case filed by Mr. Avetoom, whichever occurs first;

3. Subject to Creditor Karl Avetoom filing a motion to dismiss Debtor's bankruptcy for ineligibility of Debtor to have filed bankruptcy by failing to have personally taken the pre-petition educational training course under 11 U.S.C. § 109(h);

2. Creditor Karl Avetoom shall file his Motion to Dismiss, to be heard August 18, 2022 at 2:00 p.m.; and

3. As with any contested matter before this Court, the provisions of Federal Rules of Bankruptcy Procedure 9014 shall apply as to any motion to dismiss the bankruptcy case filed by Creditor Karl Avetoom.

**IT IS SO ORDERED.**

Date: May 24, 2022

Erithe Smith
United States Bankruptcy Judge