United States Bankruptcy Court

Central District of California

In re:  Case No. 21-10513-ES
Rosa A Fridman  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-8  User: admin  Page 1 of 2
Date Rcvd: May 25, 2022  Form ID: pdf042  Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 27, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Rosa A Fridman, 16542 Blackbeard Ln Unit 304, Huntington Beach, CA 92649-3439 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 27, 2022  Signature:  /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 24, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles L Murray, III | on behalf of Creditor CHARLES L MURRAY cmurray@cm3law.com  cm3esquire@gmail.com |
| Karl T Anderson (TR) | 2edansie@gmail.com  kanderson@ecf.axosfs.com |
| Melissa Davis Lowe | on behalf of Trustee Karl T Anderson (TR) mlowe@shulmanbastian.com  avernon@shulmanbastian.com |
| Michael J Hauser | on behalf of U.S. Trustee United States Trustee (SA) michael.hauser@usdoj.gov |
| Scott Talkov | on behalf of Debtor Rosa A Fridman scott@talkovlaw.com  talkovlaw@ecf.courtdrive.com |
| Scott Talkov | on behalf of Defendant Rosa Fridman scott@talkovlaw.com  talkovlaw@ecf.courtdrive.com |
| Scott Talkov | on behalf of Interested Party Courtesy NEF scott@talkovlaw.com  talkovlaw@ecf.courtdrive.com |
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |

District/off: 0973-8 User: admin Page 2 of 2
Date Rcvd: May 25, 2022 Form ID: pdf042 Total Noticed: 1
TOTAL: 8

Karl Avetoom
1100 Rutland Road # 9
Newport Beach, CA 92660
(949) 929-4787
Email kia002@att.net

Creditor and Plaintiff, In Pro Per

**FILED & ENTERED**

**MAY 24 2022**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** duarte **DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

In re:

Rosa Fridman

                Debtor

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No:    8:21-bk-10513-ES

Hon:  Erithe A. Smith

Chapter 7

**ORDER ON PLAINTIFF KARL AVETOOM'S OBJECTION TO DEBTOR ROSA FRIDMAN'S CLAIMED HOMESTEAD EXEMPTION AND MOTION TO DISMISS.**

**TO DEFENDANT ROSA FRIDMAN AND HER ATTORNEY OF RECORD, AND TO ALL OTHER INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:**

    On October 14, 2021 at 2:00 p.m. in the above entitled court, Creditor Karl Avetoom's Notice of and Objection to Rosa Fridman's ("Debtor") Claimed Homestead Exemption [Doc. 93] came about for continued hearing.

    The Court, Hon. Erithe A. Smith presiding, after reviewing the moving papers, the opposition and reply on file, and after hearing oral argument, the Court provisionally overrules Creditor Karl Avetoom's ("Creditor") objections subject to Creditor filing a motion to dismiss Debtor's bankruptcy

ORDER

to be heard by the Court on or before August 18, 2022.

**IT IS HEREBY ORDERED, DECREED AND ADJUDGED**

1. The Court provisionally OVERRULES Creditor Karl Avetoom's objections to Debtor's claimed homestead exemption;

2. The Court's ruling provisionally overruling Creditor Karl Avetoom's objections to Debtor's claimed homestead exemption shall be held in abeyance until August 18, 2022 at 2:00 p.m. at Courtroom 5A, 411 W. Fourth Street Santa Ana, CA 92701 or until a determination has been made on any subsequent motion to dismiss the within bankruptcy case filed by Mr. Avetoom, whichever occurs first;

3. Subject to Creditor Karl Avetoom filing a motion to dismiss Debtor's bankruptcy for ineligibility of Debtor to have filed bankruptcy by failing to have personally taken the pre-petition educational training course under 11 U.S.C. § 109(h);

2. Creditor Karl Avetoom shall file his Motion to Dismiss, to be heard August 18, 2022 at 2:00 p.m.; and

3. As with any contested matter before this Court, the provisions of Federal Rules of Bankruptcy Procedure 9014 shall apply as to any motion to dismiss the bankruptcy case filed by Creditor Karl Avetoom.

**IT IS SO ORDERED.**

Date: May 24, 2022

Erithe Smith
United States Bankruptcy Judge