ORIGINAL

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Karl Avetoom<br>1100 Rutland Road #9<br>Newport Beach, CA 92660<br>(949) 929-4787<br>kia002@att.net<br><br>☒ Individual appearing without attorney<br>☐ Attorney for: | FOR COURT USE ONLY<br><br>FILED<br>JUN 07 2022<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: _____ Deputy Clerk |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION** ||
| In re:<br><br>Rosa Fridman<br><br><br><br>Debtor(s). | CASE NO.:8:21-bk-10513-ES<br><br>ADVERSARY NO.:<br>(*if applicable*)<br><br>CHAPTER: 7 |
| <br><br>Plaintiff(s) (*if applicable*).<br>vs.<br><br><br><br><br>Defendant(s) (*if applicable*). | **NOTICE OF APPEAL**<br>**AND STATEMENT OF ELECTION** |

### Part 1: Identify the appellant(s)

1. Name(s) of appellant(s): Karl Avetoom

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

For appeals in an adversary proceeding.
☐ Plaintiff
☐ Defendant
☐ Other (*describe*):

For appeals in a bankruptcy case and not in an adversary proceeding.
☐ Debtor
☒ Creditor
☐ Trustee
☐ Other (*describe*):

December 2018          Page 1          Official Form 417A

**Part 2: Identify the subject of this appeal**

1. Describe the judgment, order, or decree appealed from:
   Provisional Order on Plaintiff Karl Avetoom's Objection to Debtor Rosa Fridman's Claimed Homestead Exemption and Motion to Dismiss. Doc. 153

2. The date the judgment, order, or decree was entered: 05/24/2022

**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (*attach additional pages if necessary*):

1. Party: Rosa Fridman

   Attorney:

   SCOTT TALKOV, State Bar No. 264676
   TALKOV LAW CORP.
   2900 Adams St Ste C225
   Riverside, California 92504
   Telephone: (951) 888-3300
   Email: scott@talkovlaw.com

2. Party: Karl T. Anderson, Chapter 7 Trustee

   Attorney:

   Melissa Davis Lowe
   Shulman Bastian Friedman & Bui LLP
   100 Spectrum Ctr Dr Ste 600
   Irvine, CA 92618
   949-340-3400

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☐ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Part 5: Sign below**

_____  Date: 06/07/2022
Signature of attorney for appellant(s) (or appellant(s)
if not represented by an attorney)

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

**[Note to inmate filers:** If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
OPR 7451 Warner Ave #E191 Huntington Bch, CA 92647 Reg'd Process Server # 3050

A true and correct copy of the foregoing document entitled: **NOTICE OF APPEAL AND STATEMENT OF ELECTION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On *(date)* 05/27/2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

cmurray@cm3law.com cm3esquire@gmail.com, 2edansie@gmail.com kanderson@ecf.axosfs.com
mlowe@shulmanbastian.com avernon@shulmanbastian.com, michael.hauser@usdoj.gov
scott@talkovlaw.com talkovlaw@ecf.courtdrive.com, ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On *(date)* _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on *(date)* _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 6/7/2022 | Sal W. Hanna | /s/ |
| *Date* | *Printed Name* | *Signature* |

| | |
|---|---|
| 1 | Karl Avetoom |
| 2 | 1100 Rutland Road # 9 |
| | Newport Beach, CA 92660 |
| 3 | (949) 929-4787 |
| | Email kia002@att.net |
| 4 | |
| 5 | |
| | Creditor and Plaintiff, In Pro Per |
| 6 | |

FILED & ENTERED

MAY 24 2022

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY duarte DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

In re:

Rosa Fridman

Debtor

) Case No: 8:21-bk-10513-ES
)
) Hon: Erithe A. Smith
)
) Chapter 7
)
) **ORDER ON PLAINTIFF KARL AVETOOM'S**
) **OBJECTION TO DEBTOR ROSA**
) **FRIDMAN'S CLAIMED HOMESTEAD**
) **EXEMPTION AND MOTION TO DISMISS.**
)
)
)
)

**TO DEFENDANT ROSA FRIDMAN AND HER ATTORNEY OF RECORD, AND TO ALL OTHER INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:**

On October 14, 2021 at 2:00 p.m. in the above entitled court, Creditor Karl Avetoom's Notice of and Objection to Rosa Fridman's ("Debtor") Claimed Homestead Exemption [Doc. 93] came about for continued hearing.

The Court, Hon. Erithe A. Smith presiding, after reviewing the moving papers, the opposition and reply on file, and after hearing oral argument, the Court provisionally overrules Creditor Karl Avetoom's ("Creditor") objections subject to Creditor filing a motion to dismiss Debtor's bankruptcy

1

ORDER

to be heard by the Court on or before August 18, 2022.

**IT IS HEREBY ORDERED, DECREED AND ADJUDGED**

1. The Court provisionally OVERRULES Creditor Karl Avetoom's objections to Debtor's claimed homestead exemption;

2. The Court's ruling provisionally overruling Creditor Karl Avetoom's objections to Debtor's claimed homestead exemption shall be held in abeyance until August 18, 2022 at 2:00 p.m. at Courtroom 5A, 411 W. Fourth Street Santa Ana, CA 92701 or until a determination has been made on any subsequent motion to dismiss the within bankruptcy case filed by Mr. Avetoom, whichever occurs first;

3. Subject to Creditor Karl Avetoom filing a motion to dismiss Debtor's bankruptcy for ineligibility of Debtor to have filed bankruptcy by failing to have personally taken the pre-petition educational training course under 11 U.S.C. § 109(h);

2. Creditor Karl Avetoom shall file his Motion to Dismiss, to be heard August 18, 2022 at 2:00 p.m.; and

3. As with any contested matter before this Court, the provisions of Federal Rules of Bankruptcy Procedure 9014 shall apply as to any motion to dismiss the bankruptcy case filed by Creditor Karl Avetoom.

**IT IS SO ORDERED.**
Date: May 24, 2022

Erithe Smith
United States Bankruptcy Judge