Karl Avetoom
1100 Rutland Road # 9
Newport Beach, CA 92660
(949) 929-4787
Email kia002@att.net


Creditor, In Pro Per




UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION


| | |
|---|---|
| In re: | Case No:    8:21-bk-10513-ES |
| Rosa Fridman | Hon:  Erithe A. Smith |
| Debtor | Chapter 7 |
| | **CREDITOR'S NOTICE OF WITHDRAWAL OF MOTION FOR AN ORDER COMPELLING THIRD PARTY MICROSOFT, CORPORATION TO PROVIDE A DECLARATION OF NO RECORDS IN RESPONSE TO A SUBPOENA FOR SKYPE RECORDS FOR A SKYPE USERNAME AND EMAIL DEBTOR REPRESENTED TO HAVE USED TO ACCESS SKYPE OR ALTERNATIVELY PROVIDE ANY RECORDS MICROSOFT MAINTAINS IN THEIR ORDINARY COURSE OF BUSINESS** |
| | *Related to Doc. 168 "Motion"* |

**TO THE HONORABLE ERITHE A. SMITH, FEDERAL BANKRUPTCY JUDGE,**

**AND TO DEBTOR ROSA FRIDMAN AND HER ATTORNEY OF RECORD,**

**MICROSOFT, CORPORATION AND ITS ATTORNEYS OF RECORD AND TO**

**ALL INTERESTED PARTIES:**    Creditor Karl Avetoom ("Creditor") hereby gives notice

that in light of Microsoft Corporation's Custodian of Records providing a declaration stating

---

1
NOTICE OF WITHDRAWAL OF MOTION (DOC. 168)

Microsoft has no records related to a Rule 45 subpoena seeking records for a Microsoft Skype user name of "Rosa Fridman" and the email used to access Skype of "rosafridman3@gmail.com"[1], provided by the Debtor in her Responses to Creditor's Special Interrogatories[2] on or around May 23, 2022, creditor hereby withdraws his Motion to Compel Microsoft comply with the Rule 45 subpoena served on or around May 27, 2022, Document 168.

Dated July 13, 2022                    By:    /s/ Karl Avetoom

Karl Avetoom, Creditor and Moving Party

---

[1] Microsoft's Declaration stating no records for Rule 45 subpoena seeking records for Skype username and email used to access Skype.

[2] Relevant pages of Debtor's Responses relevant to the Rule 45 subpoena seeking records on Microsoft Skype information provided by Debtor.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT "1"**

3
NOTICE OF WITHDRAWAL OF MOTION (DOC. 168)

Microsoft Corporation    Tel 425 882 8080
One Microsoft Way        Fax 425 936 7329
Redmond, WA 98052-6399  http://www.microsoft.com/



# **CERTIFICATION OF CUSTOMER RECORDS**

I, Carolina Bonilla González, am employed by Microsoft Corporation.

I, Carolina Bonilla González, am aware that falsely making this certification subjects me to criminal penalty under the laws of the foreign or domestic location in which the certification is signed, specifically the Commonwealth of Puerto Rico.

I am the custodian of records or am otherwise qualified to certify customer records of Microsoft Corporation.

Microsoft Corporation was served with the attached Subpoena on May 27, 2022.

Microsoft Corporation has conducted a reasonable search in response to the Subpoena and did not locate any records responsive to the Subpoena.

I declare, under penalty of perjury under the laws of the Commonwealth of Puerto Rico, that the foregoing is true and correct to the best of my knowledge and belief.

Dated: July 13, 2022 at San Juan, Puerto Rico.

_____
Carolina Bonilla González
Custodian of Records, Microsoft Corporation

FORM GC-1
*Revised July 2003*

    Microsoft Corporation is an equal opportunity employer.

