| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Karl Avetoom<br>1100 Rutland Road #9<br>Newport Beach, CA 92660<br>(949) 929-4787<br>eMail: kia002@att.net<br><br>☒ *Individual appearing without attorney*<br>☐ *Attorney for*: | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**JUL 21 2022**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** jle         **DEPUTY CLERK** |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br><br>Rosa Fridman<br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 8:21-BK-10513-ES<br>CHAPTER: 7<br><br>**ORDER:**<br><br>☒ **GRANTING APPLICATION AND SETTING HEARING ON SHORTENED NOTICE**<br><br>☐ **DENYING APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE**<br><br>**[LBR 9075-1(b)]** |
|---|---|

**Movant** (*name*): Karl Avetoom

1. Movant filed the following motion together with supporting declarations and (if any) supporting documents:

    a. *Title of motion*: MOTION TO COMPEL DEPOSITION OF VAL FRIDMAN AND FOR SANCTIONS IN THE AMOUNT OF $ 1,660.00 AGAINST VAL FRIDMAN FOR FAILING TO OBEY RULE 45 DEPOSITION SUBPOENA.

    b. *Date of filing of motion:*  July 20, 2022

2. Pursuant to LBR 9075-1(b), movant also filed an Application for Order Setting Hearing on Shortened Notice (Application) together with supporting declaration(s):

    *Date of filing of Application*: July 20, 2022

3. Based upon the court's review of the application, it is ordered that:

    a. ☐  The Application is denied.  The motion may be brought on regular notice pursuant to LBRs.

    b. ☒  The Application is granted, and it is further ordered that:

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2013                                                Page 1                                        F 9075-1.1.ORDER.SHORT.NOTICE

(1) ☒ A hearing on the motion will take place as follows:

| | |
|---|---|
| **Hearing date: 7/26/22**<br>**Time: 10:30 am**<br>**Courtroom: 5A** | Place:<br>☐ 255 East Temple Street, Los Angeles, CA 90012<br>☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367<br>☐ 3420 Twelfth Street, Riverside, CA 92501<br>☒ 411 West Fourth Street, Santa Ana, CA 92701 VIA ZOOM<br>☐ 1415 State Street, Santa Barbara, CA 93101 |

(2) ☒ No later than the deadlines given, **telephonic notice** of the hearing must be provided to all persons/entities listed:

| (A) _Deadlines:_ | (B) _Persons/entities to be provided with telephonic notice:_ |
|---|---|
| Date: **7/21/22**<br>Time: **5:00 pm** | *Debtor's Counsel*<br><br>☐ See attached page<br>(C) _Telephonic notice is also required upon_ the United States trustee |

(3) ☒ No later than the deadlines given, **written notice of the hearing, zoom notice** and a **copy of this order** must be served upon all persons/entities listed using:    ☐ one of the methods checked
☐ all of the methods checked

(A)  ☐ Personal Delivery    ☒ Overnight Mail    ☐ First class mail    ☐ Facsimile*    ☐ Email*

| (B) _Deadlines:_ | (C) _Persons/entities to be served with written notice and a copy of this order:_ |
|---|---|
| Date: **7/21/22**<br>Time: | *Val Fridman and Debtor's Counsel*<br><br>☐ See attached page<br>(D) _Service is also required upon_:<br>    -- United States trustee *(electronic service is not permitted)* |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 2    **F 9075-1.1.ORDER.SHORT.NOTICE**

(4) ☒ No later than the deadlines given, a copy of the motion, declarations, and supporting documents (if any), must be served on all persons/entities listed using:   ☐ one of the methods checked   ☐ all of the methods checked

(A)   ☐ Personal Delivery   ☒ Overnight Mail   ☐ First Class Mail   ☐ Facsimile*   ☐ Email*

---

(B) *Deadlines:*
Date: **7/21/22**

Time:

(C) *Persons/entities to be served with motion, declarations, supporting documents:*

*Val Fridman and Debtor's Counsel*

☐ See attached page

(D) *Service is also required upon*:
-- United States trustee *(no electronic service permitted)*

---

(5) ☒ Regarding **opposition to the motion**

☒ opposition to the motion may be made **orally** at the hearing

☐ no later than the deadlines given, **written opposition to the motion** must be filed with the court and served upon all persons/entities listed using:   ☐ one of the methods checked   ☐ all of the methods checked

(A)   ☐ Personal Delivery   ☐ Overnight Mail   ☐ First Class Mail   ☐ Facsimile*   ☐ Email*

---

(B) *Deadlines:*
Date:

Time:

(C) *Persons/entities to be served with written opposition to the motion:*
-- movant's attorney (or movant, if movant is not represented by an attorney)

(D) *Service is also required upon*:
-- United States trustee (*electronic service is not permitted*)
-- Judge's copy personally delivered to chambers
   (*see Court Manual for address*)

---

(6) ☒ Regarding a **reply to an opposition:**

☒ a reply to opposition may be made **orally** at the hearing.

☐ no later than the deadlines given, a **written reply to an opposition** must be filed with the court and served on all persons/entities listed using:   ☐ one of the methods checked   ☐ all of the methods checked

(A)   ☐ Personal Delivery   ☐ Overnight Mail   ☐ First Class Mail   ☐ Facsimile*   ☐ Email*

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*     Page 3     **F 9075-1.1.ORDER.SHORT.NOTICE**

|  |  |
|---|---|
| (B) *Deadlines:*<br>Date:<br><br>Time: | (C) *Persons/entities to be served with written reply to opposition:*<br>-- All persons/entities who filed a written opposition<br><br>(D) *Service is also required upon*:<br>-- United States trustee *(electronic service is not permitted)*<br>-- Judge's Copy personally delivered to chambers<br>  (*see Court Manual for address*) |

(7) ☐ Other requirements:

(8) ☒ No later than the deadlines given, movant must file a **Declaration of Notice and Service** establishing that telephonic notice, written notice, and service of the motion and this order was completed as set forth above, and a **judge's copy** of the Declaration of Notice and Service must be personally delivered to the judge's chambers:

> ☒ at least 2 days before the hearing.
> ☐ no later than:    Date:    Time:

**\*** Service by electronic means (facsimile or email) requires compliance with F.R.Civ.P. 5(b)(2)(E).

###

Date: July 21, 2022

*[signature]*
Erithe Smith
United States Bankruptcy Judge

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 4    **F 9075-1.1.ORDER.SHORT.NOTICE**