Karl Avetoom
1100 Rutland Road # 9
Newport Beach, CA 92660
(949) 929-4787
Email kia002@att.net

Creditor, In Pro Per

**FILED & ENTERED**

**JUL 21 2022**

**CLERK U.S. BANKRUPTCY COURT
Central District of California
BY** duarte    **DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re:<br>Rosa Fridman<br>                    Debtor | Case No:     8:21-bk-10513-ES<br><br>Hon:  Erithe A. Smith<br><br>Chapter 7<br><br>**ORDER**<br><br>(Motions Doc. 157 and 159)<br><br>**Hearing Info**:<br>Date:    July 14, 2022<br>Time:    10:30 a.m.<br>Location: Virtual hearing via Zoom.gov |

**PLEASE TAKE NOTICE:**          On July 14, 2022 at 10:30 a.m. *Creditor's Motion for an Order Re OSC Re Contempt, Compelling Discovery Responses and Compelling Deposition of Debtor Rosa Fridman* (hereinafter "Creditor's Motion to Compel Discovery") (Doc. 157 ) and *Debtor's Motion for Protective Order Excusing Debtor's Attendance at Creditor's Fifth Opportunity for Live Testimony Under Oath Re: Skype in Relation to Creditor's Forthcoming Fourth Motion to Dismiss and Related Protective Order* (hereinafter "Debtor's Motion for a Protective Order")(Doc. 159) came about for a regularly scheduled hearing.

ORDER

Creditor Karl Avetoom ("Creditor") appeared in pro per, and Debtor Rosa Fridman ("Debtor") appeared through counsel Scott Talkov (cumulatively referred to as "the Parties"). The Court, the Honorable Erithe A. Smith presiding, after hearing oral argument and with agreement from the Parties, issued a combined Order on Creditor's Motion to Compel Discovery (Doc. 157) and Debtor's Motion for a Protective Order (Doc. 159) due to overlap of issues determined by the Court contained within both Motions.

**Upon Good Cause Showing The Court Hereby Rules, Orders And Decrees As Follows:**

On Creditor's Motion to Compel Discovery (Doc. 157) and Debtor's Motion for a Protective Order (Doc. 159) both Motions are Granted in part and Denied in part as follows:

1. Re the OSC Re Contempt, the request is DENIED but Mr. Talkov is ordered to attach to proofs of service as to all pleadings or documents served on Mr. Avetoom, a copy of tracking document re overnight/Fed Ex service (service via Casemail is approved if by overnight service). Debtor may file and/or serve a proof of service as required containing an overnight tracking number with the document or pleading, or alternatively may file and serve as required an amended proof of service noting the overnight tracking number the following day;

2. Creditor's request for Amended responses is GRANTED to discovery must be served on Mr. Avetoom (by the manner described above) by July 15, 2022;

3. Creditor's request for the deposition of Debtor is GRANTED. A four-hour deposition of Debtor shall take place on July 27, 2022 at 11 a.m. via Zoom with a Russian translator (or such other time or date as both parties shall agree to). No one shall be in the room with Ms. Fridman other than Mr. Talkov and Mr. Talkov shall demonstrate that his phone is off during the deposition (not including breaks); Mr.

Talkov shall provide two cameras present during the deposition to demonstrate no other parties are in attendance or influence the Debtor's testimony.[1]

4. Creditor's Motion to Dismiss the bankruptcy case is hereby ORDERED continued until August 25, 2022 at 11:00 a.m.  Creditor shall file his Motion on or before August 8, 2022, any Response by the Debtor shall be filed and served by August 15, 2022, and optional Reply shall be filed and served by August 22, 2022; and

5. It is further ORDERED that the Court's Order on Creditor Karl Avetoom's Objection to Debtor Rosa Fridman's Claimed Homestead Exemption (Doc. 153) holding the Order in abeyance until August 18, 2022 pending determination of Creditor's Karl Avetoom's Motion to Dismiss shall be continued to be held in abeyance until August 25, 2022 in light of the Court's change in scheduling on Creditor's Motion to Dismiss set forth above.

###

Date: July 21, 2022

Erithe Smith
United States Bankruptcy Judge

---

[1] In the event of a dispute during the deposition, the Parties may contact the Court's clerk who will set up a Zoom conference with the Court to address any disputes.

ORDER