Karl Avetoom
1100 Rutland Road # 9
Newport Beach, CA 92660
(949) 929-4787
Email kia002@att.net


Creditor, In Pro Per


UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re:<br>Rosa Fridman<br>                   Debtor | Case No:    8:21-bk-10513-ES<br><br>Hon:  Erithe A. Smith<br><br>Chapter 7<br><br>**DECLARATION OF NOTICE AND SERVICE**<br><br>**Hearing Info**:<br>Date:    July 26, 2022<br>Time:    10:30 a.m.<br>Location: Virtual hearing via Zoom.gov |

**DECLARATION OF KARL AVETOOM**

I, Karl Avetoom, hereby declare as follows:

    1.    I am a creditor and moving party in the above entitled bankruptcy and motion to compel the deposition of VAL FRIDMAN.  I have personal knowledge of the following facts and if called upon to testify under oath, I could and would do so competently to the following facts.

    2.    On July 21, 2022 the Court granted my Application and Setting Hearing on Shortened Time (Doc. 197).

    3.    On July 21, 2022 I gave **telephonic notice** to Attorney Scott Talkov's office (Attorney for Debtor) with "Layla" at approximately 3:37 P.M.  Mr. Talkov was

1
Declaration of Notice and Service

unavailable. I also left a voicemail message for the United States Trustee's Office at approximately 3:59 P.M., I tried to notify the Trustee's office several times, but their voicemail system prompted me back to voicemail. At approximately 4:04 p.m. I left a voice message on the office phone for Chapter 7 Trustee's attorney Ms. Lowe. She was reportedly out of the office. For each of these telephone messages I left detailed information on the Court's Order and advancement of the hearing date per the Order's instruction.

4. On July 21, 2022 I also **served written copies of the hearing notice**, supplemental Zoom notice, and a copy of the Court's Order (Doc. 197) served by overnight service to Third Party VAL FRIDMAN, Debtor's counsel, Scott Talkov, and the United States Trustee's Office ("OUST") in Santa Ana, CA. **I also served a copy of the Motion with supporting declarations and any supporting documents** (exhibits) by overnight service on VAL FRIDMAN, and Debtor's Counsel Scott Talkov and the United States Trustee's Office in the same overnight envelope to each recipient.

5. Attached to my declaration as **Exhibit "1"** is a true and correct copy from my GLS overnight account showing the tracking numbers for the OUST, Talkov and Val Fridman.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my personal knowledge.
Executed July 22, 2022 in Newport Beach, California.


                                                By:          */s/ Karl Avetoom*
                                                Karl Avetoom

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26    Exhibit "1"
27
28

3
Declaration of Notice and Service

# GLS Shipping History Detail

**Number of Shipments:** 3
**Total Shipment Charges:** ▮

*Please be advised that shipping charges on this report do not include any after billing adjustments.

| | | |
|---|---|---|
| **Ship From:** Karl Avetooom - Karl<br>1100 RUTLAND ROAD # 9<br>NEWPORT BEACH, CA 92660 | **Tracking #:** 557370211<br>**Reference**<br>**Ship Date:** 07/21/2022 | **COD Value:** $0.00<br>**Dec Value:** $0.00<br>**Status:** In Transit |
| **Ship To:** Talkov Law - Scott Talkov<br>2900 Adams St Ste C225<br>Riverside, CA 92504 | **Del Date:** 07/22/2022<br>**Del Time:**<br>**Signed By:** | **Service Type:** CPS<br>**Pkg Weight:** 2<br>**Total Charge:** ▮ |
| **Ship From:** Karl Avetoom - Karl<br>1100 RUTLAND ROAD # 9<br>NEWPORT BEACH, CA 92660 | **Tracking #:** 557370239<br>**Reference**<br>**Ship Date:** 07/21/2022 | **COD Value:** $0.00<br>**Dec Value:** $0.00<br>**Status:** In Transit |
| **Ship To:** Val Fridman - Val Fridman<br>18274 Santa Stephana Cir<br>Fountain Valley, CA 92708 | **Del Date:** 07/22/2022<br>**Del Time:**<br>**Signed By:** | **Service Type:** CPS<br>**Pkg Weight:** 2<br>**Total Charge:** ▮ |
| **Ship From:** Karl Avetoom - Karl<br>1100 RUTLAND ROAD # 9<br>NEWPORT BEACH, CA 92660 | **Tracking #:** 557370286<br>**Reference**<br>**Ship Date:** 07/21/2022 | **COD Value:** $0.00<br>**Dec Value:** $0.00<br>**Status:** In Transit |
| **Ship To:** United States Trustee's Office - US Trustee's Office<br>411 W 4th St #7160<br>Santa Ana, CA 92701 | **Del Date:** 07/22/2022<br>**Del Time:**<br>**Signed By:** | **Service Type:** CPS<br>**Pkg Weight:** 2<br>**Total Charge:** ▮ |

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

913 Louise St. Santa Ana, CA 92703

A true and correct copy of the foregoing document entitled (*specify*): DECLARATION OF NOTICE AND SERVICE will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) May 27, 2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

cmurray@cm3law.com cm3esquire@gmail.com, 2edansie@gmail.com kanderson@ecf.axosfs.com
mlowe@shulmanbastian.com avernon@shulmanbastian.com, michael.hauser@usdoj.gov
scott@talkovlaw.com talkovlaw@ecf.courtdrive.com, ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) July 22, 2022, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Val Fridman 18274 Santa Stephana Cir, Fountain Valley, CA, 92708 (First Class Mail)

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) July 22, 2022, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Hon. Erithe A Smith, 411 West Fourth Street, Courtroom 5A, Santa Ana, CA 92701 (overnight)

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 22, 2022 | Ami Stanton | *Ami Stanton* |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                                    F 9013-3.1.PROOF.SERVICE