| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Karl Avetoom<br>1100 Rutland Road #9<br>Newport Beach, CA 92660<br>(949) 929-4787<br>eMail kia002@att.net<br><br>☒ *Individual appearing without attorney*<br>☐ *Attorney for*: | **FILED & ENTERED**<br><br>**JUL 22 2022**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** duarte    **DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br>ROSA FRIDMAN<br><br><br><br><br><br>Debtor(s). | CASE NO.: 8:21-BK-10513-ES<br>CHAPTER: 7<br><br>**ORDER:**<br><br>☒ **GRANTING APPLICATION AND SETTING HEARING ON SHORTENED NOTICE**<br><br>☐ **DENYING APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE**<br><br>**[LBR 9075-1(b)]** |

**Movant** (*name*): KARL AVETOOM

1. Movant filed the following motion together with supporting declarations and (if any) supporting documents:

   a. *Title of motion*: *Motion For An Order For Discovery Sanctions Precluding Debtor's Use Of Evidence Contained In Debtor's Untimely, Uncertain, Incomplete And Unverified Discovery Responses & Discovery Stipulation in Advance of Discovery Motion*

   b. *Date of filing of motion:* July 22, 2022

2. Pursuant to LBR 9075-1(b), movant also filed an Application for Order Setting Hearing on Shortened Notice (Application) together with supporting declaration(s):

   *Date of filing of Application*: July 22, 2022

3. Based upon the court's review of the application, it is ordered that:

   a. ☐ The Application is denied. The motion may be brought on regular notice pursuant to LBRs.

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2013    Page 1    F 9075-1.1.ORDER.SHORT.NOTICE

b.  ☒  The Application is granted, and it is further ordered that:

(1)  ☒  A hearing on the motion will take place as follows:

| | |
|---|---|
| **Hearing date: 7/26/22** | Place: |
| **Time: 10:30 am** | ☐ 255 East Temple Street, Los Angeles, CA 90012 |
| | ☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367 |
| **Courtroom: 5A** | ☐ 3420 Twelfth Street, Riverside, CA 92501 |
| | ☒ 411 West Fourth Street, Santa Ana, CA 92701 VIA ZOOM |
| | ☐ 1415 State Street, Santa Barbara, CA 93101 |

(2)  ☒  No later than the deadlines given, **telephonic notice** of the hearing must be provided to all persons/entities listed:

| (A) *Deadlines:* | (B) *Persons/entities to be provided with telephonic notice:* |
|---|---|
| Date: **7/22/22** | *Debtor's Counsel* |
| Time: **2:00 pm** | |
| | ☐ See attached page |
| | (C) *Telephonic notice is also required upon* the United States trustee |

(3)  ☒  No later than the deadlines given, **written notice of the hearing, zoom notice** and a **copy of this order** must be served upon all persons/entities listed using:    ☒ one of the methods checked
☐ all of the methods checked

(A)  ☒ Personal Delivery    ☐ Overnight Mail    ☐ First class mail    ☒ Facsimile*    ☒ Email*

| (B) *Deadlines:* | (C) *Persons/entities to be served with written notice and a copy of this order:* |
|---|---|
| Date: **7/22/22** | *Debtor's Counsel* |
| Time: | |
| | ☐ See attached page |
| | (D) *Service is also required upon:* |
| | -- United States trustee *(electronic service is not permitted)* |

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*     Page 2     **F 9075-1.1.ORDER.SHORT.NOTICE**

(4) ☒ No later than the deadlines given, a copy of the motion, declarations, and supporting documents (if any), must be served on all persons/entities listed using: ☒ one of the methods checked ☐ all of the methods checked

(A) ☒ Personal Delivery ☐ Overnight Mail ☐ First Class Mail ☒ Facsimile* ☒ Email*

| (B) <u>Deadlines:</u> | (C) <u>Persons/entities to be served with motion, declarations, supporting documents:</u> |
|---|---|
| Date: **7/22/22** | |
| Time: | *Debtor's Counsel* |
| | ☐ See attached page |
| | (D) <u>Service is also required upon</u>: |
| | -- United States trustee *(no electronic service permitted)* |

(5) ☒ Regarding **opposition to the motion**

☐ opposition to the motion may be made **orally** at the hearing

☒ no later than the deadlines given, **written opposition to the motion** must be filed with the court and served upon all persons/entities listed using: ☐ one of the methods checked ☐ all of the methods checked

(A) ☒ Personal Delivery ☐ Overnight Mail ☐ First Class Mail ☒ Facsimile* ☒ Email*

| (B) <u>Deadlines:</u> | (C) <u>Persons/entities to be served with written opposition to the motion:</u> |
|---|---|
| Date: **7/25/22** | -- movant's attorney (or movant, if movant is not represented by an attorney) |
| Time: **12:00 pm** | |
| | (D) <u>Service is also required upon</u>: |
| | -- United States trustee (*electronic service is not permitted*) |

(6) ☒ Regarding a **reply to an opposition:**

☒ a reply to opposition may be made **orally** at the hearing.

☐ no later than the deadlines given, a **written reply to an opposition** must be filed with the court and served on all persons/entities listed using: ☐ one of the methods checked ☐ all of the methods checked

(A) ☐ Personal Delivery ☐ Overnight Mail ☐ First Class Mail ☐ Facsimile* ☐ Email*

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 3    **F 9075-1.1.ORDER.SHORT.NOTICE**

|  |  |
|---|---|
| (B) *Deadlines:*<br>Date:<br><br>Time: | (C) *Persons/entities to be served with written reply to opposition:*<br>-- All persons/entities who filed a written opposition<br><br>(D) *Service is also required upon*:<br>-- United States trustee *(electronic service is not permitted)*<br>-- Judge's Copy personally delivered to chambers<br>  (*see Court Manual for address*) |

(7) ☐ Other requirements:

(8) ☒ No later than the deadlines given, movant must file a **Declaration of Notice and Service** establishing that telephonic notice, written notice, and service of the motion and this order was completed as set forth above, and a **judge's copy** of the Declaration of Notice and Service must be personally delivered to the judge's chambers:

  ☐ at least 2 days before the hearing.
  ☒ no later than:    Date: **7/22/22**    Time:

**\*** Service by electronic means (facsimile or email) requires compliance with F.R.Civ.P. 5(b)(2)(E).

### 

Date: July 22, 2022

*[signature: Erithe A. Smith]*
Erithe Smith
United States Bankruptcy Judge

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 4    **F 9075-1.1.ORDER.SHORT.NOTICE**