1   SCOTT TALKOV, State Bar No. 264676
    TALKOV LAW CORP.
2   2900 Adams St Ste C225
    Riverside, CA 92504
3   Telephone: (951) 888-3300
    Email: scott@talkovlaw.com
4

5   Attorney for Debtor Rosa A. Fridman and Specially Appearing for Val Fridman

6

7                    **UNITED STATES BANKRUPTCY COURT**

8            **CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

9   In re                                    Case. No. 8:21-bk-10513-ES
                                             Chapter 7
10  ROSA A. FRIDMAN,

11              Debtor.                       **OPPOSITION TO AVETOOM'S
                                             DISCOVERY MOTIONS FOR**
12                                               **1) ORDER TO COMPEL
                                                    DEPOSITION OF VAL FRIDMAN**
13                                                  **AND FOR SANCTIONS (BK DOC.
                                                    185); AND**
14                                               **2) SANCTIONS PRECLUDING
                                                    DEBTOR'S USE OF EVIDENCE**
15                                                  **[ETC.] (BK DOC. 201);
                                             DECLARATIONS OF SCOTT TALKOV
16                                           AND VAL FRIDMAN**

17                                           Hearing on Order Shortening Time:
                                             Date:    July 26, 2022
18                                           Time:    10:30 a.m.
                                             Location: Zoom.gov
19

20          Debtor Rosa Fridman ("Debtor") and Val Fridman, specially appearing at this hearing without

21  consent to jurisdiction based on the failure of personal service, hereby submit their Opposition (the

22  "Opposition") to Creditor Karl Avetoom's ("Avetoom") discovery motions as follows: 1) *Motion for*

23  *an Order For Discovery Sanctions Precluding Debtor's Use of Evidence Contained in Debtor's*

24  *Untimely, Uncertain, Incomplete and Unverified Discovery Responses* (BK Doc. 201) and 2) *Motion*

25  *to Compel to Deposition of Val Fridman and for Sanctions in the Amount of $1,660.00 Against Val*

26  *Fridman for Failing to Obey Rule 45 Subpoena* (BK Doc. 185), as follows:

27

TALKOV LAW
2900 ADAMS ST STE C225
RIVERSIDE, CA 92504
TELEPHONE (951) 888-3300

**TALKOV LAW**
2900 ADAMS ST STE C225
RIVERSIDE, CA 92504
TELEPHONE (951) 888-3300

# TABLE OF CONTENTS

I.    INTRODUCTION AND OBJECTION TO DEPOSITION OF VAL FRIDMAN NOW THAT AVETOOM'S STAR WITNESS IS BEHIND BARS FOR BEATING HIS WIFE; OBJECTION TO THE DECLARATION OF RONNIE JOHNSON, WHOSE BANKRUPTCIES HAVE BEEN TWICE DISMISSED BY THE HON. ERITHE SMITH ............................................................................. 3

II.   AVETOOM'S DISCOVERY MOTION WAS PREMATURELY FILED AND WHOLLY DEFECTIVE ......................................................................................................................... 7

   A.    The Sole Issue That Avetoom Met and Conferred About is a Non-Issue as Rosa Fridman Fully Complied with the Discovery Request as Written, Rather than the Request Avetoom Wishes He Had Written ............................................................................................. 8

   B.    There is No Allegation of a Meet and Confer "Letter" Covering the Remaining Issues ........ 9

      1.    Avetoom Can't Keep His Story Straight About Service of the Irrelevant "Discovery Stipulation" (Because it Was Never Served) ................................................................. 9

      2.    Notice of Debtor's Objection to Any Informal Proceeding Excusing Non-Compliance with LBR 7026-1(c)(2) .......................................................................................... 11

   C.    Even if This Court Indulged Mr. Avetoom, His Remaining Claims Would Have No Merit 12

III.  CONCLUSION ..................................................................................................... 13

IV.   DECLARATION OF SCOTT TALKOV ........................................................................ 14

V.    DECLARATION OF VAL FRIDMAN .......................................................................... 18

VI.   PROOF OF SERVICE OF DOCUMENT ....................................................................... 20

**OPPOSITION TO AVETOOM'S DISCOVERY MOTIONS FOR 1) ORDER TO COMPEL DEPOSITION OF VAL FRIDMAN AND FOR SANCTIONS (BK DOC. 185); AND 2)  SANCTIONS PRECLUDING DEBTOR'S USE OF EVIDENCE [ETC.] (BK DOC. 201); DECLARATIONS OF SCOTT TALKOV AND VAL FRIDMAN**

**TALKOV LAW**
2900 ADAMS ST STE C225
RIVERSIDE, CA 92504
TELEPHONE (951) 888-3300

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

**I.     INTRODUCTION AND OBJECTION TO DEPOSITION OF VAL FRIDMAN NOW THAT AVETOOM'S STAR WITNESS IS BEHIND BARS FOR BEATING HIS WIFE; OBJECTION TO THE DECLARATION OF RONNIE JOHNSON, WHOSE BANKRUPTCIES HAVE BEEN TWICE DISMISSED BY THE HON. ERITHE SMITH**

In a desperate attempt to avoid the end of this case, Mr. Avetoom is now engaged in an endless pursuit of discovery to create some shroud of mystery around whether the 90-year-old widow Debtor indeed participated by Skype screenshare with her son Alex Fridman (Theory) in a short, perfunctory prebankruptcy counseling course ("Skype Issue").

The story told by pro se "Karl Avetoom, J.D." (BK Doc. 185, p. 15) who works from "1100 Rutland Rd. Suite 9" (formerly referred to as Apt. 9) in his second motion to dismiss is simple: That Barry Brooks, while supposedly working for Karl Avetoom, would testify to "attempting to serve Rosa Fridman with documents…at the same date and time in Huntington Beach while" the debtor education course was being taken by someone in Oregon. (BK Doc. 91, p. 19, lns. 26-28.)

However, Debtor's process server cannot locate Barry Brooks to serve a deposition subpoena as he has gone missing and is now the subject of a criminal protective order and domestic violence protective order **for literally beating his wife**. (Decl. Talkov, Exs. 1-4.) With multiple declarations from his own children and wife about this "retired" LAPD officer, Karl Avetoom's star witness is now behind bars, which explains why his wife reported to the Debtor's process server that "she just filed for domestic violence and he's not allowed to be near property. [She h]as no idea where he's living at the moment." (Decl. Talkov, Ex. 1.) As the soon-to-be former Mrs. Brooks explained, Barry Q. Brooks "forcefully punched me with closed fists to my head, arms and body repeatedly for several minutes. With the full force of his substantial girth, he kicked me between my legs in my private area so hard that a very substantial bruise resulted and required medical care. He used his leg with the power of his weight to kick me again directly to my abdomen causing severe bruising. It is a fair and accurate characterization to describe the events of May 28, 2022, which incepted at approximately 3:00 p.m. as a horrendous beating at the hands of this giant man resulting in me having to be taken to

**OPPOSITION TO AVETOOM'S DISCOVERY MOTIONS FOR 1) ORDER TO COMPEL DEPOSITION OF VAL FRIDMAN AND FOR SANCTIONS (BK DOC. 185); AND 2) SANCTIONS PRECLUDING DEBTOR'S USE OF EVIDENCE [ETC.] (BK DOC. 201); DECLARATIONS OF SCOTT TALKOV AND VAL FRIDMAN**

TALKOV LAW
2900 ADAMS ST STE C225
RIVERSIDE, CA 92504
TELEPHONE (951) 888-3300

1  hospital immediately by an ambulance." (Decl. Talkov, Ex. 2, p. 15, ¶ 7.) She continued that "Mr.

2  Brooks is dangerous, trained in the art of causing substantial bodily harm to others and has openly

3  threatened to kill myself, my father and may very well carry out such threats and harm our children as

4  well." (Decl. Talkov, Ex. 2, p. 17, ¶ 17.) Barry Brooks is now facing criminal charges for "corporal

5  injury – on a spouse/cohabitant" under Penal Code § 273.5(a). (Decl. Talkov, Ex. 4.) Suffice to say,

6  the star witness in Avetoom's case has had a hard fall from grace as a discredited former LAPD

7  officer.[1]

8       Just days after Barry Brooks' wife filed for divorce and Barry Brooks went behind bars, Karl

9  Avetoom found a new star witness, Ami Stanton, an unlicensed process sever who is known to this

10  court as the debtor in the no-asset Chapter 7 Bankruptcy captioned *In re Ami Joy Todd*, Central

11  District of California Bankruptcy Case No. 8:09-bk-22175-RK. (Decl. Talkov, Ex. 5.) Strangely, Karl

12  Avetoom's father, "Dr. Mark Avetoom," was one of Ami Stanton's creditors. (Case No. 8:09-bk-

13  22175-RK, Doc. 1, p. 24.) However, Ami Stanton, AKA Ami Todd, does not contend that she served

14  Val Fridman, but merely that she "attached to the front door of Deponent's residence" a subpoena.

15  (BK Doc. 185, p. 30.) The precision with which Ami Stanton reviewed her declaration (drafted on

16  Karl Avetoom's pleading paper) is clear by the misspelling of her own name (BK Doc. 185, p. 29),

17  then being signed with an image of her alleged signature (BK Doc. 185, p. 31):



23  Then, Karl Avetoom brought out the big guns, Ronne Johnsen, better known to this Court as

24  the Debtor in the twice dismissed bankruptcies of *In re Ronne Gene Johnsen*, Central District of

---

[1] Avetoom appears to already be aware of the issue, as the same attorney, Sandra Nassar, representing Karl Avetoom in his motion to set aside his felony conviction for forgery related to title washing, is also representing Barry Brooks in his DVRO matter. (See Adv. Doc. 78, p. 36.)

OPPOSITION TO AVETOOM'S DISCOVERY MOTIONS FOR 1) ORDER TO COMPEL DEPOSITION OF
VAL FRIDMAN AND FOR SANCTIONS (BK DOC. 185); AND 2) SANCTIONS PRECLUDING DEBTOR'S
USE OF EVIDENCE [ETC.] (BK DOC. 201); DECLARATIONS OF SCOTT TALKOV AND VAL FRIDMAN

1  California Bankruptcy Court Case No. 8:08-bk-16722-**ES** (dismissed) and 8:10-bk-22387-**ES**

2  (dismissed), both dismissed by the Honorable Erithe A. Smith. (Decl. Talkov, Ex. 6.) Naturally,

3  Ronne Johnson's new career as a process sever followed his time after pleading "Guilty" to "Assault

4  w/deadly weapon other than firearm." (Decl. Talkov, Ex. 7.) A review of the bankruptcies show that

5  they were merely a stall tactic to avoid Mr. Johnsen facing criminal charges from municipalities

6  alleged that he was slumlord who failed to maintain his rented properties, which he sought to delay

7  the foreclosure thereon via bankruptcy. (Decl. Talkov, Ex. 8.)

8      It is in this context that the sole disputed issue in these motions arises: Did Ronne Johnson

9  serve Val Fridman with a deposition subpoena? The only evidence provided is a declaration that isn't

10  even signed by Ronne Johnsen as shown in BK Doc. 185, p. 40, which is not subject to any exception

11  in LBR 9011-2-1(a) requiring that "every signature on a filed document must be handwritten in ink

12  (holographic)":

> 6  Executed July 18, 2022 in Newport Beach, CA.    By:    /s/ Ronne Johnsen
> 7                                                         Ronne Johnsen
>                                                          Aplus Process Service
> 8                                                         5000 Birch St. Suite 3000
>                                                          Newport Beach, CA 92660

16      The exhibits thereto show just one piece of evidence: a heavily pixelated image included as

17  the very last page of Avetoom's motion. (BK Doc. 185, p. 46.) Apparently, this was hardly "Exhibit

18  A" material. The pixelated nature of the photo suggests that it is most likely a screen capture from a

19  video that Ronne Johnson doesn't want to show this Court because it doesn't meet the legal standard

20  of personal service. This is despite Karl Avetoom earlier in 2022 simply providing counsel for the

21  Debtor in a state court action with the video of the service on his cell phone, thereby promptly putting

22  all issues to rest. (Decl. Talkov, ¶¶ 2-4.) To the best of Debtor's counsel's recollection, the process

23  sever at that time was the same Ronne Johnson. (Decl. Talkov, ¶¶ 3-4.) Indeed, Ronne Johnson made

24  clear in state court that he indeed provides videos of his personal service effects. (*Id.*) The absence of

25  a video is telling.

26

27

**TALKOV LAW**
2900 ADAMS ST STE C225
RIVERSIDE, CA 92504
TELEPHONE (951) 888-3300

**OPPOSITION TO AVETOOM'S DISCOVERY MOTIONS FOR 1) ORDER TO COMPEL DEPOSITION OF VAL FRIDMAN AND FOR SANCTIONS (BK DOC. 185); AND 2)  SANCTIONS PRECLUDING DEBTOR'S USE OF EVIDENCE [ETC.] (BK DOC. 201); DECLARATIONS OF SCOTT TALKOV AND VAL FRIDMAN**

TALKOV LAW
2900 ADAMS ST STE C225
RIVERSIDE, CA 92504
TELEPHONE (951) 888-3300

1    The declaration of Val Fridman makes clear that he was <u>not</u> served with the subpoena. Rather,

2  someone drove by Val Fridman while he was walking his dog, then placed the subpoena at Val

3  Fridman's front door. (Decl. Val Fridman.) He then informed Debtor's Counsel, who informed Mr.

4  Avetoom that no service occurred of the subpoena he found at his front door. (Decl. Fridman, ¶¶ 2-4

5  & Ex. 13.)

6    Even if Val Fridman could be subpoenaed, this Court should exercise its discretion to severely

7  limit a deposition of Val Fridman. In fact, the only relevance that Karl Avetoom provides is that he

8  asked the debtor to "State all persons with knowledge <u>of your SKYPE account</u> YOU claim YOU used

9  on February 9, 2021 to take the Prepetition Bankruptcy Educational Course." (BK Doc. 185, p. 9, lns.

10  16-17.) In response, the Debtor identified Val Fridman. However, this question merely asks who

11  knows of the Skype account. Val Fridman has virtually nothing to offer in this case, other than having

12  seen Alex Theory (Fridman) use Skype with Rosa Fridman <u>on other occasions</u> (but not on the

13  occasion in question of the prebankruptcy counseling). However, the existence of Rosa Fridman's

14  Skype account is not seriously in question. Rather, Rosa Fridman already produced the email from

15  Microsoft in response to Karl Avetoom's subpoena making clear that it was an **Account Holder**

16  **Subpoena Notification**," as shown below and attached as Exhibit 12, p. 20:

17

18  

19

20

21

22

23

24    This is in addition to another email from Skype providing the Debtor with her login

25  credentials as provided in discovery responses (Decl. Talkov, Ex. 11, p. 14):

26

27

**OPPOSITION TO AVETOOM'S DISCOVERY MOTIONS FOR 1) ORDER TO COMPEL DEPOSITION OF
VAL FRIDMAN AND FOR SANCTIONS (BK DOC. 185); AND 2) SANCTIONS PRECLUDING DEBTOR'S
USE OF EVIDENCE [ETC.] (BK DOC. 201); DECLARATIONS OF SCOTT TALKOV AND VAL FRIDMAN**

TALKOV LAW
2900 ADAMS ST STE C225
RIVERSIDE, CA 92504
TELEPHONE (951) 888-3300



In other words, the narrow issue is whether Rosa Fridman used the Skype account she indeed had to Skype with her son, Alex Theory. Karl Avetoom's hope to convince this Court that there wasn't a Skype account never panned out, to his great displeasure.

Even if this Court indulged Karl Avetoom in a very short deposition, it should be limited to one hour and should be entirely remote. Notably, Val Fridman has been physically threatened by Karl Avetoom in the past at court hearings, and wishes to have as little in-person contact with Karl Avetoom was possible. Even further, Val Fridman, age 61, has health issues that make him more susceptible to health issues related to COVID-19. (Decl. Val Fridman, ¶ 7.)

Given the circumstances, the deposition of Val Fridman should be declared to be off calendar because service never occurred, which is why there is no video. If it does occur, it should be entirely remote and very brief, i.e., 1 hour at the most.

## II.    AVETOOM'S DISCOVERY MOTION WAS PREMATURELY FILED AND WHOLLY DEFECTIVE

Creating further complications is that Karl Avetoom filed yet another motion seeking miscellaneous discovery relief. (BK Doc. 201.) However, as shown below, this motion can be easily

OPPOSITION TO AVETOOM'S DISCOVERY MOTIONS FOR 1) ORDER TO COMPEL DEPOSITION OF VAL FRIDMAN AND FOR SANCTIONS (BK DOC. 185); AND 2)  SANCTIONS PRECLUDING DEBTOR'S USE OF EVIDENCE [ETC.] (BK DOC. 201); DECLARATIONS OF SCOTT TALKOV AND VAL FRIDMAN

1  disposed since only the one issue that was the subject of a properly noticed meet and confer is simply

2  a mistake in Avetoom's drafting that cannot be cured by this Court. The remaining issues cannot be

3  addressed since Avetoom still has not complied with the local rules requiring a meet and confer.

**A.    The Sole Issue That Avetoom Met and Conferred About is a Non-Issue as Rosa**

**Fridman Fully Complied with the Discovery Request as Written, Rather than the**

**Request Avetoom Wishes He Had Written**

7  Avetoom's motion claims that: "The Special Interrogatories specifically requested

8  background information for any person identified in the Responses (Exhibit '6' SROG ¶ 10). Debtor

9  has avoid providing responses for months, until a motion to compel was filed and this Court ordered

10  further responses." (BK Doc. 201, p. 8, lns. 19-22.)

11  Contrary to Avetoom's belief, the Special Interrogatories do **not** specifically request

12  background information for any person identified in the Responses.

13  Rather, Interrogatory No. 17 [*sic*- 18] provides as follows: "**State all persons** with knowledge

14  of your SKYPE account YOU claim YOU used on February 9, 2021 to take the Prepetition

15  Bankruptcy Educational Course." (BK Doc. 185, p. 73, lns. 17-19.) In turn, the Interrogatories

16  provide general instructions as follows: "When referring to a person, "**TO IDENTIFY**" means to

17  give, to the extent known, the person's full name, present or last known address, and, when referring

18  to a natural person, the present or last known place of employment." (BK Doc. 185, p. 68, ¶, 10.)

19  Unfortunately for Mr. Avetoom, he did **not request** the Debtor "TO IDENTIFY" anyone.

20  Many litigants any attorneys find that they wish they had asked for particular information in

21  discovery, but find out that they never made such a request. Mr. Avetoom is not a victim of any non-

22  compliance by the Debtor. He is alleging that he wishes he had used better draftsmanship in his

23  discovery. Don't we all. Mr. Avetoom made a calculated decision to fire his first attorney, and

24  proceed pro se. (BK Doc. 29.)

25  Since Mr. Avetoom has not alleged non-compliance with the request as he drafted it, this

26  discovery issue should be put to bed. The Debtor's voluntary provision of information to further

27

TALKOV LAW
2900 ADAMS ST STE C225
RIVERSIDE, CA 92504
TELEPHONE (951) 888-3300

OPPOSITION TO AVETOOM'S DISCOVERY MOTIONS FOR 1) ORDER TO COMPEL DEPOSITION OF VAL FRIDMAN AND FOR SANCTIONS (BK DOC. 185); AND 2)  SANCTIONS PRECLUDING DEBTOR'S USE OF EVIDENCE [ETC.] (BK DOC. 201); DECLARATIONS OF SCOTT TALKOV AND VAL FRIDMAN

TALKOV LAW
2900 ADAMS ST STE C225
RIVERSIDE, CA 92504
TELEPHONE (951) 888-3300

1  identify the only witness Karl Avetoom doesn't already know with greater specificity should be

2  lauded. (BK Doc. 201, p. 19.)

3  **B.    There is No Allegation of a Meet and Confer "Letter" Covering the Remaining**

4  **Issues**

5      While Mr. Avetoom's newest motion alleges a litany of discovery issues, only the sole issue

6  above was ever the subject of a meet and confer. This is shown in Avetoom's own email attached to

7  his motion. (BK Doc. 201, pp. 20-21.)

8      As this Court advised Mr. Avetoom at the last hearing, LBR 7026-1(c)(2) provides that:

9      Meeting of Parties. **Prior to the filing of any motion relating to discovery**, the parties must
       meet in person or by telephone in a good faith effort to resolve a discovery dispute. **It is the**

10     **responsibility of the moving party to arrange the conference.** Unless altered by agreement
       of the parties or by order of the court for cause shown, **the opposing party must meet with**

11     **the moving party within 7 days of service upon the opposing party of a <u>letter</u> requesting**
       **such meeting and specifying the terms of the discovery order to be sought.**

12

13     Here, Avetoom's motion does not make any allegation of a "letter requesting such [met and

14  confer] meeting and specifying the terms of the discovery order to be sought," other than the email

15  address above mentioning only one issue. (BK Doc. 201, pp. 20-21.)

16     Accordingly, the remaining issues should be deemed not ripe for adjudication.

17     **1.    Avetoom Can't Keep His Story Straight About Service of the Irrelevant**

18     **"Discovery Stipulation" (Because it Was Never Served)**

19     In a transparent and facially failed attempt to cover up for the lack of request to meet and

20  confer, Avetoom tries to expedite a ruling by claiming that he served a "discovery stipulation" on

21  July 15, 2022.

22     However, Avetoom can't keep his story straight about this supposed USPS mail service of the

23  "discovery stipulation." Notably, the proof of service claims that it was mailed by "Ami Stanton."

24  However, the signature box is merely an image box that can be placed anywhere. There is no showing

25  of an exception to LBR 9011-2-1(a), which requires that "every signature on a filed document must

26  be handwritten in ink (holographic)," meaning this signature cannot be accepted.

27

**OPPOSITION TO AVETOOM'S DISCOVERY MOTIONS FOR 1) ORDER TO COMPEL DEPOSITION OF
VAL FRIDMAN AND FOR SANCTIONS (BK DOC. 185); AND 2)  SANCTIONS PRECLUDING DEBTOR'S
USE OF EVIDENCE [ETC.] (BK DOC. 201); DECLARATIONS OF SCOTT TALKOV AND VAL FRIDMAN**



While the declaration of Ami Stanton claims that she mailed the stipulation from "913 Louise St. Santa Ana, CA 92703," she claims to have signed her declaration while in "Fountain Valley." (BK Doc. 201, p. 42.)

However, The story gets worse. Avetoom claims in his declaration that: "Attached to my declaration as Exhibit "2" is a true and correct copy of the proposed stipulation **I sent** to Scott Talkov on July 15, 2022." (BK Doc. 201, p. 16, ¶ 6.)

**So who sent the discovery stipulation- was it Ami Stanton or Karl Avetoom (who is prohibited from serving his own documents)? The truth is that no one sent it.**

Avetoom seemingly hints at his delay in requesting any meet and confer on these added issues in his declaration that: "On July 15, 2022 I attempted to begin a meet and confer session, sending an email and letter with **the beginnings** of a proposed stipulation to Mr. Taklov [*sic*]." (BK Doc. 201, p. 15.)

It's no wonder that Debtor's counsel received no such stipulation in the mail: because it was never sent. (Decl. Talkov, ¶ 21.) Instead, Debtor's counsel received a standard #11 envelope postmarked on July 15, 2022 that contained only a three page withdrawal of the Microsoft Subpoena. (Decl. Talkov, Ex. 15.) Given that the stipulation is 20 pages, a 23-page, single sided document could not have fit in this envelope.

**TALKOV LAW**
2900 ADAMS ST STE C225
RIVERSIDE, CA 92504
TELEPHONE (951) 888-3300

**OPPOSITION TO AVETOOM'S DISCOVERY MOTIONS FOR 1) ORDER TO COMPEL DEPOSITION OF VAL FRIDMAN AND FOR SANCTIONS (BK DOC. 185); AND 2) SANCTIONS PRECLUDING DEBTOR'S USE OF EVIDENCE [ETC.] (BK DOC. 201); DECLARATIONS OF SCOTT TALKOV AND VAL FRIDMAN**

TALKOV LAW
2900 ADAMS ST STE C225
RIVERSIDE, CA 92504
TELEPHONE (951) 888-3300

Mr. Avetoom's attempt to avoid the meet and confer requirements of LBR 7026-1(c)(2) must fail due to non-compliance, the remainder of the motion is not properly before this Court.

This Court has required service above and beyond the statutory minimum as it relates to the Debtor's mail service of documents <u>already filed with the court</u> and downloadable by Avetoom 24 hours a day via PACER by requiring the Debtor to show overnight mail with tracking and supplemental proofs of service of the same. This Court should require the same of Mr. Avetoom to prevent the continued waste of judicial resources over service games.

### 2.    Notice of Debtor's Objection to Any Informal Proceeding Excusing Non-Compliance with LBR 7026-1(c)(2)

Throughout these proceedings, the Debtor has shown her great patience with the pro se creditor. However, there becomes a time where this Court need not indulge this very educated creditor holding a J.D., but having no license of any kind that is at risk no matter how extreme his litigation measures.

The law is that it is still the pro se litigant's burden to establish a proper legal basis for any relief sought or defense raised, and to follow the requirements of the Bankruptcy Code, Bankruptcy Rules, and Local Bankruptcy Rules. As the Ninth Circuit BAP explained: "<u>Pro se appellants are accorded some leeway, but **cannot ignore the Code and Rules, and the rules of this court**.</u>" *Arnold v. Gill* (In re Arnold), 252 B.R. 778, 781 n. 2 (9th Cir. BAP 2000). And, as always, the Court must be and has been careful not to act as either of the pro se litigants' advocate. See, e.g., *Jones v. Dole Food Co., Inc*., 827 F.Supp.2d 532, 536 (W.D.N.C.), *aff'd* 473 F. App'x 270 (4th Cir. 2012).

This Court clearly advised Mr. Avetoom that compliance with a local rule was required for this Court to entertain a discovery motion. No further indulgences need be entertained as to matters for which no compliance has been alleged or shown.

OPPOSITION TO AVETOOM'S DISCOVERY MOTIONS FOR 1) ORDER TO COMPEL DEPOSITION OF VAL FRIDMAN AND FOR SANCTIONS (BK DOC. 185); AND 2) SANCTIONS PRECLUDING DEBTOR'S USE OF EVIDENCE [ETC.] (BK DOC. 201); DECLARATIONS OF SCOTT TALKOV AND VAL FRIDMAN

TALKOV LAW
2900 ADAMS ST STE C225
RIVERSIDE, CA 92504
TELEPHONE (951) 888-3300

**C.    Even if This Court Indulged Mr. Avetoom, His Remaining Claims Would Have No Merit**

This Court need not lower its standards by ignoring the local rules to consider Avetoom's remaining theories as it wouldn't make any difference.

As an example, Avetoom titled his motion as though the discovery responses were "unverified." (BK Doc. 201, p. 6.) This is Avetoom's hyperbole in reference to emails voluntarily sent by Debtor's counsel providing additional information not requested in Avetoom's interrogatories. (Decl. Talkov, Ex. 14.) However, the verification of the formal responses is found right in Avetoom's production, as shown below from BK Doc. 201, p. 62:

Case 8:21-bk-10513-ES    Doc 201    Filed 07/22/22    Entered 07/22/22 09:18:40    Desc
Main Document    Page 62 of 77

**VERIFICATION**

I am the Debtor in the above-entitled action; I have read the foregoing DEBTOR'S SUPPLEMENTAL RESPONSES TO "PLAINTIFF [SIC] KARL AVETOOM'S INTERROGATORIES TO DEBTOR ROSA FRIDMAN (SET ONE)" and know the contents thereof.

I certify that the same is true of my own knowledge, except as to those matters which are therein stated upon my information or belief, and as to those matters, I believe it to be true.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct, and that this declaration was executed on the date written below.

Executed on July 14, 2022 at Huntington Beach, California.

Rosa Fridman

RIVERSIDE, CA 92504
TELEPHONE (951) 888-3300

Despite Avetoom's insinuation to the contrary, all interrogatories identified the same email address associated with the Skype account that Mr. Avetoom already subpoenaed, and that Microsoft already provided a notice to Rosa Fridman as the "account holder."

Further, Avetoom's motion claims that the Debtor should be precluded from using "untimely and incomplete discovery responses to Creditor's Special Interrogatories, including using declarations from the listed witnesses listed within the incomplete initial and partially unverified supplemental responses." However, no contention is made that the responses were not timely. Indeed, it is not

-12-

possible for a supplemental response to be untimely as the supplements are to be made as information is discovered. Among this information includes documents from Microsoft showing that Rosa was served by email with a notice to a Skype account holder. That document didn't exist at the time of the production, which was due several days earlier. (Decl. Talkov, Ex. 11.) It only existed after Avetoom served his subpoena several days after responses were provided.

This Court can easily dispose of this Mr. Avetoom's quibbling about discovery responses that were both proper and on issues he never sought to meet and confer in relation thereto.

### III.    CONCLUSION

Mr. Avetoom appears to know this bankruptcy raising only one-issue of the 522(f) motion is reaching its natural conclusion. In a desperate attempt to intimidate counsel for the Debtor, Mr. Avetoom stated to Scott Talkov on Friday, July 22, 2022 at around 3:25 p.m.: "**If you ever call my witnesses again, I will make sure that you don't practice law again**." (Decl. Talkov, ¶ 18.)

This gamesmanship should come to an end. Avetoom's kitchen sink discovery motion should be denied in full. Further, the attempt to compel the deposition of Val Fridman despite failure to serve should be denied, as well. If there is such a deposition, one hour by Zoom is more than sufficient.

Date: July 26, 2022

TALKOV LAW CORP

*Scott Talkov*
_____
Scott Talkov
Attorneys for Debtor Rosa A. Fridman

**TALKOV LAW**
2900 ADAMS ST STE C225
RIVERSIDE, CA 92504
TELEPHONE (951) 888-3300

-13-

## IV.    DECLARATION OF SCOTT TALKOV

I, Scott Talkov, declare:

1.    I am an attorney duly licensed to practice in all court of the State of California and am an Attorney with Talkov Law Corp., attorneys of record for Debtor, Rosa Fridman. The facts set forth herein are of my own personal knowledge and if sworn I could and would competently testify thereto.

**Karl Avetoom Has Access to Process Serves Who Videotape Their Transactions to Reduce Litigation**

2.    In early 2022, I was at Orange County Superior Court – Central Justice Center because there was an issue with alleged service on the Debtor by Karl Avetoom. Mr. Avetoom approached me and showed me a video of service at Rosa Fridman's condo on his cell phone. I believe the process server was Ronne Johnsen. This did in fact show that service had been completed and resolved the issue. It is obvious thar Karl Avetoom knows process severs who know how to take a video of an alleged service.

3.    At another hearing, in or about March 2022, the issue of service again arose as there was a claim that the Debtor was served without coming to the door. At the hearing, I asked Ronne Johnson under oath to show me video of his alleged service of Rosa Fridman. He replied by saying that he didn't have any video. However, he indicated that he does know how to video tape his service and does so regularly, but did not do so on this occasion.

4.    Currently, Ronne Johnson, is claiming that he served Val Fridman, but there is no video. Based on the history of this case, I have concluded that, if there had been actual service, there would be video proof.

**Debtor's Counsel Cannot Locate Avetoom's Star Witness, Who is Now Behind Bars and Facing a Domestic Violence Restraining Order for Beating His Wife**

5.    Attached hereto as Exhibit 1 is a true and correct copy of the email we received from ASAP Legal in response to our request to serve Barry Q. Brooks, the sole witness identified in Avetoom's second motion to dismiss as allegedly seeing Rosa Fridman not at her house during the

TALKOV LAW
2900 ADAMS ST STE C225
RIVERSIDE, CA 92504
TELEPHONE (951) 888-3300

-14-

**OPPOSITION TO AVETOOM'S DISCOVERY MOTIONS FOR 1) ORDER TO COMPEL DEPOSITION OF VAL FRIDMAN AND FOR SANCTIONS (BK DOC. 185); AND 2)  SANCTIONS PRECLUDING DEBTOR'S USE OF EVIDENCE [ETC.] (BK DOC. 201); DECLARATIONS OF SCOTT TALKOV AND VAL FRIDMAN**

**TALKOV LAW**
2900 ADAMS ST STE C225
RIVERSIDE, CA 92504
TELEPHONE (951) 888-3300

1  time she took her prebankruptcy counseling course. (BK Doc. 91.) The declaration was omitted, then

2  attached with the reply. (BK Doc. 99.) The email indicates "Address Attempted: 1910 Swan Dr, ,

3  Costa Mesa, CA 92626-4762. **Per subjects wife he no longer lives here. She said she just filed for**

4  **domestic violence and he's not allowed to be near property. Has no idea where he's living at the**

5  **moment."**

6        6.      Attached as Exhibit 2 is a true and correct copy of the domestic violence restraining

7  order request alleging at page 15, ¶ 7, that Barry Q. Brooks "forcefully punched me with dosed fists

8  to my head, arms and body repeatedly for several minutes. With the full force of his substantial girth,

9  he kicked me between my legs in my private area so hard that a very substantial bruise resulted and

10  required medical care. He used his leg with the power of his weight to kick me again directly to my

11  abdomen causing severe bruising. It is a fair and accurate characterization to describe the events of

12  May 28, 2022, which incepted at approximately 3:00 p.m. as a horrendous beating at the hands of this

13  giant man resulting in me having to be taken to hospital immediately by an ambulance."

14        7.      My review of the case file in the DVRO matter shows that the same attorney, Sandra

15  Nassar, representing Karl Avetoom in his motion to set aside his felony conviction for forgery related

16  to title washing (Adv. Doc. 78, p. 36) is also representing Barry Brooks in his DVRO matter.

17        8.      Attached as Exhibit 3 is a true and correct copy of the domestic violence restraining

18  order against Barry Brooks issued on June 3, 2022.

19        9.      Attached as Exhibit 4 is a true and correct copy of the domestic violence criminal case

20  against Barry Brooks relating to the same issue also filed in June 2022.

21                    **Ami Stanton Is Merely Another Debtor Before this Court**

22        10.      Attached as Exhibit 5 is a true and correct copy of Ami Stanton's bankruptcy docket

23  from U.S. Bankruptcy Court Central District of California (Santa Ana).

24                 **Gene Johnsen's Two Bankruptcies Were Dismissed by Erithe Smith**

25        11.      Attached as Exhibit 6 is a true and correct copy of Ronne Gene Johnsen's bankruptcy

26  dockets from U.S. Bankruptcy Court Central District of California (Santa Ana) in 2008 and 2010.

27

**OPPOSITION TO AVETOOM'S DISCOVERY MOTIONS FOR 1) ORDER TO COMPEL DEPOSITION OF
VAL FRIDMAN AND FOR SANCTIONS (BK DOC. 185); AND 2) SANCTIONS PRECLUDING DEBTOR'S
USE OF EVIDENCE [ETC.] (BK DOC. 201); DECLARATIONS OF SCOTT TALKOV AND VAL FRIDMAN**

**TALKOV LAW**
2900 ADAMS ST STE C225
RIVERSIDE, CA 92504
TELEPHONE (951) 888-3300

12.     Attached as Exhibit 7 is a true and correct copy of Ronne Gene Johnsen's criminal conviction where he plead guilty to Assault w/deadly weapon (245(a)(1) PC).

13.     Attached as Exhibit 8 is a true and correct copy of Ronne Gene Johnsen's case summary related to him (as a landlord) not providing sanitary conditions for his tenants.

14.     Attached as Exhibit 9 is a true and correct copy of Ronne Gene Johnsen's criminal case summary and charges.

15.     Attached as Exhibit 10 is a true and correct copy of Ronne Gene Johnsen's unlawful detainer summary register of actions where Mr. Johnsen was the tenant.

**Debtor's Supplemental Responses Provided Information in Compliance with the Code, Including Showing that Rosa Fridman Indeed Had a Skype Account**

16.     Attached as Exhibit 11 is a true and correct copy of Debtor's Supplemental Responses To "Plaintiff [sic] Karl Avetoom's Request For Production To Debtor Rosa Fridman (Set One)".

17.     Attached as Exhibit 12 is a true and correct copy of Debtor's Supplemental Responses To "Plaintiff [sic] Karl Avetoom's Interrogatories to Debtor Rosa Fridman (Set One)".

**Mr. Avetoom Attempted to Intimidate Debtor's Counsel by Threatening His Law License if He "Call[s His] Witnesses"**

18.     Mr. Avetoom stated to me by phone on Friday, July 22, 2022 at around 3:25 p.m.: "If you ever call my witnesses again, I will make sure that you don't practice law again." I informed Mr. Avetoom that I work in an office where others can hear my calls.

19.     Attached as Exhibit 13 is a true and correct copy of the emails between me and Karl Avetoom providing notice that there was no personal service of the Notice of Deposition of Val Fridman.

20.     Attached as Exhibit 14 is a true and correct copy of the emails between me and Mr. Avetoom regarding the "Meet and Confer for Discovery Stipulation".

21.     Attached as Exhibit 15 is a true and correct copy of the Creditor's Notice of Withdrawal of the Subpoena for Microsoft's Deposition that I received in the mail with the postmark

OPPOSITION TO AVETOOM'S DISCOVERY MOTIONS FOR 1) ORDER TO COMPEL DEPOSITION OF VAL FRIDMAN AND FOR SANCTIONS (BK DOC. 185); AND 2)  SANCTIONS PRECLUDING DEBTOR'S USE OF EVIDENCE [ETC.] (BK DOC. 201); DECLARATIONS OF SCOTT TALKOV AND VAL FRIDMAN

of July 15, 2022, which is supposedly the day that the discovery stipulation was sent. However, I never received any such stipulation in the mail. I am the only person at Talkov Law Corp. with a key to the mailbox at 2900 Adams St Ste C225, Riverside, CA 92504. Instead, I received a standard #11 envelope postmarked on July 15, 2022 that contained only a three page withdrawal of the Microsoft Subpoena. Given that the stipulation is 20 pages, a 23-page, single sided document could not have fit in this envelope. Mr. Avetoom informed me on the phone that he has no tracking number for his stipulation, supposing that stipulation would even be considered a "letter" that would trigger any duty to meet and confer within 7 days. Supposing it was sent and I had 7 days, that 7th day was Friday, July 22, 2022, even though Karl Avetoom already filed his motion earlier that same day.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 26, 2022, at Riverside, California.

*Scott Talkov*

Scott Talkov

**TALKOV LAW**
2900 ADAMS ST STE C225
RIVERSIDE, CA 92504
TELEPHONE (951) 888-3300

**OPPOSITION TO AVETOOM'S DISCOVERY MOTIONS FOR 1) ORDER TO COMPEL DEPOSITION OF VAL FRIDMAN AND FOR SANCTIONS (BK DOC. 185); AND 2)  SANCTIONS PRECLUDING DEBTOR'S USE OF EVIDENCE [ETC.] (BK DOC. 201); DECLARATIONS OF SCOTT TALKOV AND VAL FRIDMAN**

TALKOV LAW
2900 ADAMS ST STE C225
RIVERSIDE, CA 92504
TELEPHONE (951) 888-3300

## V.    DECLARATION OF VAL FRIDMAN

I, Val Fridman, declare:

1.    I am one of the two sons of Debtor, Rosa Fridman. The facts set forth herein are of my own personal knowledge and if sworn I could and would competently testify thereto.  This declaration does not constitute a waiver of any personal jurisdiction given that I have not been personally served with a subpoena.

2.    I have reviewed the pleading filed by Karl Avetoom as Doc. 185 alleging at page 39 that, on June 10, 2022: "Deponent VAL FRIDMAN was at the southeast corner of Mackenzie River when I pulled my vehicle alongside him. I exited my vehicle and followed the Deponent, VAL FRIDMAN, on foot and called his name. Deponent VAL FRIDMAN turned, faced me and answered his name. I informed the deponent I had a court subpoena for him. The Deponent initially attempted to avoid accepting the envelope containing the subpoena and money order, however I delivered the envelope containing the subpoena and money order in the amount of $49 for witness fees onto his person.  Deponent VAL FRIDMAN dropped the envelope containing the subpoena and money order in the street. Because there was a money order with the subpoena, I picked up the envelope containing the subpoena and money order and placed it on the front gate of Deponent's residence After I drove away I could see the Deponent VAL FRIDMAN immediately make a phone call on his cell phone.

**3.    In fact, this never occurred**. What occurred was that someone, who I now understand to be Ronne Johnson, called out my name while I was walking my dog and talking on the phone. I did not respond to this person. When I arrived at my house, there was a subpoena with a money order at my front door.

4.    It was my impression that whoever called my name while I was walking did not consider the incident to be lawful service and merely dropped the subpoena on my doorstep in the hopes that I would show up at the deposition, thereby mooting the fact that no service had occurred.

OPPOSITION TO AVETOOM'S DISCOVERY MOTIONS FOR 1) ORDER TO COMPEL DEPOSITION OF
VAL FRIDMAN AND FOR SANCTIONS (BK DOC. 185); AND 2)  SANCTIONS PRECLUDING DEBTOR'S
USE OF EVIDENCE [ETC.] (BK DOC. 201); DECLARATIONS OF SCOTT TALKOV AND VAL FRIDMAN

5.      In an abundance of caution, I informed Attorney Scott Talkov of the incident, and was copied on emails in relation thereto notifying Karl Avetoom that no service occurred. A true and correct copy of this email thread is attached as Exhibit 13.

6.      I was also informed that Mr. Talkov filed a motion for a protective order as BK Doc. 159.

7.      I am unable to attend a deposition in person and ask to be able to do it online due to the fact that I am in a high-risk group for COVID infection. I am 61 y/o and am taking medication that severely suppresses my immune system making me extremely vulnerable to outside infections.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 26, 2022 at Orange County, California.



Val Fridman

**TALKOV LAW**
2900 ADAMS ST STE C225
RIVERSIDE, CA 92504
TELEPHONE (951) 888-3300

**OPPOSITION TO AVETOOM'S DISCOVERY MOTIONS FOR 1) ORDER TO COMPEL DEPOSITION OF VAL FRIDMAN AND FOR SANCTIONS (BK DOC. 185); AND 2)  SANCTIONS PRECLUDING DEBTOR'S USE OF EVIDENCE [ETC.] (BK DOC. 201); DECLARATIONS OF SCOTT TALKOV AND VAL FRIDMAN**

# Exhibit 1



**New Diligence**

**laprocess@asaplegal.com** <laprocess@asaplegal.com>                    Mon, Jul 25, 2022 at 1:40 PM
To: assistant@talkovlaw.com

Workorder:: LA32017111

Reference
Number:       AVETOOM v FRIDMAN

Case
Number:       8:21-bk-10513-ES

Case Title:   KARL AVETOOM, MOVANT/CREDITOR vs ROSA FRIDMAN, RESPONDENT/DEBTOR

Job Type:     031 - RUSH PROCESS ( 24HRS ) - Today

Ordered By:   Noor Haleem - (951) 888-3500

Ordered
On:           7/25/2022

Servee:       BARRY Q. BROOKS

Documents:    SUBPOENA TO TESTIFY AT A DEPOSITION IN A BANKRUPTCY CASE (OR ADVERSARY
              PROCEEDING);

              Date: 7/25/2022
              Time: 1:36 PM
              Address Attempted: 1910 Swan Dr, , Costa Mesa, CA 926264762
              Per subjects wife he no longer lives here. She said she just filed for domestic violence and he's not allowed
              to be near property. Has no idea where he's living at the moment. ***YOUR REQUEST WILL BE PLACED
              ON HOLD PENDING FURTHER INSTRUCTIONS***



              Thank you for trusting ASAP Legal!


Please do not reply to this email. It was generated automatically.


              CLIENT PORTAL

# **Exhibit 2**

DocuSign Envelope ID: 8B9C4C3C-5E01-42DC-99AC-786103DE5A28

## DV-100 Request for Domestic Violence Restraining Order

**Instructions:** To ask for a domestic violence restraining order, you will need to complete this form and other forms. After you complete this form, see next steps on page 12.

Clerk stamps date here when form is filed.

**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
LAMOREAUX JUSTICE CENTER

JUN 0 3 2022

DAVID H. YAMASAKI, Clerk of the Court

BY:____T. JENSEN____;DEPUTY

**① Person Asking for Protection**

a. Your name: Nevine Brooks

b. Your age: 53

c. **⚠ Address where you can receive court papers**

(This address will be used by the court and by the person in ② to send you official court dates, orders, and papers. For privacy, you may use another address like a post office box or another person's address, if you have their permission and can get your mail regularly. If you have a lawyer, give their information.)

Address: 4695 MacArthur Court, Suite 450

City: Newport Beach,   State: CA   Zip: 92660

Fill in court name and street address:

Superior Court of California, County of ORANGE
Lamoreaux Justice Center
341 The City Drive South
Orange, CA 92868-3205

Court fills in case number when form is filed.

Case Number:
22 D003886

d. **⚠ Your contact information** *(optional)*

(The court could use this information to contact you. If you don't want the person in ② to have this information, leave it blank or provide a safe phone number or email address. If you have a lawyer, give their information.)

Telephone: 949-590-8100   Fax: 949-590-8101

Email Address: jwellman@sullivan-law.com

e. **Your lawyer's information** *(if you have one)*

Name: James Wellman, Esq.   State Bar No.: 116357

Firm Name: SULLIVAN LAW & ASSOCIATES

**② Person You Want Protection From**

a. Full Name: Barry Quintin Brooks

b. Age *(give estimate if you do not know exact age):* 58

c. Date of Birth *(if known):* 2/05/1963

d. Gender: ☑ M   ☐ F   ☐ Nonbinary

e. Race: White

**This is not a Court Order.**

Judicial Council of California, www.courts.ca.gov
Revised January 1, 2022, Mandatory Form
Family Code, § 6200 et seq.

**Request for Domestic Violence Restraining Order**
**(Domestic Violence Prevention)**

DV-100, Page 1 of 12

➡

*THIS CASE IS ASSIGNED FOR ALL PURPOSES TO COMMISSIONER PAUL MINERICH DEPT. L-71*

| Case Number: |
|---|
| 22 D003886 |

**③ Your Relationship to the Person in ②**

(If you do not have one of these relationships with the person in ②, you are not eligible for this type of restraining order. You may be eligible for another type of restraining order. Learn more at *www.courts.ca.gov/selfhelp-abuse.htm*.)

☑ *Check all that apply*

a. ☑ We have a child or children together

   *(names of children):* Rachel Brooks; Mark Brooks; Sarah Josephine Brooks; Elizabeth Hannah Brooks

b. ☑ We are married or registered domestic partners.

c. ☐ We used to be married or registered domestic partners.

d. ☐ We are dating or used to date.

e. ☐ We are or used to be engaged to be married.

f. ☐ We are related. The person in ② is my *(check all that apply):*

   ☐ Parent, stepparent, or parent-in-law          ☐ Brother, sister, sibling, or sibling-in-law

   ☐ Child, stepchild, or legally adopted child     ☐ Grandparent or grandparent-in-law

   ☐ Child's spouse                                 ☐ Grandchild or grandchild-in-law

g. ☑ We live together or used to live together. *(If checked, answer question below):*

   Have you lived together with the person in ② as a family or household (more than just roommates)?

   ☑ Yes   ☐ No   (If no, you do not qualify for this kind of restraining order unless you checked one of the other relationships listed above.)

**④ Other Restraining Orders and Court Cases**

a. Are there any restraining orders currently in place or that have expired in the last six months (examples: Did the police give you a restraining order that lasts a few days? Do you have one from the criminal court?)

   ☐ No

   ☑ Yes  *(If yes, give information below and attach a copy if you have one.)*

   (1) *(date of order):* 5/28/2022          *(date it expires):* 6/3/2022

   (2) *(date of order):* _____          *(date it expires):* _____

b. Are you involved in any other court case with the person in ②?

   ☑ No

   ☐ Yes  *(If you know, list where the case was filed (city, state, or tribe), the year it was filed, and case number.)*

   ☐ Custody _____

   ☐ Divorce _____

   ☐ Juvenile Court _____

   ☐ Criminal _____

   ☐ Other *(what kind of case?):* _____

**This is not a Court Order.**

DocuSign Envelope ID: 8B9C4C3C-5E01-42DC-99AC-YB9703BE8B29

**Case Number:**
22 D003886

## Describe Abuse

In this section, explain how the person in ② has been abusive. The judge will use this information to decide your request. Here are some examples of what "abuse" means under the law *(not a complete list):*

- harassed you
- made repeated unwanted contact with you
- tracked, controlled, or blocked your movements
- kept you from getting food or basic needs
- isolated you from friends, family, or other support
- made threats based on actual or suspected immigration status
- made you do something by force, threat, or intimidation
- stopped you from accessing or earning money

- hit, kicked, pushed, or bit you
- injured you or tried to
- threatened to hurt or kill you
- sexually abused you
- abused a pet or animal
- destroyed your property
- choked or strangled you
- abused your children

**⑤ Most recent abuse**

a. Date of abuse *(give an estimate if you don't know the exact date):* May 28, 2022

b. Did anyone else hear or see what happened on this day?
☐ I don't know   ☐ No   ☒ Yes   *(If yes, give names):* Rachel Brooks, Cody Price, and Sarah Brooks

c. Did the person in ② use or threaten to use a gun or other weapon?
☒ No   ☐ Yes   *(If yes, describe gun or weapon):* _____

d. Did the person in ② cause you any emotional or physical harm?
☐ No   ☒ Yes   *(If yes, describe harm):*
**Please see attached Declaration of Petitioner, Nevine Brooks attached concurrently herein.**

e. Did the police come? ☐ I don't know   ☐ No   ☒ Yes *(If the police gave you a restraining order, list it in ④.)*

f. Give more details about how the person in ② was abusive on this day. Details can include what was said, done, or sent to you (examples: text messages, emails, or pictures), how often something happened, etc.
**Please see attached Declaration of Petitioner, Nevine Brooks attached concurrently herein.**

_____
_____
_____
_____
_____
_____
_____
_____
_____

g. How often has the person in ② abused you like this?
☐ Just this once   ☐ 2–5 times   ☐ Weekly   ☒ Other: More than 5 times
Give dates or estimates of when it happened, if known:
**May 28, 2022 was the most terrifying beating. Respondent physically harmed Petitioner several times throughout the course of their relationship. Petitioner does not have specific dates as it has been too many times.**

**This is not a Court Order.**

**Request for Domestic Violence Restraining Order**
**(Domestic Violence Prevention)**
DV-100, Page 3 of 12 

DocuSign Envelope ID: 8B9C4C3C-5E01-42DC-99AC-7B6103DE5A26

**Case Number:**
22D003886

**⑥** **Has the person in ② abused you in a different way from the abuse you described in ⑤?**
**If yes, describe below.**

a. Date of abuse *(give an estimate if you don't know the exact date):* _____

b. Did anyone else hear or see what happened on this day?
   ☐ I don't know   ☐ No   ☐ Yes   *(If yes, give names):* _____

c. Did the person in ② use or threaten to use a gun or other weapon?
   ☐ No   ☐ Yes   *(If yes, describe gun or weapon):* _____

d. Did the person in ② cause you any emotional or physical harm?
   ☐ No   ☐ Yes   *(If yes, describe harm):*
   _____
   _____

e. Did the police come?   ☐ I don't know   ☐ No   ☐ Yes *(If the police gave you a restraining order, list it in ④.)*

f. Give more details about how the person in ② was abusive on this day. Details can include what was
   said, done, or sent to you (examples: text messages, emails, or pictures), how often something happened, etc.
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____

g. How often has the person in ② abused you like this?
   ☐ Just this once   ☐ 2–5 times   ☐ Weekly   ☐ Other: _____
   Give dates or estimates of when it happened, if known:
   _____
   _____

**This is not a Court Order.**

**Request for Domestic Violence Restraining Order**          DV-100, Page 4 of 12
                              **(Domestic Violence Prevention)**          

DocuSign Envelope ID: 8B9C4C3C-5E01-42DC-99AC-786103DE5A28

| Case Number: |
| --- |
| 22D003886 |

⑦ **Is there other abuse by the person in ② that you want the judge to know about? If yes, describe below.**

a. Date of abuse *(give an estimate if you don't know the exact date):* _____

b. Did anyone else hear or see what happened on this day?
☐ I don't know   ☐ No   ☐ Yes   *(If yes, give names):* _____

c. Did the person in ② use or threaten to use a gun or other weapon?
☐ No   ☐ Yes   *(If yes, describe gun or weapon):* _____

d. Did the person in ② cause you any emotional or physical harm?
☐ No   ☐ Yes   *(If yes, describe harm):* _____
_____

e. Did the police come? ☐ I don't know   ☐ No   ☐ Yes *(If the police gave you a restraining order, list it in ④.)*

f. Give more details about how the person in ② was abusive on this day. Details can include what was said, done, or sent to you (examples: text messages, emails, or pictures), how often something happened, etc.
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

g. How often has the person in ② abused you like this?

☐ Just this once   ☐ 2–5 times   ☐ Weekly   ☐ Other: _____
Give dates or estimates of when it happened, if known:
_____
_____

☐ **Check this box if you need more space to describe the abuse.** You can use form DV-101, *Description of Abuse*, and turn it in with this form. You can also use a separate sheet of paper, write "Describe Abuse" abuse at the top, and turn it in with this form.

**This is not a Court Order.**

DocuSign Envelope ID: 8B9C4C3C-5E01-42DC-99AC-788103DE5A28

Case Number:
**22D003886**

**(8) Other Protected People**

Do you want the restraining order to protect your children, family, or someone you live with?

a. ☐ No

b. ☑ Yes *(If yes, complete the section below):*

(1)

| Full name | Age | Relationship to you | Lives with you? |
|---|---|---|---|
| Rachel Lauren Brooks | 23 | Daughter | ☑ Yes ☐ No |
| Mark Adam Brooks | 22 | Son | ☑ Yes ☐ No |
| Sarah Josephine Brooks | 15 | Daughter | ☑ Yes ☐ No |
| Elizabeth Hannah Brooks | 13 | Daughter | ☑ Yes ☐ No |

☑ Check this box if you need to list more people. Use a separate piece of paper and write "DV-100, Other Protected People" at the top. Turn it in with this form.

(2) Why do these people need protection?

Please see attached Declaration of Petitioner, Nevine Brooks, Declaration of Rachel Brooks, Declaration of Cody Price, and Declaration of Michell Albers attached concurrently herein.

**(9) Does Person in (2) Have Firearms (Guns) or Ammunition?**

a. ☐ I don't know

b. ☐ No

c. ☑ Yes *(If you have information, complete the section below.)*

(1) Describe firearms or ammunition *(examples: long, short, black, silver, handgun, rifle, semiautomatic):*

(2) Number of firearms or ammunition, if known:

(3) Where they are located or stored, if known: Petitioner is informed that all firearms have been confiscated by Police authorities at the time Respondent was arrested on May 28, 2022.

**This is not a Court Order.**

DocuSign Envelope ID: 8B9C4C3C-5E01-42DC-99AC-7B61b3DE5A28

Case Number:
22D 003886

---

## Choose the Orders That You Want a Judge to Make

In this section, you will choose the orders you want a judge to make now. Every situation is different. Choose the orders that fit your situation.

---

☑ *Check all the orders that you want a judge to make (order).*

**(10)** ☑ **Order to Not Abuse**

I ask the judge to order the person in ② to not do the following things to me or anyone listed in ⑧:

Harass, attack, strike, threaten, assault (sexually or otherwise), hit, follow, stalk, molest, destroy personal property, keep under surveillance, impersonate (on the internet, electronically, or otherwise), block movements, annoy by phone or other electronic means (including repeatedly contact), or disturb the peace.

**Disturbing the peace includes, but is not limited to:**

- Isolating you from friends, relatives, or other support; keeping you from food or basic needs; controlling or keeping track of you, including your movements, contacts, actions, money, or access to services; and making you do something by force, threat, or intimidation, including threats related to actual or suspected immigration status.
- Destroying your mental or emotional well-being. This can be done directly or indirectly, such as through someone else. This can also be done in any way, including by phone, text, or online.

**(11)** ☑ **No-Contact Order**

I ask the judge to order the person in ② to not contact me or anyone listed in ⑧.

**(12)** ☑ **Stay-Away Order**

a. I ask the judge to order the person in ② to stay away from:

☑ *Check all that apply*

☑ Me.                          ☑ My vehicle.                    ☑ My children's school or childcare.
☑ My home.                     ☐ My school.                     ☐ Other *(please explain):*
☑ My job or workplace.         ☑ Each person in ⑧.             _____

b. How far do you want the person to stay away from all the places you checked above? ☑ 100 yards (300 feet)   ☐ Other *(give distance in yards):* _____

---

**This is not a Court Order.**

DocuSign Envelope ID: 8B9C4C3C-5E01-42DC-99AC-766103DE5A28

**Case Number:**
22 D003886

**(12)** **Stay-Away Order (continued)**

c. Do you and the person in ② live together or live close to each other?

☐ No  ☑ Yes *(If yes, check one):*

    ☑ Live together *(If you live together, you can ask that the person in ② move out in ⑬ .)*

    ☐ Live in the same building, but not in the same home

    ☐ Live in the same neighborhood

    ☐ Other *(please explain):* _____

d. Do you and the person in ② have the same workplace or go to the same school?

☑ No  ☐ Yes *(If yes, check all that apply):*

    ☐ Work together at *(name of company):* _____

    ☐ Go to the same school *(name of school):* _____

    ☐ Other *(please explain):* _____

**(13)** ☑ **Order to Move Out**

a. I ask the judge to order the person in ② to move out of the home, located at:

*(Give address):* 1910 Swan Drive, Costa Mesa, CA 92626 _____

b. I have a right to live at this address because:

☑ *Check all that apply*

☑ I own the home.     ☐ I have lived at this address for _____ years, _____ months.

☐ My name is on the lease.     ☐ I pay for some or all the rent or mortgage.

☑ I live at this address with my child(ren).     ☑ Other *(please explain):* Petitioner's father pays for mortgage

**(14)** ☑ **Other Orders**

*(Describe any additional orders you want the judge to make to keep you, your children, or the people in ⑧ safe.):*
No visitation with minor children pending evidentiary hearing.

_____

_____

**(15)** ☐ **Child Custody and Visitation**

Check this box if you have a child with the person in ② and want the court to make or change a child custody/
visitation order. You must also fill out form DV-105, *Request for Child Custody and Visitation Orders*, and attach

**This is not a Court Order.**



DocuSign Envelope ID: 8B9C4C3C-5E01-42DC-99AC-7B6103DE5A28

Case Number:

**22D003886**

**⑯ ☐ Protect Animals**

a. (You may ask the court to protect your animals, your children's animals, or the person in ②'s animals.)

| Name *(or other way to ID animal)* | Type of animal | Breed *(if known)* | Color |
|---|---|---|---|
| (1) _____ | _____ | _____ | _____ |
| (2) _____ | _____ | _____ | _____ |
| (3) _____ | _____ | _____ | _____ |
| (4) _____ | _____ | _____ | _____ |

b. I ask the judge to protect the animals listed above by ordering the person in ② to:

☑ *Check all that apply*

(1) ☐ Stay away from the animals by at least:
☐ 100 yards (300 feet)   ☐ Other *(give distance in yards)*: _____

(2) ☐ Not take, sell, hide, molest, attack, strike, threaten, harm, get rid of, transfer, or borrow against the animals.

(3) ☐ Give me sole possession, care, and control of the animals because *(check all that apply)*:
☐ Person in ② abuses the animals.   ☐ I take care of these animals.
☐ I purchased these animals.   ☐ Other *(please explain)*: _____

**⑰ ☑ Control of Property**

a. I ask the judge to give **only me** temporary use, possession, and control of the property listed here *(describe)*:
**1910 Swan Drive, Costa Mesa, CA 92626**

b. Explain why you want control of the property you listed:
**Petitioner lives in the marital home with children and Petitioner's father pays for mortgage.**

**⑱ ☐ Health and Other Insurance**

I ask the judge to order the person in ② to **not** make any changes to any insurance or other coverage for me, the person in ②, or our children, including not being allowed to cancel, cash, borrow against, transfer, dispose of, or change the beneficiaries for the insurance.

**⑲ ☑ Record Communications**

I ask the judge to allow me to record calls or communications the person in ② makes to me, when those calls or communications violate this restraining order.

**This is not a Court Order.**

DocuSign Envelope ID: 8B9C4C3C-5E01-42DC-99AC-7B6103DE5A28

Case Number:
**22D003886**

**(20)** ☑ **Property Restraint** *(only if you are married or a registered domestic partner with the person in ②.)*

I ask the judge to order the person in ② not to borrow against, sell, hide, or get rid of or destroy any possessions or property, except in the usual course of business or for necessities of life. I also ask the judge to order the person in ② to notify me of any new or big expenses and to explain them to the court.

**(21)** ☐ **Extend My Deadline to Give Notice to Person in ②**

(Usually, the judge will give you about two weeks to give notice, or to "serve" the person in ② of your request. If you need more time to serve, the judge may be able to give you a few extra days.)

I ask the judge to give me more time to serve the person in ② because *(explain why you need more time):*

_____

_____

**(22)** ☐ **Pay Debts (Bills) Owed for Property**

(If you want the person in ② to pay any debts owed for property, list them and explain why. The amount can be for the entire bill or only a portion. Some examples include rent, mortgage, car payment, etc.)

a. I ask the judge to order the person in ② to make these payments while the restraining order is in effect:

(1) Pay to: _____ For: _____ Amount: $ _____ Due date: _____

(2) Pay to: _____ For: _____ Amount: $ _____ Due date: _____

(3) Pay to: _____ For: _____ Amount: $ _____ Due date: _____

Explain why you want the person in ② to pay the debts listed above:

_____

_____

b. **Special decision (finding) by the judge if you did not agree to the debt** *(optional)*

(If you did not agree to the debt or debts listed above, you can ask the judge to decide (find) that one or more debts was made without your permission and resulted from the person in ②'s abuse. This may help you defend against the debt if you are sued in another case.)

Do you want the judge to make this special decision (finding)?

☐ No    ☐ Yes    *(If yes, answer the questions below.)*

(1) Which of the debts listed above resulted from the abuse? *(check all that apply)*:

☐ a(1)    ☐ a(2)    ☐ a(3)

(2) Do you know how the person in ② made the debt or debts?

☐ No    ☐ Yes

*(If yes, explain how the person in ② made the debt or debts):*

_____

_____

**This is not a Court Order.**

DocuSign Envelope ID: 8B9C4C3C-5E01-42DC-99AC-7B6103DE5A26

**Case Number:**

22D003886

---

## Orders That You Want a Judge to Make at Your Court Date

Below is a list of orders that a judge cannot make right away but can make at your court date in a few weeks. The person in ② must be notified of your court date before the judge can consider making any of the orders listed below. Check all the orders that you want the judge to make at your court date.

---

**(23)** ☐ **Pay Expenses Caused by the Abuse**

I ask the judge to order the person in ② to pay for things **caused directly** by the person in ② (damaged property, medical care, counseling, temporary housing, etc.). Bring proof of these amounts to your court date.

| Pay to: _____ | For: _____ | Amount: $ _____ |
| Pay to: _____ | For: _____ | Amount: $ _____ |
| Pay to: _____ | For: _____ | Amount: $ _____ |

**(24)** ☐ **Child Support** *(this only applies if you have a minor child with the person in ②)*

  ☑ *Check all that apply*

a. ☐ I do not have a child support order and I want one.

b. ☐ I have a child support order and I want it changed *(attach a copy if you have one).*

c. ☐ I now receive or have applied for TANF, Welfare, or CalWORKS.

**(25)** ☐ **Spousal Support** *(this only applies if you are married or a registered domestic partner with person in ②)*

I ask the judge to order the person in ② to give me financial assistance.

**(26)** ☑ **Lawyer's Fees and Costs**

I ask that the person in ② pay for some or all of my lawyer's fees and costs.

**(27)** ☑ **Batterer Intervention Program**

I ask the judge to order the person listed in ② to go to a 52-week batterer intervention program. (The goal of a batterer's intervention program is to stop abuse. There are weekly classes to teach accountability, abuse effects, and gender roles. If ordered to complete this program, the person in ② would have to show proof to the judge that they enrolled and completed the program.)

**(28)** ☐ **Transfer of Wireless Phone Account**

(If the person in ② holds the rights to your cell phone account, you can ask the judge to transfer your number or your child's number to you. This means you will be financially responsible for these accounts. If you want to have control over a mobile device, like a cell phone, make this request at ⑰.)

I ask the judge to order the wireless service provider to transfer the billing responsibility and rights to the wireless phone numbers listed below to me because the account currently belongs to the person in ②:

a. ☐ My number   ☐ Number of child in my care   (including area code): _____

b. ☐ My number   ☐ Number of child in my care   (including area code): _____

---

**This is not a Court Order.**

---

**Request for Domestic Violence Restraining Order**
**(Domestic Violence Prevention)**

DocuSign Envelope ID: 8B9C4C3C-5E01-42DC-99AC-7B6103DE5A28

Case Number:
22 D 003886

---

## Automatic Orders That a Judge Can Make Right Away

**(29) No Guns, Other Firearms, or Ammunition**

If the judge grants you a restraining order, the person in (2) must sell or turn in any firearms that they have or control. The person in (2) would also be prohibited from buying firearms and ammunition.

**(30) Cannot Look for Protected People**

If the judge grants you a restraining order, the person in (2) will not be allowed to look for the address or location of any person protected by the restraining order, unless the court finds good cause not to make this order.

---

**(31) Additional pages**

If you used additional paper or forms, enter the number of extra pages attached to this form: _____

**(32) Your signature**

I declare under penalty of perjury under the laws of the State of California that the information above is true and correct.

Date: 6/2/2022

Nevine Brooks
_Type or print your name_

DocuSigned by:
_Signature_

**(33) Your lawyer's signature** *(if you have one)*

Date: 6/2/2022

James Wellman, Esq.
_Lawyer's name_

DocuSigned by:
James Wellman
_Lawyer's signature_

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## Your Next Steps

**❶ You must complete at least three additional forms:**
- <u>Form DV-110</u>, *Temporary Restraining Order (only items 1, 2 and 3)*
- <u>Form DV-109</u>, *Notice of Court Hearing (only items 1 and 2)*
- <u>Form CLETS-001</u>, *Confidential CLETS Information*
- **If you are asking for child custody and visitation, you must complete** <u>form DV-105</u>, *Request for Child Custody and Visitation Orders* and <u>form DV-140</u>, *Child Custody and Visitation Order.*

**❷** Turn in your completed forms to the court. Find out when your forms will be ready for pick up.

**❸** Once you get your forms back from the court, have someone "serve" a copy of all forms on the person in (2). The sheriff or marshal can do this for free. Learn more about how to "serve" your papers and prepare for your court date: <u>https://selfhelp.courts.ca.gov/sheriff-serves-your-request-restraining-order.</u>

**❹** If you are asking for child support, spousal support, or lawyer's fees, you must also complete <u>form FL-150</u>, *Income and Expense Declaration.* If you are only asking for child support (item 23), you may be eligible to fill out a simpler form, FL-155. Read form DV-570 to see if you are eligible. Turn in your completed form to the court before your court date. You must also have someone mail or personally deliver a copy to the person in (2).

**This is not a Court Order.**

DocuSign Envelope ID: 8B9C4C3C-5E01-42DC-99AC-7B6103DE5A28

DV-100- Other Protected People

Case No. ___ 2 2 D 0 0 3 8 8 6

Marriage of Brooks

| Full Name | Age | Relationship to You | Lives with you? |
|-----------|-----|---------------------|-----------------|
| Gigi Angelo | 75 | Mother | Yes |

-1-

**DV-100- OTHER PROTECTED PEOPLE**

In re Marriage of Brooks                    CASE NO. _____

SULLIVAN LAW & ASSOCIATES
4695 MACARTHUR COURT, SUITE 450
NEWPORT BEACH, CA 92660
(949) 590-8100
FAX (949) 590-8101

DocuSign Envelope ID: 8B9C4C3C-5E01-42DC-99AC-7B6103DE5A28

SULLIVAN LAW & ASSOCIATES
James Wellman, Esq., SBN 116357
4695 MacArthur Court, Suite 450
Newport Beach, CA 92660
Tel: (949) 590-8100
Fax: (949) 590-8101

Attorneys for Petitioner,
NEVINE BROOKS

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

### IN AND FOR THE COUNTY OF ORANGE COUNTY- LAMOREAUX JUSTICE CENTER

| | |
|---|---|
| In Re Marriage of:<br><br>NEVINE BROOKS,<br><br>    Petitioner,<br><br>vs.<br><br>BARRY BROOKS,<br><br>    Respondent. | Case No. 22 D003886<br><br>DECLARATION OF NEVINE BROOKS IN SUPPORT OF EX PARTE REQUEST FOR DOMESTIC VIOLENCE RESTRAINING ORDER<br><br>Date: June 1, 2022<br>Time: 8:30 a.m. |

I, NEVINE BROOKS, declare as follows:

1. I am the Petitioner in this matter. I know the facts declared herein to be true and of my own personal knowledge and belief, except for those facts which are stated on information and belief, and to those facts, I believe them to be true. If called as a witness, I could and would competently testify thereto. I offer the within declaration in lieu of personal testimony, pursuant to *California Code of Civil Procedure*, Section 2009; *Reifler v. Superior Court* (1974) 39 Cal.App.3d 479; and *Marriage of Stevenot* (1984) 154 Cal.App.3d 1051.

<u>REQUESTED RELIEF:</u>

2. I respectfully request that this Court issue emergency temporary restraining orders which require Mr. Brooks to stay 100 yards away from myself. I am further seeking the Court add each of our four children as protected persons under the orders I am requesting.

-1-

3.    I respectfully request that I be granted sole legal and physical custody of our two minor children with no visitation to Mr. Brooks pending the evidentiary hearing which will presumptively be set by the court in this matter. I additionally am requesting that I immediately be granted exclusive possession of 1910 Swan Drive, Costa Mesa, CA.

BACKGROUND:

4.    I have been married to Respondent, Barry Brooks for 27 years. We have 4 children, two adults and two minor daughters. Until May 28, 2022, all six of us lived together at our home at 1910 Swan Drive, Costa Mesa, CA 92626.

5.    Mr. Brooks is a former Los Angeles Police Officer and a physically intimidating man standing over 6-feet tall and weighing approximately 280 lbs. He is a weightlifter and I believe he is also a user of steroids. He has been trained both by the military and his law enforcement career in the art of physical combat and owns a variety of firearms and weaponry and has been afforded licenses to carry firearms based upon his prior law enforcement service.

6.    I am a woman half of his size and over the years I have been the subject of physical and emotional abuse which causes me to be constantly fearful of his unpredictable temper and violent tendencies. Mr. Brooks has been a controlling and domineering husband habitually threatening me and causing me to "walk on eggshells" always careful not to trigger his volcanic temper.

7.    On May 28, 2022, at the Swan Drive home, Mr. Brooks erupted into a violent rage attacking me physically resulting in severe personal injuries. He forcefully punched me with closed fists to my head, arms and body repeatedly for several minutes. With the full force of his substantial girth, he kicked me between my legs in my private area so hard that a very substantial bruise resulted and required medical care. He used his leg with the power of his weight to kick me again directly to my abdomen causing severe bruising. It is a fair and accurate characterization to describe the events of May 28, 2022, which incepted at approximately 3:00 p.m. as a horrendous beating at the hands of this giant man resulting in me having to be taken to hospital immediately by an ambulance.

8.    Both my adult daughter, Rachel Brooks, and her fiancé, Cody Price, were present in the same kitchen area of the Swan Drive home when I suffered this beating at the hands of Mr. Brooks and

SULLIVAN LAW & ASSOCIATES
4695 MacArthur Court, Suite 450
Newport Beach, CA 92660
(949) 590-8100
FAX (949) 590-8101

-2-

DECLARATION OF NEVINE BROOKS IN SUPPORT OF EX PARTE REQUEST FOR DOMESTIC VIOLENCE RESTRAINING ORDER

In re Marriage of Brooks                                          CASE NO. _____

22D003886

SULLIVAN LAW & ASSOCIATES
4695 MacArthur Court, Suite 450
Newport Beach, CA 92660
(949) 590-8100
FAX (949) 590-8101

1   both witnessed the beating.  Each are attaching declarations corroborating the recitation of facts I am

2   submitting herewith to the court as to the seriousness of this event and facts and circumstances

3   surrounding it and details which corroborate that I am in very real and constant fear of Mr. Brooks due

4   to this incident and his abusive behavior preceding it.

5       9.      The impetus of Mr. Brooks' rage is also quite disturbing.  He and I began a disagreement

6   about me leaving to take the children to Lake Arrowhead for a Memorial Day outing because Mr.

7   Brooks objected to me not being able to stay home with him somehow sparking an outrage by him

8   suggesting that my father was a deviant when in fact my father is a wonderful man, has financially

9   supported Mr. Brooks and I when we had hardships and otherwise and of course his lambasting my

10  father caused me to engage in the argument to defend my father.  Mr. Brooks has a venomous reaction

11  to anything involving my father and apparently this sparked his physical beating of me.

12      10.     In addition to the violence, as Mr. Brooks was wielding fists and kicks to my body he

13  stated loudly and clearly "I am going to kill you".  He additionally stated he was going to kill my father.

14  He did so in a very serious, loud and definitive manner that I believed then, and still do believe, that

15  when and if given the opportunity, he may very well try to kill myself, my father and possibly even our

16  children.  He is a dangerous and scary man.

17      11.     The physical assault I have described probably lasted a few minutes, but it seemed like

18  hours.  I finally screamed to my 15-year-old daughter who was in the next room to "call 911" which she

19  did and concurrently and abruptly caused Mr. Brooks to stop the beating and plead with me not to call

20  authorities.  Fortunately, my daughter did call the authorities via the 911 emergency number and again

21  fortunately there was a very quick reaction from the necessary first responders.

22      12.     Indeed, it seemed only moments before some 10 police cars came to our home and a

23  helicopter was circulating above.  A fire department dispatch arrived as well.  Officers came to me and

24  my families rescue, immediately secured me away from Mr. Brooks and from the scary and near-death

25  experience, came to an end because of the prompt response of the police, the fire department, and

26  shortly thereafter an ambulance which took me to the hospital.  At the time I was bleeding, distraught,

27  in shock and badly injured.

28

-3-

DECLARATION OF NEVINE BROOKS IN SUPPORT OF EX PARTE REQUEST FOR DOMESTIC VIOLENCE
RESTRAINING ORDER

In re Marriage of Brooks                                    CASE NO. _____

'22D003886

13.    At the hospital, I was informed that Mr. Brooks was arrested and taken into custody. I understand an immediate Criminal Emergency Protective Order was issued by police authorities which was effective from May 28, 2022, through and including June 3, 2022. A true and correct copy of the EPO is attached hereto as Exhibit "A". As of the writing of this declaration, I believe that Mr. Brooks remains in custody. I have also been informed that he has been criminally domestic battery.

14.    I am attaching herewith as Exhibit "B", photographs which I have been provided with which were taken by personnel at the hospital shortly after I arrived for medical care on May 28, 2022, by an ambulance after the beating incident. As is apparent from the photographs, I sustained severe injuries from the beating and two of the more focused areas of injury are to my private body parts including my vaginal area and lower abdomen. I have a cut mouth, injuries to my nose and arms. I have a sprained thumb as well. I have been in severe pain from the beating since May 28, 2022 and while subsiding now is still very troubling and managed only with pain medications.

15.    The incident I relate to this court took place in front of both my adult daughter, Rachel and her fiancé, Cody Price. Additionally, my 15-year-old daughter was in the next room and heard everything and my other adult son was upstairs also able to hear it but not visually see what was occurring.

CONCLUSION:

16.    I am asking the court for an emergency temporary restraining order to grant me exclusive use of the home on Swan Drive and to give me sole legal and physical custody of our two minor children with no visitation to Mr. Brooks pending the evidentiary hearing to be set on this matter.

17.    I am asking that Mr. Brooks be issued a stay away order from myself, the other protected persons including all four of our children, from the home at Swan Drive and from our minor children's school. Mr. Brooks is dangerous, trained in the art of causing substantial bodily harm to others and has openly threatened to kill myself, my father and may very well carry out such threats and harm our children as well.

///

SULLIVAN LAW & ASSOCIATES
4695 MacArthur Court, Suite 450
Newport Beach, CA 92660
(949) 590-8100
FAX (949) 590-8101

-4-

DECLARATION OF NEVINE BROOKS IN SUPPORT OF EX PARTE REQUEST FOR DOMESTIC VIOLENCE RESTRAINING ORDER

In re Marriage of Brooks                                    CASE NO. _____

22D003886

DocuSign Envelope ID: 8B9C4C3C-5E01-42DC-99AC-7B6103DE5A28

18.    I am in genuine and immediate fear of Mr. Brooks and fear retaliation from him for seeking these orders and for his having been arrested and charged with crimes for the violence he as committed. I implore to this court to please grant me the orders which will afford me the protection I need in order to be shielded from the grave risk to my life and to the lives of my children.

Executed on this 2nd day of June 2022, at Orange County, California. I declare under penalty of perjury that the forgoing is true and correct.

DocuSigned by:

Nevine Brooks
Petitioner/Declarant

SULLIVAN LAW & ASSOCIATES
4695 MACARTHUR COURT, SUITE 450
NEWPORT BEACH, CA 92660
(949) 590-8100
FAX (949) 590-8101

-5-

DECLARATION OF NEVINE BROOKS IN SUPPORT OF EX PARTE REQUEST FOR DOMESTIC VIOLENCE RESTRAINING ORDER

In re Marriage of Brooks

CASE NO.
22D003886

DocuSign Envelope ID: 8B9C4C3C-5E01-42DC-99AC-7B6103DE5A28

# EXHIBIT "A"

22D003886

DR Number:

## CITY OF COSTA MESA
# POLICE DEPARTMENT GOVERNMENT CODE 13959

Date:

Dear (Victim),

Section 13959 of the Government Code has established a program to compensate and assist in rehabilitation of California residents who have suffered financial loss as the result of crime.

If you, or someone in your family has suffered injury or death as a result of crime, you may qualify for compensation by the State. Reimbursement may be sought for wage losses, medical aid, psychological care and burial expense.

Victim/Witness Assistance Services are available to you at no cost, and are designed to help you with many of the problems you may be faced with as a victim of crime. They will assist you in filing claims, will provide continuing support and information and referral services.

The Victim/Witness Assistance Program in Orange County has offices in each of the six courthouses in the County. In addition, they have a 24-hour Rape Crises Hotline (714) 957-2737.

If you are facing difficulties as a result of a crime, please contact the Victim/Witness Assistance office nearest you.

For further information regarding this program, please contact:

West Justice Center
8141 13th Street
Westminster, CA 92683

(714) 896-7188
Monday - Friday, 8:00 a.m. - 5:00 p.m.

Victim's Name: _____   Advised: ☑ Yes   ☐ No

Address: _____

Signature: _____

Officer's Name: ___ BROWN   Serial Number: _____

**EPO-001**   ONE copy to court, ONE copy to restrained person, ONE copy to protected person, ONE copy to issuing agency

**EMERGENCY PROTECTIVE ORDER** *(See reverse for important notices.)*

LAW ENFORCEMENT CASE NUMBER:

1. **PROTECTED PERSONS** *(insert names of all persons protected by this Order):*
   NEVIN BROCK

2. **RESTRAINED PERSON** *(name):* BRADLEY BROCK

   Sex: ☒M ☐F   Ht: 6 00   Wt: 260   Hair color: Bro   Eye color: Bro   Race: c   Age: 54   Date of birth:

3. **TO THE RESTRAINED PERSON:**
   a. ☒ **YOU MUST NOT** harass, attack, strike, threaten, assault (sexually or otherwise), hit, follow, stalk, molest, destroy any personal property of, disturb the peace of, keep under surveillance, or block the movements of each person named in item 1.
   b. ☒ **YOU MUST NOT** contact, either directly or indirectly, by any means, including but not limited to by telephone, mail, e-mail or other electronic means, any person named in item 1.
   c. ☒ **YOU MUST** ☒ stay away at least: 100 yards from each person named in item 1.
      ☒ stay away at least: 100 yards from   ☐ move out immediately from
      *(address):* 1910 SWAN DRIVE
   d. **YOU MUST NOT** own, possess, purchase, receive, or attempt to purchase or receive any firearm or ammunition. If you have any firearms, you must turn them in to a law enforcement agency or sell them to, or store them with, a licensed gun dealer.
   e. **YOU MUST NOT** take any action, directly or through others, to obtain the addresses or locations of any person named in item 1.

4. ☐ *(Name):* N/A   is given temporary care and control of the following minor children of the parties *(names and ages):* N/A

5. **THIS ORDER WILL EXPIRE AT THE CLOSE OF THE COURT BUSINESS DAY ON:** JUNE 9, 2022

6. **TO THE PROTECTED PERSON:** If you need protection for a longer period of time, you must request restraining orders from the court in the county where you live.
   INSERT DATE OF FIFTH COURT DAY OR SEVENTH CALENDAR DAY, WHICHEVER IS EARLIER. DO NOT COUNT DAY THE ORDER IS GRANTED

   *(Name and address of court):* OC Lamoreaux Justice Center, 341 The City Drive South, Orange, CA 92868

   If you go to court to request restraining orders, take your copy of this form with you. If a juvenile petition is pending, file in that court.

7. Reasonable grounds for the issuance of this Order exist, and an emergency protective order is necessary to prevent the occurrence or recurrence of domestic violence, child abuse, child abduction, elder or dependent adult abuse, or stalking.

8. Judicial officer *(name):* D. YAFE   granted this Order on *(date):* 5-28-22   at *(time):* 1800

**APPLICATION**

9. The events that caused the protected person to fear immediate and present danger of domestic violence, child abuse, child abduction, elder or dependent adult abuse (except solely financial abuse), or stalking are *(give facts and dates; specify weapons):*

10. ☒ Firearms were: ☐ observed   ☐ reported   ☐ searched for   ☒ seized

11. ☐ The person to be protected lives with the person to be restrained and requests an order that the restrained person move out immediately from the address in item 3c. N/A

12. ☐ The person to be protected has minor children in common with the person to be restrained, and a temporary custody order is requested because of the facts alleged in item 9. A custody order ☐ does   ☐ does not   exist. N/A

   By: D. BROWN   (762)   ►   (SIGNATURE OF LAW ENFORCEMENT OFFICER)
   (PRINT NAME OF LAW ENFORCEMENT OFFICER)

   Agency: CMPD   Telephone No.:   Badge No.:

**PROOF OF SERVICE**

13. Person served *(name):* BRADLEY BROCK

14. I personally delivered copies of this Order to the person served as follows:   Date:   Time:
    Address:

15. At the time of service, I was at least 18 years of age and not a party to this cause. ☒ I am a California law enforcement officer.

16. My name, address, and telephone number are *(this does not have to be server's home telephone number or address):*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date:

   ►
   (TYPE OR PRINT NAME OF SERVER)   (SIGNATURE OF SERVER)   Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
EPO-001 [Rev. January 1, 2014]
Approved by DOJ
SD 98 Rev. 10/15 (2992-42 Costa Mesa)

**EMERGENCY PROTECTIVE ORDER (CLETS–EPO)**
**(Domestic Violence, Child Abuse, Elder or Dependent Adult Abuse, or Stalking)**

Family Code, §§ 6240–6275;
Penal Code, § 646.91
www.courts.ca.gov

2 D 0 0 3 8 8 6

## EMERGENCY PROTECTIVE ORDER
# WARNINGS AND INFORMATION

EPO-001

**TO THE RESTRAINED PERSON:** VIOLATION OF THIS ORDER IS A MISDEMEANOR PUNISHABLE BY A $1,000 FINE, ONE YEAR IN JAIL, OR BOTH, OR IT MAY BE PUNISHABLE AS A FELONY. THIS PROTECTIVE ORDER SHALL BE ENFORCED BY ALL LAW ENFORCEMENT OFFICERS IN THE STATE OF CALIFORNIA WHO ARE AWARE OF OR SHOWN A COPY OF THE ORDER. THE TERMS AND CONDITIONS OF THIS ORDER REMAIN ENFORCEABLE REGARDLESS OF THE ACTS OF THE PARTIES; IT MAY BE CHANGED ONLY BY ORDER OF THE COURT (PENAL CODE SECTION 13710(b)).

**YOU ARE PROHIBITED FROM OWNING, POSSESSING, PURCHASING, RECEIVING, OR ATTEMPTING TO PURCHASE OR RECEIVE A FIREARM OR AMMUNITION. (PENAL CODE SECTIONS 29825(a), 30305(a)). A VIOLATION IS SUBJECT TO A $1,000 FINE AND IMPRISONMENT OR BOTH. WITHIN 24 HOURS OF RECEIPT OF THIS ORDER, YOU MUST TURN IN YOUR FIREARMS TO A LAW ENFORCEMENT AGENCY, SELL THEM TO A LICENSED FIREARMS DEALER, OR STORE THEM WITH A LICENSED FIREARMS DEALER UNTIL THE EXPIRATION OF THIS ORDER. (PENAL CODE SECTION 29830.) PROOF OF SURRENDER, SALE, OR STORAGE MUST BE FILED WITH THE COURT WITHIN 48 HOURS OF RECEIPT OF THIS ORDER.**

**To the restrained person:** This order will last until the date and time in item 5 on the reverse. The protected person may, however, obtain a more permanent restraining order from the court. You may seek the advice of an attorney on any matter connected with this order. The attorney should be consulted promptly so that the attorney may assist you in responding to the order.

**A la persona bajo restricción judicial:** Esta orden durará hasta la fecha y hora indicada en el punto 5 al dorso. La persona protegida puede, sin embargo, obtener una orden de entredicho (restricción judicial) más permanente de la corte. Usted puede consultar a un abogado en conexión con cualquier asunto relacionado con esta orden. Debe consultar al abogado inmediatamente para que él o ella le pueda ayudar a responder a la orden.

**To the protected person:** This order will last only until the date and time noted in item 5 on the reverse. If you wish to seek continuing protection, you will have to apply for an order from the court at the address in item 6. You may apply for a protective order free of charge. In the case of an endangered child, you may also apply for a more permanent order at the address in item 6, or if there is a juvenile dependency action pending, you may apply for a more permanent order under section 213.5 of the Welfare and Institutions Code. In the case of a child being abducted, you may apply for a *Child Custody and Visitation Order* from the court. You may seek the advice of an attorney on any matter connected with your application for any future court orders. The attorney should be consulted promptly so that the attorney may assist you in making your application. You do not have to have an attorney to get the protective order.

**A la persona protegida:** Esta orden durará sólo hasta la fecha y hora indicada en el punto 5 al dorso. Si usted desea que la protección continúe, tendrá que solicitar una orden de la corte en la dirección indicada en el punto 6. La solicitud de la orden de protección es gratis. En el caso de que un niño o una niña se encuentre en peligro, puede solicitar una orden más permanente en la dirección indicada en el punto 6, o si hay una acción legal pendiente de tutela juvenil, puede solicitar una orden más permanente conforme a la sección 213.5 del código titulado en inglés **Welfare and Institutions Code.** En el caso del secuestro de un niño o una niña, usted puede solicitar de la corte una orden para la guarda del niño o de la niña *(Child Custody and Visitation Order).* Puede consultar a un abogado en conexión con cualquier asunto relacionado con las solicitudes de órdenes de la corte que usted presente en el futuro. Debe consultar un abogado inmediatamente para que él o ella le pueda ayudar a presentar su solicitud. Para obtener la orden de protección no es necesario que un abogado le represente.

**To law enforcement:** The emergency protective order shall be served upon the restrained party by the officer, if the restrained party can reasonably be located, and a copy shall be given to the protected party. A copy shall be filed with the court as soon as practicable after issuance. Also, the officer shall have the order entered into the computer database system for protective and restraining orders maintained by the Department of Justice. The availability of an emergency protective order shall not be affected by the fact that the endangered person has vacated the household to avoid abuse. A law enforcement officer shall use every reasonable means to enforce an emergency protective order. A law enforcement officer who acts in good faith to enforce an emergency protective order shall not be held civilly or criminally liable.

**If a child is in danger of being abducted:** This order will last only until the date and time noted in item 5 on the reverse. You may apply for a child custody order from the court.

**En el caso de peligro de secuestro de un niño o de una niña:** Esta orden será válida sólo hasta la hora y fecha indicada en el punto 5 al dorso. Usted puede solicitar de la corte una orden para la guarda del niño o de la niña *(Child Custody and Visitation Order)* .

*This emergency protective order is effective when made. This order shall expire on the date and time specified in item 5 on the reverse. The provisions of this emergency protective order take precedence in enforcement over provisions of other existing protective orders between the same protected and restrained persons to the extent the provisions of this order are more restrictive. In other words, the provisions in this emergency protective order take precedence over the provisions in any other protective order, including a criminal protective order, if (1) the person to be protected is already protected by the other protective order, (2) the person to be restrained is subject to that other order, and (3) the provisions in this emergency protective order are more restrictive than the provisions in that other order. The provisions in another existing protective order remain in effect and take precedence if they are more restrictive than the provisions in this emergency protective order.*

DocuSign Envelope ID: 8B9C4C3C-5E01-42DC-99AC-7B6103DE5A28

22D003886

# EXHIBIT "B"

DocuSign Envelope ID: 8B9C4C3C-5E01-42DC-99AC-7B6103DE5A28

DocuSign Envelope ID: 8B9C4C3C-5E01-42DC-99AC-7B6103DE5A28



DocuSign Envelope ID: 8B9C4C3C-5E01-42DC-99AC-7B6103DE5A28



DocuSign Envelope ID: 8B9C4C3C-5E01-42DC-99AC-7B6103DE5A28



DocuSign Envelope ID: 8B9C4C3C-5E01-42DC-99AC-7B6103DE5A28

220003886



DocuSign Envelope ID: 8B9C4C3C-5E01-42DC-99AC-7B6103DE5A28

DocuSign Envelope ID: 8B9C4C3C-5E01-42DC-99AC-7B6103DE5A28



DocuSign Envelope ID: 8B9C4C3C-5E01-42DC-99AC-7B6103DE5A26



DocuSign Envelope ID: 3C8F52BA-2D89-484C-AE55-28A8D8D93E2E

1   SULLIVAN LAW & ASSOCIATES
    James Wellman, Esq., SBN 116357
2   4695 MacArthur Court, Suite 450
    Newport Beach, CA 92660
3   Tel: (949) 590-8100
    Fax: (949) 590-8101
4

5   Attorneys for Petitioner,
    NEVINE BROOKS
6

7

8                    SUPERIOR COURT OF THE STATE OF CALIFORNIA

9        IN AND FOR THE COUNTY OF ORANGE COUNTY- LAMOREAUX JUSTICE CENTER

10

11  In Re Marriage of:                    Case No. __220003886__

12  NEVINE BROOKS,
                                          DECLARATION OF RACHEL BROOKS RE
13              Petitioner,               PETITIONER'S REQUEST FOR DOMESTIC
                                          VIOLENCE RESTRAINING ORDER
14      vs.
                                          Date: June 1, 2022
15  BARRY BROOKS,                         Time: 8:30 a.m.

16              Respondent.

17

18  I, RACHEL BROOKS, declare as follows:

19      1.      I am 23 years old and I am the daughter of Barry and Nevine Brooks, my parents. I live

20  together with my parents and my three siblings at our home on Swan Drive in Costa Mesa, California.

21  I am over the age of 18 years of age and a citizen of the United States of America. I know of each of the

22  facts stated herein of my own personal knowledge. If called upon to do so, I could and would

23  competently testify to each of the facts stated herein.

24      2.      On May 28, 2022, I was home together with my parents. My fiancé Cody Price was also

25  visiting. My parents were in the kitchen and my fiancé Cody were in the living room, across from the

26  kitchen of the home at about 3:00 p.m. on May 28, 2022. Cody and I were a few feet away from where

27  my mother and father seemed to be having an increasingly heated discussion. It appeared the

28  discussion related to my father objecting to our family going to Lake Arrowhead for the Memorial Day

                                          -1-

DECLARATION OF RACHEL BROOKS RE PETITIONER'S REQUEST FOR DOMESTIC VIOLENCE
                            RESTRAINING ORDER
In re Marriage of Brooks                                 CASE NO. _____

1  holiday and then insults being wielded by my father about my grandfather which caused my mom to

2  engage in an argument with him defending my grandfather.

3       3.      I personally witnessed with my own eyes and ears the horrendous physical beating that

4  then ensued where I saw my father use his closed fists to pound my mother on the head, arms and body.

5  I saw him kick her forcefully in the crotch and then in her abdomen. There was screaming and I heard

6  clearly my father state to my mother that he was going to kill her and he was going to kill my

7  grandfather. I saw blood on my mother's face and know that due to what I saw to be the force of the

8  blows she sustained from my father that she has been badly injured by the beating she took from my

9  father that day.  My Dad is a very large man and a former LAPD officer.

10      4.      At some point I heard my mother call out to my sister to "call 911" and then the violence

11  stopped abruptly. I heard my dad plead with Mom not to involve the authorities. Before I knew it,

12  numerous police, fireman and an ambulance appeared on the scene. My mother was questioned and

13  taken to the hospital. My father was questioned, arrested, and taken into custody. He was taken away

14  by the police.

15      5.      My father has always been threatening and intimidating to my mother.  I know for a

16  fact that my mother is genuinely afraid of my father. The nature of the threat he made to kill her and

17  to kill my grandfather seemed serious and believable.  It is my opinion that my mother's requests for

18  orders to protect her and our family from our father are made based upon events which I personally

19  witnessed which cause me to believe that such orders should be granted.

20      Executed on this 1st day of June 2022, at Orange County, California. I declare under penalty of

21  perjury that the forgoing is true and correct.

22

23

24  _____
Rachel Brooks/Declarant

25

26

27

28

SULLIVAN LAW & ASSOCIATES
4695 MacArthur Court, Suite 150
Newport Beach, CA 92660
(949) 590-8100
FAX (949) 590-8101

-2-

DECLARATION OF RACHEL BROOKS RE PETITIONER'S REQUEST FOR DOMESTIC VIOLENCE
RESTRAINING ORDER

In re Marriage of Brooks                    CASE NO.

SULLIVAN LAW & ASSOCIATES
James Wellman, Esq., SBN 116357
4695 MACARTHUR COURT, SUITE 450
NEWPORT BEACH, CA 92660
TEL: (949) 590-8100
FAX: (949) 590-8101

Attorneys for Petitioner,
NEVINE BROOKS

SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF ORANGE COUNTY- LAMOREAUX JUSTICE CENTER

In Re Marriage of:

NEVINE BROOKS,

              Petitioner,

vs.

BARRY BROOKS,

              Respondent.

Case No. 22 D003 886

DECLARATION OF CODY PRICE RE PETITIONER'S REQUEST FOR DOMESTIC VIOLENCE RESTRAINING ORDER

Date: June 1, 2022
Time: 8:30 a.m.

I, CODY PRICE, declare as follows:

    1.    I am the fiancé of Rachel Brooks, and I am 23 years old. I am an active-duty marine currently stationed at Camp Pendleton. I am over the age of 18 and a citizen of the United States of America. I know of each of the facts stated herein of my own personal knowledge. If called upon to do so, I could and would competently testify to each of the facts stated herein.

    2.    On May 28, 2022, I was present at the home of my fiancé where she lives with her mother Nevine Brooks and her father Barry Brooks. It was approximately 3:00 p.m. and I was in the living room area of the home together with Rachel, which is across from the kitchen area. We were a few feet away from where Nevine and Barry seemed to be having an increasingly heated discussion. It appeared the discussion related to Barry objecting to her taking the family to Lake Arrowhead for the

-1-

DECLARATION OF CODY PRICE RE PETITIONER'S REQUEST FOR DOMESTIC VIOLENCE RESTRAINING ORDER

In re Marriage of Brooks

CASE NO. _____

2 2 0 0 0 3 8 8 6

SULLIVAN LAW & ASSOCIATES
4695 MacArthur Court, Suite 150
Newport Beach, CA 92660
(949) 590-8100
FAX (949) 590-8101

1   Memorial Day holiday and then insults being wielded by Barry about Nevine's father which caused her

2   to engage in an argument with her defending her father.

3       3.      I personally witnessed with my own eyes and ears the horrendous physical beating that

4   then ensued where I saw Barry Brooks use his closed fists to pound Nevine on the head, arms and body.

5   I saw him kick her forcefully in the crotch and then in her abdomen. There was screaming and I heard

6   clearly Barry state to Nevine that he was going to kill her and he was going to kill her father. I saw

7   blood on Nevine's face and believe due to what I saw to be the force of the blows she sustained from

8   Barry that she may have been injuried quite badly. He is a very large man and I understand is a former

9   LAPD officer.

10      4.      At some point I heard Nevine call out to her daughter to "call 911" and then the violence

11  stopped abruptly. I heard Barry plead with Nevine not to involve the authorities. Before I knew it,

12  numerous police, fireman and an ambulance appeared on the scene. Nevine was questioned and taken

13  to the hospital. Barry was questioned, arrested and I believe taken into custody. He was taken away

14  by the police.

15      5.      It is my opinion that Nevine was genuinely afraid at all times once Barry started

16  physically assaulting her. The nature of the threat he made to kill her and to kill her father seemed

17  serious and believable. It is my opinion that Nevine's requests for orders to protect her from Barry are

18  made based upon events which I personally witnessed which cause me to believe that such orders

19  should be granted.

20      Executed on this 2nd day of June 2022, at Orange County, California. I declare under penalty of

21  perjury that the forgoing is true and correct.

22

23

24



25

26

27

28

DECLARATION OF CODY PRICE RE PETITIONER'S REQUEST FOR DOMESTIC VIOLENCE RESTRAINING
ORDER
In re Marriage of Brooks                                    CASE NO. _____

2 2 0 0 0 3 8 8 6

DocuSign Envelope ID: 61B3DF6B-68D1-4CA2-A864-9CACA70666E5

SULLIVAN LAW & ASSOCIATES
James Wellman, Esq., SBN 116357
4695 MACARTHUR COURT, SUITE 450
NEWPORT BEACH, CA 92660
TEL: (949) 590-8100
FAX: (949) 590-8101

Attorneys for Petitioner,
NEVINE BROOKS

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## IN AND FOR THE COUNTY OF ORANGE COUNTY- LAMOREAUX JUSTICE CENTER

In Re Marriage of:

NEVINE BROOKS,

          Petitioner,

vs.

BARRY BROOKS,

          Respondent.

Case No. 22 D003886

DECLARATION OF MICHELLE ANGELO ALBERS RE PETITIONER'S REQUEST FOR DOMESTIC VIOLENCE RESTRAINING ORDER

Date: June 1, 2022
Time: 8:30 a.m.

I, MICHELLE ANGELO ALBERS , declare as follows:

    1.    I am the sister of Petitioner Nevine Brooks. I am over the age of 18 years and a citizen of the United States of America. I know of each of the facts stated herein of my own personal knowledge. If called upon to do so, I could and would competently testify to each of the facts stated herein.

    2.    I am personally aware of the horrific events of May 28, 2022 by virtue of a frantic telephone call which was made to me by my niece, Rachel Brooks, which was made during the time that I now understand that Mr. Brooks was beating my sister mercilessly in front of his daughter and his daughter's fiancé and in ear shot of his 15 year old minor child and adult son. However, I did not arrive at the house until after the violence had ended and so cannot state with personal knowledge what occurred prior to my arrival.

3.     However, once I arrived at the house on May 28, 2022, shortly after the beathing had taken place and while the family was awaiting the arrival of the first responders from the 911 call that Sarah Brooks had made, I was witness to chillingly scary threats made by Mr. Brooks in my presence.

4.     As the family was assembled in the family room of the home and with Mr. Brooks knowing that Sarah had called 911 and police were on their way, Mr. Brooks stated he "would kill us all" referring to all of the family members in the room at the time including myself. This was stated in a serious, malicious and intimidating manner and I believe that Mr. Brooks at the time, and perhaps presently, is quite serious about his desire to kill members of my family and fear that without protection he may very well do so.

Executed on this 2nd day of June 2022, at Orange County, California. I declare under penalty of perjury that the forgoing is true and correct.

_____
Michaele Angelo Albers

SULLIVAN LAW & ASSOCIATES
4695 MacArthur Court, Suite 150
Newport Beach, CA 92660
(949) 590-8100
FAX (949) 590-8101

-2-
DECLARATION OF CODY PRICE RE PETITIONER'S REQUEST FOR DOMESTIC VIOLENCE RESTRAINING ORDER

In re Marriage of Brooks                    CASE NO. _____
                                            2 2 D 0 0 3 8 8 6

DocuSign Envelope ID: 8B9C4C3C-5E01-42DC-99AC-786103DE5A28

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name & Address):*<br>James Wellman, Esq.<br>4695 MacArthur Court, Suite 450<br>Newport Beach, CA 92660<br><br>TELEPHONE NO.: 949-590-8100    FAX NO. (Optional): 949-590-8101<br>E-MAIL ADDRESS (Optional): jwellman@sullivan-law.com<br>ATTORNEY FOR *(Name):* Petitioner, Nevine Brooks    BAR NO.: 116357 | FOR COURT USE ONLY<br><br>**ATTACHMENT**<br><br>JUN 0 3 2022 |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE<br>JUSTICE CENTER:<br>☐ Central – 700 Civic Center Dr. West, Santa Ana, CA 92701-4045<br>☑ Lamoreaux  - 341 The City Drive South, Orange, CA 92868-3205 | |
| PETITIONER/PROTECTED PARTY: Nevine Brooks<br><br>RESPONDENT/RESTRAINED PARTY: Barry Quintin Brooks | |
| **DECLARATION RE: NOTICE OF EX PARTE APPLICATION (FAMILY LAW)** | CASE NUMBER:<br>22D003886 |

Use one form for each person to whom notice was given.

I, James Wellman _____, declare that:
<div align="center">(PRINT NAME)</div>

*(Check and complete section 1 below if notice was given to the opposing party regarding the ex parte application. Check and complete section 2 below if notice was not given.)*

1. ☐ **I informed the other party in this action,** *(list party):* _____, that I would be

    seeking a ☐ temporary restraining order ☐ other ex parte hearing *(specify)* _____.

    a.  Date and time informed: _____

    b.  How informed:

    (1)  ☐ By telephone *(name):* _____

    (2)  ☐ By telephone to the attorney *(name):* _____

    (3)  ☐ By personally informing *(name):* _____

    (4)  ☐ Other: _____

    c.  **I informed the person listed above** that he/she should appear at the following location on *(date)* _____

    _____ at *(time)* _____ if he/she wished to be heard by the court:

    (1)  ☐ Dept. _____ located at Lamoreaux Justice Center, 341 The City Drive South, Orange, CA 92868

    (2)  ☐ Dept. _____ located at Central Justice Center, 700 Civic Center Drive West, Santa Ana, CA 92701

    (3)  ☐ Family Law Clerk's Office located at Lamoreaux Justice Center, 341 The City Drive South, 7th Floor,

    Orange, CA 92868 (Give notice to appear in the Family Law Clerk's Office if no courtroom has been assigned.)

2. ☑ **I have not given notice to the other party in this action for the following reason (include any attempts made, if you were unable to serve):**
    Respondent is a dangerous individual and his whereabouts are unknown. Petitioner fears for her life and is walking on eggshells daily. Petitioner fears that if

    Respondent is no longer in police custody he will come look for Petitioner out of anger of filing for a restraining order.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 6/2/2022

DocuSigned by:
*James Wellman*
8503ABCF23D(SIGNATURE OF DECLARANT)

Approved for Optional Use
L-1124 Rev. 03-10-2017
**DECLARATION RE: NOTICE OF EX PARTE APPLICATION
(FAMILY LAW)**
Page 1 of 1
California Rules of Court, rule 3.1203(a)
Orange County Local Rule 704

DocuSign Envelope ID: 8B9C4C3C-5E01-42DC-99AC-7B6103DE5A28

# INFORMATION SHEET—EX PARTE MATTERS

## NOTICE REQUIREMENTS

### ALL EX PARTE APPLICATIONS  EXCEPT DOMESTIC VIOLENCE AND DISCOVERY MOTIONS.

Notice must be given by t elephone or in writing to the self-re presented party or to the op posing attorney so that it is received not later than **10:00 a.m.** on the **court day before the ex parte matter will be presented to the judicial officer.** A party may request the noti ce be waived by writing a declaration signed under penalty of p erjury which explains facts showing good cause not to give the no tice. A judicial officer may approve a waiver of notice for goo d cause.

### EX PARTE APPLICATIONS WHICH INVOLVE DOMESTIC VIOLENCE

Notice must be given by t elephone or in writing to the self-re presented party or to the op posing attorney so that it is received not later than **four (4) hours** before the time the **ex parte matter will be presented to the judicial officer.** A party may request the notice be waived by writing a declaration signed under penalty of perjury which explains facts showing good cause not to give the notice. A judicial officer may approve a waiver of notice for good cause.

## ALL EX PARTE APPLICATIONS

1. Notice of the Ex Parte Application must include:
   a. A statement of the relief being requested from the court (example: a request to continue the t rial; a restraining order is requested)
   b. A statement that the opposing party is entitled to attend the court hearing in person or by an attorney when the Ex Parte Application is presented to the court
   c. The name and address of the court where the Ex Parte Application will be presented.
      (1) If a case is *not* previously assigned to a specific judicial officer, the notice must instruct the responding party to appear at a specific time in the Family Law Clerk's Office (7 th Floor) at Lamoreaux Justice Center, 341 The City Drive South, Ora nge, California 92868. The Clerk's Office will direct the parties to the appropriate courtroom.
      (2) If a case is p reviously assigned to a judicial officer for all purposes, then the notice must instruct the responding party to appear in that Department at a specific time and date.
         (a) Departments beginning with the letter "C" are located at Central Justice Center, 700 Civic Center Drive West, Santa Ana, California 92701.
         (b) Departments beginning with the letter "L" are located at Lamoreaux Justice Center, 341 The City Drive South, Orange, California 92868.
2. Ex parte family law discovery motions are governed by rule 3.1203(a) of the California Rules of Court.

22D003886

# Exhibit 3

DocuSign Envelope ID: 8B9C4C3C-5E01-42DC-99AC-7B6103DE5A28

**DV-110**   **Temporary Restraining Order**

**Instruction:** The person asking for a restraining order must complete items ①, ②, and ③ only. The court will complete the rest of this form.

① **Protected Person** *(name):* Nevine Brooks

② **Restrained Person**

| | |
|---|---|
| **\*Full Name:** Barry Quintin Brooks | |
| **\*Gender:** ☑ M   ☐ F   ☐ Nonbinary | |
| **\*Age:** 58 *(Give estimate, if age unknown.)* | |
| Date of Birth: 2/05/1963   Height: 6'0"   Weight: 280 | |
| Hair Color: Blonde   Eye Color: Blue | |
| **\*Race:** White | |
| Relationship to person in ①: Husband | |
| Address of restrained person: 1910 Swan Dr. | |
| City: Costa Mesa,   State: CA   Zip: 92626 | |

Type, number, and location of firearms or ammunition:
Location of Petitioner's firearms is unknown- presumptively in Police custody.

**(Information that has a star (\*) next to it is required** to add this order into a California police database. Give all the information you know.)

**Clerk stamps date here when form is filed.**

# FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
LAMOREAUX JUSTICE CENTER

JUN 0 3 2022

DAVID H. YAMASAKI, Clerk of the Court

BY:_____T. JENSEN_____,DEPUTY

*Fill in court name and street address:*

Superior Court of California, County of ORANGE
Lamoreaux Justice Center
341 The City Drive South
Orange, CA 92868-3205

*Court fills in case number when form is filed.*

Case Number:
22 D00 3886

③ ☑ **Other Protected People**
In addition to the person named in ①, the people listed below are protected by the orders listed in ⑥ through ⑨.

| Full name | Relationship to person in ① | Age |
|---|---|---|
| Rachel Lauren Brooks | Daughter | 23 |
| Mark Adam Brooks | Son | 22 |
| Sarah Josephine Brooks | Daughter | 15 |
| Elizabeth Hannah Brooks | Daughter | 13 |

☑ Check here if you need to list more people. List them on a separate piece of paper, write "DV-110, Other Protected People" at the top, and attach it to this form.

*(The court will complete the rest of this form)*

④ **Your Hearing Date (Court Date)**



This order expires at the end of the hearing listed below:     L71
Hearing Date: 6/23/2022     Time: 8:30     ☑ a.m. ☐ p.m.

**This is a Court Order.**

Judicial Council of California, www.courts.ca.gov
Revised January 1, 2022, Mandatory Form
Family Code, § 6200 et seq.
Approved by DOJ

**Temporary Restraining Order**
**(CLETS—TRO)**
**(Domestic Violence Prevention)**

DV-110, Page 1 of 7
→



DocuSign Envelope ID: 8B9C4C3C-5E01-42DC-99AC-7B6103DE5A28

| Case Number: |
| --- |
| 22 D003886 |

**This order must be enforced throughout the United States. See page 5.**

## To the Person in (2)

**The judge has granted temporary orders. See items (5) through (18).**

● If you do not obey these orders, you can be charged with a crime, go to jail or prison, and/or pay a fine.

● It is a felony to take or hide a child in violation of this order.

---

### (5) No Guns, Other Firearms, or Ammunition

● You cannot own, possess, have, buy or try to buy, receive or try to receive, or in any other way get guns, other firearms, or ammunition.

● **Within 24 hours of receiving this order, you must** sell to or store with a licensed gun dealer, or turn in to a law enforcement agency, any guns or other firearms you have in your immediate possession or control.

● **Within 48 hours of receiving this order,** you must file a receipt with the court that proves guns have been turned in or sold. (You may use form DV-800, *Proof of Firearms Turned In, Sold, or Stored,* for the receipt.)

☑ The court has received information that you own or possess firearm(s) or ammunition.

### (6) Cannot Look for Protected People

You must not take any action to look for any person protected by this order, including their addresses or locations.

☐ If checked, this order was **not granted** because the judge found good cause not to make the order.

### (7) Order to Not Abuse     ☐ Not requested     ☐ Denied until the hearing     ☒ Granted as follows:

**You must not do the following things to the person in (1) and any person listed in (3):**

● Harass, attack, strike, threaten, assault (sexually or otherwise), hit, follow, stalk, molest, destroy personal property, keep under surveillance, impersonate (on the internet, electronically, or otherwise), block movements, annoy by phone or other electronic means (including repeatedly contact), or disturb the peace.

● "Disturb the peace" means to destroy someone's mental or emotional calm. This can be done directly or indirectly, such as through someone else. This can also be done in any way, such as by phone, over text, or online. Disturbing the peace includes coercive control.

● "Coercive control" means a number of acts that unreasonably limit the free will and individual rights of any person protected by this restraining order. Examples include isolating them from friends, relatives, or other support; keeping them from food or basic needs; controlling or keeping track of them, including their movements, contacts, actions, money, or access to services; and making them do something by force, threat, or intimidation, including threats based on actual or suspected immigration status.

**This is a Court Order.**

DocuSign Envelope ID: 8B9C4C3C-5E01-42DC-99AC-7B6103DE5A28

Case Number:
**22 Q00 3886**

**(8) No-Contact Order**  ☐ Not requested  ☐ Denied until the hearing  ☒ Granted as follows:

a. You must **not contact**  ☒ the person in ① ☒ the persons in ③
directly or indirectly, by any means, including by telephone, mail, email, or other electronic means.

b. ☐ Exception to 8a:

(1) ☐ You may have brief and peaceful contact with the person in ① only to communicate about your
children for court-ordered visits.

(2) ☐ You may have contact with your children only during court-ordered contact or visits.

(3) ☐ Other *(explain):* _____

c. Peaceful written contact through a lawyer or process server or another person for service of legal papers related
to a court case is allowed and does not violate this order.

**(9) Stay-Away Order**  ☐ Not requested  ☐ Denied until the hearing  ☒ Granted as follows:

a. You must stay at least *(specify):* ___100___ yards away from *(check all that apply):*
☒ Person in ①.                         ☐ School of person in ①.
☒ Home of person in ①.                 ☒ Persons in ③.
☒ Job or workplace of person in ①.     ☐ Children's school or child care.
☒ Vehicle of person in ①.              ☐ Other *(explain):* _____

b. ☐ Exception to 9a:
The stay-away orders do not apply:

(1) ☐ For you to briefly and peacefully exchange your children for court-ordered visits.

(2) ☐ For you to visit with your children for court-ordered contact or visits.

(3) ☐ Other *(explain):* _____
_____

**(10) Order to Move Out**  ☐ Not requested  ☐ Denied until the hearing  ☒ Granted as follows:
You must take only personal clothing and belongings needed until the hearing and move out immediately from
*(address):* __1910 SWAN DR. COSTA MESA, CA 92626__

**(11) Other Orders**  ☒ Not requested  ☐ Denied until the hearing  ☐ Granted as follows:
_____
_____
_____

**(12) Child Custody and Visitation**  ☐ Not requested  ☐ Denied until the hearing  ☒ Granted as follows:
Child custody and visitation are ordered on the attached form DV-140, *Child Custody and Visitation Order*, or
*(list other form):* _____ . The parent with temporary custody of the child must not remove
the child from California without permission from the court.

**This is a Court Order.**

DocuSign Envelope ID: 8B9C4C3C-5E01-42DC-99AC-7B6103DE5A28

Case Number:

**22DO03886**

**(13) Protect Animals**   ☒ Not requested   ☐ Denied until the hearing   ☐ Granted as follows:

a. ☐ You must stay at least _____ yards away from the animals listed below.

b. ☐ You must not take, sell, hide, molest, attack, strike, threaten, harm, get rid of, transfer, or borrow against the animals.

c. ☐ The person in ① is given the sole possession, care, and control of the animals listed below.

| Name *(or other way to ID animal)* | Type of animal | Breed *(if known)* | Color |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

**(14) Control of Property**   ☐ Not requested   ☐ Denied until the hearing   ☒ Granted as follows:

Until the hearing, **only the person in ①** can use, control, and possess the following property:

1910 Swan Dr. Costa Mesa, CA 92626

**(15) Health and Other Insurance**   ☒ Not requested   ☐ Denied until the hearing   ☐ Granted as follows:

The person ☐ in ① ☐ in ②   is ordered **not** to cash, borrow against, cancel, transfer, dispose of, or change the beneficiaries of any insurance or coverage held for the benefit of the parties —or their children, if any—for whom support may be ordered, or both.

**(16) Record Communications**   ☐ Not requested   ☐ Denied until the hearing   ☒ Granted as follows:

The person in ① may record communications made by the person in ② that violate this order.

**(17) Property Restraint**   ☐ Not requested   ☐ Denied until the hearing   ☒ Granted as follows:

The person ☒ in ① ☒ in ②   must not transfer, borrow against, sell, hide, or get rid of or destroy any property, including animals, except in the usual course of business or for necessities of life. In addition, each person must notify the other of any new or big expenses and explain them to the court. (If the court granted ⑧, the person in ② must not contact the person in ①. To notify the person in ① of new or big expenses, have a server mail or personally give the information to the person in ① or contact their lawyer, if they have one.)

**(18) Pay Debts Owed for Property**   ☒ Not requested   ☐ Denied until the hearing   ☐ Granted as follows:

The person in ② must make these payments until this order ends:

| Pay to: _____ | For: _____ | Amount: $ _____ | Due date: _____ |
| Pay to: _____ | For: _____ | Amount: $ _____ | Due date: _____ |
| Pay to: _____ | For: _____ | Amount: $ _____ | Due date: _____ |

**This is a Court Order.**



DocuSign Envelope ID: 8B9C4C3C-5E01-42DC-99AC-7B6103DE5A28

Case Number:
**22D003886**

**(19)** **Orders That May Be Made at the Hearing Date (Court Date)**

If the person in (1) checked any of these orders on form DV-100, a judge could grant them at your court date.

- Child Support
- Lawyer's Fees and Costs
- Batterer Intervention Program
- Spousal Support
- Pay Expensed Caused by Abuse
- Transfer of Wireless Phone Account

**(20)** **No Fee to Serve (Notify) Restrained Person**

The sheriff or marshal will serve this order for free.
Bring a copy of all the papers that you need to be served to the sheriff or marshal.

**(21)** ☑ **Attached pages**

Number of pages attached to this seven-page form: _3_

**Judge's Signature**

Date: **JUN 0 3 2022**

_Judge or Judicial Officer_

**PAUL T. MINERICH**

---

### Certificate of Compliance With VAWA

This temporary protective order meets all "full faith and credit" requirements of the Violence Against Women Act, 18 U.S.C. § 2265 (1994) (VAWA), upon notice of the restrained person. This court has jurisdiction over the parties and the subject matter; the restrained person has been or will be afforded notice and a timely opportunity to be heard as provided by the laws of this jurisdiction. **This order is valid and entitled to enforcement in each jurisdiction throughout the 50 states of the United States, the District of Columbia, all tribal lands, and all U.S. territories, commonwealths, and possessions and shall be enforced as if it were an order of that jurisdiction.**

---

### This is a Court Order.



DocuSign Envelope ID: 8B9C4C3C-5E01-42DC-99AC-7B6103DE5A28

Case Number:

22DC03886

## Warnings and Notices to the Restrained Person in ❷

### Your Address to Receive Court Orders

If the judge makes a restraining order at the hearing (court date), which has the same orders as in this Temporary Restraining Order, you will get a copy of that order by mail at your last known address, which is written in ② on page 1. If your address was not listed on this form or is incorrect, contact the court. If you did not go to your court date and want to know if the judge granted a restraining order against you, contact the court.

### Child Custody, Visitation, and Support

- **Child custody and visitation:** If you do not go to your hearing (court date), the judge can make custody and visitation orders for your children without hearing from you.

- **Child support:** The judge can order child support based on the income of both parents. The judge can also have that support taken directly from a parent's paycheck. Child support can be a lot of money, and usually you have to pay until the child is age 18. File and serve <u>form FL-150</u>, *Income and Expense Declaration*, or <u>form FL-155</u>, *Financial Statement (Simplified)*, if you want the judge to have information about your finances. Otherwise, the court may make support orders without hearing from you.

- **Spousal support:** File and serve **form FL-150**, *Income and Expense Declaration,* so the judge will have information about your finances. Otherwise, the court may make support orders without hearing from you.

## Instructions for Law Enforcement

This order is effective when made. It is enforceable by any law enforcement agency that has received the order, is shown a copy of the order, or has verified its existence on the California Law Enforcement Telecommunications System (CLETS). If the law enforcement agency has not received proof of service on the restrained person, and the restrained person was not present at the court hearing, the agency shall advise the restrained person of the terms of the order and then shall enforce it. Violations of this order are subject to criminal penalties.

### Arrest Required if Order Is Violated

If an officer has probable cause to believe that the restrained person had notice of the order and has disobeyed the order, the officer must arrest the restrained person. (Penal Code, §§ 836(c)(1), 13701(b).) A violation of the order may be a violation of Penal Code section 166 or 273.6.

### If the Protected Person Contacts the Restrained Person

Even if the protected person invites or consents to contact with the restrained person, the orders remain in effect and must be enforced. The protected person cannot be arrested for inviting or consenting to contact with the restrained person. The orders can be changed only by another court order. (Penal Code, § 13710(b).)

## This is a Court Order.



DocuSign Envelope ID: 8B9C4C3C-5E01-42DC-99AC-7B6103DE5A28

Case Number:

22 0 0 0 3 8 8 6

## Conflicting Orders–Priorities for Enforcement

If more than one restraining order has been issued protecting the protected person from the restrained person, the orders must be enforced according to the following priorities (see Penal Code, § 136.2, and Family Code, §§ 6383(h), 6405(b)):

1. **EPO:** If one of the orders is an *Emergency Protective Order* (form EPO-001), and it is more restrictive than other restraining or protective orders, it has precedence in enforcement over all other orders.

2. **No-Contact Order:** If there is no EPO, a no-contact order that is included in a restraining or protective order has precedence in enforcement over any other restraining or protective order.

3. **Criminal Order:** If none of the orders includes a no-contact order, a domestic violence protective order issued in a criminal case takes precedence in enforcement over any conflicting civil court order. Any nonconflicting terms of the civil restraining order remain in effect and enforceable.

4. **Family, Juvenile, or Civil Order:** If more than one family, juvenile, or other civil restraining or protective order has been issued, the one that was issued last must be enforced.

## Child Custody and Visitation

- The custody and visitation orders are on form DV-140. They are sometimes also written on additional pages or referenced in DV-140 or other orders that are not part of the restraining order.

- At items 8b(1) or 9b(1) of this order, the judge may allow the person in ② to have brief and peaceful contact with the person in ①, as needed to follow court-ordered visits. Conduct of the person in ② that is **not** brief and peaceful is a violation of this order.

- **Forms DV-100 and DV-105 are not orders. Do not enforce them.**

*(The clerk will fill out this part.)*

------------------------------------------------------------

*Clerk's Certificate*
*[seal]*

### —Clerk's Certificate—

I certify that this *Temporary Restraining Order* is a true and correct copy of the original on file in the court.

DAVID H. YAMASAKI, EXEC. OFFICER/CLERK

Date: _____    Clerk, by _____, Deputy

**This is a Court Order.**

DocuSign Envelope ID: 8B9C4C3C-5E01-42DC-99AC-7B6103DE5A28

DV-110- Other Protected People

Case No. 22 DCX' 385 L

*Marriage of Brooks*

| Full Name | Age | Relationship to You | Lives with you? |
|-----------|-----|---------------------|-----------------|
| Gigi Angelo | 75 | Mother | Yes |

SULLIVAN LAW & ASSOCIATES
4695 MacArthur Court, Suite 450
Newport Beach, CA 92660
(949) 590-8100
FAX (949) 590-8101

-1-

**DV-110- OTHER PROTECTED PEOPLE**

In re Marriage of Brooks                                    CASE NO. _____

**DV-140** | **Child Custody and Visitation Order**

Case Number:
22D003886

This form is attached to *(check one):*  ☒ DV-110   ☐ DV-130

① **Name of Protected Person:** NEVINE BROOKS   ☒ Mom  ☐ Dad  ☐ Other*

② **Other Parent's Name:** BARRY QUINTIN BROOKS   ☐ Mom  ☒ Dad  ☐ Other*

\* *If Other, specify relationship to child:* _____

## The Court Orders:

③ ☒ **Child Custody** is ordered as follows:

**Legal Custody to:** *(Person who makes decisions about health, education. Check at least one.)*

**Physical Custody to:** *(Person the child lives with. Check at least one.)*

| Child's Name | Date of Birth | Mom | Dad | Other* | Mom | Dad | Other* |
|---|---|---|---|---|---|---|---|
| a. Sarah Josephine Brooks | 11/09/2006 | ☒ | ☐ | ☐ | ☒ | ☐ | ☐ |
| b. Elizabeth Hannah Brooks | 7/31/2008 | ☒ | ☐ | ☐ | ☒ | ☐ | ☐ |
| c. | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

☐ If more children, check here. Attach a sheet of paper and write *"DV-140, Child Custody"* for a title.

\* *If Other, specify relationship to child and name of person:* _____

④ ☒ **Child Visitation** is ordered as follows:

a. ☒ No visitation to  ☐ Mom  ☒ Dad  ☐ Other *(name):* _____

b. ☐ See the attached _____ - page document, dated: _____

c. ☐ The parties must go to mediation at: _____

d. ☐ Until the next court order, visitation for ☐ Mom ☐ Dad ☐ Other *(name):* _____ will be:

   (1) ☐ **Weekends** *(starting):* _____ *(The 1st weekend of the month is the 1st weekend with a Saturday.)*
   ☐ 1st  ☐ 2nd  ☐ 3rd  ☐ 4th  ☐ 5th weekend of month
   from _____ at _____ ☐ a.m. ☐ p.m. to _____ at _____ ☐ a.m. ☐ p.m.
      *(day of week)*      *(time)*        *(day of week)*    *(time)*

   (2) ☐ **Weekdays** *(starting):* _____
   from _____ at _____ ☐ a.m. ☐ p.m. to _____ at _____ ☐ a.m. ☐ p.m.
      *(day of week)*      *(time)*        *(day of week)*    *(time)*

   (3) ☐ **Other Visitation**
   *Check here and attach a sheet of paper if there are other visitation days and times, like holidays, birthdays, sports events. List dates and times. Write "DV-140, Other Visitation" for a title.*

⑤ ☐ **Supervised Visitation or Exchange**
Visits and/or exchanges of children are supervised as specified on Form DV-150, *Supervised Visitation and Exchange Order.*

**This is a Court Order.**

Judicial Council of California.  www.courts.ca.gov
Rev. January 1, 2012, Mandatory Form
Family Code, §§ 3020,3022, 3040-3043, 3100, 6340, 7604

**Child Custody and Visitation Order**
**(Domestic Violence Prevention)**

DV-140, Page 1 of 2 →

Case Number:
ZZD003886

## ⑥ ☐ Responsibility for Transportation for Visitation

"Responsibility for transportation" means the parent will take or pick up the child or make arrangements for someone else to do so.

a. ☐ Mom   ☐ Dad   ☐ Other *(name):* _____ **take children to** the visits.

b. ☐ Mom   ☐ Dad   ☐ Other *(name):* _____ **pick up children from** the visits.

c. ☐ Drop-off / pick-up of children will be at *(address):* _____

## ⑦ ☐ Travel with Children

☐ Mom   ☐ Dad   ☐ Other *(name):* _____ *must* have written permission from the other parent, or a court order, to take the children outside of:

a. ☐ The State of California

b. ☐ The United States of America

c. ☐ Other place(s) *(list):* _____

## ⑧ ☐ Child Abduction

There is a risk that one of the parents will take the children out of California without the other parent's permission. ☐ The orders in Form DV-145, *Order: No Travel with Children*, are attached and must be obeyed. *(Fill out and attach Form DV-145 to this form.)*

## ⑨ ☐ Other Orders

*Check here and attach any other orders to this form. Write "DV-140, Other Orders" as a title.*

## ⑩ Jurisdiction

This court has jurisdiction to make child custody orders in this case under the Uniform Child Custody Jurisdiction and Enforcement Act (part 3 of the California Family Code starting with § 3400).

## ⑪ Notice and Opportunity to Be Heard

The responding party was given reasonable notice and an opportunity to be heard as provided by the laws of the State of California.

## ⑫ Country of Habitual Residence

The country of habitual residence of the child or children in this case is ☒ The United States of America or ☐ Other *(specify):* _____ .

## ⑬ Penalties for Violating This Order

If you violate this order, you may be subject to civil or criminal penalties, or both.

## ⑭ Duration of Child Custody, Visitation, and Support Orders

If this form is attached to Form DV-130 *(Restraining Order After Hearing)*, the custody and visitation orders in this form remain in effect after the restraining orders on Form DV-130 end.

### ▐ This is a Court Order. ▌

Rev. January 1, 2012

**Child Custody and Visitation Order**
(Domestic Violence Prevention)

DV-140, Page 2 of 2

For your protection and privacy, please press the Clear This Form button after you have printed the form.

[ Print this form ]   [ Save this form ]   [ Clear this form ]

# **<u>Exhibit 4</u>**

# Case Summary

| | |
|---|---|
| **Case Number:** | 22WM05259 |
| **OC Pay Number:** | 11040830 |
| **Originating Court:** | West |
| **Pay or Appear by:** | |
| **Traffic School Completion Date:** | |
| **Next Payment Date:** | |
| **Defendant:** | Brooks, Barry Quintin |
| **Demographics:** | |

| | | |
|---|---|---|
| | Eyes: | Blue |
| | Hair: | Blond |
| | Height(ft/in) : | 6'0" |
| | Weight (lbs) : | 260 |

**Names:**

| Last Name | First Name | Middle Name | Type |
|---|---|---|---|
| Brooks | Barry | Quintin | Real Name |
| Brooks | Barry | | Alias |
| Brooks | Barry | Quitin | Alias |
| Brooks | Barry | Quinton | Alias |
| Brooks | Barry | Quentin | Alias |

**Case Status:**

| | | |
|---|---|---|
| | Status: | Open |
| | Case Stage: | |
| | Release Status: | Released on Bail |
| | Warrant: | N |
| | DMV Hold : | N |
| | Charging Document: | Complaint |
| | Mandatory Appearance: | Y |
| | Owner's Resp: | N |
| | Amendment #: | 0 |

**Counts:**

| Seq | S/A | Violation Date | Section Statute | OL | Violation | Plea | Plea Date | Disposition | Disposition Date |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 0 | 05/28/2022 | 273.5(a) PC | M | Corporal injury - on spouse/cohabitant | NOT GUILTY | 06/01/2022 | | |

**Participants:**

| Role | Badge | Agency | Name | Vacation Start | Vacation End |
|---|---|---|---|---|---|
| Public Defender | | OCPD | Deputy Public Defender, | | |
| Retained Attorney | | RETAT | Nassar, Sandra | | |
| District Attorney | | OCDA | Glazer-Mapfumo, Courtney Anne | | |
| District Attorney | | OCDA | Angel, Richard | | |

**Scheduled Hearing:**

| Date | Hearing Type – Reason | Courtroom |
|---|---|---|
| 07/29/2022 | Pre Trial Settlement Conference | W10 |

**Heard Hearings:**

| Date | Hearing Type – Reason | Courtroom | Hearing Status | Special Hearing Result |
|---|---|---|---|---|
| 06/01/2022 | Arraignment In Custody | W3 | Heard | Time not waived |
| 06/13/2022 | Pre Trial Settlement Conference | W10 | Heard | General Time Waiver |
| 06/21/2022 | Jury Trial - | W18 | Cancel | |

**Bond:**

| Bail Date | Post Amount | Bondsman | Bondsman Address | Surety | Surety Address | Details | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Action | Action Date | Amount |
| 06/03/2022 | 15000.0 | Anthony Adornetto Bail Bonds | null | Bankers Insurance Company | null | Active | 06/03/2022 | 15000 |

**<u>Exhibit 5</u>**

CLOSED

# U.S. Bankruptcy Court
## Central District of California (Santa Ana)
### Bankruptcy Petition #: 8:09-bk-22175-RK

|  |  |
|---|---|
| | *Date filed:* 11/04/2009 |
| | *Date terminated:* 05/21/2010 |
| | *Debtor discharged:* 05/06/2010 |
| | *Joint debtor discharged:* 05/06/2010 |
| | *341 meeting:* 12/14/2009 |
| | *Deadline for objecting to discharge:* 02/12/2010 |

*Assigned to:* Robert N. Kwan
Chapter 7
Voluntary
No asset

*Debtor disposition:* Standard Discharge
*Joint debtor disposition:* Standard Discharge

**Debtor**
**Wayne Alan Todd**
17122 Santa Madrina St
Fountain Valley, CA 92708
ORANGE-CA
SSN / ITIN: xxx-xx-6395

represented by **Michael J Brady**
17931 Beach Blvd #118
Huntington Beach, CA 92647
714-842-2243
Fax : 714-847-5613
Email: michael.brady@mjbradylaw.com

**Joint Debtor**
**Ami Joy Todd**
17122 Santa Madrina St
Fountain Valley, CA 92708
ORANGE-CA
SSN / ITIN: xxx-xx-4637

represented by **Michael J Brady**
(See above for address)

**Trustee**
**James J Joseph (TR)**
200 W. Santa Ana Blvd., Suite 400
Santa Ana, CA 92701
(714) 569-3672

**U.S. Trustee**
**United States Trustee (SA)**
411 W Fourth St., Suite 7160
Santa Ana, CA 92701-4593
(714) 338-3400

| Filing Date | # | Docket Text |
|---|---|---|
| 11/04/2009 | 1 (62 pgs) | Chapter 7 Voluntary Petition . Receipt Number 0, Fee Amount $299 Filed by Wayne Alan Todd , Ami Joy Todd (Ortiz, Jose) (Entered: 11/04/2009) |
| 11/04/2009 | 2 (2 pgs) | Meeting of Creditors with 341(a) meeting to be held on 12/14/2009 at 10:00 AM at RM 3-110, 411 W Fourth St., Santa Ana, CA 92701. Objections for Discharge due by 02/12/2010. (Ortiz, Jose) (Entered: 11/04/2009) |

| 11/04/2009 | 3 | Statement of Social Security Number(s) Form B21 Filed by Debtor Wayne Alan Todd . (Ortiz, Jose) (Entered: 11/04/2009) |
|---|---|---|
| 11/04/2009 | 4 (6 pgs) | Certificate of Credit Counseling , Exhibit D Filed by Debtor Wayne Alan Todd . (Ortiz, Jose) (Entered: 11/04/2009) |
| 11/04/2009 | 5 (3 pgs) | Notice of Requirement to Complete Course in Financial Management (BNC) . (Ortiz, Jose) (Entered: 11/04/2009) |
| 11/04/2009 | | Receipt of Chapter 7 Filing Fee - $299.00 by 08. Receipt Number 80024589. (admin) (Entered: 11/05/2009) |
| 11/06/2009 | 6 (3 pgs) | BNC Certificate of Service (RE: related document(s)2 Meeting (Chapter 7)) No. of Notices: 19. Service Date 11/06/2009. (Admin.) (Entered: 11/06/2009) |
| 11/06/2009 | 7 (4 pgs) | BNC Certificate of Service (RE: related document(s)5 Notice of Requirement to Complete Course in Financial Management (BNC)) No. of Notices: 4. Service Date 11/06/2009. (Admin.) (Entered: 11/06/2009) |
| 12/14/2009 | 8 (2 pgs) | Financial Management Course Certificate Filed Filed by Joint Debtor Ami Joy Todd . (Gonsales, Otoniel) (Entered: 12/16/2009) |
| 12/16/2009 | 9 (4 pgs) | DEFICIENCY NOTICE: DEBTOR'S CERTIFICATION OF COMPLETION OF INSTRUCTIONS COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT Filed (Gonsales, Otoniel) Additional attachment(s) added on 12/16/2009 (Gonsales, Otoniel). (Entered: 12/16/2009) |
| 01/04/2010 | | Chapter 7 Trustee's Report of No Distribution: I, James J Joseph, having been appointed trustee of the estate of the above-named debtor(s), report that I have neither received any property nor paid any money on account of this estate; that I have made a diligent inquiry into the financial affairs of the debtor(s) and the location of the property belonging to the estate; and that there is no property available for distribution from the estate over and above that exempted by law. Pursuant to Fed R Bank P 5009, I hereby certify that the estate of the above-named debtor(s) has been fully administered. I request that I be discharged from any further duties as trustee. Key information about this case as reported in schedules filed by the debtor(s) or otherwise found in the case record: This case was pending for 2 months. Assets Abandoned: $ 627575.00, Assets Exempt: Not Available, Claims Scheduled: $ 1345698.57, Claims Asserted: Not Applicable, Claims scheduled to be discharged without payment: $ 1345698.57. Filed by Trustee James J Joseph (RE: related document(s)2 Meeting of Creditors with 341). (Joseph, James) (Entered: 01/04/2010) |
| 01/07/2010 | 10 (2 pgs) | Financial Management Course Certificate Filed Filed by Debtor Wayne Alan Todd . (Gonsales, Otoniel) (Entered: 01/07/2010) |
| 01/07/2010 | | Receipt of Amendment Filing Fee - $26.00 by 08. Receipt Number 80026077. (admin) (Entered: 01/08/2010) |
| 01/07/2010 | 11 (10 pgs) | Amended Summary of Schedules, Amended Statistical Summary of Certain Liabilities, Amended Schedule A, Amended Schedule B, Amended Schedule C, Amended Schedule D, Proof of service. Filed by Joint Debtor Ami Joy Todd, Debtor Wayne Alan Todd. (Gonsales, Otoniel) (Entered: 01/13/2010) |

| | 12<br>(42 pgs; 3 docs) | Notice of motion and motion for relief from the automatic stay with supporting declarations REAL PROPERTY RE: 17122 Santa Madrina Street, Fountain Valley, CA 92708 . Fee Amount $150, Filed by Creditor U.S. Bank, National Association as Trustee for Washington Mutual Mortgage Pass-Through Certificate for WMALT Series 2006-AR5 Trust, and its successors and/or assignees (Attachments: 1 Legal Description2 Exhibit) (Hahn, Kevin) (Entered: 03/01/2010) |
|---|---|---|
| 03/01/2010 | | |
| 03/01/2010 | | Receipt of Motion for Relief from Stay - Real Property(8:09-bk-22175-RK) [motion,nmrp] ( 150.00) Filing Fee. Receipt number 13039594. Fee amount 150.00. (U.S. Treasury) (Entered: 03/01/2010) |
| 03/01/2010 | | Hearing Set (RE: related document(s)12 Motion for Relief from Stay - Real Property filed by Creditor U.S. Bank, National Association as Trustee for Washington Mutual Mortgage Pass-Through Certificate for WMALT Series 2006-AR5 Trust, and its successors and/or assignees) The Hearing date is set for 3/30/2010 at 10:30 AM at Crtrm 5D, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Robert N. Kwan (Steinberg, Elizabeth) (Entered: 03/11/2010) |
| 03/10/2010 | 13<br>(1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Darlene C Vigil on behalf of Courtesy NEF. (Vigil, Darlene) (Entered: 03/10/2010) |
| 03/30/2010 | | Hearing Held - Motion Granted per Tentative Ruling (cr: mcca) (RE: related document(s)12 Motion for Relief from Stay - Real Property filed by Creditor U.S. Bank, National Association as Trustee for Washington Mutual Mortgage Pass-Through Certificate for WMALT Series 2006-AR5 Trust, and its successors and/or assignees) (Kent, Susan) (Entered: 03/31/2010) |
| 04/05/2010 | 14<br>(4 pgs) | Order Granting Motion for relief from the automatic stay REAL PROPERTY (BNC-PDF) (Related Doc # 12) Signed on 4/5/2010 (Steinberg, Elizabeth) (Entered: 04/05/2010) |
| 04/07/2010 | 15<br>(5 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)14 Motion for relief from the automatic stay REAL PROPERTY (BNC-PDF)) No. of Notices: 6. Service Date 04/07/2010. (Admin.) (Entered: 04/07/2010) |
| 05/06/2010 | 16<br>(2 pgs) | DISCHARGE OF DEBTOR(S) (BNC). (Wright, Jennifer) (Entered: 05/06/2010) |
| 05/08/2010 | 17<br>(3 pgs) | BNC Certificate of Notice (RE: related document(s)16 DISCHARGE OF DEBTOR - Chapter 7 (Batch) (BNC)) No. of Notices: 21. Service Date 05/08/2010. (Admin.) (Entered: 05/08/2010) |
| 05/21/2010 | 18<br>(1 pg) | Bankruptcy Case Closed - DISCHARGE (Wang, Melissa) (Entered: 05/21/2010) |

**PACER Service Center**

**Transaction Receipt**

| | | | |
|---|---|---|---|
| | 07/21/2022 14:38:50 | | |
| PACER Login: | scotttalkov | Client Code: | |
| Description: | Docket Report | Search Criteria: | 8:09-bk-22175-RK Fil or Ent: filed From: 4/22/2000 To: 7/21/2022 Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| Billable Pages: | 2 | Cost: | 0.20 |

# **Exhibit 6**

**DISMISSED, CLOSED**

# U.S. Bankruptcy Court
## Central District of California (Santa Ana)
## Bankruptcy Petition #: 8:08-bk-16722-ES

|  |  |
|---|---|
| | *Date filed:* 10/21/2008 |
| | *Date terminated:* 11/17/2009 |
| *Assigned to:* Erithe A. Smith | *Debtor dismissed:* 05/21/2009 |
| Chapter 13 | *341 meeting:* 12/04/2008 |
| Voluntary | |
| Asset | |

*Debtor disposition:* Dismissed for Other Reason

| | |
|---|---|
| ***Debtor*** | represented by **Andrew J Prendiville -** |
| **Ronne Gene Johnsen** | **DISBARRED SB -** |
| 14032 Pinebrook Dr #B | Law Office of Andrew J |
| Tustin, CA 92780 | Prendiville |
| ORANGE-CA | 16480 Harbor Blvd, Ste. 102 |
| SSN / ITIN: xxx-xx-5549 | Fountain Valley, CA 92708 |
| | 714-534-8015 |
| | Fax : 714-534-7977 |
| | Email: shem@prendivillelaw.com |

***Trustee***
**Amrane (SA) Cohen (TR)**
770 The City Drive South Suite 3700
Orange, CA 92868
714-621-0200

***U.S. Trustee***
**United States Trustee (SA)**
411 W Fourth St., Suite 7160
Santa Ana, CA 92701-4593
(714) 338-3400

| Filing Date | # | Docket Text |
|---|---|---|
| 10/21/2008 | 1 (11 pgs) | Chapter 13 Voluntary Petition . Fee Amount $274 Filed by Ronne Gene Johnsen (Prendiville, Andrew) (Entered: 10/21/2008) |
| 10/21/2008 | | Receipt of Voluntary Petition (Chapter 13)(8:08-bk-16722) [misc,volp13] ( 274.00) Filing Fee. Receipt number 6192564. Fee amount 274.00. (U.S. Treasury) (Entered: 10/21/2008) |
| 10/21/2008 | 2 (13 pgs) | Schedule A , Schedule B , Schedule C , Schedule D , Schedule E , Schedule F , Schedule G , Schedule H Filed by Debtor Ronne Gene Johnsen. (Prendiville, Andrew) (Entered: 10/21/2008) |
| 10/21/2008 | 3 (14 pgs) | Debtor's Certification of Employment Income , Declaration concerning debtor's schedules , Schedule I , Schedule J , Statement of Financial |

| | | Affairs, Disclosure of Compensation of Attorney for Debtor Filed by Debtor Ronne Gene Johnsen. (Prendiville, Andrew) (Entered: 10/21/2008) |
|---|---|---|
| 10/21/2008 | [4](#)<br>(11 pgs) | Statement *of Current Monthly Income*, Verification of creditor matrix Filed by Debtor Ronne Gene Johnsen. (Prendiville, Andrew) (Entered: 10/21/2008) |
| 10/21/2008 | [5](#)<br>(1 pg) | Certificate of Credit Counseling Filed by Debtor Ronne Gene Johnsen. (Prendiville, Andrew) (Entered: 10/21/2008) |
| 10/21/2008 | [6](#)<br>(14 pgs) | Chapter 13 Plan Filed by Debtor Ronne Gene Johnsen. (Prendiville, Andrew) (Entered: 10/21/2008) |
| 10/21/2008 | [7](#)<br>(2 pgs) | Meeting of Creditors with 341(a) meeting to be held on 12/04/2008 at 11:00 AM at RM 1-154, 411 W Fourth St., Santa Ana, CA 92701. Confirmation hearing to be held on 12/17/2008 at 01:30 PM at Crtrm 5A, 411 W Fourth St., Santa Ana, CA 92701. Proof of Claim due by 03/04/2009. (Prendiville, Andrew) (Entered: 10/21/2008) |
| 10/24/2008 | [8](#)<br>(5 pgs) | BNC Certificate of Service (RE: related document(s)[7](#) , Meeting (AutoAssign Chapter 13)) No. of Notices: 14. Service Date 10/24/2008. (Admin.) (Entered: 10/24/2008) |
| 10/29/2008 | [9](#)<br>(13 pgs) | Declaration RE Tax Returns (Preconfirmation) , Declaration RE: Payment of Domestic Support Obligations , Proof of service , Rights and responsibilities agreement between chapter 13 debtors and their attorneys , Declaration setting forth postpetition, preconfirmation deed of trust payments Filed by Debtor Ronne Gene Johnsen. (Prendiville, Andrew) (Entered: 10/29/2008) |
| 11/21/2008 | [10](#)<br>(2 pgs) | Trustee's Notice to the debtor(s) that the case may be dismiss or converted at the confirmation hearing (batch) . (Cohen, Amrane) (Entered: 11/21/2008) |
| 12/17/2008 | | Hearing Continued (RE: related document(s)[6](#) , Chapter 13 Plan filed by Debtor Ronne Gene Johnsen) - Re-Schedule 341(a) Meeting to 2/3/2009 at 10:00 a.m..; Confirmation hearing continued to 2/18/2009 at 02:30 PM at Crtrm 5A, 411 W Fourth St., Santa Ana, CA 92701; Debtor's Counsel to give notice (cr:dani). (Duarte, Tina) (Entered: 01/08/2009) |
| 02/14/2009 | [11](#)<br>(11 pgs) | Amended Chapter 13 Plan Filed by Debtor Ronne Gene Johnsen (RE: related document(s)[6](#) Chapter 13 Plan Filed by Debtor Ronne Gene Johnsen. (Prendiville, Andrew)). (Prendiville, Andrew) (Entered: 02/14/2009) |
| 02/14/2009 | [12](#)<br>(3 pgs) | Proof of service Filed by Debtor Ronne Gene Johnsen. (Prendiville, Andrew) (Entered: 02/14/2009) |
| 02/14/2009 | [13](#)<br>(3 pgs) | Verification of creditor matrix , Amendment to List of Creditors. Fee Amount $26 Filed by Debtor Ronne Gene Johnsen. (Prendiville, Andrew) (Entered: 02/14/2009) |
| 02/14/2009 | | Receipt of Amended Creditor Matrix (Fee)(8:08-bk-16722-ES) [misc,amdcm] ( 26.00) Filing Fee. Receipt number 7249096. Fee amount 26.00. (U.S. Treasury) (Entered: 02/14/2009) |

| 02/14/2009 | 14<br>(42 pgs) | Declaration RE: Electronic Filing , Declaration of attorney's limited scope of appearance , Proof of service , Schedule A *Amended*, Schedule B *Amended*, Schedule C *Amended*, Schedule E *Amended*, Schedule F *Amended*, Statement of Financial Affairs *Amended* Filed by Debtor Ronne Gene Johnsen. (Prendiville, Andrew) (Entered: 02/14/2009) |
|---|---|---|
| 02/18/2009 | | Hearing Continued on Confirmation of Chapter 13 Plan - (RE: related document(s)6 , Chapter 13 Plan filed by Debtor Ronne Gene Johnsen) - RE-SCHEDULE 341(a) MEETING TO 5/8/2009 AT 10:00 A.M.; CONFIRMATION HEARING CONTINUED TO 5/20/2009 at 01:30 PM at Crtrm 5A, 411 W Fourth St., Santa Ana, CA 92701; DEBTOR TO GIVE NOTICE - (cr:reid). (Bolte, Nickie) (Entered: 02/19/2009) |
| 02/19/2009 | 15<br>(62 pgs) | Amended Schedule A , Amended Schedule B , Amended Schedule C , Amended Schedule E ,Amended Schedule F, Amended Statement of Financial Affairs ,Amended Verification of creditor matrix ,Amended Matrix (Mailing List) and Exhibit #1 thru #9 with proof of service. Filed by Debtor Ronne Gene Johnsen . (Nguyen, Vi) (Entered: 02/23/2009) |
| 03/27/2009 | 16<br>(4 pgs) | Notice of intent to pay claims . (Cohen, Amrane) (Entered: 03/27/2009) |
| 04/24/2009 | 17<br>(2 pgs) | Notice of additional claims. (Cohen, Amrane) (Entered: 04/24/2009) |
| 05/01/2009 | 18<br>(38 pgs; 3 docs) | Notice of motion and motion for relief from the automatic stay with supporting declarations REAL PROPERTY RE: 14032 Pinebrook Drive, Tustin, California, 92780-5944 *With Proof of Service*. Fee Amount $150, Filed by Creditor Wachovia Mortgage, FSB, FKA World Savings Bank, FSB, its successors and/or assigns, Movant (Attachments: 1 Exhibit 12 Exhibit (s) 2 & 3) (Garcia, Jose) (Entered: 05/01/2009) |
| 05/01/2009 | | Receipt of Motion for Relief from Stay - Real Property(8:08-bk-16722-ES) [motion,nmrp] ( 150.00) Filing Fee. Receipt number 9122890. Fee amount 150.00. (U.S. Treasury) (Entered: 05/01/2009) |
| 05/01/2009 | | Hearing Set (RE: related document(s)18 Motion for Relief from Stay - Real Property filed by Creditor Wachovia Mortgage, FSB, FKA World Savings Bank, FSB, its successors and/or assigns, Movant) The Hearing date is set for 6/2/2009 at 09:30 AM at Crtrm 5A, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Erithe A. Smith (Bolte, Nickie) (Entered: 05/05/2009) |
| 05/20/2009 | | Hearing Held RE: Confirmation of Chapter 13 Plan - CASE DISMISSED (cr:dani) (Duarte, Tina) (Entered: 06/05/2009) |
| 05/21/2009 | 19<br>(1 pg) | ORDER and Notice of dismissal arising from chapter 13 confirmation hearing - **Debtor** Dismissed. (BNC) (Bolte, Nickie) (Entered: 05/21/2009) |
| 05/23/2009 | 20<br>(2 pgs) | BNC Certificate of Service (RE: related document(s)19 ORDER and Notice of Dismissal arising from Ch 13 Conf. Hrg. (BNC)) No. of Notices: 29. Service Date 05/23/2009. (Admin.) (Entered: 05/23/2009) |
| 06/02/2009 | | Hearing Held - (RE: Related document 18 - Motion for relief from the automatic stay - Real Property - filed by Wachovia Mortgage, FSB, fka World Savings Bank, FSB, its successors and/or assigns - OFF |

| | | CALENDAR - CASE DISMISSED ON 5-20-2009 - (cr:dani) (Bolte, Nickie) (Entered: 06/05/2009) |
|---|---|---|
| 06/04/2009 | [21](8 pgs) | Notice of Intent to File Trustees Final Report and Account - Chapter 13 Dismissed/Converted . (Cohen, Amrane) (Entered: 06/04/2009) |
| 07/23/2009 | [22](1 pg) | Declaration re: non-receipt of obj to trustee's final report (Dismissed/Converted Chapter 13 Cases) Filed by Trustee Amrane Cohen. (Cohen, Amrane) (Entered: 07/23/2009) |
| 07/23/2009 | [23](3 pgs) | Chapter 13 Trustee's Final Report and Account . (Cohen, Amrane) (Entered: 07/23/2009) |
| 07/24/2009 | [24](1 pg) | Proof of service Filed by Trustee Amrane Cohen (RE: related document(s)23 Chapter 13 Trustee's Final Report and Account (batch)). (Cohen, Amrane) (Entered: 07/24/2009) |
| 07/30/2009 | [25](1 pg) | ORDER discharging chapter 13 panel trustee and exonerate bond liability Signed on 7/30/2009. (Bolte, Nickie) (Entered: 08/03/2009) |
| 11/17/2009 | [26](1 pg) | Bankruptcy Case Closed - DISMISSED (Allen, Gloria) (Entered: 11/17/2009) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 07/21/2022 15:05:49 | | | |
| **PACER Login:** | scotttalkov | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 8:08-bk-16722-ES Fil or Ent: filed From: 4/22/2000 To: 7/21/2022 Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| **Billable Pages:** | 3 | **Cost:** | 0.30 |

DISMISSED, CLOSED

# U.S. Bankruptcy Court
## Central District of California (Santa Ana)
## Bankruptcy Petition #: 8:10-bk-22387-ES

|  |  |
|---|---|
| | *Date filed:* 09/01/2010 |
| | *Date terminated:* 02/28/2011 |
| | *Debtor dismissed:* 11/30/2010 |
| | *341 meeting:* 10/06/2010 |

*Assigned to:* Erithe A. Smith
Chapter 13
Voluntary
Asset

*Debtor disposition:* Dismissed for Other Reason

*Debtor*
**Ronne Gene Johnsen**
14032 Pinebrook Dr #B
Tustin, CA 92780
ORANGE-CA
SSN / ITIN: xxx-xx-5549

represented by **John A Balent - SUSPENDED -**
Law Offices of John A Balent
110 W Fir St Ste 4
Brea, CA 92821
714-466-0568
Fax : 714-990-3117
Email: johnbalentlaw@gmail.com

*Trustee*
**Amrane (SA) Cohen (TR)**
770 The City Drive South Suite 3700
Orange, CA 92868
714-621-0200

*U.S. Trustee*
**United States Trustee (SA)**
411 W Fourth St., Suite 7160
Santa Ana, CA 92701-4593
(714) 338-3400

| Filing Date | # | Docket Text |
|---|---|---|
| 09/01/2010 | 1 (57 pgs) | Chapter 13 Voluntary Petition . Fee Amount $274 Filed by Ronne Gene Johnsen (Balent, John) CORRECTION: Deficient for Debtor's Certification of Employment Income (pay stubs missing) due by 9/15/2010. Incomplete filing due by 9/15/2010. Section 316 due by 10/16/2010. Modified on 9/2/2010 (Roque, Jewell). (Entered: 09/01/2010) |
| 09/01/2010 | | Receipt of Voluntary Petition (Chapter 13)(8:10-bk-22387) [misc,volp13] ( 274.00) Filing Fee. Receipt number 16118598. Fee amount 274.00. (U.S. Treasury) (Entered: 09/01/2010) |
| 09/01/2010 | 2 (1 pg) | Certificate of Credit Counseling Filed by Debtor Ronne Gene Johnsen. (Balent, John) (Entered: 09/01/2010) |
| 09/01/2010 | 3 | Statement of Social Security Number(s) Form B21 Filed by Debtor Ronne Gene Johnsen. (Balent, John) (Entered: 09/01/2010) |

| 09/01/2010 | [6](#)<br>(2 pgs) | Meeting of Creditors with 341(a) meeting to be held on 10/06/2010 at 04:00 PM at RM 1-154, 411 W Fourth St., Santa Ana, CA 92701. Confirmation hearing to be held on 11/23/2010 at 01:30 PM at Crtrm 5A, 411 W Fourth St., Santa Ana, CA 92701. Proof of Claim due by 01/04/2011. (Balent, John) (Entered: 09/01/2010) |
|---|---|---|
| 09/02/2010 | [4](#)<br>(8 pgs) | Chapter 13 Plan *with attachment 1(a)(4)* Filed by Debtor Ronne Gene Johnsen. (Balent, John) (Entered: 09/02/2010) |
| 09/02/2010 | [5](#)<br>(3 pgs) | Debtor's notice of section 341(a) meeting and hearing on confirmation of chapter 13 plan with copy of chapter 13 plan *with proof of service*, Declaration Re: Electronic Filing Filed by Debtor Ronne Gene Johnsen. (Balent, John) CORRECTION: Incorrect event used. Attorney to re-file with correct event code: Debtors Notice of 341(a) Mtg Chapter 13. Modified on 9/2/2010 (Roque, Jewell). (Entered: 09/02/2010) |
| 09/02/2010 | [7](#)<br>(1 pg) | Case Commencement Deficiency Notice (BNC) (RE: related document(s)[1](#) Voluntary Petition (Chapter 13) filed by Debtor Ronne Gene Johnsen) (Roque, Jewell) (Entered: 09/02/2010) |
| 09/03/2010 | [8](#)<br>(4 pgs) | Debtor's notice of section 341(a) meeting and hearing on confirmation of chapter 13 plan with copy of chapter 13 plan *with proof of service*, Declaration concerning debtor's schedules Filed by Debtor Ronne Gene Johnsen. (Balent, John) (Entered: 09/03/2010) |
| 09/04/2010 | [9](#)<br>(5 pgs) | BNC Certificate of Notice (RE: related document(s)[6](#) Meeting (AutoAssign Chapter 13)) No. of Notices: 13. Service Date 09/04/2010. (Admin.) (Entered: 09/04/2010) |
| 09/04/2010 | [10](#)<br>(2 pgs) | BNC Certificate of Notice (RE: related document(s)[7](#) Case Commencement Deficiency Notice (BNC)) No. of Notices: 1. Service Date 09/04/2010. (Admin.) (Entered: 09/04/2010) |
| 09/16/2010 | [11](#)<br>(18 pgs) | Declaration setting forth postpetition, preconfirmation deed of trust payments, Declaration setting forth postpetition, preconfirmation payments on: 1. Leases of Personal Property; 2. Purchase money security liens in personal property, Declaration RE Tax Returns (Preconfirmation) , Rights and responsibilities agreement between chapter 13 debtors and their attorneys , Debtor's Certification of Employment Income , Declaration re: *payment of domestic support obligations*, Declaration Re: Electronic Filing Filed by Debtor Ronne Gene Johnsen. (Balent, John) (Entered: 09/16/2010) |
| 09/27/2010 | [12](#)<br>(4 pgs) | Trustee's Notice to the debtor(s) that the case may be dismiss or converted at the confirmation hearing (batch) . (Cohen (TR), Amrane) (Entered: 09/27/2010) |
| 09/28/2010 | [13](#)<br>(1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Darlene C Vigil on behalf of Courtesy NEF. (Vigil, Darlene) (Entered: 09/28/2010) |
| 11/17/2010 | | Hearing Set (RE: related document(s)[4](#) Chapter 13 Plan filed by Ronne Gene Johnsen) Hearing to be held on 11/23/2010 at 01:30 PM Ronald Reagan Federal Bldg 411 W Fourth St Crtrm 5A Santa Ana, CA 92701. The hearing judge is Erithe Smith (Duarte, Tina) (Entered: 11/17/2010) |
| 11/23/2010 | | Hearing Held on Confirmation of Chapter 13 Plan (RE: related document [4](#) Chapter 13 Plan) - CASE DISMISSED - (cr:reid) (Bolte, Nickie) (Entered: 11/30/2010) |

| 11/30/2010 | [14](#)<br>(1 pg) | ORDER and Notice of dismissal arising from chapter 13 confirmation hearing - **Debtor** Dismissed. (BNC) (Bolte, Nickie) (Entered: 11/30/2010) |
| 12/02/2010 | [15](#)<br>(2 pgs) | BNC Certificate of Notice (RE: related document(s)14 ORDER and Notice of Dismissal arising from Ch 13 Conf. Hrg. (BNC)) No. of Notices: 11. Service Date 12/02/2010. (Admin.) (Entered: 12/02/2010) |
| 01/07/2011 | [16](#)<br>(5 pgs) | Notice of Intent to File Trustees Final Report and Account - Chapter 13 Dismissed/Converted . (Cohen (TR), Amrane (SA)) (Entered: 01/07/2011) |
| 02/17/2011 | [17](#)<br>(1 pg) | Declaration re: non-receipt of obj to trustee's final report (Dismissed/Converted Chapter 13 Cases) Filed by. (Cohen (TR), Amrane (SA)) (Entered: 02/17/2011) |
| 02/17/2011 | [18](#)<br>(3 pgs) | Chapter 13 Trustee's Final Report and Account . (Cohen (TR), Amrane (SA)) (Entered: 02/17/2011) |
| 02/17/2011 | [19](#)<br>(1 pg) | Proof of service Filed by (RE: related document(s)18 Chapter 13 Trustee's Final Report and Account (batch)). (Cohen (TR), Amrane (SA)) (Entered: 02/17/2011) |
| 02/23/2011 | [20](#)<br>(1 pg) | ORDER discharging chapter 13 panel trustee and exonerate bond liability Signed on 2/23/2011. (Peres, Carlos) (Entered: 02/24/2011) |
| 02/28/2011 | [21](#)<br>(1 pg) | Bankruptcy Case Closed - DISMISSED (Allen, Gloria) (Entered: 02/28/2011) |

| **PACER Service Center** | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 07/21/2022 15:01:07 | | | |
| **PACER Login:** | scotttalkov | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 8:10-bk-22387-ES Fil or Ent: filed From: 4/22/2000 To: 7/21/2022 Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |

# **Exhibit 7**

# Case Summary

| | |
|---|---|
| **Case Number:** | 08CF3400 |
| **OC Pay Number:** | 5239463 |
| **Originating Court:** | Central |
| **Pay or Appear by:** | |
| **Traffic School Completion Date:** | |
| **Next Payment Date:** | 2013-06-03 |
| **Defendant:** | Johnsen, Ronne Gene |
| **Demographics:** | |

| | | |
|---|---|---|
| | Eyes: | Blue |
| | Hair: | Blond |
| | Height(ft/in) : | 5'10" |
| | Weight (lbs): | 180 |

### Names:

| Last Name | First Name | Middle Name | Type |
|---|---|---|---|
| Johnson | Ronne | Gene | Corrected Record |
| Johnsen | Ronne | Gene | Corrected Record |
| Johnsen | Ronnie | Gene | Corrected Record |
| Johnsen | Ron | | Corrected Record |
| Johnsen | Ronne | Gene | Corrected Record |
| Johnsen | Ronnie | Gene | Corrected Record |
| Jonhson | Ronne | Gene | Corrected Record |
| Johnsen | Ronne | Gene | Real Name |

### Case Status:

| | |
|---|---|
| Status: | Convicted |
| Case Stage: | |
| Release Status: | Released on Own Recognizance |
| Warrant: | N |
| DMV Hold : | N |
| Charging Document: | Information |
| Mandatory Appearance: | Y |
| Owner's Resp: | N |
| Amendment #: | 0 |

### Counts:

| Seq | S/A | Violation Date | Section Statute | OL | Violation | Plea | Plea Date | Disposition | Disposition Date |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 0 | 11/30/2008 | 245(a)(1) PC | M | Assault w/deadly weapon other than firearm | GUILTY | 05/13/2009 | Pled Guilty | 05/13/2009 |

### Participants:

| Role | Badge | Agency | Name | Vacation Start | Vacation End |
|---|---|---|---|---|---|
| Public Defender | | OCPD | Barnum, Deborah | | |
| Public Defender | | OCPD | Mc Donald, Christine | | |
| District Attorney | | OCDA | Burnett, Ted | | |
| District Attorney | | OCDA | Flory, Mike | | |
| District Attorney | | OCDA | Harris, Jimmie | | |
| Public Defender | | OCPD | Deputy Public Defender, | | |
| District Attorney | | OCDA | Sparks, William III | | |
| Public Defender | | OCPD | Sung, Eugene | | |
| District Attorney | | OCDA | Yu, Cyril | | |
| District Attorney | | OCDA | Woesner, Holly | | |
| Public Defender | | OCPD | Rogers, Paul | | |
| District Attorney | | OCDA | Carroll, Michael | | |
| District Attorney | | OCDA | Back, Shannon | | |
| Public Defender | | OCPD | Riedel, Michelle | | |
| Public Defender | 247566 | OCPD | Wang, Li-Ling | | |
| District Attorney | | OCDA | Gold, Cheryl | | |
| District Attorney | | OCDA | Hunt, Seton | | |
| Public Defender | | OCPD | Stogsdill, Leanne | | |
| Public Defender | | OCPD | Chung, June Woo | | |
| Public Defender | | OCPD | Patel, Nina Anil | | |
| Public Defender | | OCPD | Berkley, Madeline L | | |
| District Attorney | | OCDA | Schweibish, Scott | | |
| Public Defender | | OCPD | Nagrath, Neha | | |
| Public Defender | | OCPD | Miljanich, Martine Patricia | | |

### Heard Hearings:

| Date | Hearing Type - Reason | Courtroom | Hearing Status | Special | Hearing Result |
|---|---|---|---|---|---|

| Date | Event | | Dept | Status | Details |
|------|-------|--|------|--------|---------|
| 12/02/2008 | Arraignment In Custody | | | Heard | |
| 12/08/2008 | Pre Trial - | | C55 | Heard | 10 court days |
| 12/12/2008 | Preliminary Hearing - | | C55 | Cancel | |
| 12/30/2008 | Pre Trial - | | C55 | Heard | |
| 01/14/2009 | Preliminary Hearing - | | C55 | Heard | |
| 01/14/2009 | Preliminary Hearing - | | C35 | Heard | |
| 01/27/2009 | Arraignment - | | C5 | Heard | |
| 02/20/2009 | Pre Trial Trial Setting Conference | | C29 | Heard | waives statutory time for |
| 04/03/2009 | Pre Trial - | | C29 | Heard | waives statutory time for |
| 04/28/2009 | Jury Trial - | | C5 | Cancel | |
| 05/12/2009 | Jury Trial - | | C5 | Heard | |
| 05/13/2009 | Jury Trial - | | C5 | Heard | |
| 08/14/2009 | Sentencing Jail Stay | | C5 | Heard | |
| 11/06/2009 | Chambers Work - | | CJA | Heard | |
| 11/24/2009 | Probation Violation Arraignment - In Custody | | C58 | Heard | Found in violation |
| 12/08/2009 | Hearing Proof of enrollment | | C49 | Heard | |
| 03/08/2010 | Hearing Progress Review | | C49 | Cancel | |
| 03/08/2010 | Hearing Progress Review | | C47 | Cancel | |
| 03/08/2010 | Hearing Progress Review | | CJA | Heard | |
| 06/08/2010 | Hearing Progress Review | | CJA | Heard | |
| 06/18/2010 | Probation Violation Arraignment | | C62 | Heard | Not found in violation |
| 08/11/2010 | Probation Violation Arraignment | | C46 | Heard | waives statutory time for |
| 08/11/2010 | Probation Violation Arraignment | | C46 | Heard | Found in violation |
| 09/08/2010 | Probation Violation - | | C46 | Heard | Waives arraignment today |
| 09/10/2010 | Hearing Proof of enrollment | | CJA | Cancel | |
| 10/12/2010 | Probation Violation - | | C46 | Cancel | |
| 10/18/2010 | Probation Violation - | | C46 | Heard | |
| 10/21/2010 | Hearing Progress Review | | CJA | Cancel | |
| 01/24/2011 | Probation Violation Arraignment - In Custody | | CJ1 | Heard | |
| 02/04/2011 | Probation Violation Disposition and Reset | | C47 | Cancel | |
| 02/04/2011 | Probation Violation Disposition and Reset | | C49 | Heard | Found in violation |
| 02/04/2011 | Probation Violation Disposition and Reset | | C49 | Heard | Found in violation |
| 02/14/2011 | Probation Violation Formal Hearing | | C47 | Cancel | |
| 03/08/2011 | Hearing Proof of enrollment | | CJA | Cancel | |
| 03/23/2011 | Sentencing Modification | | C47 | Heard | Not found in violation |
| 05/27/2011 | Hearing Proof of enrollment | | CJA | Heard | |
| 06/10/2011 | Probation Violation Arraignment | | C46 | Heard | Waives arraignment today |
| 06/10/2011 | Probation Violation Arraignment | | C46 | Heard | waives statutory time for |
| 06/10/2011 | Probation Violation Arraignment | | C46 | Heard | waives statutory time for |
| 06/10/2011 | Probation Violation Arraignment | | C46 | Heard | General Time Waiver |
| 07/25/2011 | Probation Violation Arraignment | | C46 | Heard | |
| 08/09/2011 | Probation Violation Failure to Appear | | C47 | Cancel | |
| 08/09/2011 | Probation Violation Failure to Appear | | C48 | Heard | Found in violation |
| 08/09/2011 | Probation Violation Failure to Appear | | C48 | Heard | General Time Waiver |
| 12/09/2011 | Probation Violation Arraignment | | W1 | Heard | General Time Waiver |
| 01/27/2012 | Probation Violation Disposition and Reset | | W12 | Cancel | |
| 01/27/2012 | Probation Violation Disposition and Reset | | C47 | Cancel | |
| 01/27/2012 | Probation Violation Disposition and Reset | | C56 | Heard | |
| 02/24/2012 | Probation Violation Disposition and Reset | | C47 | Cancel | |
| 02/24/2012 | Probation Violation Disposition and Reset | | C50 | Cancel | |
| 02/24/2012 | Probation Violation Disposition and Reset | | C62 | Heard | General Time Waiver |
| 02/24/2012 | Probation Violation Disposition and Reset | | C62 | Heard | General Time Waiver |
| 04/06/2012 | Probation Violation Disposition and Reset | | C47 | Cancel | |
| 04/06/2012 | Probation Violation Disposition and Reset | | C62 | Heard | |
| 07/03/2013 | Hearing - | | C47 | Cancel | |
| 07/03/2013 | Hearing - | | C56 | Heard | |

**Bond:**

| Bail Date | Post Amount | Bondsman | Bondsman Address | Surety | Surety Address | Details | | |
|-----------|-------------|----------|------------------|--------|----------------|---------|--|--|
| | | | | | | **Action** | **Action Date** | **Amount** |
| 12/04/2008 | 50000.0 | Merlin Bail Bonds | null | Bankers Insurance Company | null | Active | 12/04/2008 | 50000 |
| | | | | | | Void | 12/05/2008 | 50000 |
| 12/05/2008 | 50000.0 | Merlin Bail Bonds | null | Bankers Insurance Company | null | Active | 12/05/2008 | 50000 |
| | | | | | | Exonerated | 05/13/2009 | 50000 |

**Sentences:**

| Seq # | Sentence Date | Sentence | Due Date |
|-------|---------------|----------|----------|
| 1 | 05/13/2009 | 3 years Probation | |

| | | | |
|---|---|---|---|
| 2 | 05/13/2009 | 30 days Jail | |
| 3 | 05/13/2009 | Batterers' Treatment Program | |
| 4 | 11/24/2009 | 3 days Jail | |

**Probation:**

| Sent Seq # | Type | Term | End Date |
|---|---|---|---|
| 1 | INFORMAL | 3 years | 04/06/2012 |

**History:**

| Status | Status Date | End Date |
|---|---|---|
| Active | 05/13/2009 | 05/12/2012 |
| Revoked | 11/06/2009 | 05/12/2012 |
| Re-activated | 11/24/2009 | 05/30/2012 |
| Revoked | 06/08/2010 | 05/30/2012 |
| Re-activated | 06/18/2010 | 05/30/2012 |
| Revoked | 10/18/2010 | 05/30/2012 |
| Re-activated | 02/04/2011 | 09/16/2012 |
| Revoked | 07/25/2011 | 09/16/2012 |
| Re-activated | 08/09/2011 | 10/01/2012 |
| Revoked | 12/09/2011 | 10/01/2012 |
| Terminated | 04/06/2012 | 04/06/2012 |

# **Exhibit 8**

# Case Summary

| | |
|---|---|
| **Case Number:** | 08CM01492 |
| **OC Pay Number:** | 4783345 |
| **Originating Court:** | Central |
| **Pay or Appear by:** | |
| **Traffic School Completion Date:** | |
| **Next Payment Date:** | |
| **Defendant:** | Johnsen, Ronne Gene |
| **Demographics:** | |

| | |
|---|---|
| Eyes: | Blue |
| Hair: | Blond |
| Height(ft/in) : | 5'10" |
| Weight (lbs): | 170 |

**Names:**

| Last Name | First Name | Middle Name | Type |
|---|---|---|---|
| Johnson | Ronne | Gene | Corrected Record |
| Johnsen | Ronne | Gene | Corrected Record |
| Johnsen | Ronnie | Gene | Corrected Record |
| Johnsen | Ron | | Corrected Record |
| Johnsen | Ronne | Gene | Corrected Record |
| Johnsen | Ronnie | Gene | Corrected Record |
| Jonhson | Ronne | Gene | Corrected Record |
| Johnsen | Ronne | Gene | Real Name |

**Case Status:**

| | |
|---|---|
| Status: | Convicted |
| Case Stage: | |
| Release Status: | Released on Own Recognizance |
| Warrant: | N |
| DMV Hold : | N |
| Charging Document: | Complaint |
| Mandatory Appearance: | Y |
| Owner's Resp: | N |
| Amendment #: | 1 |

**Counts:**

| Seq | S/A | Violation Date | Section Statute | OL | Violation | Plea | Plea Date | Disposition | Disposition Date |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 0 | 01/11/2008 | 1001.2(5) UH | M | Lack of hot and cold running water in hotel | NOT GUILTY | 07/11/2008 | Dismissed | 04/02/2009 |
| 2 | 0 | 01/11/2008 | 1001.2(5) UH | M | Lack of hot and cold running water in hotel | NOT GUILTY | 07/11/2008 | Dismissed | 04/02/2009 |
| 3 | 0 | 01/11/2008 | 1001.2(5) UH | M | Lack of hot and cold running water in hotel | NOT GUILTY | 07/11/2008 | Dismissed | 04/02/2009 |
| 4 | 0 | 01/11/2008 | 1001.2(5) UH | M | Lack of hot and cold running water in hotel | NOT GUILTY | 07/11/2008 | Dismissed | 04/02/2009 |
| 5 | 0 | 01/11/2008 | 17920.3(a)(5) HS | M | Fail to maintain adequate hot and cold running water | NOT GUILTY | 07/11/2008 | Dismissed | 04/02/2009 |
| 6 | 0 | 01/11/2008 | 17920.3(a)(5) HS | M | Fail to maintain adequate hot and cold running water | NOT GUILTY | 07/11/2008 | Dismissed | 04/02/2009 |
| 7 | 0 | 01/11/2008 | 17920.3(a)(5) HS | M | Fail to maintain adequate hot and cold running water | NOT GUILTY | 07/11/2008 | Dismissed | 04/02/2009 |
| 8 | 0 | 01/11/2008 | 17920.3(a)(5) HS | M | Fail to maintain adequate hot and cold running water | NOT GUILTY | 07/11/2008 | Dismissed | 04/02/2009 |
| 9 | 0 | 11/23/2007 | 5502(B) TUMC | M | Dangerous Condition | NOT GUILTY | 07/11/2008 | Dismissed | 04/02/2009 |
| 10 | 0 | 11/23/2007 | 5502(B) TUMC | M | Dangerous Condition | NOT GUILTY | 07/11/2008 | Dismissed | 04/02/2009 |
| 11 | 0 | 11/23/2007 | 5502(B) TUMC | M | Dangerous Condition | NOT GUILTY | 07/11/2008 | Dismissed | 04/02/2009 |
| 12 | 0 | 11/23/2007 | 5502(B) TUMC | M | Dangerous Condition | NOT GUILTY | 07/11/2008 | Dismissed | 04/02/2009 |
| 13 | 0 | 11/23/2007 | 1001.2(5) UH | M | Lack of hot and cold running water in hotel | NOT GUILTY | 07/11/2008 | Dismissed | 04/02/2009 |
| 14 | 0 | 11/23/2007 | 1001.2(5) UH | M | Lack of hot and cold running water in hotel | NOT GUILTY | 07/11/2008 | Dismissed | 04/02/2009 |
| 15 | 0 | 11/23/2007 | 1001.2(5) UH | M | Lack of hot and cold running water in hotel | NOT GUILTY | 07/11/2008 | Dismissed | 04/02/2009 |
| 16 | 0 | 11/23/2007 | 1001.2(5) UH | M | Lack of hot and cold running water in hotel | NOT GUILTY | 07/11/2008 | Dismissed | 04/02/2009 |
| 17 | 0 | 11/23/2007 | 17920.3(a) | M | Fail to maintain adequate hot and cold | NOLO | | 09/29/2008 Pled Nolo | 09/29/2008 |

| | | | | | | | | CONTENDERE | | Contendere | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | (5) HS | | | | | | | | |
| 18 | 0 | 11/23/2007 | 17920.3(a) (5) HS | M | Fail to maintain adequate hot and cold running water | | NOT GUILTY | 07/11/2008 | Dismissed | 04/02/2009 | |
| 19 | 0 | 11/23/2007 | 17920.3(a) (5) HS | M | Fail to maintain adequate hot and cold running water | | NOLO CONTENDERE | 09/29/2008 | Pled Nolo Contendere | 09/29/2008 | |
| 20 | 0 | 11/23/2007 | 17920.3(a) (5) HS | M | Fail to maintain adequate hot and cold running water | | NOLO CONTENDERE | 09/29/2008 | Pled Nolo Contendere | 09/29/2008 | |

**Participants:**

| Role | Badge | Agency | Name | Vacation Start | Vacation End |
|---|---|---|---|---|---|
| Public Defender | | OCPD | Barnum, Deborah | | |
| District Attorney | | OCDA | Flory, Mike | | |
| Public Defender | | OCPD | Deputy Public Defender, | | |
| District Attorney | | OCDA | Sparks, William III | | |
| District Attorney | | OCDA | Brar, Paul Singh | | |
| District Attorney | | OCDA | Back, Shannon | | |
| City Attorney | | CTYATT | Silver, Matthew Raymond | | |
| Public Defender | 247566 | OCPD | Wang, Li-Ling | | |
| District Attorney | | OCDA | Varon, Daniel | | |
| Public Defender | | OCPD | Penn-Loya, Alexis | | |
| City Attorney | | CTYATT | Rowen, Kyle | | |
| City Attorney | | CTYATT | Rowen, Kyle E | | |
| District Attorney | | OCDA | Hunt, Seton | | |
| Public Defender | | OCPD | Stogsdill, Leanne | | |
| Public Defender | | OCPD | Reznick, Brian | | |
| Public Defender | | OCPD | Chung, June Woo | | |
| Public Defender | | OCPD | Ali, Heshmat | | |
| District Attorney | | OCDA | Schweibish, Scott | | |
| Public Defender | | OCPD | Nagrath, Neha | | |
| Public Defender | | OCPD | Miljanich, Martine Patricia | | |

**Heard Hearings:**

| Date | Hearing Type - Reason | Courtroom | Hearing Status | Special Hearing | Result |
|---|---|---|---|---|---|
| 04/03/2008 | Arraignment In Custody | C49 | Heard | | |
| 04/11/2008 | Arraignment - | C46 | Cancel | | |
| 04/18/2008 | Pre Trial - | C47 | Cancel | | |
| 04/18/2008 | Pre Trial - | C54 | Heard | | waives statutory time for |
| 04/22/2008 | Jury Trial - | C47 | Cancel | | |
| 04/22/2008 | Motion - | C49 | Cancel | | |
| 06/19/2008 | Pre Trial - | C49 | Cancel | | |
| 06/19/2008 | Pre Trial - | C47 | Heard | | |
| 07/02/2008 | Pre Trial - | C47 | Heard | | waives statutory time for |
| 07/11/2008 | Motion - | C47 | Cancel | | |
| 07/11/2008 | Pre Trial - | C47 | Cancel | | |
| 07/11/2008 | Motion - | C46 | Heard | | |
| 07/11/2008 | Pre Trial - | C46 | Heard | | waives statutory time for |
| 07/18/2008 | Pre Trial - | C46 | Heard | | waives statutory time for |
| 07/29/2008 | Jury Trial - | C47 | Cancel | | |
| 08/15/2008 | Pre Trial - | C47 | Cancel | | |
| 08/15/2008 | Pre Trial - | C66 | Heard | | waives statutory time for |
| 08/29/2008 | Pre Trial - | C47 | Cancel | | |
| 08/29/2008 | Pre Trial - | C49 | Heard | | Time not waived |
| 09/03/2008 | Jury Trial - | C47 | Cancel | | |
| 09/12/2008 | Pre Trial - | C47 | Cancel | | |
| 09/12/2008 | Pre Trial - | C66 | Heard | | Time not waived |
| 09/24/2008 | Jury Trial - | C47 | Heard | | |
| 09/25/2008 | Jury Trial - | C47 | Cancel | | |
| 09/25/2008 | Jury Trial - | C51 | Cancel | | |
| 09/25/2008 | Jury Trial - | C50 | Heard | | |
| 09/29/2008 | Jury Trial - | C50 | Heard | | waives statutory time for |
| 11/26/2008 | Chambers Work - | C50 | Heard | | |
| 04/01/2009 | Sentencing - | C50 | Heard | | |
| 04/02/2009 | Sentencing - | C48 | Heard | | |
| 11/24/2009 | Probation Violation Arraignment | C58 | Heard | | Found in violation |
| 04/01/2010 | Sentencing Modification | C47 | Heard | | Not found in violation |
| 08/11/2010 | Probation Violation Arraignment | C46 | Heard | | waives statutory time for |
| 08/11/2010 | Probation Violation Arraignment | C46 | Heard | | Found in violation |
| 09/01/2010 | Hearing Proof of completion | CJA | Cancel | | |
| 09/08/2010 | Probation Violation - | C46 | Heard | | Waives arraignment today |
| 10/18/2010 | Probation Violation - | C46 | Heard | | |
| 01/24/2011 | Arraignment In Custody | CJ1 | Cancel | | |
| 01/24/2011 | Probation Violation Arraignment - In Custody | CJ1 | Heard | | |

| | | | |
|---|---|---|---|
| 02/04/2011 Probation Violation Disposition and Reset | | Cancel | |
| 02/04/2011 Probation Violation Disposition and Reset | C49 | Heard | Found in violation |
| 02/04/2011 Probation Violation Disposition and Reset | C49 | Heard | Found in violation |
| 02/14/2011 Probation Violation Formal Hearing | C47 | Cancel | |
| 06/10/2011 Probation Violation Arraignment | C46 | Heard | waives statutory time for |
| 06/10/2011 Probation Violation Arraignment | C46 | Heard | General Time Waiver |
| 06/10/2011 Probation Violation Arraignment | C46 | Heard | waives statutory time for |
| 06/10/2011 Probation Violation Arraignment | C46 | Heard | Waives arraignment today |
| 07/25/2011 Probation Violation Arraignment | C46 | Heard | |
| 08/09/2011 Probation Violation Failure to Appear | C49 | Heard | |
| 08/09/2011 Probation Violation Failure to Appear | C47 | Cancel | |
| 08/09/2011 Probation Violation Failure to Appear | C48 | Cancel | Found in violation |
| 08/09/2011 Probation Violation Failure to Appear | C48 | Cancel | General Time Waiver |
| 08/09/2011 Probation Violation Failure to Appear | C49 | Cancel | |
| 09/23/2011 Hearing - | C47 | Cancel | |
| 12/09/2011 Probation Violation Arraignment | W1 | Heard | General Time Waiver |
| 01/27/2012 Probation Violation Disposition and Reset | W12 | Cancel | |
| 01/27/2012 Probation Violation Disposition and Reset | C47 | Cancel | |
| 01/27/2012 Probation Violation Disposition and Reset | C56 | Heard | |
| 02/24/2012 Probation Violation Disposition and Reset | C47 | Cancel | |
| 02/24/2012 Probation Violation Disposition and Reset | C50 | Cancel | |
| 02/24/2012 Probation Violation Disposition and Reset | C62 | Heard | General Time Waiver |
| 02/24/2012 Probation Violation Disposition and Reset | C62 | Heard | General Time Waiver |
| 04/06/2012 Probation Violation Disposition and Reset | C47 | Cancel | |
| 04/06/2012 Probation Violation Disposition and Reset | C62 | Heard | |
| 07/11/2012 Probation Violation Formal Hearing | C47 | Heard | |
| 07/16/2012 Probation Violation Formal Hearing | C47 | Heard | |
| 07/25/2012 Probation Violation Disposition and Reset | C47 | Heard | |

**Bond:**

| Bail Date | Post Amount | Bondsman | Bondsman Address | Surety | Surety Address | Details | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Action | Action Date | Amount |
| 04/08/2008 | 10000.0 | Merlin Bail Bonds | null | Bankers Insurance Company | null | Active | 04/08/2008 | 10000 |
| | | | | | | Exonerated | 09/29/2008 | 10000 |

**Sentences:**

| Seq # | Sentence Date | Sentence | Due Date |
|---|---|---|---|
| 1 | 09/29/2008 | 20 days Community Service | |
| 2 | 04/02/2009 | 3 years Probation | |
| 3 | 04/02/2009 | Sentenced stayed | |
| 4 | 04/02/2009 | 4 days Jail in lieu of fine | |
| 5 | 04/02/2009 | Restitution | |
| 6 | 04/02/2009 | 40 days Community Service | |

**Probation:**

| Sent Seq # | Type | Term | End Date |
|---|---|---|---|
| 2 | INFORMAL | 3 years | 08/03/2012 |

**History:**

| Status | Status Date | End Date |
|---|---|---|
| Active | 04/02/2009 | 04/01/2012 |
| Revoked | 10/18/2010 | 04/01/2012 |
| Re-activated | 02/04/2011 | 07/19/2012 |
| Revoked | 07/25/2011 | 07/19/2012 |
| Re-activated | 08/09/2011 | 08/03/2012 |
| Revoked | 12/09/2011 | 08/03/2012 |

# **Exhibit 9**

# Case Detail - 08CM01493

## Case Summary

| Case No. | Case Category | Case Level/Type | Plaintiff | Person/Business Name | Party Role |
|----------|---------------|-----------------|-----------|----------------------|------------|
| 08CM01493 | Criminal/Traffic | Misdemeanor | People | Johnsen, Ronne Gene | |

| Filing Date | Case Status | Case Status Date | Destruction Date | File Location |
|-------------|-------------|------------------|------------------|---------------|
| 02/20/2008 | Closed | 07/23/2008 | 09/25/2013 | |

## Case Detail

| Charge | Charge Date | Charge Dispo Date | Charge Dispo Type |
|--------|-------------|-------------------|-------------------|
| TUMC 5502(B) | 12/18/2007 | 07/11/2008 | Consolidated |
| TUMC 5502(B) | 12/18/2007 | 07/11/2008 | Consolidated |
| TUMC 5502(B) | 12/18/2007 | 07/11/2008 | Consolidated |
| TUMC 5502(B) | 12/18/2007 | 07/11/2008 | Consolidated |
| UH 1001.2(5) | 12/18/2007 | 07/11/2008 | Consolidated |
| UH 1001.2(5) | 12/18/2007 | 07/11/2008 | Consolidated |
| UH 1001.2(5) | 12/18/2007 | 07/11/2008 | Consolidated |
| UH 1001.2(5) | 12/18/2007 | 07/11/2008 | Consolidated |
| HS 17920.3(a)(5) | 12/18/2007 | 07/11/2008 | Consolidated |
| HS 17920.3(a)(5) | 12/18/2007 | 07/11/2008 | Consolidated |
| HS 17920.3(a)(5) | 12/18/2007 | 07/11/2008 | Consolidated |
| HS 17920.3(a)(5) | 12/18/2007 | 07/11/2008 | Consolidated |
| PC 853.7 | 03/04/2008 | 07/11/2008 | Consolidated |

Back to Results   New Search

© 2014 Superior Court of Orange County
Locations Telephone Numbers Employment Sitemap RSS Privacy Policy Webmaster

# **<u>Exhibit 10</u>**

Case Summary:

| Case Id: | 30-2011-00459209-CL-UD-CJC |
|---|---|
| Case Title: | VUI THI VU VS. RONNIE GENE JOHNSEN |
| Case Type: | UNLAWFUL DETAINER - RESIDENTIAL |
| Filing Date: | 03/18/2011 |
| Category: | CIVIL - LIMITED |

Register Of Actions:

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 1 | COMPLAINT FILED BY VU, VUI THI ON 03/18/2011 | 03/18/2011 | | 7 pages | ☐ |
| 2 | SUMMONS ISSUED AND FILED FILED BY VU, VUI THI ON 03/18/2011 | 03/18/2011 | | 2 pages | ☐ |
| 3 | CIVIL CASE COVER SHEET FILED BY VU, VUI THI ON 03/18/2011 | 03/18/2011 | | 2 pages | ☐ |
| 4 | CASE INITIATION FORM(S) HAVE BEEN GENERATED. | 03/18/2011 | | 2 pages | ☐ |
| 5 | PAYMENT RECEIVED BY FOR 171 - COMPLAINT OR OTHER 1ST PAPER <=$10K (UNLAWFUL DETAINER) IN THE AMOUNT OF 240.00, TRANSACTION NUMBER 10859414 AND RECEIPT NUMBER 10683306. | 03/18/2011 | | 1 pages | ☐ |
| 8 | ANSWER TO COMPLAINT FILED BY JOHNSEN, RONNE GENE ON 03/28/2011 | 03/28/2011 | | 5 pages | ☐ |
| 9 | REQUEST/COUNTER-REQUEST TO SET CASE FOR TRIAL - UNLAWFUL DETAINER FILED BY VU, VUI THI ON 03/30/2011 | 03/30/2011 | | 2 pages | ☐ |
| 10 | COURT TRIAL SCHEDULED FOR 04/14/2011 AT 08:30:00 AM IN C04 AT CENTRAL JUSTICE CENTER. | 03/30/2011 | | 2 pages | ☐ |
| 11 | DRAP | 04/05/2011 | | *NV* | |
| 12 | PROOF OF SERVICE OF SUMMONS & COMPLAINT - UNNAMED OCCUPANTS FILED BY VU, VUI THI ON 04/05/2011 | 04/05/2011 | | 2 pages | ☐ |
| 13 | REQUEST TO ENTER DEFAULT FOR UNNAMED TENANTS FILED BY VU, VUI THI ON 04/05/2011 | 04/05/2011 | | 2 pages | ☐ |
| 14 | MINUTES FINALIZED FOR COURT TRIAL 04/14/2011 08:30:00 AM. | 04/14/2011 | | 1 pages | ☐ |
| 15 | STIPULATION TO APPOINT COMMISSIONER TO ACT AS JUDGE PRO TEM FILED BY VU, VUI THI ON 04/14/2011 | 04/14/2011 | | 1 pages | ☐ |
| 16 | STIPULATION FOR ENTRY OF JUDGMENT FILED BY VU, VUI THI ON 04/14/2011 | 04/14/2011 | | 1 pages | ☐ |
| 17 | COMPLAINT DISPOSED WITH DISPOSITION OF COURT FINDING. | 04/14/2011 | | *NV* | |
| 18 | CASE DISPOSED WITH DISPOSITION OF COURT FINDING | 04/14/2011 | | *NV* | |
| 19 | APPLICATION - OTHER (FOR WRIT OF POSSESSION, UNLAWFUL DETAINER) FILED BY VU, VUI THI ON 04/27/2011 | 04/27/2011 | | 1 pages | ☐ |
| 20 | WRIT ISSUED. | 04/27/2011 | | *NV* | |
| 21 | PAYMENT RECEIVED BY FOR 141 - WRIT IN THE AMOUNT OF 25.00, TRANSACTION NUMBER 10890475 AND RECEIPT NUMBER 10714367. | 04/27/2011 | | 1 pages | ☐ |
| 22 | WRIT OF POSSESSION RETURNED - WHOLLY SATISFIED FILED BY VU, VUI THI ON 05/12/2011 | 05/12/2011 | | 3 pages | ☐ |
| 23 | WRIT UPDATED ON 04/27/2011. | 05/13/2011 | | *NV* | |

Participants:

| Name | Type | Assoc | Start Date | End Date |
|------|------|-------|------------|----------|
| VUI THI VU | PLAINTIFF | | 03/18/2011 | |
| STEVEN D. SILVERSTEIN | ATTORNEY | | 03/18/2011 | |
| RONNE GENE JOHNSEN | DEFENDANT | | 03/18/2011 | |

Hearings:

| Description | Date | Time | Department | Judge |
|-------------|------|------|------------|-------|

Print this page

# Exhibit 11

SCOTT TALKOV, State Bar No. 264676
TALKOV LAW CORP.
2900 Adams St Ste C225
Riverside, California 92504
Telephone: (951) 888-3300
Email: scott@talkovlaw.com

Attorneys for Debtor Rosa A. Fridman

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re | Case. No. 8:21-bk-10513-ES |
| ROSA A. FRIDMAN, | Chapter 7 |
| Debtor. | **DEBTOR'S <u>SUPPLEMENTAL</u> RESPONSES TO "PLAINTIFF [*SIC*] KARL AVETOOM'S REQUEST FOR PRODUCTION TO DEBTOR ROSA FRIDMAN (SET ONE)"** |

PROPOUNDING PARTY:   Creditor Karl Avetoom

RESPONDING PARTY:   Debtor Rosa Fridman

SET:             One

     In this matter, investigation and discovery by Debtor Rosa Fridman, is continuing in

nature. As investigation and discovery proceed, witnesses, facts, documents, and other evidence

may be learned which are not set forth hereinafter, yet which may have been responsive to a

Request for Production propounded by Creditor Karl Avetoom if known at the time thereof. Facts

and other evidence, though known, may be imperfectly understood, or the relevance or import of

such facts and evidence may be imperfectly understood and, accordingly, such facts and evidence

may, in good faith, not be included in the following responses.

**TALKOV LAW**
2900 ADAMS ST STE C225
RIVERSIDE, CA 92504
TELEPHONE (951) 888-3300

**TALKOV LAW**
2900 ADAMS ST STE C225
RIVERSIDE, CA 92504
TELEPHONE (951) 888-3300

1   Responding Party reserves the right to refer to, conduct discovery with reference to, or

2   offer as evidence hereafter, such facts and evidence which may have, in good faith, not been

3   included in the responses hereafter, despite such absence herein.

4   Further, to the extent that the Requests for Production of Documents propounded by

5   Propounding Party request information and evidence not personally known to Responding Party,

6   but available to, or ascertained by counsel for Responding Party, certain information provided

7   hereinafter may not be within the personal knowledge of Responding Party.

8   Responding Party objects to the "instructions" provided with the requests on the basis that

9   no such instructions are permitted under the FRCP, including under Rule 34, incorporated by

10   reference by FRBP 7034.

11   Responding Party objects that the discovery is not likely to lead to the discovery of

12   admissible evidence on the basis that the Bankruptcy Court already denied the Propounding

13   Party's second motion to dismiss filed as BK Doc. 91 on October 21, 2021. The Court's initial

14   tentative ruling before the hearing in which this second motion to dismiss was described by the

15   Court as "a new low" for the creditor, set forth as follows:

16   The court is not persuaded that Movant has met his burden of proof that this
17   case should be dismissed. It would appear that the Motion is stems from the
longstanding vendetta the parties have against the other. The court has
reviewed Movant's evidence in detail and finds it wholly unconvincing.
18   Furthermore, the [court] may exercise its discretion not dismiss this eight-month old
case on the basis of an alleged failure to attend pre-filing credit counseling.
19   Indeed, even if Debtor did not attend the pre-filing counseling, the failure to
do so is not jurisdictional, dismissal of the case is not mandatory and the
20   court has discretion to fashion a reasonable remedy. See *In re Manalad*, 360
B.R. 288 (Bankr. C.D.Cal. 2007). As the court noted in *Manalad* " because
21   the consequences of dismissal are so significant, Congress would *308 have
mandated dismissal as a remedy for non-compliance with the Credit
22   Counseling Requirements as it did in other" situations if it intended dismissal
23   to be the only available remedy."
Out of an abundance of caution, the court will order Debtor to complete a
24   credit counseling course by or before November 30, 2021.
Evidentiary Rulings: Sustain Debtor's evidentiary objections to the
25   declarations of Mssrs. Sweza and Brooks.

26

27

**TALKOV LAW**
2900 ADAMS ST STE C225
RIVERSIDE, CA 92504
TELEPHONE (951) 888-3300

## RESPONSES TO REQUESTS FOR PRODUCTION

### RESPONSE TO RFP NO. 1:

Inspection and related activities will be permitted as requested. The responding party herby states that she will produce copies of documents concurrently herewith.

### RESPONSE TO RFP NO. 2:

Inspection and related activities will be permitted as requested. The responding party herby states that she would have produced copies of documents concurrently herewith, but that no responsive documents could be located. Specifically, responding party has been unable to locate any responsive documents that the Debtor "used to use Skype from January 1, 2021 to December 31, 2021."

### RESPONSE TO RFP NO. 3:

Inspection and related activities will be permitted as requested. The responding party herby states that she will produce copies of documents concurrently herewith. Responding party has identified in the responses to interrogatories the username used by responding party to access Skype.

Note that responding party changed video chat platforms in late 2021 after propounding party had lost his motion related to this matter on October 21, 2021. Said change in video chat platforms occurred after responding party accidentally caused water damage to her LG tablet model LG G Pad 8, Serial No. 505CQQX095404. Produced herewith are eBay results showing that a water damaged LG G Pad 8 tablet sells for between $14.99 and $39.99, i.e., of virtually no value. The broken LG tablet was replaced by Debtor's son, Val Fridman, with an extra Apple iPad.

In addition to the water damage, Skype had a feature that allowed responding party's LG tablet to auto-answer. However, this feature appears to have been removed systemwide by Microsoft (Skype) such that the change to Apple iPad's Facetime, which currently has an auto-answering feature, is of assistance to the 90-year-old widow/responding party in communicating with her sons.

**TALKOV LAW**
2900 ADAMS ST STE C225
RIVERSIDE, CA 92504
TELEPHONE (951) 888-3300

1    Responding party, whose technology skills are minimal, generally refers to this technology

2    in everyday communication as "talking on the computer" or "video chatting," not by the brand

3    name of the application used to accomplish this task, e.g., Skype or FaceTime.

4    **SUPPLEMENTAL RESPONSE TO RFP NO. 3**

5    OBJECTION: Vague and ambiguous as to undefined term "username." Skype uses the phrases

6    "username," "Skype name," "Skype display name," "account," "Microsoft account," and "Login

7    for live.com" ambiguously throughout its website.   Articles showing others confused by these

8    various terms is produced herewith from the article online at

9    https://answers.microsoft.com/en-us/skype/forum/all/what-is-my-skype-username/b500fb64-546f-

10   42fd-bb64-a0f0d34c304e Article articles are also produced herewith from

11   https://support.skype.com/en/faq/fa10858/what-s-my-skype-name and

12   https://support.skype.com/en/faq/FA109/i-ve-forgotten-my-skype-user-name-or-password.

13   Notwithstanding, Inspection and related activities will be permitted as requested. The

14   responding party hereby states that she will produce copies of additional documents concurrently

15   herewith. Responding party has identified in the supplemental responses to interrogatories the

16   username used by responding party to access Skype.

17   Produced herewith is an email from Microsoft Corporation to the Debtor with a copy of the

18   subpoena issued by Karl Avetoom on June 16, 2022 with the title: "**Account Holder** Subpoena

19   Notification- In Re. Rosa A. Fridman."

20   Also produced herewith is an email from Skype to the Debtor stating: "Registered email

21   successfully updated. Your email address for the account rosa_fridman has been successfully

22   updated to rosafridman3@gmail.com."

23   Note that responding party changed video chat platforms in late 2021 after propounding

24   party had lost his motion related to this matter on October 21, 2021. Said change in video chat

25   platforms occurred after responding party accidentally caused water damage to her LG tablet

26   model LG G Pad 8, Serial No. 505CQQX095404. Produced herewith are eBay results showing

27   that a water damaged LG G Pad 8 tablet sells for between $14.99 and $39.99, i.e., of virtually no

**TALKOV LAW**
2900 ADAMS ST STE C225
RIVERSIDE, CA 92504
TELEPHONE (951) 888-3300

1  value. The broken LG tablet was replaced by Debtor's son, Val Fridman, with an extra Apple

2  iPad.

3       In addition to the water damage, Skype had a feature that allowed responding party's LG

4  tablet to auto-answer. However, this feature appears to have been removed systemwide by

5  Microsoft (Skype) such that the change to Apple iPad's Facetime, which currently has an auto-

6  answering feature, is of assistance to the 90-year-old widow/responding party in communicating

7  with her sons.

8       Responding party, whose technology skills are minimal, generally refers to this technology

9  in everyday communication as "talking on the computer" or "video chatting," not by the brand

10  name of the application used to accomplish this task, e.g., Skype or FaceTime.

11                               **RESPONSE TO RFP NO. 4:**

12       Inspection and related activities will be permitted as requested. The responding party herby

13  states that she would have produced copies of documents concurrently herewith, but that no

14  responsive documents could be located. Despite the lack of responsive documents, responding

15  party has identified in the responses to interrogatories the email address used by responding party

16  to access Skype.

17       Note that responding party changed video chat platforms in late 2021 after propounding

18  party had lost his motion related to this matter on October 21, 2021. Said change in video chat

19  platforms occurred after responding party accidentally caused water damage to her LG tablet

20  model LG G Pad 8, Serial No. 505CQQX095404. Produced herewith are eBay results showing

21  that a water damaged LG G Pad 8 tablet sells for between $14.99 and $39.99, i.e., of virtually no

22  value. The broken LG tablet was replaced by Debtor's son, Val Fridman, with an extra Apple

23  iPad.

24       In addition to the water damage, Skype had a feature that allowed responding party's LG

25  tablet to auto-answer. However, this feature appears to have been removed systemwide by

26  Microsoft (Skype) such that the change to Apple iPad's Facetime, which currently has an auto-

27

**TALKOV LAW**
2900 ADAMS ST STE C225
RIVERSIDE, CA 92504
TELEPHONE (951) 888-3300

1    answering feature, is of assistance to the 90-year-old widow/responding party in communicating

2    with her sons.

3    Responding party, whose technology skills are minimal, generally refers to this technology in

4    everyday communication as "talking on the computer" or "video chatting," not by the brand name

5    of the application used to accomplish this task, e.g., Skype or FaceTime. **SUPPLEMENTAL**

6    **RESPONSE TO RFP NO. 4**

7        Inspection and related activities will be permitted as requested. The responding party

8    hereby states that she will produce copies of <u>additional</u> documents concurrently herewith.

9    Responding party has identified in the <u>supplemental</u> responses to interrogatories the email address

10   used by responding party to access Skype.

11       Produced herewith is an email from Microsoft Corporation to the Debtor with a copy of the

12   subpoena issued by Karl Avetoom on June 16, 2022 with the title: "**Account Holder** Subpoena

13   Notification- In Re. Rosa A. Fridman."

14       Also produced herewith is an email from Skype to the Debtor stating: "Registered email

15   successfully updated. Your email address for the account rosa_fridman has been successfully

16   updated to rosafridman3@gmail.com."

17       Note that responding party changed video chat platforms in late 2021 after propounding

18   party had lost his motion related to this matter on October 21, 2021. Said change in video chat

19   platforms occurred after responding party accidentally caused water damage to her LG tablet

20   model LG G Pad 8, Serial No. 505CQQX095404. Produced herewith are eBay results showing

21   that a water damaged LG G Pad 8 tablet sells for between $14.99 and $39.99, i.e., of virtually no

22   value. The broken LG tablet was replaced by Debtor's son, Val Fridman, with an extra Apple

23   iPad.

24       In addition to the water damage, Skype had a feature that allowed responding party's LG

25   tablet to auto-answer. However, this feature appears to have been removed systemwide by

26   Microsoft (Skype) such that the change to Apple iPad's Facetime, which currently has an auto-

27

---

**TALKOV LAW**
2900 ADAMS ST STE C225
RIVERSIDE, CA 92504
TELEPHONE (951) 888-3300

1  answering feature, is of assistance to the 90-year-old widow/responding party in communicating

2  with her sons.

3      Responding party, whose technology skills are minimal, generally refers to this technology

4  in everyday communication as "talking on the computer" or "video chatting," not by the brand

5  name of the application used to accomplish this task, e.g., Skype or FaceTime.

6              **RESPONSE TO RFP NO. 5:**

7      Inspection and related activities will be permitted as requested. The responding party herby

8  states that she would have produced copies of documents concurrently herewith, but that no

9  responsive documents could be located. This is because responding party only used the free

10  "Skype-to-Skype" calling features that are not connected with any "telephone numbers," which

11  relate to the paid portion of Skype. As set forth on Skype's website, this Skype-to-Skype calling

12  feature does not produce a call log as the call logs are apparently maintained only for Skype's

13  billing purposes on paid calls.

14              **RESPONSE TO RFP NO. 6:**

15      Inspection and related activities will be permitted as requested. The responding party herby

16  states that she would have produced copies of documents concurrently herewith, but that no

17  responsive documents could be located in relation to "Documents evidencing any process which

18  YOU claim to have used to access Skype on February 9, 2021" as the process does not produce a

19  document.

20              **RESPONSE TO RFP NO. 7:**

21      Inspection and related activities will be permitted as requested. The responding party herby

22  states that she will produce copies of documents concurrently herewith.

23  **SUPPLEMENTAL RESPONSE TO RFP NO. 7:**

24      OBJECTION: Vague and ambiguous as to undefined term "username." Skype uses the

25  phrases "username," "Skype name," "Skype display name," "account," "Microsoft account," and

26  "Login for live.com" ambiguously throughout its website.   Articles showing others confused by

27  these various terms is produced herewith from the article online at

---

**DEBTOR'S SUPPLEMENTAL RESPONSES TO "PLAINTIFF [*SIC*] KARL AVETOOM'S REQUEST FOR
PRODUCTION TO DEBTOR ROSA FRIDMAN (SET ONE)"**
7

**TALKOV LAW**
2900 ADAMS ST STE C225
RIVERSIDE, CA 92504
TELEPHONE (951) 888-3300

1  https://answers.microsoft.com/en-us/skype/forum/all/what-is-my-skype-username/b500fb64-546f-

2  42fd-bb64-a0f0d34c304e Article articles are also produced herewith from

3  https://support.skype.com/en/faq/fa10858/what-s-my-skype-name and

4  https://support.skype.com/en/faq/FA109/i-ve-forgotten-my-skype-user-name-or-password.

5       Notwithstanding, inspection and related activities will be permitted as requested. The

6  responding party herby states that she will produce copies of <u>additional</u> documents concurrently

7  herewith.

8       Produced herewith is an email from Microsoft Corporation to the Debtor with a copy of the

9  subpoena issued by Karl Avetoom on June 16, 2022 with the title: "**Account Holder** Subpoena

10  Notification- In Re. Rosa A. Fridman."

11       Also produced herewith is an email from Skype to the Debtor stating: "Registered email

12  successfully updated. Your email address for the account rosa_fridman has been successfully

13  updated to rosafridman3@gmail.com."

14                    **RESPONSE TO RFP NO. 8:**

15       Inspection and related activities will be permitted as requested. The responding party herby

16  states that she would have produced copies of documents concurrently herewith, but that no

17  responsive documents could be located. Despite the lack of responsive documents, responding

18  party has identified in the responses to interrogatories the email address used by responding party

19  to access Skype.

20       Note that responding party changed video chat platforms in late 2021 after propounding

21  party had lost his motion related to this matter on October 21, 2021. Said change in video chat

22  platforms occurred after responding party accidentally caused water damage to her LG tablet

23  model LG G Pad 8, Serial No. 505CQQX095404. Produced herewith are eBay results showing

24  that a water damaged LG G Pad 8 tablet sells for between $14.99 and $39.99, i.e., of virtually no

25  value. The broken LG tablet was replaced by Debtor's son, Val Fridman, with an extra Apple

26  iPad.

27

**TALKOV LAW**
2900 ADAMS ST STE C225
RIVERSIDE, CA 92504
TELEPHONE (951) 888-3300

1   In addition to the water damage, Skype had a feature that allowed responding party's LG

2   tablet to auto-answer. However, this feature appears to have been removed systemwide by

3   Microsoft (Skype) such that the change to Apple iPad's Facetime, which currently has an auto-

4   answering feature, is of assistance to the 90-year-old widow/responding party in communicating

5   with her sons.

6   Responding party, whose technology skills are minimal, generally refers to this technology in

7   everyday communication as "talking on the computer" or "video chatting," not by the brand name

8   of the application used to accomplish this task, e.g., Skype or FaceTime.**SUPPLEMENTAL**

9   **RESPONSE TO RFP NO. 8:**

10   Inspection and related activities will be permitted as requested. The responding party herby

11   states that she will produce copies of documents concurrently herewith. Responding party has

12   identified in the responses to interrogatories the email address used by responding party to access

13   Skype.

14   Produced herewith is an email from Microsoft Corporation to the Debtor with a copy of the

15   subpoena issued by Karl Avetoom on June 16, 2022 with the title: "**Account Holder** Subpoena

16   Notification- In Re. Rosa A. Fridman."

17   Also produced herewith is an email from Skype to the Debtor stating: "Registered email

18   successfully updated. Your email address for the account rosa_fridman has been successfully

19   updated to rosafridman3@gmail.com."

20   Note that responding party changed video chat platforms in late 2021 after propounding

21   party had lost his motion related to this matter on October 21, 2021. Said change in video chat

22   platforms occurred after responding party accidentally caused water damage to her LG tablet

23   model LG G Pad 8, Serial No. 505CQQX095404. Produced herewith are eBay results showing

24   that a water damaged LG G Pad 8 tablet sells for between $14.99 and $39.99, i.e., of virtually no

25   value. The broken LG tablet was replaced by Debtor's son, Val Fridman, with an extra Apple

26   iPad.

27

**TALKOV LAW**
2900 ADAMS ST STE C225
RIVERSIDE, CA 92504
TELEPHONE (951) 888-3300

1    In addition to the water damage, Skype had a feature that allowed responding party's LG

2    tablet to auto-answer. However, this feature appears to have been removed systemwide by

3    Microsoft (Skype) such that the change to Apple iPad's Facetime, which currently has an auto-

4    answering feature, is of assistance to the 90-year-old widow/responding party in communicating

5    with her sons.

6    Responding party, whose technology skills are minimal, generally refers to this technology in

7    everyday communication as "talking on the computer" or "video chatting," not by the brand name

8    of the application used to accomplish this task, e.g., Skype or FaceTime.

9    **RESPONSE TO RFP NO. 9:**

10    Inspection and related activities will be permitted as requested. The responding party herby

11    states that she would have produced copies of documents concurrently herewith, but that no

12    responsive documents could be located. This is because responding party only used the free

13    "Skype-to-Skype" calling features that are not connected with any "telephone numbers," which

14    relate to the paid portion of Skype. As set forth on Skype's website, this Skype-to-Skype calling

15    feature does not produce a call log as the call logs are apparently maintained only for Skype's

16    billing purposes on paid calls.

17    **RESPONSE TO RFP NO. 10:**

18    Inspection and related activities will be permitted as requested. The responding party herby

19    states that she will produce copies of documents concurrently herewith.

20    **RESPONSE TO RFP NO. 11:**

21    OBJECTION: Overbroad as to time. Not likely to lead to the discovery of admissible

22    evidence.

23    Notwithstanding his objection, inspection and related activities will be permitted as

24    requested between the days before and after the operative pre-bankruptcy credit counseling course,

25    notably emails between Alex Theory (Fridman) and Debtor's counsel's paralegal relating to Alex

26    Theory's assisting the 90-year-old Russian speaking debtor with completing the pre-bankruptcy

27

1  credit counseling course. The responding party herby states that she will produce copies of

2  documents concurrently herewith.

3  <div align="center">**RESPONSE TO RFP NO. 12:**</div>

4  OBJECTION: Overbroad as to time. Not likely to lead to the discovery of admissible

5  evidence.

6  Notwithstanding this objection, inspection and related activities will be permitted as

7  requested between the days before and after the operative pre-bankruptcy credit counseling course.

8  The responding party herby states that she would have produced copies of documents concurrently

9  herewith, but that no responsive documents could be located.

10  <div align="center">**RESPONSE TO RFP NO. 13:**</div>

11  OBJECTION: Overbroad as to scope. Not likely to lead to the discovery of admissible

12  evidence.

13  Notwithstanding, inspection and related activities would have been permitted as requested.

14  The responding party herby states that she would have produced the device concurrently herewith,

15  but that the device is no longer in her possession, custody or control.

16  Note that responding party changed video chat platforms in late 2021 after propounding

17  party had lost his motion related to this matter on October 21, 2021. Said change in video chat

18  platforms occurred after responding party accidentally caused water damage to her LG tablet

19  model LG G Pad 8, Serial No. 505CQQX095404. Produced herewith are eBay results showing

20  that a water damaged LG G Pad 8 tablet sells for between $14.99 and $39.99, i.e., of virtually no

21  value. The broken LG tablet was replaced by Debtor's son, Val Fridman, with an extra Apple

22  iPad.

23  In addition to the water damage, Skype had a feature that allowed responding party's LG

24  tablet to auto-answer. However, this feature appears to have been removed systemwide by

25  Microsoft (Skype) such that the change to Apple iPad's Facetime, which currently has an auto-

26  answering feature, is of assistance to the 90-year-old widow/responding party in communicating

27  with her sons.

**TALKOV LAW**
2900 ADAMS ST STE C225
RIVERSIDE, CA 92504
TELEPHONE (951) 888-3300

**TALKOV LAW**
2900 ADAMS ST STE C225
RIVERSIDE, CA 92504
TELEPHONE (951) 888-3300

1    Responding party, whose technology skills are minimal, generally refers to this technology

2  in everyday communication as "talking on the computer" or "video chatting," not by the brand

3  name of the application used to accomplish this task, e.g., Skype or FaceTime.

4                           **RESPONSE TO RFP NO. 14:**

5    **Inspection and related activities will be permitted as requested. The responding party**

6  **herby states that she will produce copies of documents concurrently herewith.**

7                           **RESPONSE TO RFP NO. 15:**

8    Inspection and related activities will be permitted as requested. The responding party herby

9  states that she would have produced copies of documents concurrently herewith, but that no

10  responsive documents could be located.

11  <u>SIGNED BY COUNSEL AS TO OBJECTIONS ONLY:</u>

12  Date: July 14, 2022                          TALKOV LAW CORP

13                                               *Scott Talkov*

14                                               Scott Talkov
                                                 Attorneys for Debtor Rosa A. Fridman

15

16

17

18

19

20

21

22

23

24

25

26

27

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

**TALKOV LAW**
2900 ADAMS ST STE C225
RIVERSIDE, CA 92504
TELEPHONE (951) 888-3300

**VERIFICATION**

I am the Debtor in the above-entitled action; I have read the foregoing DEBTOR'S

SUPPLEMENTAL RESPONSES TO "PLAINTIFF [SIC] KARL AVETOOM'S REQUEST FOR

PRODUCTION TO DEBTOR ROSA FRIDMAN (SET ONE)" and know the contents thereof.

I certify that the same is true of my own knowledge, except as to those matters which are

therein stated upon my information or belief, and as to those matters, I believe it to be true.

I declare under penalty of perjury under the laws of the State of California and the United

States of America that the foregoing is true and correct, and that this declaration was executed on

the date written below.

Executed on July 14, 2022 at Huntington Beach, California.

_____

Rosa Fridman

M Gmail                                          **Rosa Fridman <rosafridman3@gmail.com>**

# Registered email successfully updated

**Skype** <no-reply@notifications.skype.com>              Fri, Oct 11, 2019 at 11:31 AM
To: rosafridman3@gmail.com

This is an automated email, please don't reply.



Hi rosa_fridman,

## Registered email successfully updated

Your email address for the account rosa_fridman has been successfully updated to
rosafridman3@gmail.com. **Visit your account** to review your changes.

Didn't request this change? Please contact **Skype Customer Support** immediately as
someone may have fraudulently gained access to your account.

**Skype**

**Lost Password**   ·   **Account Settings**   ·   **Help**   ·   **Terms of Use**   ·   **Privacy**

**No emergency calls with Skype. Skype is not a replacement for your telephone and can't be used
for emergency calling**

Unsubscribing here will not affect any other newsletters you've requested or any mandatory service
communications that are considered part of certain Skype services.

**Getting help for Skype**
While you cannot reply to this email, you can contact us through our **help section** for assistance.
You can also **visit the Skype Community**.

**Protect Your Password**
Skype staff will NEVER ask you for your password via email. The only places you are asked for your

password are when you sign in to Skype or on our website if you want to buy something or check your account. You will always sign in via a secure connection, and we ask you to ensure that the address in your browser begins exactly like this **https://login.skype.com**. It should also show a little padlock symbol to indicate the secure connection.

Be alert to emails that request account information or urgent action. Be cautious of websites with irregular addresses or those that offer unofficial Skype downloads. Security updates and product upgrades are made available at **www.skype.com** or using the client's upgrade function.

© 2003-2019 Skype and/or Microsoft. The Skype name, associated trademarks and logos and the "S" logo are trademarks of Skype or related entities.
Skype Communications S.A.R.L. **23-29 Rives de Clausen**, L-2165 Luxembourg.

Original Message

| Message ID | <157081870739.1553.14354221768429982381@lu4-scripter15> |
|---|---|
| Created at: | Fri, Oct 11, 2019 at 11:31 AM (Delivered after 0 seconds) |
| From: | Skype <no-reply@notifications.skype.com> |
| To: | rosafridman3@gmail.com |
| Subject: | Registered email successfully updated |
| SPF: | PASS with IP 91.190.216.101  Learn more |
| DKIM: | 'PASS' with domain notifications.skype.com  Learn more |
| DMARC: | 'PASS'  Learn more |

Download Original                                                          Copy to clipboard

Delivered-To: rosafridman3@gmail.com
Received: by 2002:a50:f158:0:0:0:0:0 with SMTP id z24csp1112740edl;
    Fri, 11 Oct 2019 11:31:48 -0700 (PDT)
X-Google-Smtp-Source: APXvYqzj6xh2yMJpyiRelbOBOIbBpH87AzIBxNZguu2WZqIsjBikFpMGwYoc0XizvIsjOXruHkkn
X-Received: by 2002:a17:906:6d89:: with SMTP id hgmr14840225ejt.169.1570818708068;
    Fri, 11 Oct 2019 11:31:48 -0700 (PDT)
ARC-Seal: i=1; a=rsa-sha256; t=1570818708; cv=none;
    d=google.com; s=arc-20160816;
    b=W0xOBw8hSu4vKmzNhinwlT0yfe4DbrRqeiSgP4R7FvWGgHtDW24waElk6WU16T+sH8
    kynBN3bi/EavG0M8M1okLos4U7wctajNRjjFVFzOr2MjLiN+/nBkagtt8BKlPVcPFQGr
    +p+Okw/bJYGHm5aFW8NSxeadKovNrrhodgOlczssWllxQaOJSr+XSwXSg8O74SHZwgJg
    FEwlQtcbqmKVlQeHF16yK4ClDIu4jDxRc1qNHsS33m7lvRBEkTsPpveYEXtaj0Dm3Sti
    6KdEGXjb8oXkwfeoZuRoR1AV06z8rCYsj3FurSjjXthNpjgwuxZvSM1xrd9kYblufntX
    Q93w==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816;
    h=message-id:to:sender:from:subject:mime-version:dkim-signature:date;
    bh=RS0+e7EQ/5f9xtdylJ38ec2QQ5qglrxjMx1LEIHxTZ8=;
    b=pGgznbz+kvSYQ4iXgGVmXjaXIlB8ILFZLyiKlS3Rt37LC8KBJdiixiUYgk4YrsZYfY
    nJcYfyzkyy+OxiKu8dM9onSrk4G/RntIYCUI/0rZitoLdmz75ng43EKTdqhOL8X9itiN
    HeD75rwt/2zoUp+05lagTc+OFVOEAH1hWZLmXLkFt7fvZZJDYph2OAm/qM9OS2lMmCX0
    ELfoLgaAlGRltWMc5kdSfk9QkQgiCEp85DX0VRfEMRbWtEtBKxiNv/XSnNW3YKAChGg7
    nukwABPjSgv15Eb7VTScSQDulWFhKUqvzP9GDvXdetQj44gHybXeCTQEVN6vj4rm9CbX
    /Neg==
ARC-Authentication-Results: i=1; mx.google.com;
    dkim=pass header.i=@notifications.skype.com header.s=2017 header.b=zxnD9oqx;
    spf=pass (google.com: domain of no-reply@notifications.skype.com designates 91.190.216.101 as permitted sender)
smtp.mailfrom=no-reply@notifications.skype.com;
    dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=notifications.skype.com
Return-Path: <no-reply@notifications.skype.com>
Received: from notifications.skype.com (notifications.skype.com. [91.190.216.101])
    by mx.google.com with ESMTPS id y23si6964577edb.208.2019.10.11.11.31.47
    for <rosafridman3@gmail.com>
    (version=TLS1_2 cipher=ECDHE-RSA-CHACHA20-POLY1305 bits=256/256);
    Fri, 11 Oct 2019 11:31:48 -0700 (PDT)
Received-SPF: pass (google.com: domain of no-reply@notifications.skype.com designates 91.190.216.101 as permitted
sender) client-ip=91.190.216.101;
Authentication-Results: mx.google.com;
    dkim=pass header.i=@notifications.skype.com header.s=2017 header.b=zxnD9oqx;
    spf=pass (google.com: domain of no-reply@notifications.skype.com designates 91.190.216.101 as permitted sender)
smtp.mailfrom=no-reply@notifications.skype.com;
    dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=notifications.skype.com
Date: Fri, 11 Oct 2019 11:31:48 -0700 (PDT)

Received: from [10.117.103.12] (unknown [10.235.172.4]) by notifications.skype.com (Postfix) with ESMTP id 7B53F9C17 for
<rosafridman3@gmail.com>; Fri, 11 Oct 2019 18:31:47 +0000 (GMT)
DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/simple; d=notifications.skype.com; s=2017; t=1570818707;
bh=RSo+e7EQ/5f9xtdyIj38ec2QQ5qglrxjMx1LEIHxTZ8=; h=Subject:From:To;
b=zxnD9oqxwjoltEPQllVCoheVcF+qbeFfMfPbrHMOunxuGYLu5aUOAHifwd+ATX+S0
1S256W8QaQb+S+pBLFz1IR56OtjHG2D790BiqCigzwMtUZkKLL1wbICL4ns0tfrKA+
HgNppSW6Gw1cP7SjFUfw2OD+irCQkrfEMt3cl7jY=
Content-Type: multipart/alternative; boundary="===============2891983697733382260=="
MIME-Version: 1.0
Subject: Registered email successfully updated
From: Skype <no-reply@notifications.skype.com>
Sender: Skype <no-reply@notifications.skype.com>
To: rosafridman3@gmail.com
Message-ID: <157081870739.1553.14354221768429982381@lu4-scripter15>

--===============2891983697733382260==
MIME-Version: 1.0
Content-Type: text/plain; charset="utf-8"
Content-Transfer-Encoding: base64

PT09PT09PT09PT09PT09PT09PT09PT09PT09PT09PT09PT09PT09PT09PT09PT09PT09PT09PT09
PT09PT09PT09PT09PT09Cgo9PT09PT09PT09PT09PSBUSElTIElTIEFOIEFVVE9NQVRFRCBNRVNT
QUdFLCBETyBOT1QgUkVQTFkgPT09PT09PT09PT09PT0KCj09PT09PT09PT09PT09PT09PT09
PT09PT09PT09PT09PT09PT09PT09PT09PT09PT09PT09PT09PT09PT09PT09PQoKDQplaSBy
b3NhX2ZyaWRtYW4sCgoNCllvdXIgZW1haWwgYWRkcmVzcyBmb3IgdGhlIGFjY291bnQgcm9zYV9m
cmlkbWFuIGhhcyBiZWVuIHN1Y2Nlc3NmdWxseSB1cGRhdGVkIHRvIHJvc2FmcmlkbWFuM0BnbWFp
bC5jb20uIFZpc2l0IHlvdXIgYWNjb3VudCAtIGh0dHBzOi8vYXBpLnNreXBlLmNvbS90cmFja2lu
Zy9lbWFpbHMvY2xpY2s/bT03MTMxMDAwMDM5NzI5OTY5NTk3JmdvPW15YWNjb3VudCZ4PWludGNt
cCUzRFRfMTY3LV8tUC1fLTExMTAxOS1fLW15YWNjb3VudCAKdG8gcmV2aWV3IHlvdXIgY2hhbmdl
cy4KCgoKRGlkbuKAmXQgcmVxdWVzdCB0aGlzIGNoYW5nZT8gUGxlYXNlIGNvbnRhY3QgU2t5cGUg
Q3VzdG9tZXIgU3VwcG9ydCAtIGh0dHBzOi8vYXBpLnNreXBlLmNvbS90cmFja2luZy9lbWFpbHMv
Y2xpY2s/bT03MTMxMDAwMDM5NzI5OTY5NTk3JmdvPWhlbHAuYXNzaXN0ZWQud2ZXJpZmllZC5l
bWFpbGNoYW5nZSZ4PWludGNtcCUzRFRfMTY3LV8tUC1fLTExMTAxOS1fLXN1cHBvcnRyZXF1ZXN0
IAppbW1lZGlhdGVseSBhcyBzb21lb25lIG1heSBoYXZlIGZyYXVkdWxlbnRseSBnYWluZWQgYWNj
ZXNzIHRvIHlvdXIgYWNjb3VudC4NCgoKDQoKCg0KU2t5cGUNCgoKCgo9PSBHZXR0aW5nIGhlbHAg
d2l0aCBTa3lwZSA9PQoKClRvIGNvbnRhY3QgdXMsIHZpc2l0IG91ciBoZWxwIHNlY3Rpb24gLSBo
dHRwczovL2FwaS5za3lwZS5jb20vdHJhY2tpbmcvZW1haWxzL2NsaWNrP209NzEzMTAwMDAzOTcy
OTk2OTU5NyZnbz1oZWxwJng9aW50Y21wJTNEVF8xNjctXy1QLV8tMTExMDE5LV8taGVscCAKb24g
c2t5cGUuY29tLiBZb3UgY2FuIGFsc28gdmlzaXQgb3VyIGZvcnVtcyAtIGh0dHBzOi8vYXBpLnNr
eXBlLmNvbS90cmFja2luZy9lbWFpbHMvY2xpY2s/bT03MTMxMDAwMDM5NzI5OTY5NTk3JmdvPWNv
bW11bml0eSZ4PWludGNtcCUzRFRfMTY3LV8tUC1fLTExMTAxOS1fLWNvbW11bml0eSAKLgoKDQo9
PT09PT09PT09PT09PT09PT09PT09PT09PT09PT09PT09PT09PT09PT09PT09PT09PT09PT09PT09
PT09PT09PT09PT09PT0KCj09PT09PT09PT09PT09PT09PT09PT09PT09PT0gUFJJPVEVDVCBZT1VSIFBB
U1NXT1JEID09PT09PT09PT09PT09PT09PT09PT09PQoKPT09PT09PT09PT09PT09PT09PT09PT09
PT09PT09PT09PT09PT09PT09PT09PT09PT09PT09PT09PT09PT09PT09PT09PT09CgoKClNreXBl
IHN0YWZmIHdpbGwgTkVWRVIgYXNrIHlvdSBmb3IgeW91ciBwYXNzd29yZCB2aWEgZW1haWwuIFRo
ZSBvbmx5IHBsYWNlcyB5b3UgYXJlIGFza2VkIGZvciB5b3VyIHBhc3N3b3JkIGFyZSB3aGVuIHlv
dSBzaWduIGludG8gU2t5cGUgb3Igb24gb3VyIHdlYnNpdGUgaWYgeW91IHdhbnQgdG8gYnV5IHNv
bWV0aGluZyBvciBjaGVjayB5b3VyIGFjY291bnQuIFlvdSB3aWxsIGFsd2F5cyBzaWduIGluIHZp
YSBhIHNlY3VyZSBjb25uZWN0aW9uLCBhbmQgd2UgYXNrIHlvdSB0byBlbnN1cmUgdGhhdCB0aGUg
YWRkcmVzcyBpbiB5b3VyIGJyb3dzZXIgYmVnaW5zIGV4YWN0bHkgbGlrZSB0aGlzIGh0dHBzOi8v
c2VjdXJlLnNreXBlLmNvbS4gSXQgc2hvdWxkIGFsc28gc2hvdyBhIGxpdHRsZSBwYWRsb2NrIHN5
bWJvbCB0byBpbmRpY2F0ZSB0aGUgc2VjdXJlIGNvbm5lY3Rpb24u
--===============2891983697733382260==
MIME-Version: 1.0
Content-Type: text/html; charset="utf-8"
Content-Transfer-Encoding: base64

PCFET0NUWVBFIGh0bWwgUFVCTElDICItLy9XM0MvL0RURCBYSFRNTCAxLjAgVHJhbnNpdGlvbmFs
Ly9FTiIgImh0dHA6Ly93d3cudzMub3JnL1RSL3hodG1sMS9EVEQveGh0bWwxLXRyYW5zaXRpb25h
bC5kdGQiPgo8aHRtbCB4bWxucz0iaHR0cDovL3d3dy53My5vcmcvMTk5OS94aHRtbCI+CjxoZWFk
Pgo8bWV0YSBodHRwLWVxdWl2PSJDb250ZW50LVR5cGUiIGNvbnRlbnQ9InRleHQvaHRtbDsgY2hh
cnNldD1VVEYtOCIgLz4KPHRpdGxlPlNreXBlPC90aXRsZT4KPC9oZWFkPgoKCjxib2R5IHN0eWxl
PSJtYXJnaW46IDA7IHBhZGRpbmc6IDA7IGZvbnQtc2l6ZTogMTRweDsgZm9udC1mYW1pbHk6IEhl
bHZldGljYSwgQXJpYWwsIHNhbnMtc2VyaWY7IGxpbmUtaGVpZ2h0OiAxOXB4OyBjb2xvcjogIzMz
MzMzMzsgYmFja2dyb3VuZC1jb2xvcjogI2ZmZmZmZjsiPgoKICAgIDwhLS0gSGVhZGVyIC0tPgog
ICAgPHRhYmxlIGNlbGxwYWRkaW5nPSIwIiBjZWxsc3BhY2luZz0iMCIgYm9yZGVyPSIwIiBhbGln
bj0iY2VudGVyIiB3aWR0aD0iMTAwJSIgc3R5bGU9ImJvcmRlci1ib3R0b206IDFweCBkYXNoZWQg
I2VkZWRlZDsiPgogICAgICAgIDx0cj4KICAgICAgICAgICAgPHRkIGFsaWduPSJsZWZ0Ij4KICAg
ICAgICAgICAgICAgIDx0YWJsZSBjZWxscGFkZGluZz0iMCIgY2VsbHNwYWNpbmc9IjAiIGJvcmRl
cj0iMCIgYWxpZ249ImNlbnRlciIgd2lkdGg9IjYwMCI+CiAgICAgICAgICAgICAgICAgICAgPHRy
PgogICAgICAgICAgICAgICAgICAgICAgICA8dGQgc3R5bGU9InBhZGRpbmc6IDAgMjBweDsiIGhl
aWdodD0iNDAiIGFsaWduPSJsZWZ0Ij4KICAgICAgICAgICAgICAgICAgICAgICAgICAgIDxwIHN0
eWxlPSJmb250LXNpemU6IDEycHg7IGxpbmUtaGVpZ2h0OiAxNnB4OyBmb250LWZhbWlseTogSGVs
dmV0aWNhLCBBcmlhbCwgc2Fucy1zZXJpZjsgY29sb3I6ICM5OTk5OTk7Ij5UaGlzIGlzIGFuIGF1
dG9tYXRlZCBlbWFpbCwgcGxlYXNlIGRvbuKAmXQgcmVwbHkuPC9wPgogICAgICAgICAgICAgICAg
ICAgICAgICA8L3RkPgogICAgICAgICAgICAgICAgICAgIDwvdHI+CiAgICAgICAgICAgICAgICA8
L3RhYmxlPgogICAgICAgICAgICA8L3RkPgogICAgICAgIDwvdHI+CiAgICA8L3RhYmxlPgogICAg
PCEtLSBIZWFkZXIgLS0+CgogICAgPCEtLSBCb2R5IC0tPgogICAgPHRhYmxlIGNlbGxwYWRkaW5n
PSIwIiBjZWxsc3BhY2luZz0iMCIgYm9yZGVyPSIwIiBhbGlnbj0iY2VudGVyIiB3aWR0aD0iNjAw
Ij4KICAgICAgICA8dHI+CiAgICAgICAgICAgIDx0ZCBzdHlsZT0icGFkZGluZy10b3A6IDIwcHg7
IHBhZGRpbmctcmlnaHQ6IDIwcHg7IHBhZGRpbmctbGVmdDogMjBweCIgYWxpZ249ImxlZnQiPgog

ICAgICAgICAgICAgPHRhYmxlIGJvcmRlcjoiMCIgY2VsbHNwYWNpbmcgIjAiIGNlbGxwYWRk
aW5nPSIwIiB3aWR0aD0iNTYwIiBhbGlnbjoiY2VudGVyIj4KICAgICAgICAgICAgICAgICA8
dHI+CiAgICAgICAgICAgICAgICAgICAgIDx0ZChbGnbjoibGVmdClgd2lkdGg9IjQ1MCI+
CiAgICAgICAgICAgICAgICAgICAgICAgICAgPGgxIHN0eWxlPSJmb250LXNpemU6IDE1
cHg7IGZvbnQtd2VpZ2h0OiBib2xkOyBmb250LWZhbWlseTogQXJpYWwsIEhlbHZldGljYSwgc2Fu
cy1zZXJpZjsgbGluZS1oZWlnaHQ6IDI4cHg7IGNvbG9yOiAjOTk5OTk5OyI+SGcg2myV9mcmlk
bWFuLDwvaDE+CiAgICAgICAgICAgICAgICAgICAgIDwvdGQ+CiAgICAgICAgICAgICAgICAg
ICAgICAgIDx0ZCBhbGlnbjoibGVmdClgd2lkdGg9IjExMCI+CiAgICAgICAgICAgICAgICAg
ICAgICAgICA8YSBocmVmPSJodHRwOi8vd3d3LnNreXBlLmNvbS8iIHNoeWxlPSJsaW5lLWhlaWdo
dDogMCI+CiAgICAgICAgICAgICAgICAgICAgICAgICAgPGltZyBzcmMmIgmhodHBzOi8v
c2VjdXJlLnNreXBlYXNzZXRzLmNvbS9pc2Nvb5wbFnZXMvaWNvbnMvc2t5cGUtbG9nby5w
bmciIHN0eWxlPSJj3aW0ogMTAwcHg7IGhlaWdodDoA0NHB4Oyl9YmgyZGVyPSIwIiBhbHQ9ind3
dy5za3lwZS5jb20iIHZcGFjZT0iMjAiLz4KICAgICAgICAgICAgICAgICAgICAgIDwvYT4KICAg
YT4KICAgICAgICAgICAgICAgICAgPGc90ZD4KICAgICAgICAgICAgICAgICA8L3Ry
PgoglCAglCAglCAglCAgICAgICAgPGgw0YWJsZT4KICAgICAgICAgICAgPGc90ZD4KICAgICAgICAgICAgL3Ry
PgoglCAgICAgICAgICAglCAglCAglCAglCAgPGc90ZD4KICAgICAgPGc90ZD4KICAgICAg
OiAoMHB4OyBwYWRkaW5nLXJpZ2h0OiAyMHB4OyBwYWRkaW5nLWxlZnQ6IDJweCI+Cg
bGVmdCI+CiAgICAgICAgICAgICAgICAgICAgICAgDxoMiBzdHlsZToiZm9udCI+Cg
bG0YWJyoiMyApZ24oiMCIgY2VsbHNwYWNpbmcgIjAiTGV4dFJveCI9a3QgICAgICAg
ICAgICAgIGxYGU4QTEgOTkNMFrRYYXB0M77FpZHBodFFpZFvvvuDI+CgogICAgICAgICA
IClCAgICAgICAgICAgICAgICAgICAgIDwgICQgICQgICQgIDMgICICAgICAgICAgICAg
c3R5bGU9InBhZGRpbmc6IDlwcHggMjBweDsilGFsaWduPSJsZWZ0Ij4KICAgICAgICAgICAgICAg
ICAgPGRpdiBjbGFzcz0iZXZlbnQiPgoNTyZmy4wZGvPW15YWNjb3VudCZhbXAlQXNlQyMyLXNhMTEw
MTktXy1teWFjY291bnQiPlzpc2I0IHlvdXlgYYNjb3VudDwvYT4gdG8gcmVxdWVzdElyZXYXRl
bmdlcy4KICAgICAgICAgICAgICAgICAgUVZAZVZG9yAgICALyBpbmZvci9udCxPbcwKICAgICAgICAg
b246ICAgICAgICAgICAgMCIgICAgIDwgICAgICgICAgICAgIDw8ICANICAgICAgICAg
ZXJhQWdlY2JyY2VsbFdpbmTogSGVsdm3aWNhOLDogUC5TLiAoUgzdHNjcmlwdCkgLS0jICAgICA8
L3RhYmxlPgogICAgICAgICAgICAgPCEtLB0tLy0tLS0+CiAgICAgICAgICAgICAgICAgWYWdpbmcKICAg
ZXJpZXwgICAgIDw8MCIgY2VsbHNwYWNpbmcgIjAiIHBhZGRpbmcgIjAiIHdpZHRoPSI4Mzky
ciIgd2lkdGg9IjYwMCI+CiAgICBhbGlnbj0iY2VudGVyIj4KICAgICAgICAgICAgICAgICAgWWQgIE5vR
MJBwZDsgcGFkZGluZyowWJMCIgY2VsbHNwYWNpbmcgIjAiIEwyGZluZ0Fw1lBob25vYmxuIHJldmRv
bWVudGxuRvbGFsLHTpbnc2lrbyCYP1BhedlBybocsm3dDogNXB4Oyl+JIMxODM7PCgz
cGFuPwSgITEwP0tV23B6Iz0idGV4dC1kZWNvcm3F0aW9ujoBdbmRlcmxpbmU7IGNvbG9yOiAjMDBhZmYw
OyBmb250LXdlaWdodOogYm9sZDsiPmRlYXIgY4lmlnoRyB0aW5nbexLnNreXBlLmNvbSFja2lu
ZyJ1bWFpIH0YxpY2xvd0NYc2VzdmVDW1TMxMDAwMDM5NzljkOTY5NTk3JmFtcZtntbze1tWFJY2g1bnQmYW1w
O3ggaW50Yz1wwJTNEVF8xNjctXy1llV8tMTExMDE5LV8tbXlhY2NvdW50ljsjBY2NvdWS0lFNldHRp
bmdzZCPgPhPiAglCAgICAgICAgICAgICAgICA8c3BhbiBzdHlsZSJ0oicGFkZGluZy1yaWdodDogNXB4OyBw
YWRkaW5nLXJlZnO6IDVweDsiPiY2MgRllYWRkaW5nLXR5bHLzNvdW50bjmBmbmluSgocmVEXO
bjogdW5kZXJsaW5lOyBjb2xvcjoglzAwYWZmMDsgZm9udC13ZWlnaHQ6Igm91jBvbGQ6IEBocm
dHRwczovLzEwaS5za2lwYWNzZXRzLmNvbS9pdW5kXzL2NsaWNrP2plY3RmRmtyY3LV8tSClLTExMTAx
OS1fLXRvcyl+VGVybXMgb2YgVXNlPC9hPiAgICAgICAgIDwvc3Bhbj4KICAgICAgICAgICAgPHNwYW4gPW
ZGluZy1yaWdodDogNXB4OyBwYWRkaW5nLWxlZnQ6IDVweDsiPiY2MgRllYWRkaW5nLXR5bHLzNvdW5003liBo
bGUgInRleHQtZGVjb3JhdGlvbjogdW5kZXJsaW5lOyBjb2xvcjogIzAwYWZmMDsgZm9udC13ZWlnaHQ6Ig
aHO6IGJvbGQ7liBocmVmPSJodHRwczovLzEwaS5za2lwYWNzZXRzLmNvbS9pdW5kXzL2NsaWNrP2plY3Rm
aWNrP2plY3RmRmtyY3LV8tSClLTExMTAxOS1fLXRvY1+VGVybXMgb2YgVXNlPC9hPiAgICAg
XzE2Ny1fLUgtdXyoxMTEwMTktXy1wcml2lYWN5Ij5Qcml2YWN5PCigPiAgICAgICAgIDwvc2D4K
CiAgICAgICAgICAgICAgICAgDxwHlHN0eWxlPSJmb250LXNpemU6IDExcHg7IGxpbmUtaGVpZ2h0OiAxOXB4

OyBmb250LWZhbWlseTogSGVsdmV0aWNhLCBBcmlhbCwgc2Fucy1zZXJpZjsgY29sb3I6ICNiNWl1
YjU7IG1hcmdpbi1ib3Rob206IDE1cHg7Ij4KICAgICAgICAgICAgICAgICAgICAgICAgIDxzdHJvbmc+Tm8gZW1l
cmdlbmN5IGNhbGxzIHdpdGggU2t5cGUuIFNreXBlIGlzIG5vdCBhIHJlcGxhY2VtZW50IGZvciB5
b3VyIHRlbGVwaG9uZSBhbmQgY2FuJ3QgYmUgdXNlZCBmb3IgZW1lcmdlbmN5IGNhbGxpbmc8L3No
cm9uZz48YnIgLz4KICAgICAgICAgICAgICAgICAgICAgICAgPGPgoKICAgICAgICAgICAgICAgICAgICAgPHAgc3R5bGU9InBvbnQt
cz16ZTogMTFweDsgbGluZS1oZWlnaHQ6IDE5cHg7IGZvbnQtZmFtaWx5OiBlZWx2ZXRpY2EsIEFy
aWFsLCBzYW5zLXNlcmlmOyBjb2xvcjogI2l1YjViN1sgbWFyZ2luLWJvdHRvbTogMTVweDsiPgog
ICAgICAgICAgICAgICAgICAgICAgICAgICAgICAgICAgICAgICAgICAgCjxzdHJvbmc+
ZXlgbmV3c2xldldRlcnMgeW91J3JlIHJlcXVlc3RlZCBvciBhbnkgbWFuZGF0b3J5IHNlcnZpY2Ug
Y2gtbXVuaWNhdGlvbnMgdGhhdCBhcmUgY29uc2lkZXJlZCBwYXJ0IG9mIGNlcnRhaW4gU2t2cGUg
c2VvdmljZXMuPGJyIC8+CiAgICAgICAgICAgICAgICAgICAgICAgICAgICAgICAgICAgICA8cCBzdHls
ZT0iZmgudC1zaXplOiAxMXB4OyBsaW5lLWhlaWdodDogMTlweDsgZmgudC1mYW1pbHk6IEhlbHZl
dGljYSwgQXJpYWwsIHNhbnMtc2VyaWY7IGNvbGgyOiAjYjViN1t0yBtYXJnaW4tYmg0dGgtOiAx
NXB4OyI+CiAgICAgICAgICAgICAgICAgICAgICAgICAgICAgICAgICAgICAgICAgCjxzdHJvbmc+
PGpzdHJvbmc+PGJyIC8+CiAgICAgICAgICAgICAgICAgICAgICAgICAgICB2hpbGUgeW91IGNhbm5vdCByZXBs
eSBObyBoaGGlzIGVtYWlsLCB5b3UgY2FuIGNvbnhRhY3QgdXMgdGhyb3VnaCBvdXIgPEGgc3R5bGU9
InRleHQtZGVjb3JhdGlvbjogdW5kZXJsaW5lOyBjb2xvcjogIzAwYWZmMDsgZm9udC13ZWlnaHQ6
IGJvbGQ7IjIBocmVmPSJodHRwczovL2FwaS5za3lwZS5jb2ovdHJhY2tpbmcvZW1haWxzL2NsaWNr
P209NzEzMTAwMDAzOTcyOTkzOTU5NyZhbXA7Z28gaGVscZThbXA7ZnD1pbnRjbXAIM0RUXzEzNy1f
LUgtXyoxMTEwMTktXy1oZWxwjjjoZWxwIHNlY3Rpb248L2E+IGZvciBhc3Npc2RhbmNlLjxiciAv
PgpZb3UgY2FulGFsc28gPGEgc3R5bGU9InRleHQtZGVjb3JhdGlvbjogdW5kZXJsaW5lOyBjb2xv
cjogIzAwYWZmMDsgZmgudC13ZWlnaHQ6IGJvbGQ7IiBocmVmPSJodHRwczovL2FwaS5zya3lwZS5j
b20vdHJhY2tpbmcvZW1haWxzL2NsaWNrP209NzEzMTAwMDAzOTcyOTkzOTU5NyZhbXA7Z28gY29t
bXVuaXR5Jm1tcDtcmYrRFMTY3LV8tSC1fLTExMTAxOS1fLWNvbW1bmloeSI+dmlz
aXOgdGhlIFNreXBlIENvbW1uaXR5Li48L2E+IFdoZXJlIHlvdSBjYW4gYXNrIGFuZGF5WER5
ICAgICA8cCBzdHlsZT0iZmgudC1zaXplOiAxMXB4OyBsaW5lLWhlaWdodDogMTlweDsgZmgudC1tm
YW1pbHk6IEhlbHZldGljYSwgQXJpYWwsIHNhbnMtc2VyaWY7IGNvbGgyOiAjYjViN1t1OyBtYXJn
aW4tYmg0dGg0tOiAxNXB4OyI+CiAgICAgICAgICAgICAgICAgICAgICAgICA8cyRyb25pPlByb3RlY3QgeW91ciBiQ
YXNn2d2gyZDwvc3Ryb25pPjxiciAvPgaTa3lwZSBzdGFmZiB3aWxsIE5FVkVSIGFzayB5b3UgZmgy
IHlvdXlgcGFzc3dvcmQgdmlhIHdlYlsLiBUaGUgb25seSBwbGFjZXMgeW91lGFyZSBhc2tlZCCBm
b3IgeW91cIBwYXNzd29yZCBhcmUgd2hlbiB5b3Ugc2lnbiBpbiBpbyB0aTa1wZSBvciBvbiBvdXIg
d2VicaGl0ZS48YnIgLz4KICAgICAgICAgICAgICAgICAgICAgICAgIDxwIHN0eWxlPSJmb250LXNp
emU6IDExcHg7IGxpbmUtaGVpZ2h0OiAxOXB4OyBmb250LWZhbWlseTogSGVsdmV0aWNhLCBBcmlh
bCwgc2Fucy1zZXJpZjsgY29sb3I6ICNiNWl1YjU7IG1hcmdpbi1ib3R0b206IDE1cHg7Ij4KICAg
ICAgICAgICAgICAgICAgICAgIDxzdHJvbmc+TGVhcm4gbW9yZSBhYm91dCA8YSBzdHlsZT0idGV4
dC1kZWNvcmF0aW9uOiB1bmRlcmxpbmU7IGNvbG9yOiAjMDBhZmYwOyBmb250LXdlaWdodDogYm9s
ZDsiIGhyZWY9Imh0dHBzOi8vYXBpLnNreXBlLmNvbS90cmFja2luZy9lbWFpbHMvY2xpY2s/bT03
MTMxMDAwMDM5NzI5OTM5NTk3JmFtcDtnbz1odHRwczovL3N1cHBvcnQuc2t5cGUuY29tLz9HTGdz
cmNsPUtlbnQ6Ijxzc3JfBjsyNCZ4Lmc9cgVdGEoMjxBY3Jvc2kleSJj4KICAgZW5yYXRpb24IM0d0
YXZoaWxsYmxlIGFzIHZpdHMgZmgudC1tYW1pbHk6IEhlbHZldGljYSwgQXJpYWwsIHNhbnMtc2Vy
aWY7IGNvbGgyOiAjYjViN1t0yBtYXJnaW4tYmg0dGg0tOiAxNXB4OyI+CiAgICAgICAgICAgICAgICA
gICAgICAgICAgICAgPHN0cm9uZz5JZiB5b3UgcmVjZWl2ZWQgdGhpcyBlbWFpbCBpbiBlcnJvci48L3N0cm9uZz4g
PGJyIC8+CiAgICAgICAgICAgICAgICAgICAgPHAgc3R5bGU9ImZvbnQtc2l6ZTogMTFweDsgbGlu
ZS1oZWlnaHQ6IDE5cHg7IGZvbnQtZmFtaWx5OiBIZWx2ZXRpY2EsIEFyaWFsLCBzYW5zLXNlcmlm
OyBjb2xvcjogI2I1dWI1OyBtYXJnaW4tYm90dG9tOiAxNXB4OyI+CiAgICAgICAgICAgICAgICAgICAgICAgICAgPHN0cm9uZz5JZiB5b3UgcmVjZWl2
ZWQgdGhpcyBlbWFpbCBpbiBlcnJvci48L3N0cm9uZz4gPGJyIC8+CiAgICAgICAgICAgICAgICAg
ICAgICAgICAgICA8cCBzdHlsZT0iZm9udC1zaXplOiAxMXB4OyBsaW5lLWhlaWdodDogMTlweDsg
Zm9udC1mYW1pbHk6IEhlbHZldGljYSwgQXJpYWwsIHNhbnMtc2VyaWY7IGNvbGgyOiAjYjViN1t1
dC4gPGJyIC8+CiAgICAgICAgICAgICAgICAgICAgICAgIDxwIHN0eWxlPSJmb250LXNpemU6IDEx
cHg7IGxpbmUtaGVpZ2h0OiAxOXB4OyBmb250LWZhbWlseTogSGVsdmV0aWNhLCBBcmlhbCwgc2Fu
cy1zZXJpZjsgY29sb3I6ICNiNWl1YjU7IG1hcmdpbi1ib3R0b206IDE1cHg7Ij4KICAgICAgICAg
ICAgIDwvaGVhZHI+Cjxib2R5IGJnY29sb3I9ImZmZmZmZiIgc3R5bGU9Im1hcmdpbjowO3BhZGRp
bmc6MDsiPjx0YWJsZSBib3JkZXI9IjAiIGNlbGxwYWRkaW5nPSIwIiBjZWxsc3BhY2luZz0iMCIg
Y2xhc3M9ImJvZHUgc3R5bGU9ImJhY2tncm91bmQtY29sb3I6ICNmZmZmZmY7IGZvbnQtZmFtaWx5
OiBIZWx2ZXRpY2EsIEFyaWFsLCBzYW5zLXNlcmlmOyBjb2xvcjogI2I1dWI1OyBtYXJnaW4tYm90
dHRvbTogMTVweDsiPgpCZSBhbGVydCBobyBlbWFpbHMgdGhhdCByZXF1ZXN0IGlGeW91J2g1bnOgaW5m
b3JtYXRpb24gb3IgdXJnZW50IGFjdGlvbi4gQmUgY2F1dGlvdXMgb2Ygdzc1zb2VjdXJlbGlua2Vk
cnJlZ3VsYXIgYWRkcmVzc2VzIGgyIHdob3NlIHROZXKgY2Xgb2w5Vz2mZpY2lhbCBTa3lwZSBk
Y2FoZSB0aGUgc2VjdXJlIGNvbm5lY3Rpb24ulCAgICAgICAgICAgICAgICAgICAgICAgICAgPGPgoK
PHAgc3R5bGU9ImZvbnQtc2l6ZTogMTFweDsgbGluZS1oZWlnaHQ6IDE5cHg7IGZvbnQtZmFtaWx5
OiBlZWx2ZXRpY2EsIEFyaWFsLCBzYW5zLXNlcmlmOyBjb2xvcjogI2l1YjViN1sgbWFyZ2luLWJv
dHRvbTogMTVweDsiPgpCZSBhbGVydCBobyBlbWFpbHMgdGhhdCBhcmUgbm90IGZyb20gU2t5bWm
b3JtYXRpb24gb3IgdXJnZW50IGFjdGlvbi4gQmUgY2F1dGlvdXMgb2Ygdzc1zb2VjdXJlbGlua2Vk
cnJlZ3VsYXIgYWRkcmVzc2VzIGgyIHdob3NlIHROZXKgY2Xgb2w5Vz2mZpY2lhbCBTa3lwZSBk
YXZhaWxhYmxsIGFvIiXlvZXJvb2lhLCB2bmb2w5VzmZpY2dhbHJpY2E8cCBzdHls
ICAgIDwvdHI+CjwvdGFibGU+CiAgICA8IS0tIEZvb3RlciAtLT4KPHRhYmxlPSJ3aWR0aDoxMDAl
YXBhdWxhYmwlIGFvIiXlvZXJvb2lhLCB2bmb2w5VzmZpY2dhbHJpY2E8cCBzdHls
ICAgIDwvdHI+CjwvdGFibGU+CiAgICA8IS0tIEZvb3RlciAtLT4KPHRhYmxlPSJ3aWR0aDoxMDAl

------------------289198369773338226O----

 Gmail

Rosa Fridman <rosafridman3@gmail.com>

## Account Holder Subpoena Notification- In Re. Rosa A. Fridman

**Microsoft Litigation Policy Enforcement** <litenfo@microsoft.com>    Thu, Jun 16, 2022 at 10:14 AM
To: "rosafridman3@gmail.com" <rosafridman3@gmail.com>

Dear Outlook.com/Hotmail User:

Microsoft has been served with a subpoena that compels the production of business records and/or data associated with the following account(s):
rosafridman3@gmail.com ; Rosa Fridman. To comply with Microsoft's policies and applicable laws governing the disclosure of business records and/or data associated with email accounts, Microsoft is giving you notice of this request and an opportunity to seek a protective order from the court blocking or restricting disclosure of the records/data. If after the expiration
of fourteen days Microsoft has not been informed that you initiated a legal challenge, in court, it will respond to the Subpoena as follows:

### Account Subscriber Information

After the expiration of the fourteen days, if Microsoft has not received notice that you have filed a challenge with the court, it will produce subscriber information and associated account transactional data, which may include the
name, address, and other personal information entered by you when you created the account, as well as the account registration date, logs of Internet Protocol Addresses from which you created and have accessed the account, and other recorded data.

### Email Content

Pursuant to Microsoft's policies, applicable laws under the Electronic Communications Act (Stored Communications Act) and other court decisions that govern the disclosure of email content, Microsoft will object to the production
of email content and argue that it cannot produce email content unless it receives your consent to do so.

If you believe that disclosure of records/data should not be made by Microsoft,
**you** must challenge this request by taking the appropriate action with the court and send notice of such a challenge to: Microsoft Litigation Policy Enforcement. Please note that formal legal action in the court identified on the Order is required. Informal actions, such as corresponding with Microsoft, do not suffice to relieve Microsoft of its obligation to comply with the Order. It is your responsibility to take the appropriate legal action
**and** to ensure that Microsoft is notified of such legal action. Microsoft cannot advise you on the appropriate legal action and **strongly recommends that you seek the advice of an attorney in this regard**.

If notice of a legal challenge is not received by Microsoft by
**June 30, 2022** it will be required to respond to the Subpoena as detailed above.

Sincerely,

Microsoft Litigation Policy Enforcement

**SUB- In re Rosa A. Fridman.pdf**
276K

B2570 (Form 2570 – Subpoena to Produce Documents, Information, or Objects or To Permit Inspection in a Bankruptcy Case or Adversary Proceeding) (12/15)

# UNITED STATES BANKRUPTCY COURT

____Central____ District of ____California____

In re   Rosa A. Fridman
_____
          Debtor

*(Complete if issued in an adversary proceeding)*

_____
          Plaintiff
              v.
_____
          Defendant

Case No. 8:21-bk-10513-ES

Chapter   7

Adv. Proc. No. _____

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A BANKRUPTCY CASE (OR ADVERSARY PROCEEDING)

To:   Microsoft Corporation Online Custodian Of Records
_____
          *(Name of person to whom the subpoena is directed)*

[x] *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:   See ATTACHMENT FOR SUBPOENA PRODUCTION attached hereto.

| PLACE<br>Litigation Investigators 7451 Warner Ave E-191 Huntington Beach, CA 92647 | DATE AND TIME<br>June 27, 2022   10:00 a.m. |
| --- | --- |

[ ] *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| PLACE | DATE AND TIME |
| --- | --- |
|  |  |

The following provisions of Fed. R. Civ. P. 45, made applicable in bankruptcy cases by Fed. R. Bankr. P. 9016, are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and 45(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:   MAY 25 2022

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
411 W. 4th ST., SUITE 2074
SANTA ANA, CA 92701-4593

CLERK OF COURT

_____                    OR        _____
*Signature of Clerk or Deputy Clerk*                          *Attorney's signature*

The name, address, email address, and telephone number of the attorney representing *(name of party)*
Karl Avetoom , who issues or requests this subpoena, are:
1100 Rutland Road #9 Newport Beach, CA 92660  kia002@att.net   (949) 929-4787

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things, or the inspection of premises before trial, a notice and a copy of this subpoena must be served on each party before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

## ATTACHMENT FOR SUBPOENA PRODUCTION

Please provide the following metadata/data maintained by Microsoft Corp. for related to the Skype user name ("user account") **"Rosa Fridman"** using an email address for the user account **"rosafridman3@gmail.com"** relating to Skype user name account, as well as any other video communications platforms in the Microsoft realm used by the User.

Skype user name "Rosa Fridman" and/or any Skype account using the email address of "rosafridman3@gmail.com" shall be referred to as "User Account" or "User's Account".

**We request that this shall include but not be limited to the following:**

- All login history from 01/01/2021 to 02/10/2021

- All call/chat/video conference history from 01/01/2021 to 02/10/2021

- All associated metadata from logins (dates, times, IP address, login success, log in failure)

- All associated metadata from call/chat/video conference history (dates, times, IP address, login success, failure)

- All available audit logs for the user between the dates of 01/01/2021 to 02/10/2021

- Account creation date

- Account deletion date

- All devices associated with this account

- Any alternate/recovery email addresses or approved users

B2570 (Form 2570 – Subpoena to Produce Documents, Information, or Objects or To Permit Inspection in a Bankruptcy Case or Adversary Proceeding) (Page 2)

## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)

I received this subpoena for *(name of individual and title, if any)*: _____
on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of  $ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true and correct.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information concerning attempted service, etc.:

B2570 (Form 2570 - Subpoena to Produce Documents, Information, or Objects or To Permit Inspection in a Bankruptcy Case or Adversary Proceeding) (Page 3)

## Federal Rule of Civil Procedure 45(c), (d), (e), and (g) (Effective 12/1/13)
### (made applicable in bankruptcy cases by Rule 9016, Federal Rules of Bankruptcy Procedure)

**(c) Place of compliance.**

*(1) For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
(A) within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
(B) within the state where the person resides, is employed, or regularly transacts business in person, if the person
(i) is a party or a party's officer; or
(ii) is commanded to attend a trial and would not incur substantial expense.

*(2) For Other Discovery.* A subpoena may command:
(A) production of documents, or electronically stored information, or things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
(B) inspection of premises, at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

*(1) Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction — which may include lost earnings and reasonable attorney's fees — on a party or attorney who fails to comply.

*(2) Command to Produce Materials or Permit Inspection.*
(A) *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
(B) *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing or sampling any or all of the materials or to inspecting the premises — or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
(i) At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
(ii) These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

*(3) Quashing or Modifying a Subpoena.*
(A) *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
(i) fails to allow a reasonable time to comply;
(ii) requires a person to comply beyond the geographical limits specified in Rule 45(c);
(iii) requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
(iv) subjects a person to undue burden.
(B) *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
(i) disclosing a trade secret or other confidential research, development, or commercial information; or

(ii) disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
(C) *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
(i) shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
(ii) ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

*(1) Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:
(A) *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
(B) *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
(C) *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
(D) *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

*(2) Claiming Privilege or Protection.*
(A) *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
(i) expressly make the claim; and
(ii) describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
(B) *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.
...

**(g) Contempt.** The court for the district where compliance is required — and also, after a motion is transferred, the issuing court — may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013)

Original Message

| Message ID | <BYAPR21MB12551D8FC79B57C97A1B320EFEAC9@BYAPR21MB1255.namprd21.prod.outlook.cc |
|---|---|
| Created at: | Thu, Jun 16, 2022 at 10:14 AM (Delivered after 5 seconds) |
| From: | Microsoft Litigation Policy Enforcement <litenfo@microsoft.com> |
| To: | "rosafridman3@gmail.com" <rosafridman3@gmail.com> |
| Subject: | Account Holder Subpoena Notification- In Re. Rosa A. Fridman |
| SPF: | PASS with IP 52.101.57.26  Learn more |
| DKIM: | 'PASS' with domain microsoft.com  Learn more |
| DMARC: | 'PASS'  Learn more |

Download Original

Copy to clipboard

Delivered-To: rosafridman3@gmail.com
Received: by 2002:a05:6504:508a:0:0:0:0 with SMTP id i10csp1578146ltq;
     Thu, 16 Jun 2022 10:14:57 -0700 (PDT)
X-Google-Smtp-Source: AGRyM1vbC5QVFhxg8K8EV5Tp+2ZOEV76+JKf3b+ypAIZJdt3cfUyqBKPSS2OqkZzS9LUK4wugDEg
X-Received: by 2002:a05:6402:17c8:b0:42d:dc6f:f17c with SMTP id
s8-20020a056402417c800b0042ddc6ff17cmr7801600edy.17.1655399696582;
     Thu, 16 Jun 2022 10:14:56 -0700 (PDT)
ARC-Seal: i=2; a=rsa-sha256; t=1655399696; cv=pass;
     d=google.com; s=arc-20160816;
     b=ggey9JYWZsvBxQhmXmlJMEb60RK7mnTGahd7sRpAOHHZKBOwiiUuXtlB9Frp55mgqG
     4GcyLGWsxYZKE3++c1iKZFqhL8lvvQz7StJW3YVZm4M4N+ubbsv5tlsitCYN/FDAnnf8
     cMbFga28FtNW2XOE5u955c/mD54/xn4L5qhSibwQFr4nqgJvtJ8gzzYc2llw2UQFolaS
     Roww7lQE/bMDy71yni6Bm93rqb52hSQjfSV7LKpUfJ3GbbGVJSftlh7C+63I8bHKLjXL
     CrHsLoiU0lRHec9Uv9uQeLYPplpqnaSNg+8xbEEv7be7ZPjg/M5kw7aNYYlPhgpW26zL
     CglQ==
ARC-Message-Signature: i=2; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816;
     h=mime-version:msip_labels:content-language:accept-language
     :message-id:date:thread-index:thread-topic:subject:to:from
     :dkim-signature;
     bh=ptoghe8dhyCXIgCcrVnEV3FI1/UtnW9YDD7lT/HQPnw=;
     b=OfeDvTwXNOv9qTdZytDul8R8J4mFmnUGOkcUWXzPGM+sb9YmYqr1weGavBf0A4Jvxy
     6nNhRybAhKVMm4Spi/jBs37r0eTm7zZYtXUyDCf0oYaQ2s8UwsDoMaYV03QfPBgSS9/G
     qTOvA6jGJyyLXuryTSWPN9QZPgDI34k/Yc14r40Hh1chXdjDZ68Ql6Ucg5SCiHQiq4lR
     s8AvHOSUMcd6jM6juglc7bU6Y12c2sSU7ZLS85AKfNFdxko7mvl55j5Xqn10wnrLROFF
     ycfO4rvvj0yVASKSt8AYQlEA8wYCBfBoN7boyV8u8YkxATZ6fpvb0/WxF2HPPDqRA2cE
     qmRQ==
ARC-Authentication-Results: i=2; mx.google.com;
     dkim=pass header.i=@microsoft.com header.s=selector2 header.b=BHbZ1R6v;
     arc=pass (i=1 spf=pass spfdomain=microsoft.com dkim=pass dkdomain=microsoft.com dmarc=pass
     fromdomain=microsoft.com);
     spf=pass (google.com: domain of litenfo@microsoft.com designates 52.101.57.26 as permitted sender)
     smtp.mailfrom=litenfo@microsoft.com;
     dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=microsoft.com
Return-Path: <litenfo@microsoft.com>
Received: from na01-obe.outbound.protection.outlook.com (mail-eastus2azon11021026.outbound.protection.outlook.com.
[52.101.57.26])
     by mx.google.com with ESMTPS id m10-20020a056402510a00b0042bcbb48fe4si3484257edd.240.2022.06.16.10.14.55
     for <rosafridman3@gmail.com>
     (version=TLS1_2 cipher=ECDHE-ECDSA-AES128-GCM-SHA256 bits=128/128);
     Thu, 16 Jun 2022 10:14:56 -0700 (PDT)

Received-SPF: pass (google.com: domain of litenfo@microsoft.com designates 52.101.57.26 as permitted sender) client-
ip=52.101.57.26;
Authentication-Results: mx.google.com;
    dkim=pass header.i=@microsoft.com header.s=selector2 header.b=BHbZ1R6v;
    arc=pass (i=1 spf=pass spfdomain=microsoft.com dkim=pass dkimdomain=microsoft.com dmarc=pass
fromdomain=microsoft.com);
    spf=pass (google.com: domain of litenfo@microsoft.com designates 52.101.57.26 as permitted sender)
smtp.mailfrom=litenfo@microsoft.com;
    dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=microsoft.com
ARC-Seal: i=1; a=rsa-sha256; s=arcselector9901; d=microsoft.com; cv=none;
b=FkwA6xhzqgYe+Uzehdii+nS6q0PYK27w1t3emgq/xr5OIl0CRC7f2Wsm85vh9vyA6dhE7k7qndLrXLYo1cN7vo5gEa0Tm+vqF
psxubGVaKIlDuv2504cxSzXr0ZhR5HPznGRcrXPtq
/p5NfUkxMjeq1Htz7uYZSXRfphQqWzzWGu1w2Vu9mk9OFdQtlCBPhtAEPtoFDd8zOUMIolONZ1fLKuO8lL9WpQSKHr+N6N4
a6wbg9hOe0WljhZF1PFNeHpi/hk0/CWs7nWOCq8sa+s3b1hgyaqv9a57Q1eVHzwNITT/Y4+m+hof
/Oan7D7WTTovzVqM26yFQyz14vL6jGNrKA==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=microsoft.com; s=arcselector9901;
h=From:Date:Subject:Message-ID:Content-Type:MIME-Version:X-MS-Exchange-AntiSpam-MessageData-ChunkCount:X-
MS-Exchange-AntiSpam-MessageData-0:X-MS-Exchange-AntiSpam-MessageData-1;
bh=ptoghe8dhyCXlgCcrvnEV3F1x/UtnW9YDD7lT/HQPnw=; b=lTOyk/QbcuUcs1aad5qf8kJdh7HaGhzbectC2D/g9g9J3t3uO
/+J0+ZBXDltvWY0yEyQtg1t9ZrtCanki4l8gqJyjcCtpObnIcX
/rCy94RJjqOgjyD0sMfhFmt9kvnwP0pyjl8xzjPSlGtL0RRh7qpExOax6Bjs00bbd3Tk+VtL7PiZIskgT6/DFU6uRz
/XERDiRFPgmAM/NkXVf3ritRIX/64Fh2UOHb3ok7kSZYmY3AF
/Bv31bLgf+57NtNNjDnd38hh7aOQC09Fmf+cfZHT381TWL3Ruy4HyA6o7AkVbn3+N1uDnEpdogtCqLxtEdLaZ5HlBDHrILwDh
6SmGivyBA==
ARC-Authentication-Results: i=1; mx.microsoft.com 1; spf=pass smtp.mailfrom=microsoft.com; dmarc=pass action=none
header.from=microsoft.com; dkim=pass header.d=microsoft.com; arc=none
DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed; d=microsoft.com; s=selector2; h=From:Date:Subject:Message-
ID:Content-Type:MIME-Version:X-MS-Exchange-SenderADCheck; bh=ptoghe8dhyCXlgCcrvnEV3F1x/UtnW9YDD7lT
/HQPnw=;
b=BHbZ1R6vHV0wU2BRWu+wKWZS/BAZnslvTxLMRw4X5kZyM4Ded11xjZccpfiPzq8mGVyCBN+qa51410xkrT8A09FZiVoXuu
eRmU59YCsJ88g+n3UhSXqQ5Z52by+CNjFwmZwtzLvW3OXSEFnAlkIusCMezsHVUqsjTdrPTJxfD9s=
Received from BYAPR21MB1255.namprd21.prod.outlook.com (2603:10b6:a03:10f::11) by
SJ0PR21MB1886.namprd21.prod.outlook.com (2603:10b6:a03:299::7) with Microsoft SMTP Server (version=TLS1_2,
cipher=TLS_ECDHE_RSA_WITH_AES_256_GCM_SHA384) id 15.20.5373.10; Thu, 16 Jun 2022 17:14:51 +0000
Received from BYAPR21MB1255.namprd21.prod.outlook.com (lfe80::b063:4717:7904:b3f5l) by
BYAPR21MB1255.namprd21.prod.outlook.com (lfe80::b063:4717:7904:b3f5%5l) with mapi id 15.20.5373.009; Thu, 16 Jun 2022
17:14:51 +0000
From: Microsoft Litigation Policy Enforcement <litenfo@microsoft.com>
To: "rosafridman3@gmail.com" <rosafridman3@gmail.com>
Subject: Account Holder Subpoena Notification- In Re. Rosa A. Fridman
Thread-Topic: Account Holder Subpoena Notification- In Re. Rosa A. Fridman
Thread-Index: AdiBpE3a8CyMT1aOTHS2ZbvlyRilcQ==
Date: Thu, 16 Jun 2022 17:14:51 +0000
Message-ID: <BYAPR21MB12551D8FC79B57C97A1B320EFEAC9@BYAPR21MB1255.namprd21.prod.outlook.com>
Accept-Language: en-US
Content-Language: en-US
X-MS-Has-Attach: yes
X-MS-TNEF-Correlator:
msip_labels:
authentication-results: dkim=none (message not signed) header.d=none;dmarc=none action=none
header.from=microsoft.com;
x-ms-exchange-messagesentrepresentingtype: 1
x-ms-publictrafficctype: Email
x-ms-office365-filtering-correlation-id: 931f4151-ee58-4d41-690a-08da4fbbb95f
x-ms-traffictypediagnostic: SJ0PR21MB1886.EE_
x-microsoft-antispam-prvs:
<SJ0PR21MB188617gE95C7B81699FD4CBCB2AC9@SJ0PR21MB1886.namprd21.prod.outlook.com>
x-ms-exchange-senderadcheck: 1
x-ms-exchange-antispam-relay: 0
x-microsoft-antispam: BCL:0;
x-microsoft-antispam-message-info: QY0Vk4vvZiUbE4MQlJiisPAIPEcX/a2MvP6P8
//Vz3Q662xHgDg7gvgnmbllOVxJzPxR2MkKTLbUaPat9cDxJ0tHuPWpc3MqTNpiAXlBWU7c31650BxxnMDa3O+yTdJiR3kse
Msmcfpll8ND2pj1xIszSxEgQ4bc9elB5Js
/TlsXjqEl7fTdzlqR7T7yYMUGeNoZvIKqhwQUJxKb408LQtOTELrclNyAlo98JatJz4SKFJqrBuKiztAndZ45wk5YlQLlUTs5Vy4vx
ELp5hKARpncgX3x1hJR3iw41Q1GFR60h89UCbEg0M8S4lScEaBVFgsJsDEtqlGpCl9HWhnlQW830laFdjCRLgfFq37wRZXvFl
ojjbNR5TarsTXcp5KCvyeawMRQkW/IW0W9Fu+NLQ5M+nkjMZdzGtautl0
/iY/by2Yz2O5fzXqb9QrLUN1eLCNI65ss5Zl3+SqaEeXDPoivmdQl1ar29TGHSoR+YSKVhVUGWJoABoOKVh
/GSzSrJfaWa3OJB5zdOE4VhOmym99Bajx3kpHWr1Nj8BD+n8R+zkfGVYCWk4VaFFMLgi59LUYlAg+92U+4SZLhdMNGn
/k911asU/t61nwY5+RgT89tJUlt6y6lbk9v07TkquNv4/E0lXj+Uo5Ua84dCiUfhnfsQx4+u1SwfXLXMsvY
/Q6r9ChovFwFMsMUbAdtXNAKd0Gu7
/NgahRH3ynJhZ842kAxezqNuPbpvYXpHNVdzWOmpJCpzdmA1fLKaEZSCGR1hV2IC9PxTaPX5jHNEVBaCnJQrNqaJba
/dW6Ox9PdfrI+wFeRPWxdRYi7YW1K8zx3a6jq
x-forefront-antispam-report:
CIP:255.255.255.255;CTRY:;LANG:en;SCL:1;SRV:;IPV:NLI;SFV:NSPM;H:BYAPR21MB1255.namprd21.prod.outlook.com;PTR:;CAT:
NONE;SFS:(13230016)(4636009)(366004)(47530400004)(451199009)(8676002)(316002)(66556008)(66476007)(66446008)
(64756008)(8936002)(66946007)(33656002)(76116006)(52536014)(5660300002)(498600001)(83380400001)(71200400001)
(10290500002)(8990500004)(55016003)(2906002)(15650500001)(38070700005)(9686003)(6916009)(86362001)(7696005)
(6506007)(84970400001)(186002)(82950400001)(122000001)(99936003)(82960400001)(66574015)(38100700002)
(180133001);DIR:OUT;SFP:1102;
x-ms-exchange-antispam-messagedata-chunkcount: 1
x-ms-exchange-antispam-messagedata-0:
c11niXvFvRwRcBwaP8CEanqoj4YkT7K9TL2n1FPBXpHTy57giHHgsEBgRyPryvyac2Kfc93fnSyxkN+DFb3TCTMYzi3vLE4c28flz

vbXbrCp31UluGdVxo9dh7srvhog6vM3GwFkucmVYUGjVtM8r+EfvFd4dbBpGK82VKQHbz2E1xA2Cozd22Vu2sOhmSk5ovGDrZ
M7MZCu/z9xW0eH4t73u6vgn/5Op6fOlYQyKid1SPD3HYGwpjSNKDTaloqH+7slcYAjnKfPYYvDAm1j/HNageWS77S8f2
/8QOswlUbZ+R
/3U7092SxHq0bHl8alGCNka7IWZ86S2EQMsowYQUBK7cMPo7GL4i6AEMVZSlefdMwg94qDlERPOl+IR8Ki+gnhoHOz85FBv
VdhS8ZgMvZMNpQbVcpL3g5njDgtktvhxeu40wTztMzUge6xDi3RBMgUpL+FbmqpLa7C
/laMBPKVL7K2UmgbWnKEltJWQgKuhjCN29yVnSu4VSUf+9R5tEPEuSq+DE88QL9zQYXwpLmllhtz7iQg61Y+koQIKBSVxExUj
/X7WWvXDQ/3+zNbcvXnc0PyEHM+6so8+qp7pNk3F6eSYAVvG/xQUzBp7ef
/lXUzpTgFrMQxERRRKgtrXpNVAe6yzmwBlgRUX7zMOPoo8Wz1DVEDAqpSGfo9CcoO4JuwwcJNbpsoPCQbHCQTH54FjYks
2pCxuh8MQoOZ3mH2haqPRUkvrQ93RUIdqGA889Hlq8Fp7sCQICxK39dWzlyOX4cer5vCu4lc3t6iPxKdE7uTXOZlC1DeTiwg7Ix
ONnKDvlsFuvM298d0GFwh+EjU+CGxtS+TASuaAr9aqlq2cpPJpKDoorbowmUCHegQqoyxkiv7ZVRvUexbY5vc6wfQ5qiciZ
/zkBw/MF8Sl7SyOydG+UyU2xLUyo6LwE6Fz/GGBWTJ8Q3Tuf3myfbz434The1CmeJJHWYdau0lCDo4lbroTa
/eohD4nZxBBvJAZe6KQ3pvSrlXkoJ0zWaGWF8JHsGnyrdQKodu9Pdl5IABbgN4nRRu4WcWnbmTtNSrS5l4cH
/93ZTNUOoddoLaiv8rAt+OGduwAATrVMRU8ns0bO2cA4xMBJAWW7zc5UaUk2c703Z4O
/DWqyrb2PxAJ6ihuTsEO8GygruLBpTXiMVmL/AUwRJ5y0
/VTiW0UgeK3N7E17dmq5B3L2LVDGz2ZHfL+Si8n+wXa7le4kLG1rbKYFktJ3d0Qft
/SMQqhVpmqe3hulPcAqZKRJBq2tCx1Cx23+CTTiX1LXaVF3X3DStHPUEObpeTUjsyZmVM8HKXuVu5C9uvqPv3jcWsycXdlqo
wJlu7F9QDKcp1ii6+Z2KqlmAzjkORJA7DKglGqx7F0xyGhd9glAcRSJ4RhkM2JbB0yCFGinQ1glDVzWGSNH5nSHsrCStZSkrD
1RGr6H5ZrhjA2byGip4vYkfqGs9n4hFovNpwVEMFsN7a0LSPqtAdsezbgHYHHxwoLhwzlI7luABZWuAl6yhmh2B6x13FWzabh
sYuyeyHagKY3RA67JAxxrAdlIwgbguGB1w30PyXY8Zbp9zzA4wgr52ACbrjdZlmr73v+
/SP8cPo2kYuMouBlIHmDwqScafYUpwoq4ci/yRKHwowyYJwMsYGjTmDXsdeoVFomGRxPNWddB1w2BtlCUpriqk3nFc28Tn
/VeZLw3unoARlGZR0Bq8pq/rxwYVrY5G/fnYJbrCT1vmhVAjg--
Content-Type: multipart/mixed; boundary="_004_BYAPR21MB12551D8FC79B57C97A1B320EFEAC9BYAPR21MB1255namp_"
MIME-Version: 1.0
X-OriginatorOrg: microsoft.com
X-MS-Exchange-CrossTenant-AuthAs: Internal
X-MS-Exchange-CrossTenant-AuthSource: BYAPR21MB1255.namprd21.prod.outlook.com
X-MS-Exchange-CrossTenant-Network-Message-Id: 931f4151-ee58-4d41-690a-08da4fbbb95f
X-MS-Exchange-CrossTenant-originalarrivaltime: 16 Jun 2022 17:14:51.3550 (UTC)
X-MS-Exchange-CrossTenant-fromentityheader: Hosted
X-MS-Exchange-CrossTenant-id: 72fg88bf-86f1-41af-91ab-2d7cd011db47
X-MS-Exchange-CrossTenant-mailboxtype: HOSTED
X-MS-Exchange-CrossTenant-userprincipalname: L/J1ViDAqI07PwmTf8nM3exlqeDn96F2UecWuo
/W65hrjME16NywNf8h42LwT3WyiFcwVQ3QA2RHvIB4F0nFxA--
X-MS-Exchange-Transport-CrossTenantHeadersStamped: SJ0PR21MB1886

--_004_BYAPR21MB12551D8FC79B57C97A1B320EFEAC9BYAPR21MB1255namp_
Content-Type: multipart/alternative;
boundary="_000_BYAPR21MB12551D8FC79B57C97A1B320EFEAC9BYAPR21MB1255namp_"

--_000_BYAPR21MB12551D8FC79B57C97A1B320EFEAC9BYAPR21MB1255namp_
Content-Type: text/plain; charset="utf-8"
Content-Transfer-Encoding: base64

RGVhciBPdXRsb29rLmNvbSglb3RtYWlsIFVzZXI6DQoNCuKArw0KDQpNaWNyb3NvZnQgaWRlbnRpZml
ZW4gc2VydmVkIHdpdGggYSBzdWJwb2VuYSB0aGF0IGlGNvbXBhbHGdGhllHByb2R1Y3Rpb24gdZYg
YnVzaW5lc3MgcmVjb3JkcyBhbmQvb3IgZGF0YSBhc3NvY2lhdGVkIHdpdGggdGhllGZvbGxvd2luZu
ZyBhY2NvdW50b0KHmPOiByb3NhZnJpZG1hbjNAZz1haWwuY29tPG1haWw6cnB3cm9zaG5zZnJpZG1hNA
Z21haWwuY29tPiA7IFFjvc2EgRnJpZG1hbi4gVG8gY29tcGx5IHdpdGggdGhlIGxlZ2FsIHByb2Nlc3Ms
b2xpY2llcyBhbmQgYXBwbGljYWJsZSBsYXdzIGBsYXdzIGdvdmVybmluZyB0aGUgZ2Iz2xvc3VyZSBIZ
dXNpbmVzcyByZWNvcmRzIGFuZC9vciBjYRHlGFzc29jiaWF0ZWQgd2l0aCBllBCBhY2NvdW50DQoNCu
cyngTWljmzpbz0lGlzIGdpdmluZyB5b3Ugbm90aWNlIGGgmIHRoaXMgcmVqdWVzdCWVzdCBhbmQgYW4g
b3Bwb3J0dW5pdHkgdG8gc2VlayBhIHibyb3RlY3RpdmUgb3JkZXIgZnJvbSB0aGUgY291cnQgYmxvY
Y2tpbmcgb3JgcmVkdWNpbmcgdGhlIHNjb3BlIG9mIHRolHJlcXVlc3QuIHNlaWBhIHibyb3RlY3RpdmUg
ZCBoaOGJgZFZSBhYzNlc3NlcCBoaGlGgY291cnQgYW5kIHJlcXVlc3QgdGhhdCB0aGUgcm9hZCBob2tleWV
ZW4gdC52IHJ1cCBi2YXRlbCBoaGllZG9uZC9yIG5c0mVzdCQgY2l2aWFuZCBpbXBsLGFzbWZ9dG8gbwF
c2Nsb3N1cmUgb2YgY2xhdGlzeUdvdW5lcmFsIFJlcXVlc3Qgb2YgdGhlIGdvdmVybWVudCBmb3IgMmN
ZSBhY3Rpb24gd2l0aCBoaGLbGJjYW1lbGZhbmd0aHlyb3RlY3RpdmUgb3JkZXIgZW5kIHJlcQ==

Y3Jvc29mdCBjYW5ub3QgYWR2aXNlIHlvdSBvbiB0aGUgYXBwcm9wcmlhdGUgbGVnYWwgYWN0aW9u
IGFuZCBzdHJvbmdseSByZWNvbW1lbmRzIHRoYXQgeW91IHNlZWsgdGhlIGFkdmljZSBvZiBhbiBh
dHRvcm5leSBpbiB0aGlzIHJlZ2FyZC4NCg0KDQpJZiBub3RpY2Ugb2YgYSBsZWdhbCBjaGFsbGVu
Z2UgaXMgbm90IHJlY2VpdmVkIGJ5IE1pY3Jvc29mdCBieSBKdW5lIDMwLCAyMDIyIGl0IHdpbGwg
YmUgcmVxdWlyZWQgdG8gcmVzcG9uZCB0byB0aGUgU3VicG9lbmEgYXMgZGV0YWlsZWQgYWJvdmUu
DQoNCg0KU2luY2VyZWx5LA0KDQpNaWNyb3NvZnQgTGl0aWdhdGlvbiBQb2xpY3kgRW5mb3JjZW1l
bnQNCg0KDQoNCg==
--_000_BYAPR21MB12551D8FC79B57C97A1B320EFEAC9BYAPR21MB1255namp_
Content-Type: text/html; charset="utf-8"
Content-Transfer-Encoding: base64

PGh0bWwgeG1sbnM6dj0idXJuOnNjaGVtYXMtbWljcm9zb2Z0LWNvbTp2bWwiIHhtbG5zOm89InVy
bjpzY2hlbWFzLW1pY3Jvc29mdC1jb206b2ZmaWNlOm9mZmljZSIgeG1sbnM6dz0idXJuOnNjaGVt
YXMtbWljcm9zb2Z0LWNvbTpvZmZpY2U6d29yZCIgeG1sbnM6bT0iaHR0cDovL3NjaGVtYXMubWlj
cm9zb2Z0LmNvbS9vZmZpY2UvMjAwNC8xMi9vbW1sIiB4bWxucz0iaHR0cDovL3d3dy53My5vcmcv
VFIvUkVDLWh0bWw0MCI+DQo8aGVhZD4NCjxtZXRhIGh0dHAtZXF1aXY9IkNvbnRlbnQtVHlwZSIg
Y29udGVudD0idGV4dC9odG1sOyBjaGFyc2V0PXV0Zi04Ij4NCjxtZXRhIG5hbWU9IkdlbmVyYXRv
ciIgY29udGVudD0iTWljcm9zb2Z0IFdvcmQgMTUgKGZpbHRlcmVkIG1lZGl1bSkiPg0KPHN0eWxl
PjwhLS0NCi8qIEZvbnQgRGVmaW5pdGlvbnMgKi8NCkBmb250LWZhY2UNCgl7Zm9udC1mYW1pbHk6
IkNhbWJyaWEgTWF0aCI7DQoJcGFub3NlLTE6MiA0IDUgMyA1IDQgNiAzIDIgNDt9DQpAZm9udC1m
YWNlDQoJe2ZvbnQtZmFtaWx5OkNhbGlicmk7DQoJcGFub3NlLTE6MiAxNSA1IDIgMiAyIDQgMyAy
IDQ7fQ0KQGZvbnQtZmFjZQ0KCXtmb250LWZhbWlseToiU2Vnb2UgVUkiOw0KCXBhbm9zZS0xOjIg
MTEgNSAyIDQgMiA0IDIgMiAzO30NCkBmb250LWZhY2UNCgl7Zm9udC1mYW1pbHk6VGFob21hOw0K
CXBhbm9zZS0xOjIgMTEgNiA0IDMgNSA0IDQgMiA0O30NCi8qIFN0eWxlIERlZmluaXRpb25zICov
DQpwLk1zb05vcm1hbCwgbGkuTXNvTm9ybWFsLCBkaXYuTXNvTm9ybWFsDQoJe21hcmdpbjowaW47
DQoJZm9udC1zaXplOjExLjBwdDsNCglmb250LWZhbWlseToiQ2FsaWJyaSIsc2Fucy1zZXJpZjt9
DQphOmxpbmssIHNwYW4uTXNvSHlwZXJsaW5rDQoJe21zby1zdHlsZS1wcmlvcml0eTo5OTsNCglj
b2xvcjojMDU2M0MxOw0KCXRleHQtZGVjb3JhdGlvbjp1bmRlcmxpbmU7fQ0Kc3Bhbi5FbWFpbFN0
eWxlMTcNCgl7bXNvLXN0eWxlLXR5cGU6cGVyc29uYWwtY29tcG9zZTsNCglmb250LWZhbWlseToi
Q2FsaWJyaSIsc2Fucy1zZXJpZjsNCgljb2xvcjp3aW5kb3d0ZXh0O30NCnAucGFyYWdyYXBoLCBs
aS5wYXJhZ3JhcGgsIGRpdi5wYXJhZ3JhcGgNCgl7bXNvLXN0eWxlLW5hbWU6cGFyYWdyYXBoOw0K
CW1zby1tYXJnaW4tdG9wLWFsdDphdXRvOw0KCW1hcmdpbi1yaWdodDowaW47DQoJbXNvLW1hcmdp
bi1ib3R0b20tYWx0OmF1dG87DQoJbWFyZ2luLWxlZnQ6MGluOw0KCWZvbnQtc2l6ZToxMS4wcHQ7
DQoJZm9udC1mYW1pbHk6IkNhbGlicmkiLHNhbnMtc2VyaWY7fQ0Kc3Bhbi5ub3JtYWx0ZXh0cnVu
DQoJe21zby1zdHlsZS1uYW1lOm5vcm1hbHRleHRydW47fQ0Kc3Bhbi5lb3ANCgl7bXNvLXN0eWxl
LW5hbWU6ZW9wO30NCnNwYW4uc2N4dzEzOTIyMzM0Ng0KCXttc28tc3R5bGUtbmFtZTpzY3h3MTM5
MjIzMzQ2O30NCi5Nc29DaHBEZWZhdWx0DQoJe21zby1zdHlsZS10eXBlOmV4cG9ydC1vbmx5Ow0K
CWZvbnQtZmFtaWx5OiJDYWxpYnJpIixzYW5zLXNlcmlmO30NCkBwYWdlIFdvcmRTZWN0aW9uMQ0K
CXtzaXplOjguNWluIDExLjBpbjsNCgltYXJnaW46MS4waW4gMS4waW4gMS4waW4gMS4waW47fQ0K
ZGl2LldvcmRTZWN0aW9uMQ0KCXtwYWdlOldvcmRTZWN0aW9uMTt9DQotLT48L3N0eWxlPjwhLS1b
aWYgZ3RlIG1zbyA5XT48eG1sPg0KPG86c2hhcGVkZWZhdWx0cyB2OmV4dD0iZWRpdCIgc3BpZG1h
eD0iMTAyNiIgLz4NCjwveG1sPjwhW2VuZGlmXS0tPjwhLS1baWYgZ3RlIG1zbyA5XT48eG1sPg0K
PG86c2hhcGVsYXlvdXQgdjpleHQ9ImVkaXQiPg0KPG86aWRtYXAgdjpleHQ9ImVkaXQiIGRhdGE9
IjEiIC8+DQo8L286c2hhcGVsYXlvdXQ+PC94bWw+PCFbZW5kaWZdLS0+DQo8L2hlYWQ+DQo8Ym9k
eSBsYW5nPSJFTi1VUyIgbGluaz0iIzA1NjNDMSIgdmxpbms9IiM5NTRGNzIiIHN0eWxlPSJ3b3Jk
LXdyYXA6YnJlYWstd29yZCI+DQo8ZGl2IGNsYXNzPSJXb3JkU2VjdGlvbjEiPg0KPHAgY2xhc3M9
InBhcmFncmFwaCIgc3R5bGU9Im1hcmdpbjowaW47dmVydGljYWwtYWxpZ246YmFzZWxpbmUiPjxz
cGFuIGNsYXNzPSJub3JtYWx0ZXh0cnVuIj5EZWFyIE91dGxvb2suY29tL0hvdG1haWwgVXNlcjo8
L3NwYW4+PHNwYW4gY2xhc3M9ImVvcCI+Jm5ic3A7PC9zcGFuPjxzcGFuIHN0eWxlPSJmb250LXNp
emU6OS4wcHQ7Zm9udC1mYW1pbHk6JnF1b3Q7U2Vnb2UgVUkmcXVvdDssc2Fucy1zZXJpZiI+PG86
cD48L286cD48L3NwYW4+PC9wPg0KPHAgY2xhc3M9InBhcmFncmFwaCIgc3R5bGU9Im1hcmdpbjow
aW47dmVydGljYWwtYWxpZ246YmFzZWxpbmU7dXNlci1zZWxlY3Q6IHRleHQ7LXdlYmtpdC11c2Vy
LWRyYWc6IG5vbmU7LXdlYmtpdC10YXAtaGlnaGxpZ2h0LWNvbG9yOiB0cmFuc3BhcmVudDtvdmVy
Zmxvdy13cmFwOiBicmVhay13b3JkO3doaXRlLXNwYWNlOnByZS13cmFwO2ZvbnQta2VybmluZzog
bm9uZSI+DQo8c3BhbiBjbGFzcz0ibm9ybWFsdGV4dHJ1biI+4oCvPC9zcGFuPjxzcGFuIGNsYXNz
PSJlb3AiPiZuYnNwOzwvc3Bhbj48c3BhbiBzdHlsZT0iZm9udC1zaXplOjkuMHB0O2ZvbnQtZmFt
aWx5OiZxdW90O1NlZ29lIFVJJnF1b3Q7LHNhbnMtc2VyaWYiPjxvOnA+PC9vOnA+PC9zcGFuPjwv
cD4NCjxwIGNsYXNzPSJwYXJhZ3JhcGgiIHN0eWxlPSJtYXJnaW46MGluO3ZlcnRpY2FsLWFsaWdu
OmJhc2VsaW5lO3VzZXItc2VsZWN0OiB0ZXh0Oy13ZWJraXQtdXNlci1kcmFnOiBub25lOy13ZWJr
aXQtdGFwLWhpZ2hsaWdodC1jb2xvcjogdHJhbnNwYXJlbnQ7b3ZlcmZsb3ctd3JhcDogYnJlYWst
d29yZDt3aGl0ZS1zcGFjZTpwcmUtd3JhcDtmb250LWtlcm5pbmc6IG5vbmUiPg0KPHNwYW4gY2xh
c3M9Im5vcm1hbHRleHRydW4iPk1pY3Jvc29mdCBoYXMgYmVlbiBzZXJ2ZWQgd2l0aCBhIHN1YnBv
ZW5hIHRoYXQgY29tcGVscyB0aGUgcHJvZHVjdGlvbiBvZiBidXNpbmVzcyByZWNvcmRzIGFuZC9v
ciBkYXRhIGFzc29jaWF0ZWQgd2l0aCB0aGUgZm9sbG93aW5nIGFjY291bnQocyk6DQo8L3NwYW4+
PHNwYW4gc3R5bGU9ImZvbnQtc2l6ZToxMC4wcHQ7Zm9udC1mYW1pbHk6JnF1b3Q7VGFob21hJnF1
b3Q7LHNhbnMtc2VyaWYiPjxhIGhyZWY9Im1haWx0bzpyb3NhZnJpZG1hbjNAZ21haWwuY29tIj5y
b3NhZnJpZG1hbjNAZ21haWwuY29tPC9hPiA7IFJvc2EgRnJpZG1hbjwvc3Bhbj48c3BhbiBjbGFz
cz0ibm9ybWFsdGV4dHJ1biI+LiBUbyBjb21wbHkgd2l0aCBNaWNyb3NvZnTigJlzIHBvbGljaWVz
IGFuZCBhcHBsaWNhYmxlIGxhd3MgZ292ZXJuaW5nIHRoZQ0KIGRpc2Nsb3N1cmUgb2YgYnVzaW5l
c3MgcmVjb3JkcyBhbmQvb3IgZGF0YSBhc3NvY2lhdGVkIHdpdGggZW1haWwgYWNjb3VudHMsIE1p
Y3Jvc29mdCBpcyBnaXZpbmcgeW91IG5vdGljZSBvZiB0aGlzIHJlcXVlc3QgYW5kIGFuIG9wcG9y
dHVuaXR5IHRvIHNlZWsgYSBwcm90ZWN0aXZlIG9yZGVyIGZyb20gdGhlIGNvdXJ0IGJsb2NraW5n
IG9yIHJlc3RyaWN0aW5nIGRpc2Nsb3N1cmUgb2YgdGhlIHJlY29yZHMvZGF0YS4gSWYgYWZ0ZXIg
dGhlIGV4cGlyYXRpb24NCiBvZiBmb3VydGVlbiBkYXlzIE1pY3Jvc29mdCBoYXMgbm90IGJlZW4g
aW5mb3JtZWQgdGhhdCB5b3UgaW5pdGlhdGVkIGEgbGVnYWwgY2hhbGxlbmdlLCBpbiBjb3VydCwg
aXQgd2lsbCByZXNwb25kIHRvIHRoZSBTdWJwb2VuYSBhcyBmb2xsb3dzOjwvc3Bhbj48c3BhbiBj
bGFzcz0iZW9wIj4mbmJzcDs8L3NwYW4+PHNwYW4gc3R5bGU9ImZvbnQtc2l6ZTo5LjBwdDtmb250
LWZhbWlseTomcXVvdDtTZWdvZSBVSSZxdW90OyxzYW5zLXNlcmlmIj48bzpwPjwvbzpwPjwvc3Bh
bj48L3A+DQo8cCBjbGFzcz0icGFyYWdyYXBoIiBzdHlsZT0ibWFyZ2luOjBpbjt2ZXJ0aWNhbC1h
bGlnbjpiYXNlbGluZTt1c2VyLXNlbGVjdDogdGV4dDstd2Via2l0LXVzZXItZHJhZzogbm9uZTst
d2Via2l0LXRhcC1oaWdobGlnaHQtY29sb3I6IHRyYW5zcGFyZW50O292ZXJmbG93LXdyYXA6IGJy
ZWFrLXdvcmQ7d2hpdGUtc3BhY2U6cHJlLXdyYXA7Zm9udC1rZXJuaW5nOiBub25lIj4NCjxzcGFu

IGNsYXNzPSJub3JtYWxoZXhocnVulj7igK88L3NwYW4+PHNwYW4gY2xhc3MglmVvcCI+Jm5ic3A7
PCgzcGFuPjxzcGFulHNoeWxlPSJmb250LXNpemU6OS4wcHQ7Zm9udC1mYW1pbHk6JnF1b3Q7U2Vn
b2UgVUkmcXVvdDssc2Fucy1zZXJpZil+PG86cD48L286cD48L3NwYW4+PCgwPg0KPHAgY2xhc3Mg
InBhcmFncmFwaCJgc3R5bGU9Im1hcmdpbjowaW47dmVydGljYWwtYWxpZ246YmFzZWxpbmU7dXNl
ci1zZWxlY3Q6IHRleHQ7LXdlYmtpdC11c2VyLWRyYWc6IG5vbmU7LXdlYmtpdC10YXAtaGlnaGxp
Z2h0LWNvbGgyOiBocmFuc3BhcmVudDtvdmVyZmxvdy13cmFwOiBicmVhay13b3JkO3doaXRlLXNw
YWNlOnByZS13cmFwO2Vbn0ta2vybmluZzogbmgysZ:I+DQo8c3BhbiBjbGFzczoibmgybWFsdGV4
dHJ1bil+PGl+PHU+QWNjb3VudCBTdWJzY3JpYmVyIEluZm9ybWF0aW9uPC91PjwvYj4mbmJzcDs8
L3NwYW4+PHNwYW4gY2xhc3MglmVvcCI+Jm5ic3A7PCgzcGFuPjxzcGFulHNoeWxlPSJmb250LXNp
emU6OS4wcHQ7Zm9udC1mYW1pbHk6JnF1b3Q7U2Vnb2UgVUkmcXVvdDssc2Fucy1zZXJpZil+PG86
cD48L286cD48L3NwYW4+PCgwPg0KPHAgY2xhc3MglnBhcmFncmFwaCJgc3R5bGU9Im1hcmdpbjow
aW47dmVydGljYWwtYWxpZ246YmFzZWxpbmU7dXNlci1zZWxlY3Q6IHRleHQ7LXdlYmtpdC11c2Vy
LWRyYWc6IG5vbmU7LXdlYmtpdC10YXAtaGlnaGxpZ2h0LWNvbGgyOiBocmFuc3BhcmVudDtvdmVy
Zmxvdy13cmFwOiBicmVhay13b3JkO3doaXRlLXNwYWNlOnByZS13cmFwO2Vbn0ta2vybmluZzog
bmguZSI+DQo8c3BhbiBjbGFzczoibmgybWFsdGV4dHJ1bil+QWZoZXlgdGhlIGV4cGlyYXRpb24g
b2YgdGhlIGZvdXJoZWVuIGRheXMslGlmlE1pY3Jvc2gmdCBoYXMgbm9olHJlY2VpdmdklGSgdGlj
ZSB0aGF0IHlvdSBoYXZlIGZpbGVkIGEgY2hhbGxlbmdlIHdpdGggdGhllGNvdtJoLCBpdCB1aWXxs
IHBybzR1Y2Ug3Vic2NyaWJlciBpbmZvcm1hdGlvbiBhbmQgYXNzbzNpYXRlZCBhlYdwaW50lHRy
YW5zY2NoaWqsvV1wvg2GFOYSwgd2hjH2ggDWFgl5GlUYzxzZGUgdGhlDQoglbmFtZSwgY2Nkcmvzcywg
YW5jklGgoaGVylHBlcnNvbmFslGluZmgybWF0aW9ulGVudGVyZWQgYnkgeW91lHdoZW4gdW91lGNy
ZWF0ZWQgdGhllGFjY291bnQslGFzlHdlbGwgYXMgdGhllGFjY291bnQgcmVnaXN0cmF0aW9ulGRh
dGUslGxvZ3Mgb2YgSW50ZXJuZXQgUHJvdG9jb2wgb2RkcmVzc2VzlGlzZyb20gd2hpY2ggeW91lGNy
ZWF0ZWQgYW5klGhhdmUgYWNjZXNzZWQgdGhllGFjY291bnOslGFUZCRvdGhlciBvZWNvcmRlZCBk
YXRhLiZuYnNwOzwvc3Bhbi48c3BhbiBjbGFzczoiZW9pIj4mbmJzcDs8L3NwYW4+PHNwYW4gc3R5
bGUgImZvbnQtc2l6ZTo5LjBwdDtmb250LWZhbWlseTomcXVvdDtTZWdvZSBVSSZxdW90OyxzYW5z
LXNlcmlmlj48bzpwPjwvbzpwPjwvc3Bhbj48L3A+DQo8cCBjbGFzczoicGFyYWdyYXBolBzdHls
ZT0ibWFyZ2luOjBpbjtZ2ZXJoaWNhbC1hbGlnbljpPVXNlbGluZTt1c2VyLXNlbGVjdDp0ZGdG4d
d2Viaz1oLXVzZXItZHJhZzpub25mguZTstd2Viaz0lLXRhcC1oaWdobGlnaHQtY29sb3l6IHRyYW5z
cGFyZW50O29zZXJmbG93LXdyYXA6IGJyZWFrLXdvcmQ7d2hpdGUtc3BhY2U6cHJlLXdyYXA7bGV0
dC1rZXJuaW5nOiBub25lOy13ZXJuaW5nOiBub25lOy13ZXJuaW5nOiBub25lOy13ZXJuaW5nO
PHNwYW4gY2xhc3MglmVvcCI+Jm5ic3A7PCgzcGFuPjxzcGFulHNoeWxlPSJmb250LXNpemU6OS4w
cHQ7Zm9udC1mYW1pbHk6JnF1b3Q7U2Vnb2UgVUkmcXVvdDssc2Fucy1zZXJpZil+PG86cD48L286
cD48L3NwYW4+PCgwPg0KPHAgY2xhc3MglnBhcmFncmFwaCJgc3R5bGU9Im1hcmdpbjowaW47dmVy
dGljYWwtYWxpZ246YmFzZWxpbmU7dXNlci1zZWxlY3Q6IHRleHQ7LXdlYmtpdC11c2VyLWRyYWc6
IG5vbmU7LXdlYmtpdC10YXAtaGlnaGxpZ2h0LWNvbGgyOiBocmFuc3BhcmVudDtvdmVyZmxvdy13
cmFwOiBicmVhay13b3JkO3doaXRlLXNwYWNlOnByZS13cmFwO2Vbn0ta2vybmluZzogbmguZSI+
DQo8c3BhbiBjbGFzczoibmgybWFsdGV4dHJ1bil+PGl+PHU+RW1haWwgc2gudadGVdI0ta2VsT4st42l+
PCgzcGFuPjxzcGFulHNoeWxlPSJmb250LXNpemU6OS4wcHQ7Zm9udC1mYW1pbHk6JnF1b3Q7U2Vn
b2UgVUkmcXVvdDssc2Fucy1zZXJpZil+PG86cD48L286cD48L3NwYW4+PCgwPg0KPHAgY2xhc3Mg
InBhcmFncmFwaCJgc3R5bGU9Im1hcmdpbjowaW47dmVydGljYWwtYWxpZ246YmFzZWxpbmU7dXNl
ci1zZWxlY3Q6IHRleHQ7LXdlYmtpdC11c2VyLWRyYWc6IG5vbmU7LXdlYmtpdC10YXAtaGlnaGxp
Z2h0LWNvbGgyOiBocmFuc3BhcmVudDtvdmVyZmxvdy13cmFwOiBicmVhay13b3JkO3doaXRlLXNw
YWNlOnByZS13cmFwO2Vbn0ta2vybmluZzogbmguZSI+Jm5ic3A7PCgzcGFuPjxzcGFulHNoeWxl
PSJmb250LXNpemU6OS4wcHQ7Zm9udC1mYW1pbHk6JnF1b3Q7U2Vnb2UgVUkmcXVvdDssc2Fucy1z
ZXJpZil+PG86cD48L286cD48L3NwYW4+PCgwPg0KPHAgY2xhc3MglnBhcmFncmFwaCJgc3R5bGU9
Im1hcmdpbjowaW47dmVydGljYWwtYWxpZ246YmFzZWxpbmU7dXNlci1zZWxlY3Q6IHRleHQ7LXdl
YmtpdC11c2VyLWRyYWc6IG5vbmU7LXdlYmtpdC10YXAtaGlnaGxpZ2h0LWNvbGgyOiBocmFuc3Bh
cmVudDtvdmVyZmxvdy13cmFwOiBicmVhay13b3JkO3doaXRlLXNwYWNlOnByZS13cmFwO2Vbn0t
a2vybmluZzogbmguZSI+DQo8c3BhbiBjbGFzczoibmgybWFsdGV4dHJ1bil+PGl+PHU+R2VvbG9j
YXRpb24gSW5mb3JtYXRpb248L3U+PC9pPiZuYnNwOzwvc3Bhbj48c3BhbiBjbGFzczoiZW9iIj4m
bmJzcDs8L3NwYW4+PHNwYW4gc3R5bGU9ImZvbnQtc2l6ZTo5LjBwdDtmb250LWZhbWlseTomcXVv
dDtTZWdvZSBVSSZxdW90OyxzYW5zLXNlcmlmlj48bzpwPjwvbzpwPjwvc3Bhbj48L3A+DQo8cCBj
bGFzczoicGFyYWdyYXBolBzdHlsZT0ibWFyZ2luOjBpbjtZ2ZXJoaWNhbC1hbGlnbljpPVXNlbGlu
ZTt1c2VyLXNlbGVjdDp0ZGdG4dd2Viaz1oLXVzZXItZHJhZzpub25mguZTstd2Viaz0lLXRhcC1o
aWdobGlnaHQtY29sb3l6IHRyYW5zcGFyZW50O29zZXJmbG93LXdyYXA6IGJyZWFrLXdvcmQ7d2hp
dGUtc3BhY2U6cHJlLXdyYXA7bGV0dC1rZXJuaW5nOiBub25lOy13ZXJuaW5nOiBub25lOy13ZXJu
aW5nOiBub25lOy13ZXJuaW5nO
cD4ZSI+DQo8c3BhbiBjbGFzczoibmgybWFsdGV4dHJ1bil+PGl+PHU+RW1haWwgc2gudadGVdI
eSB0YW0pbmcgdGhlIGFwcHJvcHJhdGVkfJvcHJpY3J+b3RlcJ9lbmZpbm1hdGlvbi48L2h1+
b3Rp2Ugb2Ygc3VjaCBhIGNoYWxsZW5nZ2Ugb2YgVJwb3J1cXUtaGdybd/hmdGhllGNvdtJoLCBp
dCB1aWXxsIGNvbnNpZGVyIHJlbGVhc2luZyBjb2ZLbGVudBlc2VNpcnZ0aGUgbmJ6cmV3dG9u
cmVlZSByZWNvtZHMulGFsbCBnZGdhbC1yZXF1ZXN0cyBmb3IgaGJlbnJ1c2Vyl0aXJ0aHJndGv
bgNkcXJlZCB0aGVyZGUgdGhloGdkb3JuZWVzogMG9z5GVkY2hhbGxlbmdllGtvloBoaGUgZGZ0
YW5zLXNlcmlmlj48bzpwPjwvbzpwPjwvc3Bhbj48L3A+DQo8cCBjbGFzczoicGFyYWdyYXBolZBd3
dHlsZT0ibWFyZ2luOjBpbjtZ2ZXJoaWNhbC1hbGlnbljpPVXNlbGluZTt1c2VyLXNlbGVjdDp0ZGdG4
dDstd2Viaz1oLXVzZXItZHJhZzpub25mguZTstd2Viaz0lLXRhcC1oaWdobGlnaHQtY29sb3l6IHR
YW5zcGFyZW50O29zZXJmbG93LXdyYXA6IGJyZWFrLXdvcmQ7d2hpdGUtc3BhY2U6cHJlLXdyYXA7
bGV0dC1rZXJuaW5nOiBub25lOy13ZXJuaW5nOiBub25lOy13ZXJuaW5nO

YW5zcGFyZW50O292ZXJmbG93LXdyYXA6IGJyZWFrLXdvcmQ7d2hpdGUtc3BhY2U6cHJlLXdyYXA7
Zm9udC1rZXJuaW5nOiBub25lIj4Ncjxzc2GFulGNsYXNzPSJzY3h3MTM5MjlzMzQ2lj4mbmJzcDs8
L3NwYW4+PGJyPg0KPHNwYW4gY2xhc3M9Im5vcm1hbHRleHRydW4iPklmIG5vdGljZSBvZiBhIGxl
Z2FsIGNoYWxsZW5nZSBpcyBub3QgcmVjZWl2ZWQgYnkgTWljcm9zb2Z0lGJ5DQo8Yj5KdW5llDMw
LCAyMDIyPCgiPiBpdCB3aWxsIGJllHJlcXVpcmVklHRvlHJlc3BvbmQgdG8gdGhllFN1YnBvZW5h
lGFzlGRldGFpbGVklGFib3JlLlZuYnNwOzwvc3Bhbj48c3BhbiBjbGFzczoiZW9wlj4mbmJzcDs8
L3NwYW4+PHNwYW4gc3R5bGU9ImZvbnQtc2l6ZTo5LjBwdDtmb250LWZhbWlseTomcXVvdDtTZWdv
ZSBVSSZxdW90OyxzYW5zLXNlcmlmlj48bzpwPjwvbzpwPjwvc3Bhbj48L3A+DQo8cCBjbGFzczoi
cGFyYWdyYXBoliBzdHlsZToibWFyZzlu0jBpbjt2ZXJoaWNhbC1hbGlnbjpiYXNlbGluZTt1c2Vy
LXNlbGVjdDogdGV4dDstd2Viaz10LXVzZXltZHJzogbm9uZTstd2Viaz10LXRhc10aWdobGln
aHQtY29sb3l6lHRyYW5zcGFyZW50O292ZXJmbG93LXdyYXA6IGJyZWFrLXdvcmQ7d2hpdGUtc3Bh
Y2U6cHJlLXdyYXA7Zm9udC1rZXJuaW5nOiBub25lIj4NCjxzcGFulGNsYXNzPSJzY3h3MTM5Mjlz
MzQ2lj4mbmJzcDs8L3NwYW4+PGJyPg0KPHNwYW4gY2xhc3M9Im5vcm1hbHRleHRydW4iPlNpbmNl
cmVlseSw8L3NwYW4+PHNwYW4gY2xhc3M9lnJeHcxMzkyMjMzNDYiPiZuYnNwOzwvc3Bhbj48Ynl+
DQo8c3BhbiBjbGFzczoic2N4dzEzOTlyMzM0Nil+Jm5jc3A7PCgzcGFuPjxicj4NCjxzcGFulGNs
YXNzPSJub3J3YWx0ZXh0cnVlj5NaWNyb3NvZnQgTGl0aWdhdGlvbiBQb2xpY3kgRW5mb3JjZW1l
bnQ8L3NwYW4+PHNwYW4gY2xhc3M9lmVvCl+Jm5jc3A7PCgzcGFuPjxicj4NCjxzcGFulGNs
LXNpemU6OS4wcHQ7Zm9udC1mYW1pbHk6JnF1b3Q7U2Vnb2UgVUkmcXVvdDssc2Fucy1zZXJpZ2l+
PG86cD48L286cD48L3NwYW4+PC9wPg0KPHAgY2xhc3M9MglnBhcmFncmFwaClgc3R5bGU9lm1hcmdp
bjowaW47dmVydGljYWwtYWxpZ246YmFzZWxpbmU7dXNlci1zZWxlY3Q6lHRleHQ7LXdlYmtpdC11
c2VyLWRyYWc6IG5vbmU7LXdlbYmtpdC10YXAtaGlnaGxpZ2h0LWNvbG9y0iB0cmFuc3BhcmVudDtv
dmVyZmxvdy13cmFwOiBicmVhay1b3JkO3doaXRlLXNwYWNlOnByZS13cmFwO2ZvbnQta2Vybmlu
Zzogbm9uZSI+DQo8c3BhbiBjbGFzczoiZW9wlj4mbmJzcDs8L3NwYW4+PHNwYW4gY2xhc3M9R5bGU9lmZv
bnQtc2l6ZTo5LjBwdDtmb250LWZhbWlseTomcXVvdDtTZWdvZSBVSSZxdW90OyxzYW5zLXNlcmlm
lj48bzpwPjwvbzpwPjwvc3Bhbj48L3A+DQo8cCBjbGFzczoiTXNvTmgybWBWFslj48bzpwPiZuYnNw
OzwvbzpwPjwvc4NCjwvZGl2Pg0KPCgib2R5PCgKPCgodG1sPg0K

--_000_BYAPR21MB12551D8FC79B57C97A1B320EFEAC9BYAPR21MB1255namp_--
--_004_BYAPR21MB12551D8FC79B57C97A1B320EFEAC9BYAPR21MB1255namp_
Content-Type: application/pdf; name="SUB- In re Rosa A. Fridman.pdf"
Content-Description: SUB- In re Rosa A. Fridman.pdf
Content-Disposition: attachment; filename="SUB- In re Rosa A. Fridman.pdf"; size=281987; creation-date="Thu, 16 Jun 2022
17:11:38 GMT"; modification-date="Thu, 16 Jun 2022 17:14:50 GMT"
Content-Transfer-Encoding: base64


--_004_BYAPR21MB12551D8FC79B57C97A1B320EFEAC9BYAPR21MB1255namp_--

**Microsoft** | Community

Categories ∨    All Microsoft ∨

Participate    Sign in

Search within Skype

Buy Microsoft 365

RO    **robertson.emily**    **Created on December 5, 2017**

# What is my Skype Username?

Hey,

I'm trying to figure out what my Skype Username is.

When I use Skype on my phone or the desktop app, it has my email address shown as my Skype name. There is nothing under my profile name that shows a User name.

Ie: It shows profile name: ***********, then under Profile it says Skype Name: ***************@gmail.com

When I use Skype online, it shows my profile name, then underneath, shows "live:************". But I am not able to sign in using "live:************".

Which one is my Username that other can use to contact me?

Thanks for the help. This should be pretty simple, but I have not been able to find the answer anywhere.

*\*\*\*Personal Identifiable Information has been removed for security and privacy.\*\*\**

🔒 This thread is locked. You can follow the question or vote as helpful, but you cannot reply to this thread.

**I have the same question (169)**    **Report abuse**

## Question Info

Last updated July 14, 2022

Views 17,155

Applies to:

Skype / Skype for Mac /
Getting started / Sign In

■ Microsoft 365    ✕

You're invited to try
Microsoft 365 for free

Unlock now

---

**Answer**

SU    **Susan_S.**
**Microsoft Agent** | **Moderator**
**Replied on December 6, 2017**

Hello **robertson.emily**,

Your Skype Name is the username you created when you first joined Skype, other than your email address or phone number. If you sign in with an email address instead, then you have a

MICROSOFT account.

For a Skype account that was created using an email address, it will be in the form of **live:name** where name in this case is the first part of the email address. For a Skype account that was created using a phone number, then it will be in the form of **live:alphanumeric characters**.

Your Skype Name using your phone or desktop app is <u>under your profile name</u>. You cannot sign in to Skype using live: ID. You need to sign in using an email address.

Hope this helps! Let us know if you need further assistance.

Thank you!

Susan_S.
Skype Community Moderator

Report abuse

26 people found this reply helpful  ·  **Was this reply helpful?**

Yes     No

**Replies (8)**    ∧

Answer

SU

**Susan_S.**
**Microsoft Agent | Moderator**
**Replied on December 6, 2017**

Hello robertson.emily,

Your Skype Name is the username you created when you first joined Skype, other than your email address or phone number. If you sign in with an email address instead, then you have a Microsoft account.

For a Skype account that was created using an email address, it will be in the form of **live:name** where name in this case is the first part of the email address. For a Skype account that was created using a phone number, then it will be in the form of **live:alphanumeric characters**.

Your Skype Name using your phone or desktop app is <u>under your profile name</u>. You cannot sign in to Skype using live: ID. You need to sign in using an email address.

Hope this helps! Let us know if you need further assistance.

Thank you!

Susan_S.
Skype Community Moderator

[Report abuse]

26 people found this reply helpful · **Was this reply helpful?**

Yes    No

MA    **macmini**

Replied on March 20, 2018

↳   In reply to Susan_S.'s post on December 6,
2017

Hello robertson.emily,
Your Skype Name is the username you created when
you first joined Skype, other than your email address
or phone number.
If you sign in with an email address instead, then you
have a Microsoft account.
For a Skype account that was created using an email
address, it will be in the form of *live:name* where
name in this case is the first part of the email ad-
dress. For a Skype account that was created using a
phone number, then it will be in the form of
*live:alphanumeric characters*.
Your Skype Name using your phone or desktop app
is under your profile name. You cannot sign in to
Skype using live: ID. You need to sign in using an
email address.
Hope this helps! Let us know if you need further
assistance.
Thank you!

That probably is the correct answer, but the user experience
connected with Skype name could not be more confusing or
inconsistent.

Even worse, the FAQ information on the Skype site regarding
Skype name is outdated and inaccurate.

**Nowhere does Microsoft indicate you're going to be stuck
with your registration information as your public Skype
name.** In my opinion, using the first part of one's e-mail address
as the public Skype name could be a security flaw.

And you don't have the option of changing it to your phone
number afterward.

(The entire registration and profile update process is extremely
laborious and time-consuming. It took so long to get a
confirmation text for my phone number, I re-sent it a half-dozen

times. I still don't know if some updates propagated from
desktop to iPhone and vice versa.)

Report abuse

3 people found this reply helpful  ·  **Was this reply helpful?**

Yes      No

---

SU

**Susan_S.**
Microsoft Agent | Moderator
Replied on March 21, 2018

↪  In reply to macmini's post on March 20, 2018

That probably is the correct answer, but the user ex-
perience connected with Skype name could not be
more confusing or inconsistent.
Even worse, the FAQ information on the Skype site
regarding Skype name is outdated and inaccurate.
**Nowhere does Microsoft indicate you're going to
be stuck with your registration information as your
public Skype name.** In my opinion, using the first
part of one's e-mail address as the public Skype
name could be a security flaw.
And you don't have the option of changing it to your
phone number afterward.
(The entire registration and profile update process is
extremely laborious and time-consuming. It took so
long to get a confirmation text for my phone num-
ber, I re-sent it a half-dozen times. I still don't know if
some updates propagated from desktop to iPhone
and vice versa.)

Hello,

Thank you for bringing this to our attention.

Rest assured that your feedback has been noted and will
endorsed it to our developers for review.

Regards,

Susan_S.
Skype Community Moderator

Report abuse

2 people found this reply helpful  ·  **Was this reply helpful?**

YES     NO

MA     **macmini**
       Replied on March 21, 2018

          ↪     In reply to macmini's post on March 20, 2018

          That probably is the correct answer, but the user ex-
          perience connected with Skype name could not be
          more confusing or inconsistent.
          Even worse, the FAQ information on the Skype site
          regarding Skype name is outdated and inaccurate.
          **Nowhere does Microsoft indicate you're going to
          be stuck with your registration information as your
          public Skype name.** In my opinion, using the first
          part of one's e-mail address as the public Skype
          name could be a security flaw.
          And you don't have the option of changing it to your
          phone number afterward.
          (The entire registration and profile update process is
          extremely laborious and time-consuming. It took so
          long to get a confirmation text for my phone num-
          ber, I re-sent it a half-dozen times. I still don't know if
          some updates propagated from desktop to iPhone
          and vice versa.)


       I also just discovered that the iPhone Skype app shows a
       different Skype username for me than the Skype desktop,
       live.com, or this support area.

       In fact, there are at least 5 "usernames" associated with my
       account

       - Skype desktop screen name on Mac OS (different from Skype
       username)
       - Skype username on desktop Skype
       - Skype username in iPhone app
       - Skype desktop screen name on Chrome OS app (different from
       Skype username; The Skype app on Chrome doesn't show my
       Skype username anywhere)
       - Screen name in support area (upper right of this page; different
       from other screen names)

       PLUS

       - Two e-mail addresses
       - Two phone numbers

       ALSO

       - Login for live.com
       - Login for Skype.com

       Cannot figure out where to correct the various settings or unify

them, but shouldn't that be Microsoft's job? Profile image
upload doe not work on Mac OS desktop at all, I had to do it on
my iPhone.

I also noticed it takes a very long time for changes to propagate,
even on the Mac desktop.

Is there any way Microsoft could make this more confusing?


Report abuse

2 people found this reply helpful   ·   Was this reply helpful?

Yes       No


SU

**Susan_S.**
Microsoft Agent | Moderator
Replied on March 22, 2018

↳   In reply to macmini's post on March 21, 2018

I also just discovered that the iPhone Skype app
shows a different Skype username for me than the
Skype desktop, live.com, or this support area.
In fact, there are at least 5 "usernames" associated
with my account
- Skype desktop screen name on Mac OS (different
from Skype username)
- Skype username on desktop Skype
- Skype username in iPhone app
- Skype desktop screen name on Chrome OS app
(different from Skype username; The Skype app on
Chrome doesn't show my Skype username anywhere)
- Screen name in support area (upper right of this
page; different from other screen names)
PLUS
- Two e-mail addresses
- Two phone numbers
ALSO
- Login for live.com
- Login for Skype.com
Cannot figure out where to correct the various set-
tings or unify them, but shouldn't that be Microsoft's
job? Profile image upload doe not work on Mac OS
desktop at all, I had to do it on my iPhone.
I also noticed it takes a very long time for changes to
propagate, even on the Mac desktop.
Is there any way Microsoft could make this more
confusing?


Skype desktop screen name? Are you referring to your display
name in Skype?

Please be informed that your display name in Skype is the one that is displayed on your contact's end.

With regards to the issue unable to upload profile picture on Mac desktop, you can try the steps on below link:
https://support.skype.com/en/faq/FA3571/how-do-i-change-my-profile-picture-in-skype?

Thank you! Let us know if you need further assistance.

Susan_S.
Skype Community Moderator

Report abuse

Was this reply helpful?  Yes    No

---

MA  **macmini**
**Replied on March 22, 2018**

↳  **In reply to Susan_S.'s post on March 22, 2018**

Skype desktop screen name? Are you referring to your display name in Skype?
Please be informed that your display name in Skype is the one that is displayed on your contact's end.
With regards to the issue unable to upload profile picture on Mac desktop, you can try the steps on be-low link:
https://support.skype.com/en/faq/FA3571/how-do-i-change-my-profile-picture-in-skype?
Thank you! Let us know if you need further assistance.

As I understand it, one is supposed to distribute one's Skype username to people who might make calls to you.

Your user experience design makes this essential fundamental fact difficult to find. The term "Skype username" is used inconsistently across applications and instructions about how to find it area almost impossible to understand, for example:

"Your Skype Name is the username you created when you first joined Skype, other than your email address or phone number.

If you sign in with an email address instead, then you have a Microsoft account."

This is extraordinarily unhelpful, not the least because your Skype name may indeed be part of your e-mail address. It also assumes you will recall some possibly long-ago procedure of registration for a Microsoft account, and you will be able to

retrace that process to discover your Skype username.

(I still don't understand how I have a Microsoft account at all, I've used a Mac for decades and have no interest in Outlook under any circumstances.)

If you search for "What is my Skype Username?" in these support area, you will see dozens of topics asking that question. Since it's fundamental to using Skype, this is highly indicative that Skype has a usability problem (this not Skype's only usability problem). It's actually quite difficult to find one's Skype username.
As I noted above, I have no idea where to edit the 5 "usernames" or nicknames or screen names or whatever associated with my Skype account. And I don't understand why they're different on Mac desktop, iPhone, and Chromebook.
All of this indicates that the Skype division is not in control of its user database, which worries me quite a bit, and has been lackadaisical in addressing usability issues.
PS The e-mail notifications for responses to this post do not link back to the response or the topic. To respond to responses, one has to open the support area and search for the topic title, i.e. "What is my Skype Username?"In short, another example of poor usability emanating from the Skype experience.

Report abuse

4 people found this reply helpful  ·  Was this reply helpful?

Yes      No

SU

Susan_S.
Microsoft Agent | Moderator
Replied on March 23, 2018

↪  In reply to macmini's post on March 22, 2018

As I understand it, one is supposed to distribute one's Skype username to people who might make calls to you.
Your user experience design makes this essential fun-damental fact difficult to find. The term "Skype user-name" is used inconsistently across applications and instructions about how to find it area almost impos-sible to understand, for example:
"Your Skype Name is the username you created when you first joined Skype, other than your email address or phone number.
If you sign in with an email address instead, then you have a Microsoft account."
This is extraordinarily unhelpful, not the least be-cause your Skype name may indeed be part of your e-mail address. It also assumes you will recall some possibly long-ago procedure of registration for a

possibly long ago procedure to create the
Microsoft account, and you will be able to retrace
that process to discover your Skype username.
(I still don't understand how I have a Microsoft ac-
count at all, I've used a Mac for decades and have no
interest in Outlook under any circumstances.)
If you search for "What is my Skype Username?" in
these support area, you will see dozens of topics ask-
ing that question. Since it's fundamental to using
Skype, this is highly indicative that Skype has a us-
ability problem (this not Skype's only usability
problem).
It's actually quite difficult to find one's Skype
username.
As I noted above, I have no idea where to edit the 5
"usernames" or nicknames or screen names or what-
ever associated with my Skype account. And I don't
understand why they're different on Mac desktop,
iPhone, and Chromebook.
All of this indicates that the Skype division is not in
control of its user database, which worries me quite a
bit, and has been lackadaisical in addressing usability
issues.
PS The e-mail notifications for responses to this post
do not link back to the response or the topic. To re-
spond to responses, one has to open the support
area and search for the topic title, i.e. "What is my
Skype Username?"In short, another example of poor
usability emanating from the Skype experience.


Please be advised that since the migration of Skype to Microsoft
last October 2016, you can use your personalize Skype Name,
email or phone number to sign in to any Microsoft products and
services (Outlook.com, Windows Phone, OneDrive, Xbox LIVE
and Skype).

You can also sign in to Skype with your Microsoft account on any
device or operating system, not just those running Windows – so
if you use a Mac, iOS, or Android device, you can use your
Microsoft account to sign in to Skype.

Rest assured that your feedback is duly noted.

Thank you!


Susan_S.
Skype Community Moderator

Report abuse

Was this reply helpful?    Yes    No


MA    macmini
      Replied on March 24, 2018

↪    In reply to Susan_S.'s post on March 23, 2018

Please be advised that since the migration of Skype
to Microsoft last October 2016, you can use your
personalize Skype Name, email or phone number to
sign in to any Microsoft products and services
(Outlook.com, Windows Phone, OneDrive, Xbox LIVE
and Skype).
You can also sign in to Skype with your Microsoft ac-
count on any device or operating system, not just
those running Windows – so if you use a Mac, iOS, or
Android device, you can use your Microsoft account
to sign in to Skype.
Rest assured that your feedback is duly noted.
Thank you!


I have not found that to be true.

It appears that one can sign in with one's personalized Skype
Name OR e-mail OR phone number OR Microsoft account,
depending on mysterious circumstances that obtained at initial
registration. Identifying which one is the valid key is difficult, as
this appears nowhere in account information.

For example, I appear to have TWO personalized Skype Names
(one on Mac desktop, the other on Chromebook), neither of
which can be used for log in. (I'm still trying to determine exactly
what they are used for.) I cannot log in with my phone number
at all, although my phone number is part of my account.

Still, whatever you use to log in is independent of your Skype
Username, which is what your correspondents need to know to
reach you via Skype, and the subject of this thread. Even if e-mail
is needed for log-in, Skype Username might (or might not) be a
variation of the e-mail address (i.e. live:e-mailname). (Frankly, I
think the appendage of live: is bizarre.)
Thank you for communicating this to your technical or usability
teams, as I am far from the only person to find your username
scheme confusing -- there are dozens of topics started in this
support area on this same theme.

Report abuse

2 people found this reply helpful   ·   **Was this reply helpful?**

Yes      No

**What's new**

Surface Laptop Go 2

Surface Pro 8

Surface Laptop Studio

Surface Pro X

Surface Go 3

Surface Duo 2

Surface Pro 7+

Windows 11 apps

**Microsoft Store**

Account profile

Download Center

Microsoft Store support

Returns

Order tracking

Virtual workshops and training

Microsoft Store Promise

Flexible Payments

**Education**

Microsoft in education

Devices for education

Microsoft Teams for Education

Microsoft 365 Education

Education consultation appointment

Educator training and development

Deals for students and parents

Azure for students

**Business**

Microsoft Cloud

Microsoft Security

Dynamics 365

Microsoft 365

Microsoft Power Platform

Microsoft Teams

Microsoft Industry

Small Business

**Developer & IT**

Azure

Developer Center

Documentation

Microsoft Learn

Microsoft Tech Community

Azure Marketplace

AppSource

Visual Studio

**Company**

Careers

About Microsoft

Company news

Privacy at Microsoft

Investors

Diversity and inclusion

Accessibility

Sustainability

 English (United States)

Sitemap    Contact Microsoft    Privacy    Terms of use    Trademarks    Safety & eco    About our ads    © Microsoft 2022



Microsoft

Skype

**Skype**    Skype to
Phone
Skype
Number
Skype
Support
My
account
Join us

Downloads

Search Skype Support

Skype Help    /    Account and profile    /    Account settings

# What's my Skype Name?

Your Skype Name is the name created when you first joined Skype, other than your email address or phone number.

If you sign in with an email address or phone number instead, then you'll have a Skype Name tied to your Microsoft account.

---

Where can I find my Skype Name?                                            ⌄

   1    Select your **profile picture**.

   2    Select **Skype profile**, and your Skype Name is displayed in your profile.

PROFILE

 **Skype Name**                    live:elenanilsson45

If you're signed into a different account than you were expecting, we can help.

---

Can my Skype Name be changed?

Was this article helpful?       Yes     No

1    While in Skype, select your **profile picture**.

2    Select **Skype profile**.

3    Select the ✎ **Edit** button.



4    Update your Skype display name and select the check mark to save. You
     can change it back at any time.



**Note**: It may take a little time for your Skype display name to update.

What if I forgot my Skype username?

If you've forgotten your Skype username and can't sign into your account.

Was this article helpful?    ( Yes )  ( No )

## Ask the Community

[Join the conversation with other customers.](#)

## Ask our virtual agent

[Get answers to Skype questions.](#)

## Contact us

[Our support team is ready to help.](#)

## Help improve Skype Support

[Share your ideas with a quick survey.](#)

## Skype Status

[Check if there are any issues currently affecting Skype.](#)

[Facebook](#)

[Twitter](#)

[YouTube](#)

[Blogs](#)

**No emergency calls with Skype**

Skype is not a replacement for your telephone and can't be used for emergency calling

| What's new | Microsoft Store | Education | Business | Developer & IT | Company |
|---|---|---|---|---|---|
| Surface Laptop Go 2 | Account profile | Microsoft in education | Microsoft Cloud | Azure | Careers |
| Surface Pro 8 | Download Center | Devices for education | Microsoft Security | Developer Center | About Microsoft |
| Surface Laptop Studio | Microsoft Store support | Microsoft Teams for Education | Dynamics 365 | Documentation | Company news |
| Surface Pro X | Returns | Microsoft 365 Education | Microsoft 365 | Microsoft Learn | Privacy at Microsoft |
| Surface Go 3 | Order tracking | Microsoft Power Platform | Microsoft Tech Community | Investors |
| Surface Duo 2 | Virtual workshops and training | Education consultation | Microsoft Teams | Azure Marketplace | Diversity and inclusion |
| Surface Pro 7+ | | | Microsoft Industry | | Accessibility |

Was this article helpful?     Yes     No

What's my Skype Name? | Skype Support

Flexible Payments

Educator training
and development

Deals for students
and parents

Azure for students

English

Sitemap     Contact us     Privacy     Terms of use     Trademarks     About our ads     EU Contract Summary     Legal

© Microsoft 2022

Was this article helpful?     Yes     No

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 2900 Adams Street, Suite C225, Riverside, CA 92504

A true and correct copy of the foregoing document entitled (*specify*): **DEBTOR'S SUPPLEMENTAL RESPONSES TO "PLAINTIFF [SIC] KARL AVETOOM'S REQUEST FOR PRODUCTION TO DEBTOR ROSA FRIDMAN (SET ONE)"** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) ___, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐        Service information continued on attached page

2.  SERVED BY UNITED STATES MAIL:
On (*date*) July 14, 2022,  I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Karl Avetoom, 1100 Rutland Rd #9, Newport Beach, CA 92660-4607

☐        Service information continued on attached page

3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) July 14, 2022, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Karl Avetoom, 1100 Rutland Rd #9, Newport Beach, CA 92660-4607 – Email

☐        Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 14, 2022 | Noor Haleem | *Noor Haleem* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

TALKOV LAW
2900 ADAMS ST STE C225
RIVERSIDE, CA 92504
TELEPHONE (951) 888-3300

**DEBTOR'S SUPPLEMENTAL RESPONSES TO "PLAINTIFF [*SIC*] KARL AVETOOM'S REQUEST FOR PRODUCTION TO DEBTOR ROSA FRIDMAN (SET ONE)"**

# **Exhibit 12**

SCOTT TALKOV, State Bar No. 264676
TALKOV LAW CORP.
2900 Adams St Ste C225
Riverside, California 92504
Telephone: (951) 888-3300
Email: scott@talkovlaw.com

Attorneys for Debtor Rosa A. Fridman

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| | |
|---|---|
| In re | Case. No. 8:21-bk-10513-ES |
| ROSA A. FRIDMAN, | Chapter 7 |
| Debtor. | **DEBTOR'S <u>SUPPLEMENTAL</u> RESPONSES TO "PLAINTIFF [*SIC*] KARL AVETOOM'S INTERROGATORIES TO DEBTOR ROSA FRIDMAN (SET ONE)"** |

PROPOUNDING PARTY:    Creditor Karl Avetoom

RESPONDING PARTY:    Debtor Rosa Fridman

SET:    One

In this matter, investigation and discovery by Debtor Rosa Fridman, is continuing in nature. As investigation and discovery proceed, witnesses, facts, documents, and other evidence may be learned which are not set forth hereinafter, yet which may have been responsive to an Interrogatory propounded by Creditor Karl Avetoom if known at the time thereof. Facts and other evidence, though known, may be imperfectly understood, or the relevance or import of such facts and evidence may be imperfectly understood and, accordingly, such facts and evidence may, in good faith, not be included in the following responses.

**DEBTOR'S <u>SUPPLEMENTAL</u> RESPONSES TO "PLAINTIFF [*SIC*] KARL AVETOOM'S INTERROGATORIES TO DEBTOR ROSA FRIDMAN (SET ONE)"**

1

**TALKOV LAW**
2900 ADAMS ST STE C225
RIVERSIDE, CA 92504
TELEPHONE (951) 888-3300

**TALKOV LAW**
2900 ADAMS ST STE C225
RIVERSIDE, CA 92504
TELEPHONE (951) 888-3300

Responding Party reserves the right to refer to, conduct discovery with reference to, or offer as evidence hereafter, such facts and evidence which may have, in good faith, not been included in the responses hereafter, despite such absence herein.

Further, to the extent that the interrogatories propounded by Propounding Party request information and evidence not personally known to Responding Party, but available to, or ascertained by counsel for Responding Party, certain information provided hereinafter may not be within the personal knowledge of Responding Party.

Responding Party objects to the "instructions" provided with the requests on the basis that no such instructions are permitted under the FRCP, including under Rule 33, incorporated by reference by FRBP 7033.

Responding Party objects that the discovery is not likely to lead to the discovery of admissible evidence on the basis that the Bankruptcy Court already denied the Propounding Party's second motion to dismiss filed as BK Doc. 91 on October 21, 2021. The Court's initial tentative ruling before the hearing in which this second motion to dismiss was described by the Court as "a new low" for the creditor, set forth as follows:

> The court is not persuaded that Movant has met his burden of proof that this case should be dismissed. It would appear that the Motion is stems from the longstanding vendetta the parties have against the other. The court has reviewed Movant's evidence in detail and finds it wholly unconvincing. Furthermore, the [court] may exercise its discretion not dismiss this eight-month old case on the basis of an alleged failure to attend pre-filing credit counseling. Indeed, even if Debtor did not attend the pre-filing counseling, the failure to do so is not jurisdictional, dismissal of the case is not mandatory and the court has discretion to fashion a reasonable remedy. See *In re Manalad*, 360 B.R. 288 (Bankr. C.D.Cal. 2007). As the court noted in *Manalad* " because the consequences of dismissal are so significant, Congress would *308 have mandated dismissal as a remedy for non-compliance with the Credit Counseling Requirements as it did in other" situations if it intended dismissal to be the only available remedy."
>
> Out of an abundance of caution, the court will order Debtor to complete a credit counseling course by or before November 30, 2021.
>
> Evidentiary Rulings: Sustain Debtor's evidentiary objections to the declarations of Mssrs. Sweza and Brooks.

**TALKOV LAW**
2900 ADAMS ST STE C225
RIVERSIDE, CA 92504
TELEPHONE (951) 888-3300

## RESPONSES TO INTERROGATORIES

**RESPONSE TO INTERROGATORY NO. 1:**

Rosa Fridman

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 1:**

OBJECTION: Vague and ambiguous as to undefined term "username." Skype uses the phrases "username," "Skype name," "Skype display name," "account," "Microsoft account," and "Login for live.com" ambiguously throughout its website.   Articles showing others confused by these various terms is produced herewith from the article online at

https://answers.microsoft.com/en-us/skype/forum/all/what-is-my-skype-username/b500fb64-546f-42fd-bb64-a0f0d34c304e Article articles are also produced herewith from

https://support.skype.com/en/faq/fa10858/what-s-my-skype-name and

https://support.skype.com/en/faq/FA109/i-ve-forgotten-my-skype-user-name-or-password.

Notwithstanding, what appears to be the "Skype display name" of the Debtor was Rosa Fridman. What appears to be the Skype name of the Debtor was "rosa_fridman" (rosa underscore fridman). Debtor is unclear if this means that the Debtor's Skype name (or otherwise) was "live:rosa_fridman." The Debtor has switched to Apple Facetime as an easier platform, particularly given her limited technological skills.

Produced herewith is an email from Skype to the Debtor setting forth that "Your email address for the account rosa_fridman has been successfully updated to rosafridman3@gmail.com."

**RESPONSE TO INTERROGATORY NO. 2:**

rosafridman3@gmail.com

**RESPONSE TO INTERROGATORY NO. 3:**

The responding party herby states that there is no telephone number associated with the Skype account in question. This is because responding party only used the free "Skype-to-Skype" calling features that are not connected with any "telephone numbers," which relate to the paid portion of Skype. As set forth on Skype's website, this Skype-to-Skype calling feature does not

1 produce a call log as the call logs are apparently maintained only for Skype's billing purposes on

2 paid calls.

3 **RESPONSE TO INTERROGATORY NO. 4:**

4     Alex Theory

5 **SUPPLEMENTAL** **RESPONSE TO INTERROGATORY NO. 4:**

6     OBJECTION: Vague and ambiguous as to undefined term "username." Skype uses the

7 phrases "username," "Skype name," "Skype display name," "account," "Microsoft account," and

8 "Login for live.com" ambiguously throughout its website.   Articles showing others confused by

9 these various terms is produced herewith from the article online at

10 https://answers.microsoft.com/en-us/skype/forum/all/what-is-my-skype-username/b500fb64-546f-

11 42fd-bb64-a0f0d34c304e Article articles are also produced herewith from

12 https://support.skype.com/en/faq/fa10858/what-s-my-skype-name and

13 https://support.skype.com/en/faq/FA109/i-ve-forgotten-my-skype-user-name-or-password.

14     Notwithstanding, Skype would show the name of her son as "Alex Theory."

15 **RESPONSE TO INTERROGATORY NO. 5:**

16     Objection: Lack of personal knowledge.

17     Responding party lacks personal knowledge of the email address that was or is associated

18 with the Skype account used by Alex Fridman, AKA Alex Theory, to screenshare with responding

19 party to complete the pre-bankruptcy educational course on February 9, 2021. On this basis,

20 responding party is unable to respond.

21 **RESPONSE TO INTERROGATORY NO. 6:**

22     Objection: Lack of personal knowledge.

23     Responding party lacks personal knowledge of any "phone number" that was or is

24 associated with the Skype account used by Alex Fridman, AKA Alex Theory, to screenshare with

25 responding party to complete the pre-bankruptcy educational course on February 9, 2021. On this

26 basis, responding party is unable to respond.

27 **RESPONSE TO INTERROGATORY NO. 7:**

**TALKOV LAW**
2900 ADAMS ST STE C225
RIVERSIDE, CA 92504
TELEPHONE (951) 888-3300

**TALKOV LAW**
2900 ADAMS ST STE C225
RIVERSIDE, CA 92504
TELEPHONE (951) 888-3300

1        LG G Pad 8 / Serial No. 505CQQX095404

2    **RESPONSE TO INTERROGATORY NO. 8:**

3        (657) 204 9728

4    **RESPONSE TO INTERROGATORY NO. 9:**

5        Responding party is unable to respond as responding party did not have a cell phone

6    number on February 9, 2021.

7    **RESPONSE TO INTERROGATORY NO. 10:**

8        As previously provided in response filed as BK Doc. 96 to the Creditor's already denied

9    second motion to dismiss filed in this case as BK Doc. 91, responding party explained the facts

10   supporting her use of Skype to take the prebankruptcy debtor education course. For ease of the

11   court, responding party refereed to the program as "Skype," though responding party, whose

12   technology skills at age 90 are minimal, generally refers to this technology in everyday

13   communication as "talking on the computer" or "video chatting," not by the brand name of the

14   application used to accomplish this task, e.g., Skype or FaceTime.

15       Moreover, documents containing the forged signature of the responding party have been

16   submitted by Karl Avetoom in this bankruptcy and the related adversary. Examples include BK

17   Doc. 93, page 77 and Adv. Doc. 25, page 45. This document was exposed as a forgery and shown

18   to be "witnessed" by a mere friend of Karl Avetoom who Karl Avetoom claimed in his pending

19   motion to set aside his felony forgery conviction was someone he didn't know before June 2020,

20   despite the signature of the responding party allegedly being witnessed on October 3, 2019.

21   Propounding Party is directed to Adv. Doc. 66 and Adv. Doc. 78, as well as BK. Doc. 114, pages

22   10-11. Since these objections have been raised to this forged document, the supposed witness to

23   the signing of the document, Herbert Conrad, has gone missing.

24       As a result of Karl Avetoom's attempts to introduce forged documents, Responding Party

25   erroneously misidentified only two pages of BK Doc. 96 (pages 13-14) handed to her on the

26   witness stand as not authentic. They were, in fact, authentic. Those pages accurately set forth "all

27

**TALKOV LAW**
2900 ADAMS ST STE C225
RIVERSIDE, CA 92504
TELEPHONE (951) 888-3300

1    facts supporting YOUR claim that YOU took the Prepetition Bankruptcy Educational Course on

2    February 9, 2021" quoted below and adopted by reference as follows:

3        I was born in Kiev, Ukraine in 1931. I immigrated to America in 1976 around age
4    45. I am a fluent Russian speaker. I do have some comprehension of English, but I
     regularly find that I have gaps in my understanding of English, particularly when
5    discussing legal matters, which can be complex to understand even for English speakers.
     During the meetings of creditors in this case, I requested and received a Russian
6    interpreter.

7        I have also been diagnosed with glaucoma, which decreases my ability to read on a
     computer screen such that verbal translation from English to Russian increases my
8    understanding of documents.

9        On the evening of February 9, 2021, I recall using my LG Tablet to take the credit
     counseling required to file for bankruptcy. On my LG Tablet, I used Skype to connect to
10   my son, Alex Theory. In turn, Alex shared the screen from one of the websites run by 001
     Debtorcc Inc., which I believe was https://www.debtoredu.com/, though the company has
11   other websites that appear to be identical (e.g., https://www.debtorcc.org/).

12       I then completed the bankruptcy credit counseling course by utilizing the
13   translation skills of my son Alex, who translated the text on the screen by reading it to me
     in Russian, to which I would reply to him verbally in Russian. I understand that Alex then
14   typed my answers on the screen to allow them to be seen by the prebankruptcy counseling
     course. Attached as Exhibit 1 is a true and correct copy of a screenshare that I conducted
15   with my son, Alex Theory, a few days ago on my LG Tablet to show what the website
     looked like on my LG Tablet when I completed the debtor education course on February 9,
16   2021.

17       The Visa card shown on the receipt provided by the Creditor ending in 3635 (BK
18   Doc. 91, p. 52) was on February 9, 2021 my personal Wells Fargo Visa debit card.

19       I would have preferred that one of my sons assist me in person on my LG Tablet.
20   However, I had at the time only received my first Covid-19 shot on February 6, 2021, just
     a few days before I completed this course. Attached as Exhibit 7 is a true and correct copy
21   of my Covid-19 vaccination card.

22       As I understand, it takes a few weeks for the shot to have the intended effect. Given
23   my advanced age placing me in a very high-risk category of serious illness from Covid-19,
     I felt more comfortable with Alex assisting me remotely through the Skype screenshare
24   process.

25       I was present on the Skype screenshare during the entirety of the online debtor
26   education course. I was then and still am unaware of any rule that prohibits me from
     requesting the assistance of my son, Alex Theory, to complete an online debtor education
27   course. Rather, I found his assistance to be of help in understanding the debtor education
     course.

---

**DEBTOR'S <u>SUPPLEMENTAL</u> RESPONSES TO "PLAINTIFF [*SIC*] KARL AVETOOM'S
INTERROGATORIES TO DEBTOR ROSA FRIDMAN (SET ONE)"**

6

**TALKOV LAW**
2900 ADAMS ST STE C225
RIVERSIDE, CA 92504
TELEPHONE (951) 888-3300

**RESPONSE TO INTERROGATORY NO. 11:**

rosafridman3@gmail.com

**RESPONSE TO INTERROGATORY NO. 12:**

OBJECTION: Misstates the evidence. I have never claimed that Val Fridman helped me complete the prepetition bankruptcy education course on February 9, 2021. I have instead explained that my other son, Alex Theory AKA Alex Fridman, helped me complete the prepetition bankruptcy education course on February 9, 2021.

Accordingly, I have no recollection of Val Fridman helping me complete the prepetition bankruptcy education course on February 9, 2021.

Note that Val Fridman has, from time to time, helped me use tablets used to communicate with my sons, and did help me prior to February 9, 2021 with the tablet that I used on February 9, 2021.

**RESPONSE TO INTERROGATORY NO. 13:**

Frontier.

**RESPONSE TO INTERROGATORY NO. 14:**

Responding party is unaware of any persons who had access to responding party's email account(s) between January 1, 2021 and December 31, 2021.

**RESPONSE TO INTERROGATORY NO. 15:**

Huntington Beach, California.

**RESPONSE TO <u>FIRST</u> INTERROGATORY NO. 16:**

Debtor has registered and/or completed the prebankruptcy counseling course only once during the operative time period, which occurred on February 9, 2021. The name of the provider is referred to alternatively as Debtor CC, DebtorCC.org, 001 DebtorCC, Inc., 001 Debtorcc, Inc., Debtor Edu, DebtorEDU.com, 001 DebtorEdu, LLC, and/or Debtoredu LLC.

**RESPONSE TO <u>SECOND</u> INTERROGATORY NO. 16 [*sic* 17]**

Objection: Vague and ambiguous as to the word "persons."

**TALKOV LAW**
2900 ADAMS ST STE C225
RIVERSIDE, CA 92504
TELEPHONE (951) 888-3300

1    To the extent persons includes organizations, Skype had access to responding party's LG

2   Tablet on February 9, 2021 when responding party used the tablet to screenshare with Alex

3   Theory AKA Alex Fridman to assist responding party in completing the prebankruptcy

4   educational course.

5   **RESPONSE TO INTERROGATORY NO. 17 [*sic* 18]**

6    Lana Rovinsky AKA Svetlana Rovinsky, Alex Theory AKA Alex Fridman, and Val

7   Fridman have knowledge of responding party's use of the Skype account that responding party

8   used to screenshare with Alex Theory AKA Alex Fridman to assist responding party in

9   completing the prebankruptcy educational course.

10   **<u>SUPPLEMENTAL</u> RESPONSE TO INTERROGATORY NO. 17 [*sic* 18]**

11    Lana Rovinsky AKA Svetlana Rovinsky, Alex Theory AKA Alex Fridman, and Val

12   Fridman have knowledge of responding party's use of the Skype account that responding party

13   used to screenshare with Alex Theory AKA Alex Fridman to assist responding party in

14   completing the prebankruptcy educational course.

15    Moreover, Microsoft Corporation appears to have knowledge (or to have had knowledge)

16   of the SKYPE account which was the account that the Debtor used on February 9, 2021 to take the

17   Prepetition Bankruptcy Educational Course in that Microsoft Corporation emailed the Debtor with

18   a copy of the subpoena issued by Karl Avetoom on June 16, 2022 with the title: "**<u>Account Holder</u>**

19   Subpoena Notification- In Re. Rosa A. Fridman." Said document is produced concurrently in the

20   Debtor's supplemental responses to production of documents.

21    Moreover, Skype appears to have knowledge (or to have had knowledge) of the SKYPE

22   account which was the account that the Debtor used on February 9, 2021 to take the Prepetition

23   Bankruptcy Educational Course in that Skype emailed the Debtor on October 11, 2019 to state the

24   following: "Registered email successfully updated. Your email address for the account

25   rosa_fridman has been successfully updated to rosafridman3@gmail.com." Said document is

26   produced concurrently in the Debtor's supplemental responses to production of documents.

27   <u>SIGNED BY COUNSEL AS TO OBJECTIONS ONLY:</u>

1 | Date: July 14, 2022                                    TALKOV LAW CORP

2

3                                                          *Scott Talkov*

4                                                          Scott Talkov
                                                           Attorneys for Debtor Rosa A. Fridman

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

**TALKOV LAW**
2900 ADAMS ST STE C225
RIVERSIDE, CA 92504
TELEPHONE (951) 888-3300

**TALKOV LAW**
2900 ADAMS ST STE C225
RIVERSIDE, CA 92504
TELEPHONE (951) 888-3300

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

**VERIFICATION**

I am the Debtor in the above-entitled action; I have read the foregoing DEBTOR'S

SUPPLEMENTAL RESPONSES TO "PLAINTIFF [SIC] KARL AVETOOM'S

INTERROGATORIES TO DEBTOR ROSA FRIDMAN (SET ONE)" and know the contents

thereof.

I certify that the same is true of my own knowledge, except as to those matters which are

therein stated upon my information or belief, and as to those matters, I believe it to be true.

I declare under penalty of perjury under the laws of the State of California and the United

States of America that the foregoing is true and correct, and that this declaration was executed on

the date written below.

Executed on July 14, 2022 at Huntington Beach, California.

_____

Rosa Fridman

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 2900 Adams Street, Suite C225, Riverside, CA 92504

A true and correct copy of the foregoing document entitled (*specify*): **DEBTOR'S <u>SUPPLEMENTAL</u> RESPONSES TO "PLAINTIFF [*SIC*] KARL AVETOOM'S INTERROGATORIES TO DEBTOR ROSA FRIDMAN (SET ONE)"** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1.  <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>:**  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) ___, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐    Service information continued on attached page

2.  <u>SERVED BY UNITED STATES MAIL</u>:
On (*date*) July 14, 2022,  I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Karl Avetoom, 1100 Rutland Rd #9, Newport Beach, CA 92660-4607

☐    Service information continued on attached page

3.  <u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)</u>:  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) July 14, 2022, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Karl Avetoom, 1100 Rutland Rd #9, Newport Beach, CA 92660-4607 – Email

☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 14, 2022 | Noor Haleem | *Noor Haleem* |
|---|---|---|
| Date | Printed Name | Signature |

**TALKOV LAW**
2900 ADAMS ST STE C225
RIVERSIDE, CA 92504
TELEPHONE (951) 888-3300

# Exhibit 13



<span style="float:right">Scott Talkov &lt;scott@talkovlaw.com&gt;</span>

---

## "Notice of Deposition" of Val Fridman

**kia002** &lt;kia002@att.net&gt;                Mon, Jun 20, 2022 at 4:29 PM
To: Scott Talkov &lt;scott@talkovlaw.com&gt;

Mr. Talkov,

Mr. Val Fridman and your representation of events for personal service are again, as they were in
State Court, without merit. After hiding inside his house refusing to open the door to accept a
subpoena for several days, Mr. Val Fridman was later served, **in person**, by a licensed process
server. Mr. Fridman's attempt to throw away the subpoena does not invalidate service.

As for Judge Erithe Smith's denial of my application to shorten time, if you READ it, clearly states
the application was denied solely because the motion can be heard on regular schedule. Not for
any other reason you believe. It remains on calendar for hearing on July 14, 2022.

You continue to refuse to send me complete answers to discovery, I have asked in excess of five
times. And of course you continue to avoid answering questions in full.

On Monday, June 20, 2022 at 03:09:22 PM PDT, Scott Talkov &lt;scott@talkovlaw.com&gt; wrote:

Mr. Avetoom,

I understand that your process server dropped off documents at the front door like a postal carrier, but this does not
constitute personal service as required by law. You may wish to review the motion for protective order, which requests a
stay on all discovery, meaning there would be no deposition in advance of the ruling on that motion even if he had been
served. You'll note that the court already denied your motion for an emergency hearing on your request to the contrary.

Best Regards,



**Scott Talkov** | **Attorney, Talkov Law**
**e:** scott@talkovlaw.com | **w:** www.talkovlaw.com
**p:** (951) 888-3300

On Mon, Jun 20, 2022 at 10:39 AM KA &lt;kia002@att.net&gt; wrote:

Mr. Talkov,

Val Fridman was personally served despite his repeated attempts to avoid service. I sent you a notice as a courtesy in
case you wanted to attend.

I am still waiting for complete answers to your client's written discovery.

Sent from my iPhone

7/25/22, 5:56 PM     Case 8:21-bk-10513-ES    Doc 217    Filed 07/26/22    Entered 07/26/22 08:56:36    Desc
Talkov Law Mail - Notice of Deposition of Val Fridman
Main Document     Page 163 of 176

On Jun 20, 2022, at 10:01 AM, Scott Talkov <scott@talkovlaw.com> wrote:

Mr. Avetoom-

I received a document entitled "Notice of Deposition of Val Fridman" in the mail. It's not clear if this is being sent under the misunderstanding as to whether Val Fridman is a party (he is not). If you're looking for Val Fridman to appear under a subpoena, he will need to be served. As I understand, no such personal service has occurred.

Note that you appear to be misreading some of the documents in concluding that he will have testimony that is helpful to your case. I'll let you decide that topic.

All the best,



**Scott Talkov | Attorney, Talkov Law**

**e:** scott@talkovlaw.com | **w:** www.talkovlaw.com
**p:** (951) 888-3300

# **Exhibit 14**



## Meet and Confer for Discovery Stipulation

**Scott Talkov** <scott@talkovlaw.com>                                   Fri, Jul 22, 2022 at 3:35 PM
To: KA <kia002@att.net>
Cc: Assistant Talkov Law <assistant@talkovlaw.com>
Bcc: Alex Theory <theory411@gmail.com>, Val <val@fridmanconsulting.com>, Rosa Fridman <rosafridman3@gmail.com>

Mr. Avetoom,

Thank you for calling me this afternoon to meet and confer. Per our call, I indicated that I sought to comply with LBR 7026-1(c)(2), as mentioned by the court, which provides that:

> Meeting of Parties. Prior to the filing of any motion relating to discovery, the parties must meet in person or by telephone in a good faith effort to resolve a discovery dispute. It is the responsibility of the moving party to arrange the conference. Unless altered by agreement of the parties or by order of the court for cause shown, the **opposing party must meet with the moving party within 7 days of service upon the opposing party of a letter requesting such meeting** and specifying the terms of the discovery order to be sought

This 7 day rule allows parties to prepare for a meet and confer. As I indicated, your email, below, from last Friday, July 15, 2022, seeks to meet and confer **only** on the issue of "RESPONSE TO INTERROGATORY NO. 17 [sic 18]." It's not clear if you accidentally sent this email intending to include more text or send an attachment.

Per our call, I indicated that Interrogatory No. 17 [sic - 18] provides as follows: "State all persons with knowledge of the SKYPE account YOU claim YOU used on February 9, 2021 to take the Prepetition Bankruptcy Educational Course." In relation thereto, you asked me to go further than stating all persons by utilizing your defined term "TO IDENTIFY" as set forth in the instructions to your interrogatory. However, the defined term "TO IDENTIFY" is not used in this interrogatory No. 17 [*sic* -18]. I also clarified that the individuals stated in response merely know of the SKYPE account, not necessarily that all of those individuals observed Rosa Fridman on Skype on February 9, 2021. I hope that helps you understand the response, and the lack of importance of those other individuals.

As to other issues, you claimed that you had sent me by U.S. Mail on July 15, 2022 a paper copy of what you entitled a "discovery stipulation." In response, I indicated that I did receive a July 15, 2022 envelope from you, but that it contained only your withdrawal of your subpoena to Microsoft. I asked you if you had a tracking number for your mailing, to which you indicated that you did not have one and that you were not required to send such a document by such a method. Please note that even if you did send a stipulation, LBR 7026-1(c)(2) indicates that my duty to meet and confer starts with a "letter requesting such a meeting." Please further note that your proof of service does not indicate that you sent the stipulation, but instead contains a graphic signature of "Ami Stanton" claiming that she sent it. Even if the letter was sent on July 15, 2022, the 7th day for us to meet and confer regarding that stipulation would be today. Despite the lack of a "letter requesting such meeting" in relation to your newly expanded discovery issues, you indicate your desire not to withdraw the pending motion for discovery on these issues that I am seeing now for the first time in your filing.

However, most disturbingly, **you ended the call by stating: "If you ever call my witnesses again, I will make sure that you don't practice law again."** Please understand that there is no prohibition on my communication with parties who are not represented by counsel.

Please understand that I am not the only person in my office or in the adjacent offices such that others can indeed hear my phone calls, particularly when you scream threats at me.



**Scott Talkov | Attorney, Talkov Law**

**e:** scott@talkovlaw.com | **w:** www.talkovlaw.com
**p:** (951) 888-3300

On Fri, Jul 22, 2022 at 12:58 PM Scott Talkov <scott@talkovlaw.com> wrote:
> Mr. AVetoom,

I look forward to your call today from 2:30 p.m. to 3:15 p.m. to meet and confer.



**Scott Talkov | Attorney, Talkov Law**

**e:** scott@talkovlaw.com | **w:** www.talkovlaw.com
**p:** (951) 888-3300

On Fri, Jul 22, 2022 at 12:57 PM KA <kia002@att.net> wrote:

Mr. Talkov,

I did not have time at this moment to listen to you argue. I told you I had to immediately address the court's requirements which you aknowledged. You previously set up an appointment for us to meet and confer for last Monday, you refused to take my call and said you were going to write to me instead, which I recived your letter yesterday whicih failed to address the problems with discovery and stipulation. Rather you appeared to want to delay matters, and *if* I felt I still needed to meet and confer you would do so today. YOU gave me a 45 minute window after blowing me off for six days.

I did not mention withdrawing the email because the Court has granted the application to shorten time and you verified you had received the Order.

Now please excuse me for a bit but I just walked in and have many issues to address in this order before the end of the day.

Scott, you have to learn that talking and shouting over people is not a way to communicate, whethere its an attorney or non-attorney.

You failed to address why you refused to accept two prior attempts to meet and confer which you arranged one of them.

Karl

On Jul 22, 2022, at 12:49 PM, Scott Talkov <scott@talkovlaw.com> wrote:

Mr. Avetoom,

Thank you for your call today confirming that you will indeed be calling me this afternoon between 2:30 p.m. to 3:15 p.m. to meet and confer on your discovery motion that you already filed as BK Doc. 201 and 202.

You also confirmed that you would <u>not</u> withdraw your motion, despite it having been prematurely filed in advance of the 7 day period in which I offered to meet and confer.

I tried to read this email to you before sending it to confirm we are on the same page, but you hung up on me.

Best Regards,



**Scott Talkov | Attorney, Talkov Law**

**e:** scott@talkovlaw.com | **w:** www.talkovlaw.com
**p:** (951) 888-3300

On Fri, Jul 22, 2022 at 10:14 AM Scott Talkov <scott@talkovlaw.com> wrote:

Mr. Avetoom,

Please accept this request to withdraw your motion filed as BK Doc. 201 and 201 as they fail to show compliance with LBR 7026-1(c)(2), which provides that:

**Prior to the filing of any motion relating to discovery, the parties must meet in person or by telephone in a good faith effort to resolve a discovery dispute.** It is the responsibility of the moving party to arrange the conference. Unless altered by agreement of the parties or by order of the court for cause shown, **the opposing party must meet with the moving party within 7 days of service upon the opposing party of a letter requesting such meeting and specifying the terms of the discovery order to be sought**

Here, your email, below, dated Friday, July 15, 2022 requested to meet and confer on discovery. In turn, you have confirmed in your filing today as BK Doc. 201, p. 30, stating that: "I am available to meet and confer regarding your concerns about Rosa Fridman's special interrogatories by telephone on **Friday, July 22, 2022, from 2:30 p.m. to 3:15 p.m**."

Accordingly, I have provided my availability to meet and confer within 7 days of service upon my office of a letter requesting to meet and confer.

**Please confirm that you have filed with a withdrawal of your prematurely filed discovery motions filed as BK Doc. 201 and 202 that fail to show your good faith effort to meet and confer within 7 days of your request.** Please also confirm whether or not you will be calling to meet and confer today in the time frame I provided.

As a reminder, Judge Smith specifically instructed you on July 14, 2022 to follow these procedures if you sought to proceed with such a discovery motion.

Best Regards,



**Scott Talkov** | **Attorney, Talkov Law**

**e:** scott@talkovlaw.com | **w:** www.talkovlaw.com
**p:** (951) 888-3300

On Mon, Jul 18, 2022 at 6:19 PM Scott Talkov <scott@talkovlaw.com> wrote:

Mr. Avetoom-

My letter mailed to you today addresses your request to meet and confer by phone. You will be receiving the letter shortly with tracking to ensure your receipt as you have requested.

I'm sure you appreciate me following your request not to use email as a method of communication with you as you have made clear that it is not a method that you accept as lawful and appropriate.

If you'd like me to prepare a stipulation that you accept email as a lawful method of communication for all purposes in this case, please let me know. If it's your position that email is not a reliable method of communication, then I will stand by your request.

Best Regards,

Scott Talkov

On Mon, Jul 18, 2022, 5:38 PM kia002 <kia002@att.net> wrote:

Mr. Talkov,

See your email from last week referencing the Court's instruction to meet and confer over discovery issues in person or by telephone.

You invited me to call you today between 3pm and 5pm, you did not take my call. Rather you sent this email avoiding the Court's instruction to meet and confer *in person or by telephone.*

Karl Avetoom

On Friday, July 15, 2022 at 03:06:15 PM PDT, Scott Talkov <scott@talkovlaw.com> wrote:

Mr. Avetoom,

I hope you've had a chance to read the amended responses that were sent to you by email, rather than wait for them to come by mail. In any event, **per the court's discussion yesterday, the court reminded the parties that the meet and confer rules require the meeting to take place in person or by phone**.

However, to the extent the purpose of this exercise is to obtain the contact information of Lana Rovinsky AKA Svetlana Rovinsky, I have confirmed that she is a female senior citizen of Russian descent who lives in Los Angeles County. This website reports that she is 85 years old with the phone number (323) 931-8617, which we believe to be accurate. https://www.truepeoplesearch.com/find/person/px240u86nrnrn6n246ruu. This website reports similar information. https://clustrmaps.com/person/Rovinsky-jo57q

Unfortunately, the Debtor, who is 90 years old and does not drive, does not know the physical address of this witness.

If you can locate this witness to ask her questions or cause her to appear at any forthcoming trial, you're more than welcome to do so.

**If you still feel the need to meet and confer, I am free for a phone call on Monday afternoon anytime from 3 p.m. to 5 p.m.**

Best Regards,



**Scott Talkov | Attorney, Talkov Law**

**e:** scott@talkovlaw.com | **w:** www.talkovlaw.com
**p:** (951) 888-3300

On Fri, Jul 15, 2022 at 1:11 PM KA <kia002@att.net> wrote:
Mr. Talkov,

As discussed with the Court yesterday, July 14, 2022, any discovery disputes can be resolved by a stipulation presented to the Court outlining the dicovery request in full, the Response, Propounding Party's need for further disclosure, and Responding parties position on non-disclosure. While I am awaiting service of your supplemantal responses by overnight service, to expeditiously address outstanding requests for additional information requested in my Special Interrogatories, please respond below so that I can begin preparing a stipulation to file with the Court.

I previously asked for background information on the witnesses listed by Debtor, specifically "lana rovinsky" aka Svetlana Rovinsky which the Court mentioned.

You represented to the Court I did not request further information more than a name, I disagree. Please see ¶ 10 of my Special Interrogatories which states as follows:

**SPECIAL INTERROGATORIES:**

10. When referring to a person, "TO IDENTIFY" means to give, to the extent known, **the person's full name, present or last known address, and, when referring to a natural person, the present or last known place of employment.** When referring to a company, "TO IDENTIFY" means to give, to the extent known, the company's full corporate name, a brief description of the general nature of the business, its state of incorporation, the address and principal place of business; and the identity of the officers or other persons having knowledge of the matter with respect to which the company has been identified. Once a person or company has been identified in accordance with this subparagraph, only the name of that person or company need be listed in response to subsequent discovery requesting the identification of that person or company. (*emphasis added.*)

**CREDITOR'S INTERROGATORY NO. 17:** State all persons with knowledge of the SKYPE account YOU claim YOU used on February 9, 2021 to take the Prepetition Bankruptcy Educational Course.

**RESPONSE TO INTERROGATORY NO. 17** [sic 18]
Lana Rovinsky AKA Svetlana Rovinsky, Alex Theory AKA Alex Fridman, and Val Fridman have knowledge of responding party's use of the Skype account that responding party used to screenshare with Alex Theory AKA Alex Fridman to assist responding party in completing the prebankruptcy educational course.

*Creditor's Position on Need for Disclosure:*    As Debtor contends under oath in her Response these people with knowledge of the alleged Skype account bearing on the alleged Skype session, I would need to interview and/or depose them immediately to discover their alleged knowledge and potential testimony on Debtor's defense to allegation she did not take the course via as alleged in her October 2021 declaration.  Without the requested background information expressly requested in ¶ 10 of the Special Interrogatories, I am unable to ascertain their last known address or employment of these witnesses so that I can conduct thorough discovery.  The purpose of discovery is to allow a broad search for facts, the names of witnesses, or any other matters which may aid a party in the preparation or presentation of his case. *Engl v. Aetna Life Ins. Co.,* 139 F.2d 469, 472 (2d Cir.1943). Disclosure of names and addresses of witnesses is generally a matter of right. *U.S . v. Chatham City Corp,* 72 F.R.D. 640, 644 (S.D.Ga.1976); *Bell v. Swift & Co.,* 283 F.2d 407, 409 (5th Cir.1960); *see Lesser v. Wildwood,* 2003 WL 22228757 at *3, *4 (S.D.N.Y. September 29, 2003) (defendant required to respond to plaintiff's interrogatory requesting names of all witnesses with knowledge or information relevant to subject matter of action).

<u>Anderson v. Hansen</u> (E.D. Cal., Feb. 1, 2013, No. 1:09-CV-01924-LJO) 2013 WL 428737, at *4

*Debtor's Position on No- Need for Disclosure:*    *[Please fill in your position, if any, why further response is not required)*

# **<u>Exhibit 15</u>**

Karl Avetoom
1100 Rutland Road #9
Newport Beach, CA 92660

$0.57 0
US POSTAGE
FIRST-CLASS
062S0009564988
FROM 92660

15 JUL 2022 PM 4 L

Scott Talkov
c/o Talkov Law
2900 Adams St. Ste C225
Riverside, CA 92504

92504-438535

1  Karl Avetoom
   1100 Rutland Road # 9
2  Newport Beach, CA 92660
   (949) 929-4787
3  Email kia002@att.net

4

5  Creditor, In Pro Per

6

7

8              UNITED STATES BANKRUPTCY COURT
9      CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

10

11  In re:                          Case No:    8:21-bk-10513-ES

12  Rosa Fridman                    Hon: Erithe A. Smith
                        Debtor
13                                  Chapter 7

14
                                    CREDITOR'S NOTICE OF WITHDRAWAL
15                                  OF DEPOSITION SUBPOENA
                                    COMMANDING THIRD PARTY
16                                  MICROSOFT'S CUSTODIAN OF RECORDS
                                    TO ATTEND A DEPOSITION ON JULY 18,
17                                  2022.

18

19

20

21

22  TO MICROSOFT, CORPORATION, AND ITS ATTORNEYS OF RECORD AND TO

23  ALL INTERESTED PARTIES:

24       Creditor Karl Avetoom ("Creditor") hereby gives notice that in light of Microsoft

25  Corporation's Custodian of Records providing a declaration stating Microsoft has no records

26  related to a Rule 45 subpoena seeking records for a Microsoft Skype user name of "Rosa

27  Fridman" and the email used to access Skype of "rosafridman3@gmail.com", provided by

28  the Debtor in her Responses to Creditor's Special Interrogatories, creditor hereby withdraws

                                        1
          NOTICE OF WITHDRAWAL OF RULE 45 DEPOSITION SUBPOENA

1  | his Rule 45 deposition subpoena served upon Microsoft on or around July 11, 2022, for a

2  | deposition on July 18, 2022.

3

4

5

6  | Dated July 13, 2022                    By:    _/s/ Karl Avetoom_

7  |                                        Karl Avetoom, Creditor and Moving Party

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

NOTICE OF WITHDRAWAL OF RULE 45 DEPOSITION SUBPOENA

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

913 Louise St. Santa Ana, CA 92703.

A true and correct copy of the foregoing document entitled (*specify*): _____
CREDITOR'S NOTICE OF WITHDRAWAL OF DEPOSITION SUBPOENA COMMANDING THIRD PARTY MICROSOFT'S
CUSTODIAN OF RECORDS TO ATTEND A DEPOSITION ON JULY 18, 2022. will be served or was served **(a)** on the judge
in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)
MAY 27, 2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the
following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On (*date*) June 13, 2022, I served the following persons and/or entities at the last known addresses in this bankruptcy
case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail,
first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the
judge will be completed no later than 24 hours after the document is filed.

Joe Shickich c/o Fox Rothschild LLP 1001 Fourth Ave., Suite 4400 Seattle, WA 98154-1065 (Counsel for Microsoft)

CSC Lawyers Incorporating Service. 2710 Gateway Oaks Drive Suite 150N Sacramento, Ca 95833 (Agent of Process
for Microsoft Corporation)
Scott Talkov, Attorney for Debtor 2900 Adams St Ste C225, Riverside, CA 92504-4385

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method
for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served
the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to
such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration
that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is
filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 13, 2022 | Ami Stanton | _Ami Stanton_ |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                          **F 9013-3.1.PROOF.SERVICE**

## VI.    PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 2900 Adams Street, Suite C225, Riverside, CA 92504

A true and correct copy of the foregoing document entitled (*specify*): **OPPOSITION TO AVETOOM'S DISCOVERY MOTIONS FOR 1)    ORDER TO COMPEL DEPOSITION OF VAL FRIDMAN AND FOR SANCTIONS (BK DOC. 185); AND 2)   SANCTIONS PRECLUDING DEBTOR'S USE OF EVIDENCE [ETC.] (BK DOC. 201); DECLARATIONS OF SCOTT TALKOV AND VAL FRIDMAN** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) July 26, 2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Karl T Anderson (TR)    2edansie@gmail.com, kanderson@ecf.axosfs.com
Michael J. Hauser    michael.hauser@usdoj.gov
Melissa Davis Lowe    mlowe@shulmanbastian.com, avernon@shulmanbastian.com
Charles L. Murray    cmurray@cm3law.com, cm3esquire@gmail.com
Scott Talkov    scott@talkovlaw.com, talkovlaw@ecf.courtdrive.com
United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐    Service information continued on attached page

2.  SERVED BY UNITED STATES MAIL:
On (*date*), July 26, 2022, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
Victor Balakin, 101 N Ocean Dr Ste 132, Hollywood, CA 33019

☐    Service information continued on attached page

3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) July 26, 2022, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Karl Avetoom, 1100 Rutland Rd #9, Newport Beach, CA 92660-4607 – Email and Overnight Mail
☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 26, 2022 | Noor Haleem | *Noor Haleem* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**OPPOSITION TO AVETOOM'S DISCOVERY MOTIONS FOR 1) ORDER TO COMPEL DEPOSITION OF VAL FRIDMAN AND FOR SANCTIONS (BK DOC. 185); AND 2)  SANCTIONS PRECLUDING DEBTOR'S USE OF EVIDENCE [ETC.] (BK DOC. 201); DECLARATIONS OF SCOTT TALKOV AND VAL FRIDMAN**

TALKOV LAW
2900 ADAMS ST STE C225
RIVERSIDE, CA 92504
TELEPHONE (951) 888-3300