B2570 (Form 2570 – Subpoena to Produce Documents, Information, or Objects or To Permit Inspection in a Bankruptcy Case or Adversary Proceeding) (12/15)

# UNITED STATES BANKRUPTCY COURT

Central **District of** California

In re Rosa A. Fridman
Debtor

*(Complete if issued in an adversary proceeding)*

Case No. 8:21-bk-10513-ES

Chapter 7

_____
Plaintiff
v.

Adv. Proc. No. _____

_____
Defendant

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A BANKRUPTCY CASE (OR ADVERSARY PROCEEDING)

To: Microsoft Corporation Online Custodian Of Records

*(Name of person to whom the subpoena is directed)*

[x] *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See ATTACHMENT FOR SUBPOENA PRODUCTION attached hereto.

| PLACE | DATE AND TIME |
|---|---|
| Litigation Investigators 7451 Warner Ave E-191 Huntington Beach, CA 92647 | June 27, 2022  10:00 a.m. |

[ ] *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| PLACE | DATE AND TIME |
|---|---|
|  |  |

The following provisions of Fed. R. Civ. P. 45, made applicable in bankruptcy cases by Fed. R. Bankr. P. 9016, are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and 45(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: **MAY 25 2022**

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
411 W. 4th ST., SUITE 2074
SANTA ANA, CA 92701-4593

CLERK OF COURT

_[signature]_                                              OR      _____
*Signature of Clerk or Deputy Clerk*                              *Attorney's signature*

The name, address, email address, and telephone number of the attorney representing *(name of party)* _____ , who issues or requests this subpoena, are:
Karl Avetoom
1100 Rutland Road #9 Newport Beach, CA 92660   kia002@att.net   (949) 929-4787

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things, or the inspection of premises before trial, a notice and a copy of this subpoena must be served on each party before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

## ATTACHMENT FOR SUBPOENA PRODUCTION

Please provide the following metadata/data maintained by Microsoft Corp. for related to the Skype user name ("user account") **"Rosa Fridman"** using an email address for the user account **"rosafridman3@gmail.com"** relating to Skype user name account, as well as any other video communications platforms in the Microsoft realm used by the User.

Skype user name "Rosa Fridman" and/or any Skype account using the email address of "rosafridman3@gmail.com" shall be referred to as "User Account" or "User's Account".

**We request that this shall include but not be limited to the following:**

- All login history from 01/01/2021 to 02/10/2021

- All call/chat/video conference history from 01/01/2021 to 02/10/2021

- All associated metadata from logins (dates, times, IP address, login success, log in failure)

- All associated metadata from call/chat/video conference history (dates, times, IP address, login success, failure)

- All available audit logs for the user between the dates of 01/01/2021 to 02/10/2021

- Account creation date

- Account deletion date

- All devices associated with this account

- Any alternate/recovery email addresses or approved users

B2570 (Form 2570 – Subpoena to Produce Documents, Information, or Objects or To Permit Inspection in a Bankruptcy Case or Adversary Proceeding) (Page 2)

## PROOF OF SERVICE
(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)

I received this subpoena for *(name of individual and title, if any)*: _____
on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true and correct.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information concerning attempted service, etc.:

B2570 (Form 2570 – Subpoena to Produce Documents, Information, or Objects or To Permit Inspection in a Bankruptcy Case or Adversary Proceeding) (Page 3)

## Federal Rule of Civil Procedure 45(c), (d), (e), and (g) (Effective 12/1/13)
(made applicable in bankruptcy cases by Rule 9016, Federal Rules of Bankruptcy Procedure)

**(c) Place of compliance.**

*(1) For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
  (A) within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
  (B) within the state where the person resides, is employed, or regularly transacts business in person, if the person
    (i) is a party or a party's officer; or
    (ii) is commanded to attend a trial and would not incur substantial expense.

*(2) For Other Discovery.* A subpoena may command:
  (A) production of documents, or electronically stored information, or things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
  (B) inspection of premises, at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

*(1) Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction — which may include lost earnings and reasonable attorney's fees — on a party or attorney who fails to comply.

*(2) Command to Produce Materials or Permit Inspection.*
  *(A) Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
  *(B) Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing or sampling any or all of the materials or to inspecting the premises — or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
    (i) At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
    (ii) These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

*(3) Quashing or Modifying a Subpoena.*
  *(A) When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
    (i) fails to allow a reasonable time to comply;
    (ii) requires a person to comply beyond the geographical limits specified in Rule 45(c);
    (iii) requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
    (iv) subjects a person to undue burden.
  *(B) When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
    (i) disclosing a trade secret or other confidential research, development, or commercial information; or
    (ii) disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
  *(C) Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
    (i) shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
    (ii) ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

*(1) Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:
  *(A) Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
  *(B) Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
  *(C) Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
  *(D) Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

*(2) Claiming Privilege or Protection.*
  *(A) Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
    (i) expressly make the claim; and
    (ii) describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
  *(B) Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

...

**(g) Contempt.** The court for the district where compliance is required – and also, after a motion is transferred, the issuing court – may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

---

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT "2"**

---

4
NOTICE OF WITHDRAWAL OF MOTION (DOC. 168)

SCOTT TALKOV, State Bar No. 264676
TALKOV LAW CORP.
2900 Adams St Ste C225
Riverside, California 92504
Telephone: (951) 888-3300
Email: scott@talkovlaw.com

Attorneys for Debtor Rosa A. Fridman

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>ROSA A. FRIDMAN,<br><br>Debtor. | Case. No. 8:21-bk-10513-ES<br><br>Chapter 7<br><br>**DEBTOR'S RESPONSES TO "PLAINTIFF [*SIC*] KARL AVETOOM'S INTERROGATORIES TO DEBTOR ROSA FRIDMAN (SET ONE)"** |

PROPOUNDING PARTY:    Creditor Karl Avetoom

RESPONDING PARTY:    Debtor Rosa Fridman

SET:    One

     In this matter, investigation and discovery by Debtor Rosa Fridman, is continuing in nature. As investigation and discovery proceed, witnesses, facts, documents, and other evidence may be learned which are not set forth hereinafter, yet which may have been responsive to an Interrogatory propounded by Creditor Karl Avetoom if known at the time thereof. Facts and other evidence, though known, may be imperfectly understood, or the relevance or import of such facts and evidence may be imperfectly understood and, accordingly, such facts and evidence may, in good faith, not be included in the following responses.

---

**DEBTOR'S RESPONSES TO "PLAINTIFF [*SIC*] KARL AVETOOM'S INTERROGATORIES TO DEBTOR ROSA FRIDMAN (SET ONE)"**

1

## RESPONSES TO INTERROGATORIES

**RESPONSE TO INTERROGATORY NO. 1:**

Rosa Fridman

**RESPONSE TO INTERROGATORY NO. 2:**

rosafridman3@gmail.com

**RESPONSE TO INTERROGATORY NO. 3:**

The responding party herby states that there is no telephone number associated with the Skype account in question. This is because responding party only used the free "Skype-to-Skype" calling features that are not connected with any "telephone numbers," which relate to the paid portion of Skype. As set forth on Skype's website, this Skype-to-Skype calling feature does not produce a call log as the call logs are apparently maintained only for Skype's billing purposes on paid calls.

**RESPONSE TO INTERROGATORY NO. 4:**

Alex Theory

**RESPONSE TO INTERROGATORY NO. 5:**

Objection: Lack of personal knowledge.

Responding party lacks personal knowledge of the email address that was or is associated with the Skype account used by Alex Fridman, AKA Alex Theory, to screenshare with responding party to complete the pre-bankruptcy educational course on February 9, 2021. On this basis, responding party is unable to respond.

**RESPONSE TO INTERROGATORY NO. 6:**

Objection: Lack of personal knowledge.

Responding party lacks personal knowledge of any "phone number" that was or is associated with the Skype account used by Alex Fridman, AKA Alex Theory, to screenshare with responding party to complete the pre-bankruptcy educational course on February 9, 2021. On this basis, responding party is unable to respond.

**RESPONSE TO INTERROGATORY NO. 7:**

---

**DEBTOR'S RESPONSES TO "PLAINTIFF [*SIC*] KARL AVETOOM'S INTERROGATORIES TO DEBTOR ROSA FRIDMAN (SET ONE)"**

2

To the extent persons includes organizations, Skype had access to responding party's LG Tablet on February 9, 2021 when responding party used the tablet to screenshare with Alex Theory AKA Alex Fridman to assist responding party in completing the prebankruptcy educational course.

**RESPONSE TO INTERROGATORY NO. 17 [*sic* 18]**

Lana Rovinsky AKA Svetlana Rovinsky, Alex Theory AKA Alex Fridman, and Val Fridman have knowledge of responding party's use of the Skype account that responding party used to screenshare with Alex Theory AKA Alex Fridman to assist responding party in completing the prebankruptcy educational course.

SIGNED BY COUNSEL AS TO OBJECTIONS ONLY:

Date: May 23, 2022                                TALKOV LAW CORP

*Scott Talkov*
_____
Scott Talkov
Attorneys for Debtor Rosa A. Fridman

## VERIFICATION

I am the Debtor in the above-entitled action; I have read the foregoing DEBTOR'S RESPONSES TO "PLAINTIFF [SIC] KARL AVETOOM'S INTERROGATORIES TO DEBTOR ROSA FRIDMAN (SET ONE)" and know the contents thereof.

I certify that the same is true of my own knowledge, except as to those matters which are therein stated upon my information or belief, and as to those matters, I believe it to be true.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct, and that this declaration was executed on the date written below.

Executed on May 23, 2022 at Huntington Beach, California.

_____
Rosa Fridman

**TALKOV LAW**
2900 ADAMS ST STE C225
RIVERSIDE, CA 92504
TELEPHONE (951) 888-3300

---

**DEBTOR'S RESPONSES TO "PLAINTIFF [*SIC*] KARL AVETOOM'S INTERROGATORIES TO DEBTOR ROSA FRIDMAN (SET ONE)"**

o

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 2900 Adams Street, Suite C225, Riverside, CA 92504

A true and correct copy of the foregoing document entitled (*specify*): **DEBTOR'S RESPONSES TO "PLAINTIFF [*SIC*] KARL AVETOOM'S INTERROGATORIES TO DEBTOR ROSA FRIDMAN (SET ONE)"** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) ___, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On (*date*) May 23, 2022, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Karl Avetoom, 1100 Rutland Rd #9, Newport Beach, CA 92660-4607

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) May 23, 2022, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Karl Avetoom, 1100 Rutland Rd #9, Newport Beach, CA 92660-4607 – Email

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 23, 2022 | Noor Haleem | *Noor Haleem* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

913 Louise St. Santa Ana, CA 92703.

A true and correct copy of the foregoing document entitled (*specify*): CREDITOR'S NOTICE OF WITHDRAWAL OF MOTION FOR AN ORDER COMPELLING THIRD PARTY MICROSOFT, CORPORATION TO PROVIDE A DECLARATION OF NO RECORDS IN RESPONSE TO A SUBPOENA FOR SKYPE RECORDS FOR A SKYPE USERNAME AND EMAIL DEBTOR REPRESENTED TO HAVE USED TO ACCESS SKYPE OR ALTERNATIVELY PROVIDE ANY RECORDS MICROSOFT MAINTAINS IN THEIR ORDINARY COURSE OF BUSINESS will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) MAY 27, 2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

cmurray@cm3law.com cm3esquire@gmail.com, 2edansie@gmail.com kanderson@ecf.axosfs.com
mlowe@shulmanbastian.com avernon@shulmanbastian.com, michael.hauser@usdoj.gov
scott@talkovlaw.com talkovlaw@ecf.courtdrive.com, ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) July 13, 2022, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Joe Shickich c/o Fox Rothschild LLP 1001 Fourth Ave., Suite 4400 Seattle, WA 98154-1065 (Counsel for Microsoft)
CSC Lawyers Incorporating Service. 2710 Gateway Oaks Drive Suite 150N Sacramento, Ca 95833 (Agent of Process for Microsoft Corporation)

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed

☐ Service information continued on attached page

| July 13, 2022 | Ami Stanton | /s/ Ami Stanton |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                           **F 9013-3.1.PROOF.SERVICE**